**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

| | | | |
|---|---|---|---|
| **In Re: Highland Capital Management, L.P.** | § | Case No. | **19-34054-SGJ-11** |
| The Charitable DAF Fund LP | § | | |
| | § | | |
| Appellant | § | | 22-03052 |
| vs. | § | | |
| **Highland Capital Management, L.P.** | § | | |
| | § | | |
| Appellee | § | | **3:22-CV-02280-S** |

**[43]  Order granting amended motion to dismiss adversary proceeding with prejudice (related document # 19) Entered on 9/30/2022**

# APPELLANT RECORD
# VOLUME 9

SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367

*Counsel for The Charitable DAF Fund, L.P.*
*and CLO Holdco, Ltd.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| THE CHARITABLE DAF FUND, L.P. | § | |
| | § | |
| Plaintiff, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 22-03052-sgj11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Defendant. | § | *INDEX* |
| | § | |

### APPELLANT'S SECOND AMENDED STATEMENT OF ISSUES AND
### DESIGNATION OF RECORD ON APPEAL

Pursuant to Rules 8009(a)(1)(A)-(B) and (a)(4) of the Federal Rules of Bankruptcy

Procedure, The Charitable DAF Fund, L.P. ("Appellant") hereby designates the following items

to be included in the record and identifies the following issues with respect to its appeal of the

Order Granting Defendant's Amended Motion to Dismiss Adversary Proceeding [Doc.43] which

was entered by the United States Bankruptcy Court for the Northern District of Texas on
September 30, 2022.

**I.      STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

> Whether the Bankruptcy Court erred in granting Defendant's Amended
> Motion to Dismiss Adversary Proceeding.

**II.     DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

1.   Notice of Appeal for Bankruptcy Case Adversary Proceeding No. 21-03067-sgj11 [Doc. 46].

2.   The judgment, order, or decree appealed from: Order Granting Amended Motion to Dismiss Adversary Proceeding [Doc. 43].

3.   Any opinion, findings of fact and conclusions of law of the bankruptcy court relating to the issues on appeal, including transcripts of all oral rulings: None.

3.   Docket Sheet kept by the Bankruptcy Clerk.

4.   Documents listed below and as described in the Docket Sheet for Bankruptcy Case Proceeding No. 22-03052-sgj.

| No. | Date Filed | Docket No. | Description/Document Text |
|---|---|---|---|
| 1 | 5/25/22 (7/22/21) | 1 | (18 pgs; 4 docs) Adversary case 22-03052. ORDER REFERRING CASE 3:21-CV-1710-N from U.S District Court for the Northern District of Texas, Dallas Division to U.S. Bankruptcy Court for Northern District of Texas, Dallas Division and Complaint by Charitable DAF Fund, LP against Highland Capital Management, L.P. Fee Amount $350 (Attachments: # 1 Original Complaint # 2 Civil Cover Sheet # 3 Docket Sheet from 21-CV-1710). Nature(s) of suit: 02 (Other (e.g., other actions that would have been brought in state court if unrelated to bankruptcy)). (Okafor, Marcey) |
| 2 | 5/25/22 (10/5/21) | 8 | (8 pgs; 2 docs) MOTION for Reconsideration re 7 Order on Motion to Stay (Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order) filed by Highland Capital Management LP (Attachments: # 1 Exhibit A) Attorney Zachery Z. Annable added to party Highland Capital Management LP(pty: dft) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 AS #8 ON |

| | | | |
|---|---|---|---|
| | | | 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 3 | 5/25/22 (10/5/21) | 9 | (15 pgs) Brief/Memorandum in Support filed by Highland Capital Management LP re 8 MOTION for Reconsideration re 7 Order on Motion to Stay (Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 AS #9 ON 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 4 | 5/25/22 (10/5/21) | 10 | (1012 pgs; 28 docs) Appendix in Support filed by Highland Capital Management LP re 8 MOTION for Reconsideration re 7 Order on Motion to Stay (Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 AS #10 ON 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION](Okafor, Marcey) |
| 5 | 5/25/22 (10/5/21) | 11 | (8 pgs; 2 docs) MOTION to Dismiss (Highland Capital Management, L.P.'s Motion to Dismiss) filed by Highland Capital Management LP (Attachments: # 1 Exhibit A) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 AS #11 ON 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 6 | 5/25/22 (10/5/21) | 12 | (10 pgs) Brief/Memorandum in Support filed by Highland Capital Management LP re 11 MOTION to Dismiss (Highland Capital Management, L.P.'s Motion to Dismiss) (Annable, Zachery [ORIGINALLY FILED IN 21-CV-1710 AS #12 ON 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 7 | 5/25/22 (10/5/21) | 13 | ((238 pgs; 4 docs) Appendix in Support filed by Highland Capital Management LP re 11 MOTION to Dismiss (Highland Capital Management, L.P.'s Motion to Dismiss) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 |

*Handwritten annotations in left margin:* Vol. 2 / 000066 / 000081 / Thru Vol. 6 / Vol. 7 / 001093 / 001101 / 001111

VOL. 8

| | | | |
|---|---|---|---|
| | | | AS #13 ON 10/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 8 | 5/25/22 (10/27/21) | 15 | (3 pgs) RESPONSE filed by Charitable DAF Fund LP re: 8 MOTION for Reconsideration re 7 Order on Motion to Stay (Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order) (Sbaiti, Mazin) [ORIGINALLY FILED IN 21-CV-1710 AS #15 ON 10/27/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 9 | 5/25/22 (11/5/21) | 16 | (7 pgs) REPLY filed by Highland Capital Management LP re: 8 MOTION for Reconsideration re 7 Order on Motion to Stay (Highland Capital Management, L.P.'s Motion for Reconsideration of Stay Order) (Annable, Zachery) [ORIGINALLY FILED IN 21-CV-1710 AS #16 ON 11/05/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, Marcey) |
| 10 | 5/25/22 (11/21/21) | 18 | (2 pgs) ORDER re: 8 Motion for Reconsideration. The Court grants Defendant's motion, lifts the stay, and refers this case to Judge Stacey G.C. Jernigan of the United States Bankruptcy Court for the Northern District of Texas, to be adjudicated as a matter related to the Chapter 11 Bankruptcy of HCM., Chapter 11 Case No. 10-34054. The Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is referred are directed to take such actions as are necessary to docket this matter as an Adversary Proceeding associated with the aforementioned consolidated bankruptcy case. (Ordered by Judge David C Godbey on 5/19/2022) (oyh) (Main Document 18 replaced on 5/23/2022) (twd). (Entered: 05/20/2022) [ORIGINALLY FILED IN 21-CV-1710 AS #18 ON 11/21/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (*ERROR IN ENTRY: CORRECT CASE NUMBER IS: 19-34054*) (Okafor, Marcey) |
| 11 | 5/27/22 | 19 | (8 pgs; 2 docs) Amended Motion to dismiss adversary proceeding (related document(s):11) filed by Defendant Highland Capital Management, L.P. (Attachments:# 1 Exhibit A--Proposed Order) (Annable, Zachery) |
| 12 | 5/27/22 | 20 | (12 pgs) Brief in support filed by Defendant Highland Capital Management, L.P. (RE: related document(s)19 Amended Motion to dismiss adversary proceeding (related document(s):11)). (Annable, Zachery) |
| 13 | 5/27/22 | 21 | (637 pgs) Support/supplemental document (*Appendix in Support of Highland Capital Management, L.P.'s Amended* |

0 0 1 3 4 9

0 0 1 3 5 2

0 0 1 3 5 9

0 0 1 3 6 1

0 0 1 3 6 9

0 0 1 3 8 1

Thru Vol. 10

| | | | | |
|---|---|---|---|---|
| | | | | *Motion to Dismiss)* filed by Defendant Highland Capital Management, L.P. (RE: related document(s)19 Amended Motion to dismiss adversary proceeding (related document(s):11)). (Annable, Zachery) |
| Vol. 11<br><br>002018 | 14 | 6/1/22 | 23 | (6 pgs; 2 docs) Notice of hearing filed by Defendant Highland Capital Management, L.P. (RE: related document(s) 19 Motion to dismiss adversary proceeding filed by Defendant Highland Capital Management, L.P.). Hearing to be held on 8/3/2022 at 02:30 PM at https://us courts.webex.com/meet/jerniga for 19 and for 19, (Attachments: # 1 Exhibit A)(Hayward, Melissa) |
| 002024 | 15 | 7/5/22 | 30 | (12 pgs) Response opposed to (related document(s): 19 Amended Motion to dismiss adversary proceeding (related document(s):11) filed by Defendant Highland Capital Management, L.P.) filed by Plaintiff Charitable DAF Fund, LP . (Ecker, C.) (Entered: 07/06/2022) |
| 002036 | 16 | 7/26/22 | 31 | (15 pgs) Reply to (related document(s): 30 Response filed by Plaintiff Charitable DAF Fund, LP) filed by Defendant Highland Capital Management, L.P.. (Annable, Zachery) |
| 002051<br>Thru Vol 14 | 17 | 7/26/22 | 32 | (865 pgs) Support/supplemental document *(Amended Appendix in Support of Highland Capital Management, L.P.'s Amended Motion to Dismiss)* filed by Defendant Highland Capital Management, L.P. (RE: related document(s) 21 Support/supplemental document). (Annable, Zachery) |
| Vol. 15<br><br>002916<br>Thru Vol. 18 | 18 | 8/1/22 | 34 | (867 pgs; 23 docs) Witness and Exhibit List *(Reorganized Debtor's Witness and Exhibit List with Respect to Evidentiary Hearing to Be Held on August 3, 2022)* filed by Defendant Highland Capital Management, L.P. (RE: related document(s) 19 Amended Motion to dismiss adversary proceeding (related document(s):11)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22) (Annable, Zachery) |
| Vol. 19<br><br>003783<br>Thru Vol. 22 | 19 | 8/3/22 | 40 | (1 pg) Court admitted exhibits date of hearing August 3, 2022 (RE: related document(s) 19 Amended Motion to dismiss adversary proceeding (related document(s):11) filed by Defendant Highland Capital Management, L.P. (Attachments: # 1 Exhibit A--Proposed Order) COURT ADMITTED EXHIBIT 17. COURT TOOK JUDICIAL NOTICE OF EXHIBITS 1-13, 21 AND 22. (Ellison, T.) (Entered: 08/04/2022) |

| | | | | |
|---|---|---|---|---|
| *vol. 22* *004651* | 20 | 9/30/22 | 42 | (28 pgs) Memorandum of opinion regarding Defendant's amended motion to dismiss adversary proceeding (RE: related document(s)19 Motion to dismiss adversary proceeding filed by Defendant Highland Capital Management, L.P.). Entered on 9/30/2022 (Okafor, Marcey) |
| *004679* | 21 | 8/4/22 | 41 | 41 Transcript regarding Hearing Held 08/03/2022 (45 pages) RE: Motion to Dismiss Adversary Proceeding (19). THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/2/2022. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 37 Hearing held on 8/3/2022. (RE: related document(s)19 Amended Motion to dismiss adversary proceeding (related document(s):11) filed by Defendant Highland Capital Management, L.P.) (Appearances: G. Demo and Z. Annabel for Movant/Highland; J. Bridges for Respondent/Charitable DAF. Evidentiary hearing. Motion granted. Court to issue Opinion and Order.)). Transcript to be made available to the public on 11/2/2022. (Rehling, Kathy) |

Dated:  November 28, 2022

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/  Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367
E:  mas@sbaitilaw.com
       jeb@sbaitilaw.com

**Counsel for Appellant**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically through the Court's ECF system, which provides notice to all parties of interest, on this 28th day of November, 2022.

/s/ Mazin A. Sbaiti
Mazin A. Sbaiti

**EXHIBIT 4**

Appx. 00181
001565

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 08/02/21 637age 10 of 228    PageID 1684
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 1 of 66

Docket #1808  Date Filed: 01/22/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) | Case No. 19-34054-sgj11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## FIFTH AMENDED PLAN OF REORGANIZATION OF HIGHLAND CAPITAL MANAGEMENT, L.P. (AS MODIFIED)

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        gdemo@pszjlaw.com

**HAYWARD & ASSOCIATES PLLC**
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
        ZAnnable@HaywardFirm.com:

Counsel for the Debtor and Debtor-in-Possession

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.



1934054210122000000000013

Appx. 00182

001566

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 08/22    Page 11 of 228    PageID 1685
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 2 of 66

ARTICLE I. RULES OF INTERPRETATION, COMPUTATION OF TIME,
GOVERNING LAW AND DEFINED TERMS ............................................... 1

    A.    Rules of Interpretation, Computation of Time and Governing Law .................... 1

    B.    Defined Terms ........................................................................................ 2

ARTICLE II. ADMINISTRATIVE EXPENSES AND PRIORITY TAX CLAIMS ................ 16

    A.    Administrative Expense Claims ................................................................ 16

    B.    Professional Fee Claims ......................................................................... 17

    C.    Priority Tax Claims ............................................................................... 18

ARTICLE III. CLASSIFICATION AND TREATMENT OF  CLASSIFIED CLAIMS
AND EQUITY INTERESTS .................................................................. 18

    A.    Summary ............................................................................................ 18

    B.    Summary of Classification and Treatment of Classified Claims and
Equity Interests ................................................................................... 19

    C.    Elimination of Vacant Classes ................................................................ 19

    D.    Impaired/Voting Classes ........................................................................ 19

    E.    Unimpaired/Non-Voting Classes ............................................................. 19

    F.    Impaired/Non-Voting Classes ................................................................. 19

    G.    Cramdown ........................................................................................... 19

    H.    Classification and Treatment of Claims and Equity Interests .......................... 20

    I.    Special Provision Governing Unimpaired Claims ........................................ 24

    J.    Subordinated Claims ............................................................................. 25

ARTICLE IV. MEANS FOR IMPLEMENTATION OF THIS PLAN ..................................... 25

    A.    Summary ............................................................................................ 25

    B.    The Claimant Trust ............................................................................... 26

    *1.*    *Creation and Governance of the Claimant Trust and Litigation Sub-
Trust.* ................................................................................................ 26

    *2.*    *Claimant Trust Oversight Committee* ..................................................... 27

App. 01182
001567

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 08/28/2 637age 12 of 228    PageID 1686
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 3 of 66

|       |                                                                 | **Page** |
|-------|-----------------------------------------------------------------|------|
| *3.*  | *Purpose of the Claimant Trust.* | 27 |
| *4.*  | *Purpose of the Litigation Sub-Trust.* | 28 |
| *5.*  | *Claimant Trust Agreement and Litigation Sub-Trust Agreement.* | 28 |
| *6.*  | *Compensation and Duties of Trustees.* | 29 |
| *7.*  | *Cooperation of Debtor and Reorganized Debtor.* | 30 |
| *8.*  | *United States Federal Income Tax Treatment of the Claimant Trust.* | 30 |
| *9.*  | *Tax Reporting.* | 30 |
| *10.* | *Claimant Trust Assets.* | 31 |
| *11.* | *Claimant Trust Expenses.* | 31 |
| *12.* | *Trust Distributions to Claimant Trust Beneficiaries.* | 31 |
| *13.* | *Cash Investments.* | 31 |
| *14.* | *Dissolution of the Claimant Trust and Litigation Sub-Trust.* | 32 |
| C.    | The Reorganized Debtor | 32 |
| *1.*  | *Corporate Existence* | 32 |
| *2.*  | *Cancellation of Equity Interests and Release* | 33 |
| *3.*  | *Issuance of New Partnership Interests* | 33 |
| *4.*  | *Management of the Reorganized Debtor* | 33 |
| *5.*  | *Vesting of Assets in the Reorganized Debtor* | 34 |
| *6.*  | *Purpose of the Reorganized Debtor* | 34 |
| *7.*  | *Distribution of Proceeds from the Reorganized Debtor Assets; Transfer of Reorganized Debtor Assets* | 34 |
| D.    | Company Action | 34 |
| E.    | Release of Liens, Claims and Equity Interests | 35 |
| F.    | Cancellation of Notes, Certificates and Instruments | 36 |
| G.    | Cancellation of Existing Instruments Governing Security Interests | 36 |

App. 001568

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed    Page 13 of 228    PageID 1687
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 4 of 66

**Page**

    H.     Control Provisions ........................................................................................... 36

    I.     Treatment of Vacant Classes .......................................................................... 36

    J.     Plan Documents .............................................................................................. 36

    K.     Highland Capital Management, L.P. Retirement Plan and Trust ...................... 37

ARTICLE V. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED
          LEASES ........................................................................................... 37

    A.     Assumption, Assignment, or Rejection of Executory Contracts and
          Unexpired Leases ........................................................................................... 37

    B.     Claims Based on Rejection of Executory Contracts or Unexpired
          Leases ............................................................................................................. 38

    C.     Cure of Defaults for Assumed or Assigned Executory Contracts and
          Unexpired Leases ........................................................................................... 39

ARTICLE VI. PROVISIONS GOVERNING DISTRIBUTIONS ............................................ 39

    A.     Dates of Distributions .................................................................................... 39

    B.     Distribution Agent .......................................................................................... 40

    C.     Cash Distributions .......................................................................................... 41

    D.     Disputed Claims Reserve ............................................................................... 41

    E.     Distributions from the Disputed Claims Reserve ............................................ 41

    F.     Rounding of Payments ................................................................................... 41

    G.     *De Minimis* Distribution ................................................................................ 41

    H.     Distributions on Account of Allowed Claims.................................................. 42

    I.     General Distribution Procedures ..................................................................... 42

    J.     Address for Delivery of Distributions.............................................................. 42

    K.     Undeliverable Distributions and Unclaimed Property ...................................... 42

    L.     Withholding Taxes ......................................................................................... 43

    M.     Setoffs ............................................................................................................ 43

Appx. 00185
001569

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 09/02/ 637age 14 of 228    PageID 1688
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 5 of 66

**Page**

N.      Surrender of Cancelled Instruments or Securities ................................................43

O.      Lost, Stolen, Mutilated or Destroyed Securities ..................................................43

ARTICLE VII. PROCEDURES FOR RESOLVING CONTINGENT,
        UNLIQUIDATED AND DISPUTED CLAIMS..........................................44

A.      Filing of Proofs of Claim ...........................................................................44

B.      Disputed Claims ...........................................................................................44

C.      Procedures Regarding Disputed Claims or Disputed Equity Interests ...............44

D.      Allowance of Claims and Equity Interests..........................................................44

1.      *Allowance of Claims* ..............................................................................45

2.      *Estimation* .............................................................................................45

3.      *Disallowance of Claims* ........................................................................45

ARTICLE VIII. EFFECTIVENESS OF THIS PLAN ..................................................46

A.      Conditions Precedent to the Effective Date ........................................................46

B.      Waiver of Conditions....................................................................................47

C.      Effect of Non-Occurrence of Conditions to Effectiveness**Error! Bookmark not defined.**

D.      Dissolution of the Committee ............................................................................47

ARTICLE IX. EXCULPATION, INJUNCTION AND RELATED PROVISIONS ................48

A.      General............................................................................................................48

B.      Discharge of Claims........................................................................................48

C.      Exculpation ...................................................................................................48

D.      Releases by the Debtor...................................................................................49

E.      Preservation of Rights of Action........................................................................50

1.      *Maintenance of Causes of Action* .........................................................50

2.      *Preservation of All Causes of Action Not Expressly Settled or Released*...........50

F.      Injunction ......................................................................................................51

Appx. 00786
001570

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 09/21/22    Page 15 of 228    PageID 1689
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 6 of 66

**Page**

    G.       Term of Injunctions or Stays........................................................................52

    H.       Continuance of January 9 Order ................................................................52

ARTICLE X. BINDING NATURE OF PLAN ..................................................................52

ARTICLE XI. RETENTION OF JURISDICTION...........................................................53

ARTICLE XII. MISCELLANEOUS PROVISIONS .........................................................55

    A.       Payment of Statutory Fees and Filing of Reports ....................................55

    B.       Modification of Plan ..................................................................................55

    C.       Revocation of Plan ....................................................................................55

    D.       Obligations Not Changed ..........................................................................56

    E.       Entire Agreement .......................................................................................56

    F.       Closing of Chapter 11 Case .......................................................................56

    G.       Successors and Assigns..............................................................................56

    H.       Reservation of Rights.................................................................................56

    I.       Further Assurances.....................................................................................57

    J.       Severability................................................................................................57

    K.       Service of Documents ................................................................................57

    L.       Exemption from Certain Transfer Taxes Pursuant to Section 1146(a) of the Bankruptcy Code.................................................................................58

    M.       Governing Law ..........................................................................................59

    N.       Tax Reporting and Compliance .................................................................59

    O.       Exhibits and Schedules ..............................................................................59

    P.       Controlling Document ...............................................................................59

App. 00787
001577

Case 22-03052-sgj  Doc 21  Filed 05/27/22  Entered 05/27/22 15:12:46  Desc Main
Case 3:22-cv-02280-S   Document 9   Filed 10/28/22   Page 16 of 228   PageID 1690
Document  Page 16 of 66

Case 19-34054-sgj11 Doc 1808 Filed 01/22/21  Entered 01/22/21 18:59:39  Page 7 of 66

## DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

HIGHLAND CAPITAL MANAGEMENT, L.P., as debtor and debtor-in-possession in the above-captioned case (the "<u>Debtor</u>"), proposes the following chapter 11 plan of reorganization (the "<u>Plan</u>") for, among other things, the resolution of the outstanding Claims against, and Equity Interests in, the Debtor. Unless otherwise noted, capitalized terms used in this Plan have the meanings set forth in Article I of this Plan. The Debtor is the proponent of this Plan within the meaning of section 1129 of the Bankruptcy Code.

Reference is made to the Disclosure Statement (as such term is defined herein and distributed contemporaneously herewith) for a discussion of the Debtor's history, business, results of operations, historical financial information, projections and assets, and for a summary and analysis of this Plan and the treatment provided for herein. There also are other agreements and documents that may be Filed with the Bankruptcy Court that are referenced in this Plan or the Disclosure Statement as Exhibits and Plan Documents. All such Exhibits and Plan Documents are incorporated into and are a part of this Plan as if set forth in full herein. Subject to the other provisions of this Plan, and in accordance with the requirements set forth in section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, the Debtor reserves the right to alter, amend, modify, revoke, or withdraw this Plan prior to the Effective Date.

If this Plan cannot be confirmed, for any reason, then subject to the terms set forth herein, this Plan may be revoked.

### ARTICLE I.
### <u>RULES OF INTERPRETATION, COMPUTATION OF TIME,</u>
### <u>GOVERNING LAW AND DEFINED TERMS</u>

**A.**     **<u>Rules of Interpretation, Computation of Time and Governing Law</u>**

For purposes hereof: (a) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine or neuter gender shall include the masculine, feminine and the neuter gender; (b) any reference herein to a contract, lease, instrument, release, indenture or other agreement or document being in a particular form or on particular terms and conditions means that the referenced document, as previously amended, modified or supplemented, if applicable, shall be substantially in that form or substantially on those terms and conditions; (c) any reference herein to an existing document or exhibit having been Filed or to be Filed shall mean that document or exhibit, as it may thereafter be amended, modified or supplemented in accordance with its terms; (d) unless otherwise specified, all references herein to "Articles," "Sections," "Exhibits" and "Plan Documents" are references to Articles, Sections, Exhibits and Plan Documents hereof or hereto; (e) unless otherwise stated, the words "herein," "hereof," "hereunder" and "hereto" refer to this Plan in its entirety rather than to a particular portion of this Plan; (f) captions and headings to Articles and Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation hereof; (g) any reference to an Entity as a Holder of a Claim or Equity Interest includes such Entity's successors and assigns;

APPX. 00788
001572

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 31    Filed 10/03/22    Page 17 of 228    PageID 1691
Case 19-34054-sgj11    Doc 1808    Filed 01/22/21    Entered 01/22/21 18:59:39    Page 8 of 66

(h) the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (i) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to that term in the Bankruptcy Code or the Bankruptcy Rules, as the case may be; and (j) "$" or "dollars" means Dollars in lawful currency of the United States of America.  The provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein.

B.    **Defined Terms**

        Unless the context otherwise requires, the following terms shall have the following meanings when used in capitalized form herein:

        1.    "*Acis*" means collectively Acis Capital Management, L.P. and Acis Capital Management GP, LLP.

        2.    "*Administrative Expense Claim*" means any Claim for costs and expenses of administration of the Chapter 11 Case that is Allowed pursuant to sections 503(b), 507(a)(2), 507(b) or 1114(2) of the Bankruptcy Code, including, without limitation, (a) the actual and necessary costs and expenses incurred after the Petition Date and through the Effective Date of preserving the Estate and operating the business of the Debtor; and (b) all fees and charges assessed against the Estate pursuant to sections 1911 through 1930 of chapter 123 of title 28 of the United States Code, and that have not already been paid by the Debtor during the Chapter 11 Case and a Professional Fee Claim.

        3.    "*Administrative Expense Claims Bar Date*" means, with respect to any Administrative Expense Claim (other than a Professional Fee Claim) becoming due on or prior to the Effective Date, 5:00 p.m. (prevailing Central Time) on such date that is forty-five days after the Effective Date.

        4.    "*Administrative Expense Claims Objection Deadline*" means, with respect to any Administrative Expense Claim, the later of (a) ninety (90) days after the Effective Date and (b) sixty (60) days after the timely Filing of the applicable request for payment of such Administrative Expense Claim; *provided, however,* that the Administrative Expense Claims Objection Deadline may be extended by the Bankruptcy Court upon a motion by the Claimant Trustee.

        5.    "*Affiliate*" of any Person means any Entity that, with respect to such Person, either (i) is an "affiliate" as defined in section 101(2) of the Bankruptcy Code, or (ii) is an "affiliate" as defined in Rule 405 of the Securities Act of 1933, or (iii) directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with, such Person.  For the purposes of this definition, the term "control" (including, without limitation, the terms "controlled by" and "under common control with") means the possession, directly or indirectly, of the power to direct or cause the direction in any respect of the management or policies of a Person, whether through the ownership of voting securities, by contract, or otherwise.

        6.    "*Allowed*" means, with respect to any Claim, except as otherwise provided in the Plan: (a) any Claim that is evidenced by a Proof of Claim that has been timely Filed by the

Appx. 00789
001573

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 3-1   Filed 09/14/22   Page 18 of 228   PageID 1692
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 9 of 66

Bar Date, or that is not required to be evidenced by a Filed Proof of Claim under the Bankruptcy Code or a Final Order; (b) a Claim that is listed in the Schedules as not contingent, not unliquidated, and not disputed and for which no Proof of Claim has been timely filed; (c) a Claim Allowed pursuant to the Plan or an order of the Bankruptcy Court that is not stayed pending appeal; or (d) a Claim that is not Disputed (including for which a Proof of Claim has been timely filed in a liquidated and noncontingent amount that has not been objected to by the Claims Objection Deadline or as to which any such objection has been overruled by Final Order); *provided, however,* that with respect to a Claim described in clauses (a) and (b) above, such Claim shall be considered Allowed only if and to the extent that, with respect to such Claim, no objection to the allowance thereof has been interposed within the applicable period of time fixed by the Plan, the Bankruptcy Code, the Bankruptcy Rules, or the Bankruptcy Court, or such an objection is so interposed and the Claim shall have been Allowed as set forth above.

7.   "*Allowed Claim or Equity Interest*" means a Claim or an Equity Interest of the type that has been Allowed.

8.   "*Assets*" means all of the rights, titles, and interest of the Debtor, Reorganized Debtor, or Claimant Trust, in and to property of whatever type or nature, including, without limitation, real, personal, mixed, intellectual, tangible, and intangible property, the Debtor's books and records, and the Causes of Action.

9.   "*Available Cash*" means any Cash in excess of the amount needed for the Claimant Trust and Reorganized Debtor to maintain business operations as determined in the sole discretion of the Claimant Trustee.

10.  "*Avoidance Actions*" means any and all avoidance, recovery, subordination or other actions or remedies that may be brought by and on behalf of the Debtor or its Estate under the Bankruptcy Code or applicable nonbankruptcy law, including, without limitation, actions or remedies arising under sections 502, 510, 544, 545, and 547-553 of the Bankruptcy Code or under similar state or federal statutes and common law, including fraudulent transfer laws

11.  "*Ballot*" means the form(s) distributed to holders of Impaired Claims or Equity Interests entitled to vote on the Plan on which to indicate their acceptance or rejection of the Plan.

12.  "*Bankruptcy Code*" means title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended from time to time and as applicable to the Chapter 11 Case.

13.  "*Bankruptcy Court*" means the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, or any other court having jurisdiction over the Chapter 11 Case.

14.  "*Bankruptcy Rules*" means the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, in each case as amended from time to time and as applicable to the Chapter 11 Case.

APPX. 001574

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 2/15/21   Page 19 of 228   PageID 1693
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 10 of 66

15. "*Bar Date*" means the applicable deadlines set by the Bankruptcy Court for the filing of Proofs of Claim against the Debtor as set forth in the Bar Date Order, which deadlines may be or have been extended for certain Claimants by order of the Bankruptcy Court.

16. "*Bar Date Order*" means the *Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [D.I. 488].

17. "*Business Day*" means any day, other than a Saturday, Sunday or "legal holiday" (as defined in Bankruptcy Rule 9006(a)).

18. "*Cash*" means the legal tender of the United States of America or the equivalent thereof.

19. "*Causes of Action*" means any action, claim, cross-claim, third-party claim, cause of action, controversy, demand, right, Lien, indemnity, contribution, guaranty, suit, obligation, liability, debt, damage, judgment, account, defense, remedy, offset, power, privilege, license and franchise of any kind or character whatsoever, in each case whether known, unknown, contingent or non-contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, foreseen or unforeseen, direct or indirect, choate or inchoate, secured or unsecured, assertable directly or derivatively (including, without limitation, under alter ego theories), whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity or pursuant to any other theory of law.  For the avoidance of doubt, Cause of Action includes, without limitation,: (a) any right of setoff, counterclaim or recoupment and any claim for breach of contract or for breach of duties imposed by law or in equity; (b) the right to object to Claims or Equity Interests; (c) any claim pursuant to section 362 or chapter 5 of the Bankruptcy Code; (d) any claim or defense including fraud, mistake, duress and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; (e) any claims under any state or foreign law, including, without limitation, any fraudulent transfer or similar claims; (f) the Avoidance Actions, and (g) the Estate Claims.  The Causes of Action include, without limitation, the Causes of Action belonging to the Debtor's Estate listed on the schedule of Causes of Action to be filed with the Plan Supplement.

20. "*CEO/CRO*" means James P. Seery, Jr., the Debtor's chief executive officer and chief restructuring officer.

21. "*Chapter 11 Case*" means the Debtor's case under chapter 11 of the Bankruptcy Code commenced on the Petition Date in the Delaware Bankruptcy Court and transferred to the Bankruptcy Court on December 4, 2019, and styled *In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj-11.

22. "*Claim*" means any "claim" against the Debtor as defined in section 101(5) of the Bankruptcy Code.

23. "*Claims Objection Deadline*" means the date that is 180 days after the Confirmation Date; *provided, however,* the Claims Objection Deadline may be extended by the Bankruptcy Court upon a motion by the Claimant Trustee.

APPX. 00791
001575

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Filed 11/16/22   Page 20 of 228   PageID 1694
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 11 of 66

24. "*Claimant Trust*" means the trust established for the benefit of the Claimant Trust Beneficiaries on the Effective Date in accordance with the terms of this Plan and the Claimant Trust Agreement.

25. "*Claimant Trust Agreement*" means the agreement Filed in the Plan Supplement establishing and delineating the terms and conditions of the Claimant Trust.

26. "*Claimant Trust Assets*" means (i) other than the Reorganized Debtor Assets (which are expressly excluded from this definition), all other Assets of the Estate, including, but not limited to, all Causes of Action, Available Cash, any proceeds realized or received from such Assets, all rights of setoff, recoupment, and other defenses with respect, relating to, or arising from such Assets, (ii) any Assets transferred by the Reorganized Debtor to the Claimant Trust on or after the Effective Date, (iii) the limited partnership interests in the Reorganized Debtor, and (iv) the ownership interests in New GP LLC.  For the avoidance of doubt, any Causes of Action that, for any reason, are not capable of being transferred to the Claimant Trust shall constitute Reorganized Debtor Assets.

27. "*Claimant Trust Beneficiaries*" means the Holders of Allowed General Unsecured Claims, Holders of Allowed Subordinated Claims, including, upon Allowance, Disputed General Unsecured Claims and Disputed Subordinated Claims that become Allowed following the Effective Date, and, only upon certification by the Claimant Trustee that the Holders of such Claims have been paid indefeasibly in full plus, to the extent all Allowed unsecured Claims, excluding Subordinated Claims, have been paid in full, post-petition interest from the Petition Date at the Federal Judgment Rate in accordance with the terms and conditions set forth in the Claimant Trust Agreement and all Disputed Claims in Class 8 and Class 9 have been resolved, Holders of Allowed Class B/C Limited Partnership Interests, and Holders of Allowed Class A Limited Partnership Interests.

28. "*Claimant Trustee*" means James P. Seery, Jr., the Debtor's chief executive officer and chief restructuring officer, or such other Person identified in the Plan Supplement who will act as the trustee of the Claimant Trust in accordance with the Plan, the Confirmation Order, and Claimant Trust Agreement or any replacement trustee pursuant to (and in accordance with) the Claimant Trust Agreement.  The Claimant Trustee shall be responsible for, among other things, monetizing the Estate's investment assets, resolving Claims (other than those Claims assigned to the Litigation Sub-Trust for resolution), and, as the sole officer of New GP LLC, winding down the Reorganized Debtor's business operations.

29. "*Claimant Trust Expenses*" means all reasonable legal and other reasonable professional fees, costs, and expenses incurred by the Trustees on account of administration of the Claimant Trust, including any reasonable administrative fees and expenses, reasonable attorneys' fees and expenses, reasonable insurance costs, taxes, reasonable escrow expenses, and other expenses.

30. "*Claimant Trust Interests*" means the non-transferable interests in the Claimant Trust that are issued to the Claimant Trust Beneficiaries pursuant to this Plan; *provided*, *however*, Holders of Class A Limited Partnership Interests, Class B Limited Partnership Interests, and Class C Limited Partnership Interests will not be deemed to hold

Appx. 00792
001576

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed    Page 21 of 637    Page 21 of 228    PageID 1695
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 12 of 66

Claimant Trust Interests unless and until the Contingent Claimant Trust Interests distributed to such Holders vest in accordance with the terms of this Plan and the Claimant Trust Agreement.

31. "*Claimant Trust Oversight Committee*" means the committee of five Persons established pursuant to ARTICLE IV of this Plan to oversee the Claimant Trustee's performance of its duties and otherwise serve the functions described in this Plan and the Claimant Trust Agreement.

32. "*Class*" means a category of Holders of Claims or Equity Interests as set forth in ARTICLE III hereof pursuant to section 1122(a) of the Bankruptcy Code.

33. "*Class A Limited Partnership Interest*" means the Class A Limited Partnership Interests as defined in the Limited Partnership Agreement held by The Dugaboy Investment Trust, Mark and Pamela Okada Family Trust – Exempt Trust 2, Mark and Pamela Okada – Exempt Descendants' Trust, and Mark Kiyoshi Okada, and the General Partner Interest.

34. "*Class B Limited Partnership Interest*" means the Class B Limited Partnership Interests as defined in the Limited Partnership Agreement held by Hunter Mountain Investment Trust.

35. "*Class B/C Limited Partnership Interests*" means, collectively, the Class B Limited Partnership and Class C Limited Partnership Interests.

36. "*Class C Limited Partnership Interest*" means the Class C Limited Partnership Interests as defined in the Limited Partnership Agreement held by Hunter Mountain Investment Trust.

37. "*Committee*" means the Official Committee of Unsecured Creditors appointed by the U.S. Trustee pursuant to 11 U.S.C. § 1102(a)(1) on October 29, 2019 [D.I. 65], consisting of (i) the Redeemer Committee of Highland Crusader Fund, (ii) Meta-e Discovery, (iii) UBS, and (iv) Acis.

38. "*Confirmation Date*" means the date on which the clerk of the Bankruptcy Court enters the Confirmation Order on the docket of the Bankruptcy Court.

39. "*Confirmation Hearing*" means the hearing held by the Bankruptcy Court pursuant to section 1128 of the Bankruptcy Code to consider confirmation of this Plan, as such hearing may be adjourned or continued from time to time.

40. "*Confirmation Order*" means the order of the Bankruptcy Court confirming this Plan pursuant to section 1129 of the Bankruptcy Code.

41. *"Convenience Claim"* means any prepetition, liquidated, and unsecured Claim against the Debtor that as of the Confirmation Date is less than or equal to $1,000,000 or any General Unsecured Claim that makes the Convenience Class Election. For the avoidance of doubt, the Reduced Employee Claims will be Convenience Claims.

Appx. 00792
001577

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 3   Filed 10/08/22   Page 22 of 228   PageID 1696
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 13 of 66

42. "*Convenience Claim Pool*" means the $13,150,000 in Cash that shall be available upon the Effective Date for distribution to Holders of Convenience Claims under the Plan as set forth herein. Any Cash remaining in the Convenience Claim Pool after all distributions on account of Convenience Claims have been made will be transferred to the Claimant Trust and administered as a Claimant Trust Asset.

43. "*Convenience Class Election*" means the option provided to each Holder of a General Unsecured Claim that is a liquidated Claim as of the Confirmation Date on their Ballot to elect to reduce their claim to $1,000,000 and receive the treatment provided to Convenience Claims.

44. "*Contingent Claimant Trust Interests*" means the contingent Claimant Trust Interests to be distributed to Holders of Class A Limited Partnership Interests, Holders of Class B Limited Partnership Interests, and Holders of Class C Limited Partnership Interests in accordance with this Plan, the rights of which shall not vest, and consequently convert to Claimant Trust Interests, unless and until the Claimant Trustee Files a certification that all holders of Allowed General Unsecured Claims have been paid indefeasibly in full, plus, to the extent all Allowed unsecured Claims, excluding Subordinated Claims, have been paid in full, all accrued and unpaid post-petition interest from the Petition Date at the Federal Judgment Rate and all Disputed Claims in Class 8 and Class 9 have been resolved. As set forth in the Claimant Trust Agreement, the Contingent Claimant Trust Interests distributed to the Holders of Class A Limited Partnership Interests will be subordinated to the Contingent Claimant Trust Interests distributed to the Holders of Class B/C Limited Partnership Interests.

45. "*Debtor*" means Highland Capital Management, L.P. in its capacity as debtor and debtor in possession in the Chapter 11 Case.

46. "*Delaware Bankruptcy Court*" means the United States Bankruptcy Court for the District of Delaware.

47. "*Disclosure Statement*" means that certain *Disclosure Statement for Debtor's Fifth Amended Chapter 11 Plan of Reorganization*, as amended, supplemented, or modified from time to time, which describes this Plan, including all exhibits and schedules thereto and references therein that relate to this Plan.

48. "*Disputed*" means with respect to any Claim or Equity Interest, any Claim or Equity Interest that is not yet Allowed.

49. "*Disputed Claims Reserve*" means the appropriate reserve(s) or account(s) to be established on the Initial Distribution Date and maintained by the Claimant Trustee for distributions on account of Disputed Claims that may subsequently become an Allowed Claim.

50. "*Disputed Claims Reserve Amount*" means, for purposes of determining the Disputed Claims Reserve, the Cash that would have otherwise been distributed to a Holder of a Disputed Claim at the time any distributions of Cash are made to the Holders of Allowed Claims. The amount of the Disputed Claim upon which the Disputed Claims Reserve is calculated shall be: (a) the amount set forth on either the Schedules or the filed Proof of Claim, as applicable; (b) the amount agreed to by the Holder of the Disputed Claim and the Claimant Trustee or

7

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Filed   Page 199 of 637   Page 23 of 228   PageID 1697
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 14 of 66

Reorganized Debtor, as applicable; (c) the amount ordered by the Bankruptcy Court if it enters an order disallowing, in whole or in part, a Disputed Claim; or (d) as otherwise ordered by the Bankruptcy Court, including an order estimating the Disputed Claim.

51. "*Distribution Agent*" means the Claimant Trustee, or any party designated by the Claimant Trustee to serve as distribution agent under this Plan.

52. "*Distribution Date*" means the date or dates determined by the Reorganized Debtor or the Claimant Trustee, as applicable, on or after the Initial Distribution Date upon which the Distribution Agent shall make distributions to holders of Allowed Claims and Interests entitled to receive distributions under the Plan.

53. "*Distribution Record Date*" means the date for determining which Holders of Claims and Equity Interests are eligible to receive distributions hereunder, which date shall be the Effective Date or such later date determined by the Bankruptcy Court.

54. "*Effective Date*" means the Business Day that this Plan becomes effective as provided in ARTICLE VIII hereof.

55. "*Employees*" means the employees of the Debtor set forth in the Plan Supplement.

56. "*Enjoined Parties*" means (i) all Entities who have held, hold, or may hold Claims against or Equity Interests in the Debtor (whether or not proof of such Claims or Equity Interests has been filed and whether or not such Entities vote in favor of, against or abstain from voting on the Plan or are presumed to have accepted or deemed to have rejected the Plan), (ii) James Dondero ("Dondero"), (iii) any Entity that has appeared and/or filed any motion, objection, or other pleading in this Chapter 11 Case regardless of the capacity in which such Entity appeared and any other party in interest, (iv) any Related Entity, and (v) the Related Persons of each of the foregoing.

57. "*Entity*" means any "entity" as defined in section 101(15) of the Bankruptcy Code and also includes any Person or any other entity.

58. "*Equity Interest*" means any Equity Security in the Debtor, including, without limitation, all issued, unissued, authorized or outstanding partnership interests, shares, of stock or limited company interests, the Class A Limited Partnership Interests, the Class B Limited Partnership Interests, and the Class C Limited Partnership Interests.

59. "*Equity Security*" means an "equity security" as defined in section 101(16) of the Bankruptcy Code.

60. "*Estate*" means the bankruptcy estate of the Debtor created by virtue of section 541 of the Bankruptcy Code upon the commencement of the Chapter 11 Case.

61. "*Estate Claims*" has the meaning given to it in Exhibit A to the *Notice of Final Term Sheet* [D.I. 354].

APPX. 00795
001579

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 3-1    Filed 11/02/22    Page 24 of 228    PageID 1698
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 15 of 66

62. "*Exculpated Parties*" means, collectively, (i) the Debtor and its successors and assigns, direct and indirect majority-owned subsidiaries, and the Managed Funds, (ii) the Employees, (iii) Strand, (iv) the Independent Directors, (v) the Committee, (vi) the members of the Committee (in their official capacities), (vii) the Professionals retained by the Debtor and the Committee in the Chapter 11 Case, (viii) the CEO/CRO; and (ix) the Related Persons of each of the parties listed in (iv) through (viii); *provided, however,* that, for the avoidance of doubt, none of James Dondero, Mark Okada, NexPoint Advisors, L.P. (and any of its subsidiaries and managed entities), the Charitable Donor Advised Fund, L.P. (and any of its subsidiaries, including CLO Holdco, Ltd., and managed entities), Highland CLO Funding, Ltd. (and any of its subsidiaries, members, and managed entities), Highland Capital Management Fund Advisors, L.P. (and any of its subsidiaries and managed entities), NexBank, SSB (and any of its subsidiaries), the Hunter Mountain Investment Trust (or any trustee acting for the trust), the Dugaboy Investment Trust (or any trustee acting for the trust), or Grant Scott is included in the term "Exculpated Party."

63. "*Executory Contract*" means a contract to which the Debtor is a party that is subject to assumption or rejection under sections 365 or 1123 of the Bankruptcy Code.

64. "*Exhibit*" means an exhibit annexed hereto or to the Disclosure Statement (as such exhibits are amended, modified or otherwise supplemented from time to time), which are incorporated by reference herein.

65. "*Federal Judgment Rate*" means the post-judgment interest rate set forth in 28 U.S.C. § 1961 as of the Effective Date.

66. "*File*" or "*Filed*" or "*Filing*" means file, filed or filing with the Bankruptcy Court or its authorized designee in the Chapter 11 Case.

67. "*Final Order*" means an order or judgment of the Bankruptcy Court, which is in full force and effect, and as to which the time to appeal, petition for *certiorari*, or move for a new trial, reargument or rehearing has expired and as to which no appeal, petition for *certiorari*, or other proceedings for a new trial, reargument or rehearing shall then be pending or as to which any right to appeal, petition for *certiorari*, new trial, reargument, or rehearing shall have been waived in writing in form and substance satisfactory to the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, or, in the event that an appeal, writ of *certiorari*, new trial, reargument, or rehearing thereof has been sought, such order of the Bankruptcy Court shall have been determined by the highest court to which such order was appealed, or *certiorari*, new trial, reargument or rehearing shall have been denied and the time to take any further appeal, petition for *certiorari*, or move for a new trial, reargument or rehearing shall have expired; *provided, however*, that the possibility that a motion under Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be Filed with respect to such order shall not preclude such order from being a Final Order.

68. "*Frontier Secured Claim*" means the loan from Frontier State Bank to the Debtor in the principal amount of $7,879,688.00 made pursuant to that certain First Amended and Restated Loan Agreement, dated March 29, 2018.

Appx. 00196
001580

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 206/2137    Page 25 of 228    PageID 1699
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 16 of 66

69. "*General Partner Interest*" means the Class A Limited Partnership Interest held by Strand, as the Debtor's general partner.

70. "*General Unsecured Claim*" means any prepetition Claim against the Debtor that is not Secured and is not a/an: (a) Administrative Expense Claim; (b) Professional Fee Claim; (c) Priority Tax Claim; (d) Priority Non-Tax Claim; or (e) Convenience Claim.

71. "*Governmental Unit*" means a "governmental unit" as defined in section 101(27) of the Bankruptcy Code.

72. "*GUC Election*" means the option provided to each Holder of a Convenience Claim on their Ballot to elect to receive the treatment provided to General Unsecured Claims.

73. "*Holder*" means an Entity holding a Claim against, or Equity Interest in, the Debtor.

74. "*Impaired*" means, when used in reference to a Claim or Equity Interest, a Claim or Equity Interest that is impaired within the meaning of section 1124 of the Bankruptcy Code.

75. "*Independent Directors*" means John S. Dubel, James P. Seery, Jr., and Russell Nelms, the independent directors of Strand appointed on January 9, 2020, and any additional or replacement directors of Strand appointed after January 9, 2020, but prior to the Effective Date.

76. "*Initial Distribution Date*" means, subject to the "Treatment" sections in ARTICLE III hereof, the date that is on or as soon as reasonably practicable after the Effective Date, when distributions under this Plan shall commence to Holders of Allowed Claims and Equity Interests.

77. "*Insurance Policies*" means all insurance policies maintained by the Debtor as of the Petition Date.

78. "*Jefferies Secured Claim*" means any Claim in favor of Jefferies, LLC, arising under that certain Prime Brokerage Customer Agreement, dated May 24, 2013, between the Debtor and Jefferies, LLC, that is secured by the assets, if any, maintained in the prime brokerage account created by such Prime Brokerage Customer Agreement.

79. "*Lien*" means a "lien" as defined in section 101(37) of the Bankruptcy Code and, with respect to any asset, includes, without limitation, any mortgage, lien, pledge, charge, security interest or other encumbrance of any kind, or any other type of preferential arrangement that has the practical effect of creating a security interest, in respect of such asset.

80. "*Limited Partnership Agreement*" means that certain Fourth Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P., dated December 24, 2015, as amended.

App. 001587

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 5    Filed 12/02/22    Page 26 of 228    PageID 1700
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 17 of 66

81. "*Litigation Sub-Trust*" means the sub-trust established within the Claimant Trust or as a wholly –owned subsidiary of the Claimant Trust on the Effective Date in each case in accordance with the terms and conditions set forth in the Litigation Sub-Trust Agreement and Claimant Trust Agreement.  As set forth in the Litigation Sub-Trust Agreement, the Litigation Sub-Trust shall hold the Claimant Trust Assets that are Estate Claims.

82. "*Litigation Sub-Trust Agreement*" means the agreement filed in the Plan Supplement establishing and delineating the terms and conditions of the Litigation Sub-Trust.

83. "*Litigation Trustee*" means the trustee appointed by the Committee and reasonably acceptable to the Debtor who shall be responsible for investigating, litigating, and settling the Estate Claims for the benefit of the Claimant Trust in accordance with the terms and conditions set forth in the Litigation Sub-Trust Agreement.

84. "*Managed Funds*" means Highland Multi-Strategy Credit Fund, L.P., Highland Restoration Capital Partners, L.P., and any other investment vehicle managed by the Debtor pursuant to an Executory Contract assumed pursuant to this Plan.

85. "*New Frontier Note*" means that promissory note to be provided to the Allowed Holders of Class 2 Claims under this Plan and any other documents or security agreements securing the obligations thereunder.

86. "*New GP LLC*" means a limited liability company incorporated in the State of Delaware pursuant to the New GP LLC Documents to serve as the general partner of the Reorganized Debtor on the Effective Date.

87. "*New GP LLC Documents*" means the charter, operating agreement, and other formational documents of New GP LLC.

88. "*Ordinary Course Professionals Order*" means that certain *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtor to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course* [D.I. 176].

89. "*Other Unsecured Claim*" means any Secured Claim other than the Jefferies Secured Claim and the Frontier Secured Claim.

90. "*Person*" means a "person" as defined in section 101(41) of the Bankruptcy Code and also includes any natural person, individual, corporation, company, general or limited partnership, limited liability company, unincorporated organization firm, trust, estate, business trust, association, joint stock company, joint venture, government, governmental agency, Governmental Unit or any subdivision thereof, the United States Trustee, or any other entity, whether acting in an individual, fiduciary or other capacity.

91. "*Petition Date*" means October 16, 2019.

92. "*Plan*" means this *Debtor's Fifth Amended Chapter 11 Plan of Reorganization*, including the Exhibits and the Plan Documents and all supplements, appendices,

Appx. 001582

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 03/20/22    Page 27 of 228    PageID 1701
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 18 of 66

and schedules thereto, either in its present form or as the same may be altered, amended, modified or otherwise supplemented from time to time.

93. "*Plan Distribution*" means the payment or distribution of consideration to Holders of Allowed Claims and Allowed Equity Interests under this Plan.

94. "*Plan Documents*" means any of the documents, other than this Plan, but including, without limitation, the documents to be filed with the Plan Supplement, to be executed, delivered, assumed, or performed in connection with the occurrence of the Effective Date, and as may be modified consistent with the terms hereof with the consent of the Committee.

95. "*Plan Supplement*" means the ancillary documents necessary for the implementation and effectuation of the Plan, including, without limitation, (i) the form of Claimant Trust Agreement, (ii) the forms of New GP LLC Documents, (iii) the form of Reorganized Limited Partnership Agreement, (iv) the Sub-Servicer Agreement (if applicable), (v) the identity of the initial members of the Claimant Trust Oversight Committee, (vi) the form of Litigation Sub-Trust Agreement; (vii) the schedule of retained Causes of Action; (viii) the New Frontier Note, (ix) the schedule of Employees; (x) the form of Senior Employee Stipulation,; and (xi) the schedule of Executory Contracts and Unexpired Leases to be assumed pursuant to this Plan, which, in each case, will be in form and substance reasonably acceptable to the Debtor and the Committee.

96. "*Priority Non-Tax Claim*" means a Claim entitled to priority pursuant to section 507(a) of the Bankruptcy Code, including any Claims for paid time-off entitled to priority under section 507(a)(4) of the Bankruptcy Code, other than a Priority Tax Claim or an Administrative Claim.

97. "*Pro Rata*" means the proportion that (a) the Allowed amount of a Claim or Equity Interest in a particular Class bears to (b) the aggregate Allowed amount of all Claims or Equity Interests in such Class.

98. "*Professional*" means (a) any Entity employed in the Chapter 11 Case pursuant to section 327, 328 363 or 1103 of the Bankruptcy Code or otherwise and (b) any Entity seeking compensation or reimbursement of expenses in connection with the Chapter 11 Case pursuant to sections 327, 328, 330, 331, 363, 503(b), 503(b)(4) and 1103 of the Bankruptcy Code.

99. "*Professional Fee Claim*" means a Claim under sections 328, 330(a), 331, 363, 503 or 1103 of the Bankruptcy Code, with respect to a particular Professional, for compensation for services rendered or reimbursement of costs, expenses or other charges incurred after the Petition Date and prior to and including the Effective Date.

100. "*Professional Fee Claims Bar Date*" means with respect to Professional Fee Claims, the Business Day which is sixty (60) days after the Effective Date or such other date as approved by order of the Bankruptcy Court.

App. 00199
001583

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 21    Filed 12/04/22    Page 28 of 228    PageID 1702
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 19 of 66

101.    "*Professional Fee Claims Objection Deadline*" means, with respect to any Professional Fee Claim, thirty (30) days after the timely Filing of the applicable request for payment of such Professional Fee Claim.

102.    "*Professional Fee Reserve*" means the reserve established and funded by the Claimant Trustee pursuant this Plan to provide sufficient funds to satisfy in full unpaid Allowed Professional Fee Claims.

103.    "*Proof of Claim*" means a written proof of Claim or Equity Interest Filed against the Debtor in the Chapter 11 Case.

104.    "*Priority Tax Claim*" means any Claim of a Governmental Unit of the kind specified in section 507(a)(8) of the Bankruptcy Code.

105.    "*Protected Parties*" means, collectively, (i) the Debtor and its successors and assigns, direct and indirect majority-owned subsidiaries, and the Managed Funds, (ii) the Employees, (iii) Strand, (iv) the Reorganized Debtor, (v) the Independent Directors, (vi) the Committee, (vii) the members of the Committee (in their official capacities), (viii) the Claimant Trust, (ix) the Claimant Trustee, (x) the Litigation Sub-Trust, (xi) the Litigation Trustee, (xii) the members of the Claimant Trust Oversight Committee (in their official capacities), (xiii) New GP LLC, (xiv) the Professionals retained by the Debtor and the Committee in the Chapter 11 Case, (xv) the CEO/CRO, and (xvi) the Related Persons of each of the parties listed in (iv) through (xv); *provided, however,* that, for the avoidance of doubt, none of James Dondero, Mark Okada, NexPoint Advisors, L.P. (and any of its subsidiaries and managed entities), the Charitable Donor Advised Fund, L.P. (and any of its subsidiaries, including CLO Holdco, Ltd., and managed entities), Highland CLO Funding, Ltd. (and any of its subsidiaries, members, and managed entities), NexBank, SSB (and any of its subsidiaries), Highland Capital Management Fund Advisors, L.P. (and any of its subsidiaries and managed entities), the Hunter Mountain Investment Trust (or any trustee acting for the trust), the Dugaboy Investment Trust (or any trustee acting for the trust), or Grant Scott is included in the term "Protected Party."

106.    "*PTO Claims*" means any Claim for paid time off in favor of any Debtor employee in excess of the amount that would qualify as a Priority Non-Tax Claim under section 507(a)(4) of the Bankruptcy Code.

107.    "*Reduced Employee Claims*" has the meaning set forth in ARTICLE IX.D.

108.    "*Reinstated*" means, with respect to any Claim or Equity Interest, (a) leaving unaltered the legal, equitable, and contractual rights to which a Claim entitles the Holder of such Claim or Equity Interest in accordance with section 1124 of the Bankruptcy Code or (b) notwithstanding any contractual provision or applicable law that entitles the Holder of such Claim or Equity Interest to demand or receive accelerated payment of such Claim or Equity Interest after the occurrence of a default: (i) curing any such default that occurred before or after the Petition Date, other than a default of a kind specified in section 365(b)(2) of the Bankruptcy Code or of a kind that section 365(b)(2) of the Bankruptcy Code expressly does not require to be cured; (ii) reinstating the maturity of such Claim or Equity Interest as such maturity existed before such default; (iii) compensating the Holder of such Claim or Equity Interest for any

App. 001584

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document 9 Filed 12/05/22 Page 29 of 228 PageID 1703
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21 Entered 01/22/21 18:59:39 Page 20 of 66

damages incurred as a result of any reasonable reliance by such Holder on such contractual provision or such applicable law; (iv) if such Claim or Equity Interest arises from any failure to perform a nonmonetary obligation, other than a default arising from failure to operate a non-residential real property lease subject to section 365(b)(1)(A) of the Bankruptcy Code, compensating the Holder of such Claim or Equity Interest (other than any Debtor or an insider of any Debtor) for any actual pecuniary loss incurred by such Holder as a result of such failure; and (v) not otherwise altering the legal, equitable, or contractual rights to which such Claim entitles the Holder of such Claim.

109. "*Rejection Claim*" means any Claim for monetary damages as a result of the rejection of an executory contract or unexpired lease pursuant to the Confirmation Order.

110. "*Related Entity*" means, without duplication, (a) Dondero, (b) Mark Okada ("Okada"), (c) Grant Scott ("Scott"), (d) Hunter Covitz ("Covitz"), (e) any entity or person that was an insider of the Debtor on or before the Petition Date under Section 101(31) of the Bankruptcy Code, including, without limitation, any entity or person that was a non-statutory insider, (f) any entity that, after the Effective Date, is an insider or Affiliate of one or more of Dondero, Okada, Scott, Covitz, or any of their respective insiders or Affiliates, including, without limitation, The Dugaboy Investment Trust, (g) the Hunter Mountain Investment Trust and any of its direct or indirect parents, (h) the Charitable Donor Advised Fund, L.P., and any of its direct or indirect subsidiaries, and (i) Affiliates of the Debtor and any other Entities listed on the Related Entity List.

111. "*Related Entity List*" means that list of Entities filed with the Plan Supplement.

112. "*Related Persons*" means, with respect to any Person, such Person's predecessors, successors, assigns (whether by operation of law or otherwise), and each of their respective present, future, or former officers, directors, employees, managers, managing members, members, financial advisors, attorneys, accountants, investment bankers, consultants, professionals, advisors, shareholders, principals, partners, subsidiaries, divisions, management companies, heirs, agents, and other representatives, in each case solely in their capacity as such.

113. "*Released Parties*" means, collectively, (i) the Independent Directors; (ii) Strand (solely from the date of the appointment of the Independent Directors through the Effective Date); (iii) the CEO/CRO; (iv) the Committee; (v) the members of the Committee (in their official capacities), (vi) the Professionals retained by the Debtor and the Committee in the Chapter 11 Case; and (vii) the Employees.

114. "*Reorganized Debtor*" means the Debtor, as reorganized pursuant to this Plan on and after the Effective Date.

115. "*Reorganized Debtor Assets*" means any limited and general partnership interests held by the Debtor, the management of the Managed Funds and those Causes of Action (including, without limitation, claims for breach of fiduciary duty), that, for any reason, are not capable of being transferred to the Claimant Trust. For the avoidance of doubt, "Reorganized

14

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 19    Filed 12/06/22    Page 30 of 228    PageID 1704
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 21 of 66

Debtor Assets" includes any partnership interests or shares of Managed Funds held by the Debtor but does not include the underlying portfolio assets held by the Managed Funds.

116.    "*Reorganized Limited Partnership Agreement*" means that certain Fifth Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P., by and among the Claimant Trust, as limited partner, and New GP LLC, as general partner, Filed with the Plan Supplement.

117.    "*Restructuring*" means the restructuring of the Debtor, the principal terms of which are set forth in this Plan and the Disclosure Statement.

118.    "*Retained Employee Claim*" means any Claim filed by a current employee of the Debtor who will be employed by the Reorganized Debtor upon the Effective Date.

119.    "*Schedules*" means the schedules of Assets and liabilities, statements of financial affairs, lists of Holders of Claims and Equity Interests and all amendments or supplements thereto Filed by the Debtor with the Bankruptcy Court [D.I. 247].

120.    "*Secured*" means, when referring to a Claim: (a) secured by a Lien on property in which the Debtor's Estate has an interest, which Lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the interest of the Debtor's Estate in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code or (b) Allowed pursuant to the Plan as a Secured Claim.

121.    "*Security*" or "*security*" means any security as such term is defined in section 101(49) of the Bankruptcy Code.

122.    "*Senior Employees*" means the senior employees of the Debtor Filed in the Plan Supplement.

123.    "*Senior Employee Stipulation*" means the agreements filed in the Plan Supplement between each Senior Employee and the Debtor.

124.    "*Stamp or Similar Tax*" means any stamp tax, recording tax, personal property tax, conveyance fee, intangibles or similar tax, real estate transfer tax, sales tax, use tax, transaction privilege tax (including, without limitation, such taxes on prime contracting and owner-builder sales), privilege taxes (including, without limitation, privilege taxes on construction contracting with regard to speculative builders and owner builders), and other similar taxes imposed or assessed by any Governmental Unit.

125.    "*Statutory Fees*" means fees payable pursuant to 28 U.S.C. § 1930.

126.    "*Strand*" means Strand Advisors, Inc., the Debtor's general partner.

127.    "*Sub-Servicer*" means a third-party selected by the Claimant Trustee to service or sub-service the Reorganized Debtor Assets.

App. 00302
001586

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9t   FiledD22u07/2016 37Page 31 of 228   PageID 1705
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 22 of 66

128. "*Sub-Servicer Agreement*" means the agreement that may be entered into providing for the servicing of the Reorganized Debtor Assets by the Sub-Servicer.

129. "*Subordinated Claim*" means any Claim that is subordinated to the Convenience Claims and General Unsecured Claims pursuant to 11 U.S.C. § 510 or order entered by the Bankruptcy Court.

130. "*Subordinated Claimant Trust Interests*" means the Claimant Trust Interests to be distributed to Holders of Allowed Subordinated Claims under the Plan, which such interests shall be subordinated in right and priority to the Claimant Trust Interests distributed to Holders of Allowed General Unsecured Claims as provided in the Claimant Trust Agreement.

131. "*Trust Distribution*" means the transfer of Cash or other property by the Claimant Trustee to the Claimant Trust Beneficiaries.

132. "*Trustees*" means, collectively, the Claimant Trustee and Litigation Trustee.

133. "*UBS*" means, collectively, UBS Securities LLC and UBS AG London Branch.

134. "*Unexpired Lease*" means a lease to which the Debtor is a party that is subject to assumption or rejection under section 365 of the Bankruptcy Code.

135. "*Unimpaired*" means, with respect to a Class of Claims or Equity Interests that is not impaired within the meaning of section 1124 of the Bankruptcy Code.

136. "*Voting Deadline*" means the date and time by which all Ballots to accept or reject the Plan must be received in order to be counted under the under the Order of the Bankruptcy Court approving the Disclosure Statement as containing adequate information pursuant to section 1125(a) of the Bankruptcy Code and authorizing the Debtor to solicit acceptances of the Plan.

137. "*Voting Record Date*" means November 23, 2020.

## ARTICLE II.
## ADMINISTRATIVE EXPENSES AND PRIORITY TAX CLAIMS

**A.**   **Administrative Expense Claims**

On the later of the Effective Date or the date on which an Administrative Expense Claim becomes an Allowed Administrative Expense Claim, or, in each such case, as soon as practicable thereafter, each Holder of an Allowed Administrative Expense Claim (other than Professional Fee Claims) will receive, in full satisfaction, settlement, discharge and release of, and in exchange for, such Allowed Administrative Expense Claim either (i) payment in full in Available Cash for the unpaid portion of such Allowed Administrative Expense Claim; or (ii) such other less favorable treatment as agreed to in writing by the Debtor or the Reorganized

Appx. 00303
001587

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 3-1   Filed 12/08/22   Page 32 of 228   PageID 1706
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 23 of 66

Debtor, as applicable, and such Holder; *provided, however,* that Administrative Expense Claims incurred by the Debtor in the ordinary course of business may be paid in the ordinary course of business in the discretion of the Debtor in accordance with such applicable terms and conditions relating thereto without further notice to or order of the Bankruptcy Court.  All statutory fees payable under 28 U.S.C. § 1930(a) shall be paid as such fees become due.

If an Administrative Expense Claim (other than a Professional Fee Claim) is not paid by the Debtor in the ordinary course, the Holder of such Administrative Expense Claim must File, on or before the applicable Administrative Expense Claims Bar Date, and serve on the Debtor or Reorganized Debtor, as applicable, and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order or other order of the Bankruptcy Court, an application for allowance and payment of such Administrative Expense Claim.

Objections to any Administrative Expense Claim (other than a Professional Fee Claim) must be Filed and served on the Debtor or the Reorganized Debtor, as applicable, and the party asserting such Administrative Expense Claim by the Administrative Expense Claims Objection Deadline.

**B.      Professional Fee Claims**

Professionals or other Entities asserting a Professional Fee Claim for services rendered through the Effective Date must submit fee applications under sections 327, 328, 329,330, 331, 503(b) or 1103 of the Bankruptcy Code and, upon entry of an order of the Bankruptcy Court granting such fee applications, such Professional Fee Claim shall promptly be paid in Cash in full to the extent provided in such order.

Professionals or other Entities asserting a Professional Fee Claim for services rendered on or prior to the Effective Date must File, on or before the Professional Fee Claims Bar Date, and serve on the Debtor or Reorganized Debtor, as applicable, and such other Entities who are designated as requiring such notice by the Bankruptcy Rules, the Confirmation Order or other order of the Bankruptcy Court, an application for final allowance of such Professional Fee Claim.

Objections to any Professional Fee Claim must be Filed and served on the Debtor or Reorganized Debtor, as applicable, and the party asserting the Professional Fee Claim by the Professional Fee Claim Objection Deadline.  Each Holder of an Allowed Professional Fee Claim will be paid by the Debtor or the Claimant Trust, as applicable, in Cash within ten (10) Business Days of entry of the order approving such Allowed Professional Fee Claim.

On the Effective Date, the Claimant Trustee shall establish the Professional Fee Reserve. The Professional Fee Reserve shall vest in the Claimant Trust and shall be maintained by the Claimant Trustee in accordance with the Plan and Claimant Trust Agreement.  The Claimant Trust shall fund the Professional Fee Reserve on the Effective Date in an estimated amount determined by the Debtor in good faith prior to the Confirmation Date and that approximates the total projected amount of unpaid Professional Fee Claims on the Effective Date.  Following the payment of all Allowed Professional Fee Claims, any excess funds in the Professional Fee

Appx. 00304
001588

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 10/12/22   Page 33 of 228   PageID 1707
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 24 of 66

Reserve shall be released to the Claimant Trust to be used for other purposes consistent with the Plan and the Claimant Trust Agreement.

**C.      Priority Tax Claims**

On or as soon as reasonably practicable after the later of (i) the Initial Distribution Date if such Priority Tax Claim is an Allowed Priority Tax Claim as of the Effective Date or (ii) the date on which such Priority Tax Claim becomes an Allowed Priority Tax Claim, each Holder of an Allowed Priority Tax Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, such Allowed Priority Tax Claim, at the election of the Debtor:  (a) Cash in an amount equal to the amount of such Allowed Priority Tax Claim, (b) payment of such Allowed Priority Tax Claim in accordance with section 1129(a)(9)(C) of the Bankruptcy Code; or (c) such other less favorable treatment as agreed to in writing by the Debtor and such Holder. Payment of statutory fees due pursuant to 28 U.S.C. § 1930(a)(6) will be made at all appropriate times until the entry of a final decree; *provided, however*, that the Debtor may prepay any or all such Claims at any time, without premium or penalty.

**ARTICLE III.**
**CLASSIFICATION AND TREATMENT OF**
**CLASSIFIED CLAIMS AND EQUITY INTERESTS**

**A.      Summary**

All Claims and Equity Interests, except Administrative Expense Claims and Priority Tax Claims, are classified in the Classes set forth below.  In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Expense Claims, and Priority Tax Claims have not been classified.

The categories of Claims and Equity Interests listed below classify Claims and Equity Interests for all purposes including, without limitation, confirmation and distribution pursuant to the Plan and pursuant to sections 1122 and 1123(a)(1) of the Bankruptcy Code.  The Plan deems a Claim or Equity Interest to be classified in a particular Class only to the extent that the Claim or Equity Interest qualifies within the description of that Class and will be deemed classified in a different Class to the extent that any remainder of such Claim or Equity Interest qualifies within the description of such different Class.  A Claim or Equity Interest is in a particular Class only to the extent that any such Claim or Equity Interest is Allowed in that Class and has not been paid, released or otherwise settled (in each case, by the Debtor or any other Entity) prior to the Effective Date.

Appx. 00305
001589

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document Filed 06/10/22    Page 34 of 228    PageID 1708
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 25 of 66

B.     **Summary of Classification and Treatment of Classified Claims and Equity Interests**

| Class | Claim | Status | Voting Rights |
|-------|-------|--------|---------------|
| 1 | Jefferies Secured Claim | Unimpaired | Deemed to Accept |
| 2 | Frontier Secured Claim | Impaired | Entitled to Vote |
| 3 | Other Secured Claims | Unimpaired | Deemed to Accept |
| 4 | Priority Non-Tax Claim | Unimpaired | Deemed to Accept |
| 5 | Retained Employee Claim | Unimpaired | Deemed to Accept |
| 6 | PTO Claims | Unimpaired | Deemed to Accept |
| 7 | Convenience Claims | Impaired | Entitled to Vote |
| 8 | General Unsecured Claims | Impaired | Entitled to Vote |
| 9 | Subordinated Claims | Impaired | Entitled to Vote |
| 10 | Class B/C Limited Partnership Interests | Impaired | Entitled to Vote |
| 11 | Class A Limited Partnership Interests | Impaired | Entitled to Vote |

C.     **Elimination of Vacant Classes**

Any Class that, as of the commencement of the Confirmation Hearing, does not have at least one Holder of a Claim or Equity Interest that is Allowed in an amount greater than zero for voting purposes shall be considered vacant, deemed eliminated from the Plan for purposes of voting to accept or reject the Plan, and disregarded for purposes of determining whether the Plan satisfies section 1129(a)(8) of the Bankruptcy Code with respect to such Class.

D.     **Impaired/Voting Classes**

Claims and Equity Interests in Class 2 and Class 7 through Class 11 are Impaired by the Plan, and only the Holders of Claims or Equity Interests in those Classes are entitled to vote to accept or reject the Plan.

E.     **Unimpaired/Non-Voting Classes**

Claims in Class 1 and Class 3 through Class 6 are Unimpaired by the Plan, and such Holders are deemed to have accepted the Plan and are therefore not entitled to vote on the Plan.

F.     **Impaired/Non-Voting Classes**

There are no Classes under the Plan that will not receive or retain any property and no Classes are deemed to reject the Plan.

G.     **Cramdown**

If any Class of Claims or Equity Interests is deemed to reject this Plan or does not vote to accept this Plan, the Debtor may (i) seek confirmation of this Plan under section 1129(b) of the Bankruptcy Code or (ii) amend or modify this Plan in accordance with the terms hereof and the

APPX. 001590

Case 22-03052-sgj  Doc 21  Filed 05/27/22  Entered 05/27/22 15:12:46  Desc Main
Case 3:22-cv-02280-S  Document 9  Filed 12/16/22  Page 35 of 228  PageID 1709
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21  Entered 01/22/21 18:59:39  Page 26 of 66

Bankruptcy Code.  If a controversy arises as to whether any Claims or Equity Interests, or any class of Claims or Equity Interests, are Impaired, the Bankruptcy Court shall, after notice and a hearing, determine such controversy on or before the Confirmation Date.

**H.**   **Classification and Treatment of Claims and Equity Interests**

    *1.*   *Class 1 – Jefferies Secured Claim*

- *Classification*:  Class 1 consists of the Jefferies Secured Claim.

- *Treatment*:  On or as soon as reasonably practicable after the Effective Date, each Holder of an Allowed Class 1 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, such Allowed Class 1 Claim, at the election of the Debtor:  (A) Cash equal to the amount of such Allowed Class 1 Claim; (B) such other less favorable treatment as to which the Debtor and the Holder of such Allowed Class 1 Claim will have agreed upon in writing; or (C) such other treatment rendering such Claim Unimpaired.  Each Holder of an Allowed Class 1 Claim will retain the Liens securing its Allowed Class 1 Claim as of the Effective Date until full and final payment of such Allowed Class 1 Claim is made as provided herein.

- *Impairment and Voting*:  Class 1 is Unimpaired, and the Holders of Class 1 Claims are conclusively deemed to have accepted this Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, the Holders of Class 1 Claims are not entitled to vote to accept or reject this Plan and will not be solicited.

    *2.*   *Class 2 – Frontier Secured Claim*

- *Classification*:  Class 2 consists of the Frontier Secured Claim.

- *Treatment*:  On or as soon as reasonably practicable after the Effective Date, each Holder of an Allowed Class 2 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, such Allowed Class 2 Claim:  (A) Cash in an amount equal to all accrued but unpaid interest on the Frontier Claim through and including the Effective Date and (B) the New Frontier Note.  The Holder of an Allowed Class 2 Claim will retain the Liens securing its Allowed Class 2 Claim as of the Effective Date until full and final payment of such Allowed Class 2 Claim is made as provided herein.

- *Impairment and Voting*:  Class 2 is Impaired, and the Holders of Class 2 Claims are entitled to vote to accept or reject this Plan.

APPX. 00307
001597

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 216/22 of 637age 36 of 228    PageID 1710
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 27 of 66

3.      _Class 3 – Other Secured Claims_

- _Classification_:  Class 3 consists of the Other Secured Claims.

- _Allowance and Treatment_:  On or as soon as reasonably practicable after the later of (i) the Initial Distribution Date if such Class 3 Claim is Allowed on the Effective Date or (ii) the date on which such Class 3 Claim becomes an Allowed Class 3 Claim, each Holder of an Allowed Class 3 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, its Allowed Claim 3 Claim, at the option of the Debtor, or following the Effective Date, the Reorganized Debtor or Claimant Trustee, as applicable, (i) Cash equal to such Allowed Other Secured Claim, (ii) the collateral securing its Allowed Other Secured Claim, plus postpetition interest to the extent required under Bankruptcy Code Section 506(b), or (iii) such other treatment rendering such Claim Unimpaired.

- _Impairment and Voting_:  Class 3 is Unimpaired, and the Holders of Class 3 Claims are conclusively deemed to have accepted this Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, the Holders of Class 3 Claims are not entitled to vote to accept or reject this Plan and will not be solicited.

4.      _Class 4 – Priority Non-Tax Claims_

- _Classification_:  Class 4 consists of the Priority Non-Tax Claims.

- _Allowance and Treatment_:  On or as soon as reasonably practicable after the later of (i) the Initial Distribution Date if such Class 4 Claim is Allowed on the Effective Date or (ii) the date on which such Class 4 Claim becomes an Allowed Class 4 Claim, each Holder of an Allowed Class 4 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, its Allowed Claim 4 Claim Cash equal to the amount of such Allowed Class 4 Claim.

- _Impairment and Voting_:  Class 4 is Unimpaired, and the Holders of Class 4 Claims are conclusively deemed to have accepted this Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, the Holders of Class 4 Claims are not entitled to vote to accept or reject this Plan and will not be solicited.

5.      _Class 5 – Retained Employee Claims_

- _Classification_:  Class 5 consists of the Retained Employee Claims.

- _Allowance and Treatment_:  On or as soon as reasonably practicable after the Effective Date, each Allowed Class 5 Claim will be Reinstated.

App. 001308
001592

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Page 2063 of 637 Page 37 of 228   PageID 1711
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 28 of 66

- *Impairment and Voting*: Class 5 is Unimpaired, and the Holders of Class 5 Claims are conclusively deemed to have accepted this Plan pursuant to section 1126(f) of the Bankruptcy Code. Therefore, the Holders of Class 5 Claims are not entitled to vote to accept or reject this Plan and will not be solicited.

6. *Class 6 – PTO Claims*

- *Classification*: Class 6 consists of the PTO Claims.

- *Allowance and Treatment*: On or as soon as reasonably practicable after the later of (i) the Initial Distribution Date if such Class 6 Claim is Allowed on the Effective Date or (ii) the date on which such Class 6 Claim becomes an Allowed Class 6 Claim, each Holder of an Allowed Class 6 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, its Allowed Claim 6 Claim Cash equal to the amount of such Allowed Class 6 Claim.

- *Impairment and Voting*: Class 6 is Unimpaired, and the Holders of Class 6 Claims are conclusively deemed to have accepted this Plan pursuant to section 1126(f) of the Bankruptcy Code. Therefore, the Holders of Class 6 Claims are not entitled to vote to accept or reject this Plan and will not be solicited.

7. *Class 7 – Convenience Claims*

- *Classification*: Class 7 consists of the Convenience Claims.

- *Allowance and Treatment*: On or as soon as reasonably practicable after the later of (i) the Initial Distribution Date if such Class 7 Claim is Allowed on the Effective Date or (ii) the date on which such Class 7 Claim becomes an Allowed Class 7 Claim, each Holder of an Allowed Class 7 Claim will receive in full satisfaction, settlement, discharge and release of, and in exchange for, its Allowed Class 7 Claim (1) the treatment provided to Allowed Holders of Class 8 General Unsecured Claims if the Holder of such Class 7 Claim makes the GUC Election or (2) an amount in Cash equal to the lesser of (a) 85% of the Allowed amount of such Holder's Class 7 Claim or (b) such Holder's Pro Rata share of the Convenience Claims Cash Pool.

- *Impairment and Voting*: Class 7 is Impaired, and the Holders of Class 7 Claims are entitled to vote to accept or reject this Plan.

8. *Class 8 – General Unsecured Claims*

- *Classification*: Class 8 consists of the General Unsecured Claims.

22

Appx. 00309
001593

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Page 216 of 637   Page 38 of 228   PageID 1712
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 29 of 66

- *Treatment*:  On or as soon as reasonably practicable after the Effective Date, each Holder of an Allowed Class 8 Claim, in full satisfaction, settlement, discharge and release of, and in exchange for, such Claim shall receive (i) its Pro Rata share of the Claimant Trust Interests, (ii) such other less favorable treatment as to which such Holder and the Claimant Trustee shall have agreed upon in writing, or (iii) the treatment provided to Allowed Holders of Class 7 Convenience Claims if the Holder of such Class 8 General Unsecured Claim is eligible and makes a valid Convenience Class Election.

  Notwithstanding anything to the contrary herein, after the Effective Date and subject to the other provisions of this Plan, the Debtor, the Reorganized Debtor, and the Claimant Trust, as applicable, will have and will retain any and all rights and defenses under bankruptcy or nonbankruptcy law that the Debtor had with respect to any General Unsecured Claim, except with respect to any General Unsecured Claim Allowed by Final Order of the Bankruptcy Court.

- *Impairment and Voting*:  Class 8 is Impaired, and the Holders of Class 8 Claims are entitled to vote to accept or reject this Plan.

9.   <u>*Class 9 – Subordinated Claims*</u>

- *Classification*:  Class 9 consists of the Subordinated Claims.

  *Treatment*:  On the Effective Date, Holders of Subordinated Claims  shall receive either (i) their Pro Rata share of the Subordinated Claimant Trust Interests or, (ii) such other less favorable treatment as to which such Holder and the Claimant Trustee may agree upon in writing.

  Notwithstanding anything to the contrary herein, after the Effective Date and subject to the other provisions of this Plan, the Debtor, the Reorganized Debtor, and the Claimant Trust, as applicable, will have and will retain any and all rights and defenses under bankruptcy or nonbankruptcy law that the Debtor had with respect to any Subordinated Claim, except with respect to any Subordinated Claim Allowed by Final Order of the Bankruptcy Court.

- *Impairment and Voting*:  Class 9 is Impaired, and the Holders of Class 9 Claims are entitled to vote to accept or reject this Plan.

10.   <u>*Class 10 – Class B/C Limited Partnership Interests*</u>

- *Classification*:  Class 10 consists of the Class B/C Limited Partnership Interests.

APPX 003310
001594

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document 9 Filed 12/05/22 Page 39 of 228 PageID 1713
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21 Entered 01/22/21 18:59:39 Page 30 of 66

- *Treatment*:  On or as soon as reasonably practicable after the Effective Date, each Holder of an Allowed Class 10 Claim, in full satisfaction, settlement, discharge and release of, and in exchange for, such Claim shall receive (i) its Pro Rata share of the Contingent Claimant Trust Interests or (ii) such other less favorable treatment as to which such Holder and the Claimant Trustee shall have agreed upon in writing.

  Notwithstanding anything to the contrary herein, after the Effective Date and subject to the other provisions of this Plan, the Debtor, the Reorganized Debtor, and the Claimant Trust, as applicable, will have and will retain any and all rights and defenses under bankruptcy or nonbankruptcy law that the Debtor had with respect to any Class B/C Limited Partnership Interest Claim, except with respect to any Class B/C Limited Partnership Interest Claim Allowed by Final Order of the Bankruptcy Court.

- *Impairment and Voting*:  Class 10 is Impaired, and the Holders of Class 10 Claims are entitled to vote to accept or reject this Plan.

11.  <u>*Class 11 – Class A Limited Partnership Interests*</u>

- *Classification*:  Class 11 consists of the Class A Limited Partnership Interests.

- *Treatment*:  On or as soon as reasonably practicable after the Effective Date, each Holder of an Allowed Class 11 Claim, in full satisfaction, settlement, discharge and release of, and in exchange for, such Claim shall receive (i) its Pro Rata share of the Contingent Claimant Trust Interests or (ii) such other less favorable treatment as to which such Holder and the Claimant Trustee shall have agreed upon in writing.

  Notwithstanding anything to the contrary herein, after the Effective Date and subject to the other provisions of this Plan, the Debtor, the Reorganized Debtor, and the Claimant Trust, as applicable, will have and will retain any and all rights and defenses under bankruptcy or nonbankruptcy law that the Debtor had with respect to any Class A Limited Partnership Interest, except with respect to any Class A Limited Partnership Interest Allowed by Final Order of the Bankruptcy Court.

- *Impairment and Voting*:  Class 11 is Impaired, and the Holders of Class 11 Claims are entitled to vote to accept or reject this Plan.

I.  <u>**Special Provision Governing Unimpaired Claims**</u>

Except as otherwise provided in the Plan, nothing under the Plan will affect the Debtor's rights in respect of any Unimpaired Claims, including, without limitation, all rights in respect of legal and equitable defenses to or setoffs or recoupments against any such Unimpaired Claims.

App. 0031
001595

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Filed 12/16/22   Page 40 of 228   PageID 1714
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 31 of 66

J.      **Subordinated Claims**

        The allowance, classification, and treatment of all Claims under the Plan shall take into
account and conform to the contractual, legal, and equitable subordination rights relating thereto,
whether arising under general principles of equitable subordination, section 510(b) of the
Bankruptcy Code, or otherwise.  Under section 510 of the Bankruptcy Code, upon written notice
and hearing, the Debtor the Reorganized Debtor, and the Claimant Trustee reserve the right to
seek entry of an order by the Bankruptcy Court to re-classify or to subordinate any Claim in
accordance with any contractual, legal, or equitable subordination relating thereto, and the
treatment afforded any Claim under the Plan that becomes a subordinated Claim at any time shall
be modified to reflect such subordination.

**ARTICLE IV.**
**MEANS FOR IMPLEMENTATION OF THIS PLAN**

A.      **Summary**

        As discussed in the Disclosure Statement, the Plan will be implemented through (i) the
Claimant Trust, (ii) the Litigation Sub-Trust, and (iii) the Reorganized Debtor.

        On the Effective Date, all Class A Limited Partnership Interests, including the Class A
Limited Partnership Interests held by Strand, as general partner, and Class B/C Limited
Partnerships in the Debtor will be cancelled, and new Class A Limited Partnership Interests in
the Reorganized Debtor will be issued to the Claimant Trust and New GP LLC – a newly-
chartered limited liability company wholly-owned by the Claimant Trust.  The Claimant Trust,
as limited partner, will ratify New GP LLC's appointment as general partner of the Reorganized
Debtor, and on and following the Effective Date, the Claimant Trust will be the Reorganized
Debtor's limited partner and New GP LLC will be its general partner.  The Claimant Trust, as
limited partner, and New GP LLC, as general partner, will execute the Reorganized Limited
Partnership Agreement, which will amend and restate, in all respects, the Debtor's current
Limited Partnership Agreement.  Following the Effective Date, the Reorganized Debtor will be
managed consistent with the terms of the Reorganized Limited Partnership Agreement by New
GP LLC.  The sole managing member of New GP LLC will be the Claimant Trust, and the
Claimant Trustee will be the sole officer of New GP LLC on the Effective Date.

        Following the Effective Date, the Claimant Trust will administer the Claimant Trust
Assets pursuant to this Plan and the Claimant Trust Agreement, and the Litigation Trustee will
pursue, if applicable, the Estate Claims pursuant to the terms of the Litigation Sub-Trust
Agreement and the Plan.  The Reorganized Debtor will administer the Reorganized Debtor
Assets and, if needed, with the utilization of a Sub-Servicer, which administration will include,
among other things, managing the wind down of the Managed Funds.

        Although the Reorganized Debtor will manage the wind down of the Managed Funds, it
is currently anticipated that neither the Reorganized Debtor nor the Claimant Trust will assume
or assume and assign the contracts between the Debtor and certain Related Entities pursuant to
which the Debtor provides shared services and sub-advisory services to those Related Entities.
The Debtor believes that the continued provision of the services under such contracts will not be

25

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Page 206 of 637    Page 41 of 228    PageID 1715
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 32 of 66

cost effective.

The Reorganized Debtor will distribute all proceeds from the wind down to the Claimant Trust, as its limited partner, and New GP LLC, as its general partner, in each case in accordance with the Reorganized Limited Partnership Agreement.  Such proceeds, along with the proceeds of the Claimant Trust Assets, will ultimately be distributed to the Claimant Trust Beneficiaries as set forth in this Plan and the Claimant Trust Agreement.

**B.**    **The Claimant Trust**[2]

   *1.*        *Creation and Governance of the Claimant Trust and Litigation Sub-Trust.*

On or prior to the Effective Date, the Debtor and the Claimant Trustee shall execute the Claimant Trust Agreement and shall take all steps necessary to establish the Claimant Trust and the Litigation Sub-Trust in accordance with the Plan in each case for the benefit of the Claimant Trust Beneficiaries.  Additionally, on or prior to the Effective Date, the Debtor shall irrevocably transfer and shall be deemed to have irrevocably transferred to the Claimant Trust all of its rights, title, and interest in and to all of the Claimant Trust Assets, and in accordance with section 1141 of the Bankruptcy Code, the Claimant Trust Assets shall automatically vest in the Claimant Trust free and clear of all Claims, Liens, encumbrances, or interests subject only to the Claimant Trust Interests and the Claimant Trust Expenses, as provided for in the Claimant Trust Agreement, and such transfer shall be exempt from any stamp, real estate transfer, mortgage from any stamp, transfer, reporting, sales, use, or other similar tax.

The Claimant Trustee shall be the exclusive trustee of the Claimant Trust Assets, excluding the Estate Claims and the Litigation Sub-Trust shall be the exclusive trustee with respect to the Estate Claims in each case for purposes of 31 U.S.C. § 3713(b) and 26 U.S.C. § 6012(b)(3), as well as the representative of the Estate appointed pursuant to section 1123(b)(3)(B) of the Bankruptcy Code with respect to the Claimant Trust Assets.  The Claimant Trustee shall also be responsible for resolving all Claims and Equity Interests in Class 8 through Class 11, under the supervision of the Claimant Trust Oversight Committee.

On the Effective Date, the Claimant Trustee and Litigation Trustee shall execute the Litigation Sub-Trust Agreement and shall take all steps necessary to establish the Litigation Sub-Trust.  Upon the creation of the Litigation Sub-Trust, the Claimant Trust shall irrevocably transfer and assign to the Litigation Sub-Trust the Estate Claims.  The Claimant Trust shall be governed by the Claimant Trust Agreement and administered by the Claimant Trustee.  The powers, rights, and responsibilities of the Claimant Trustee shall be specified in the Claimant Trust Agreement and shall include the authority and responsibility to, among other things, take the actions set forth in this ARTICLE IV, subject to any required reporting to the Claimant Trust Oversight Committee as may be set forth in the Claimant Trust Agreement.  The Claimant Trust shall hold and distribute the Claimant Trust Assets (including the proceeds from the Estate Claims, if any) in accordance with the provisions of the Plan and the Claimant Trust Agreement; *provided* that the Claimant Trust Oversight Committee may direct the Claimant Trust to reserve

---

[2] In the event of a conflict between the terms of this summary and the terms of the Claimant Trust Agreement and the Litigation Sub-Trust Agreement, the terms of the Claimant Trust Agreement or the Litigation Sub-Trust Agreement, as applicable, shall control.

APPX. 00312
001597

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document    Filed 2/08/2f 637Page 42 of 228   PageID 1716
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 33 of 66

Cash from distributions as necessary to fund the Claimant Trust and Litigation Sub-Trust.  Other rights and duties of the Claimant Trustee and the Claimant Trust Beneficiaries shall be as set forth in the Claimant Trust Agreement.  After the Effective Date, neither the Debtor nor the Reorganized Debtor shall have any interest in the Claimant Trust Assets.

The Litigation Sub-Trust shall be governed by the Litigation Sub-Trust Agreement and administered by the Litigation Trustee.  The powers, rights, and responsibilities of the Litigation Trustee shall be specified in the Litigation Sub-Trust Agreement and shall include the authority and responsibility to, among other things, take the actions set forth in this ARTICLE IV, subject to any required reporting as may be set forth in the Litigation Sub-Trust Agreement.  The Litigation Sub-Trust shall investigate, prosecute, settle, or otherwise resolve the Estate Claims in accordance with the provisions of the Plan and the Litigation Sub-Trust Agreement and shall distribute the proceeds therefrom to the Claimant Trust for distribution.  Other rights and duties of the Litigation Trustee shall be as set forth in the Litigation Sub-Trust Agreement.

2.      *Claimant Trust Oversight Committee*

The Claimant Trust, the Claimant Trustee, the management and monetization of the Claimant Trust Assets, and the management of the Reorganized Debtor (through the Claimant Trust's role as managing member of New GP LLC) and the Litigation Sub-Trust will be overseen by the Claimant Trust Oversight Committee, subject to the terms of the Claimant Trust Agreement and the Litigation Sub-Trust Agreement, as applicable.

The Claimant Trust Oversight Committee will initially consist of five members.  Four of the five members will be representatives of the members of the Committee:  (i) the Redeemer Committee of Highland Crusader Fund, (ii) UBS, (iii) Acis, and (iv) Meta-e Discovery.  The fifth member will be an independent, natural Person chosen by the Committee and reasonably acceptable to the Debtor.  The members of the Claimant Trust Oversight Committee may be replaced as set forth in the Claimant Trust Agreement.  The identity of the members of the Claimant Trust Oversight Committee will be disclosed in the Plan Supplement.

As set forth in the Claimant Trust Agreement, in no event will any member of the Claimant Trust Oversight Committee with a Claim against the Estate be entitled to vote, opine, or otherwise be involved in any matters related to such member's Claim.

The independent member(s) of the Claimant Trust Oversight Committee may be entitled to compensation for their services as set forth in the Claimant Trust Agreement.  Any member of the Claimant Trust Oversight Committee may be removed, and successor chosen, in the manner set forth in the Claimant Trust Agreement.

3.      *Purpose of the Claimant Trust.*

The Claimant Trust shall be established for the purpose of (i) managing and monetizing the Claimant Trust Assets, subject to the terms of the Claimant Trust Agreement and the oversight of the Claimant Trust Oversight Committee, (ii) serving as the limited partner of, and holding the limited partnership interests in, the Reorganized Debtor, (iii) serving as the sole member and manager of New GP LLC, the Reorganized Debtor's general partner, (iv) in its capacity as the sole member and manager of New GP LLC, overseeing the management and

27

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 10/09/22   Page 43 of 228   PageID 1717
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 34 of 66

monetization of the Reorganized Debtor Assets pursuant to the terms of the Reorganized Limited Partnership Agreement; and (v) administering the Disputed Claims Reserve and serving as Distribution Agent with respect to Disputed Claims in Class 7 or Class 8.

In its management of the Claimant Trust Assets, the Claimant Trust will also reconcile and object to the General Unsecured Claims, Subordinated Claims, Class B/C Limited Partnership Interests, and Class A Limited Partnership Interests, as provided for in this Plan and the Claimant Trust Agreement, and make Trust Distributions to the Claimant Trust Beneficiaries in accordance with Treasury Regulation section 301.7701-4(d), with no objective to continue or engage in the conduct of a trade or business.

The purpose of the Reorganized Debtor is discussed at greater length in ARTICLE IV.C.

4.        *Purpose of the Litigation Sub-Trust.*

The Litigation Sub-Trust shall be established for the purpose of investigating, prosecuting, settling, or otherwise resolving the Estate Claims.  Any proceeds therefrom shall be distributed by the Litigation Sub-Trust to the Claimant Trust for distribution to the Claimant Trust Beneficiaries pursuant to the terms of the Claimant Trust Agreement.

5.        *Claimant Trust Agreement and Litigation Sub-Trust Agreement.*

The Claimant Trust Agreement generally will provide for, among other things:

(i)        the payment of the Claimant Trust Expenses;

(ii)        the payment of other reasonable expenses of the Claimant Trust;

(iii)        the retention of employees, counsel, accountants, financial advisors, or other professionals and the payment of their reasonable compensation;

(iv)        the investment of Cash by the Claimant Trustee within certain limitations, including those specified in the Plan;

(v)        the orderly monetization of the Claimant Trust Assets;

(vi)        litigation of any Causes of Action, which may include the prosecution, settlement, abandonment, or dismissal of any such Causes of Action, subject to reporting and oversight by the Claimant Trust Oversight Committee;

(vii)        the resolution of Claims and Equity Interests in Class 8 through Class 11, subject to reporting and oversight by the Claimant Trust Oversight Committee;

(viii)        the administration of the Disputed Claims Reserve and distributions to be made therefrom; and

(ix)        the management of the Reorganized Debtor, including the utilization of a Sub-Servicer, with the Claimant Trust serving as the managing member of New GP LLC.

APPX. 00315
001599

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 2/2/2022    Page 44 of 228    PageID 1718
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 35 of 66

Except as otherwise ordered by the Bankruptcy Court, the Claimant Trust Expenses shall be paid from the Claimant Trust Assets in accordance with the Plan and Claimant Trust Agreement. The Claimant Trustee may establish a reserve for the payment of Claimant Trust Expense (including, without limitation, any reserve for potential indemnification claims as authorized and provided under the Claimant Trust Agreement), and shall periodically replenish such reserve, as necessary.

In furtherance of, and consistent with the purpose of, the Claimant Trust and the Plan, the Trustees, for the benefit of the Claimant Trust, shall, subject to reporting and oversight by the Claimant Trust Oversight Committee as set forth in the Claimant Trust Agreement: (i) hold the Claimant Trust Assets for the benefit of the Claimant Trust Beneficiaries, (ii) make Distributions to the Claimant Trust Beneficiaries as provided herein and in the Claimant Trust Agreement, and (iii) have the sole power and authority to prosecute and resolve any Causes of Action and objections to Claims and Equity Interests (other than those assigned to the Litigation Sub-Trust), without approval of the Bankruptcy Court. Except as otherwise provided in the Claimant Trust Agreement, the Claimant Trustee shall be responsible for all decisions and duties with respect to the Claimant Trust and the Claimant Trust Assets; *provided, however,* that the prosecution and resolution of any Estate Claims included in the Claimant Trust Assets shall be the responsibility of the Litigation Trustee. The Litigation Sub-Trust Agreement generally will provide for, among other things:

        (i)     the payment of other reasonable expenses of the Litigation Sub-Trust;

        (ii)    the retention of employees, counsel, accountants, financial advisors, or other professionals and the payment of their reasonable compensation; and

        (iii)   the investigation and prosecution of Estate Claims, which may include the prosecution, settlement, abandonment, or dismissal of any such Estate Claims, subject to reporting and oversight as set forth in the Litigation Sub-Trust Agreement.

The Trustees, on behalf of the Claimant Trust and Litigation Sub-Trust, as applicable, may each employ, without further order of the Bankruptcy Court, employees and other professionals (including those previously retained by the Debtor and the Committee) to assist in carrying out the Trustees' duties hereunder and may compensate and reimburse the reasonable expenses of these professionals without further Order of the Bankruptcy Court from the Claimant Trust Assets in accordance with the Plan and the Claimant Trust Agreement.

The Claimant Trust Agreement and Litigation Sub-Trust Agreement may include reasonable and customary provisions that allow for indemnification by the Claimant Trust in favor of the Claimant Trustee, Litigation Trustee, and the Claimant Trust Oversight Committee. Any such indemnification shall be the sole responsibility of the Claimant Trust and payable solely from the Claimant Trust Assets.

       6.          *Compensation and Duties of Trustees.*

The salient terms of each Trustee's employment, including such Trustee's duties and compensation shall be set forth in the Claimant Trust Agreement and the Litigation Sub-Trust

0001600

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 01/21/27    Page 45 of 228    PageID 1719
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 36 of 66

Agreement, as appropriate.  The Trustees shall each be entitled to reasonable compensation in an amount consistent with that of similar functionaries in similar types of bankruptcy cases.

       7.          *Cooperation of Debtor and Reorganized Debtor.*

To effectively investigate, prosecute, compromise and/or settle the Claims and/or Causes of Action that constitute Claimant Trust Assets (including Estate Claims), the Claimant Trustee, Litigation Trustee, and each of their professionals may require reasonable access to the Debtor's and Reorganized Debtor's documents, information, and work product relating to the Claimant Trust Assets. Accordingly, the Debtor and the Reorganized Debtor, as applicable, shall reasonably cooperate with the Claimant Trustee and Litigation Trustee, as applicable, in their prosecution of Causes of Action and in providing the Claimant Trustee and Litigation Trustee with copies of documents and information in the Debtor's possession, custody, or control on the Effective Date that either Trustee indicates relates to the Estate Claims or other Causes of Action.

The Debtor and Reorganized Debtor shall preserve all records, documents or work product (including all electronic records, documents, or work product) related to the Claims and Causes of Action, including Estate Claims, until the earlier of (a) the dissolution of the Reorganized Debtor or (b) termination of the Claimant Trust and Litigation Sub-Trust.

       8.          *United States Federal Income Tax Treatment of the Claimant Trust.*

Unless the IRS requires otherwise, for all United States federal income tax purposes, the parties shall treat the transfer of the Claimant Trust Assets to the Claimant Trust as:  (a) a transfer of the Claimant Trust Assets (other than the amounts set aside in the Disputed Claims Reserve, if the Claimant Trustee makes the election described in Section 7 below) directly to the applicable Claimant Trust Beneficiaries followed by (b) the transfer by the such Claimant Trust Beneficiaries to the Claimant Trust of such Claimant Trust Assets in exchange for the Claimant Trust Interests.  Accordingly, the applicable Claimant Trust Beneficiaries shall be treated for United States federal income tax purposes as the grantors and owners of their respective share of the Claimant Trust Assets.  The foregoing treatment shall also apply, to the extent permitted by applicable law, for state and local income tax purposes.

       9.          *Tax Reporting.*

(a) The Claimant Trustee shall file tax returns for the Claimant Trust treating the Claimant Trust as a grantor trust pursuant to Treasury Regulation section 1.671-4(a). The Claimant Trustee may file an election pursuant to Treasury Regulation 1.468B-9(c) to treat the Disputed Claims Reserve as a disputed ownership fund, in which case the Claimant Trustee will file federal income tax returns and pay taxes for the Disputed Claims Reserve as a separate taxable entity.

(b) The Claimant Trustee shall be responsible for payment, out of the Claimant Trust Assets, of any taxes imposed on the Claimant Trust or its assets.

APPX 00317
001601

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 2/28/22   Page 46 of 228   PageID 1720
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 37 of 66

(c) The Claimant Trustee shall determine the fair market value of the Claimant Trust Assets as of the Effective Date and notify the applicable Claimant Trust Beneficiaries of such valuation, and such valuation shall be used consistently for all federal income tax purposes.

(d) The Claimant Trustee shall distribute such tax information to the applicable Claimant Trust Beneficiaries as the Claimant Trustee determines is required by applicable law.

10.        *Claimant Trust Assets.*

The Claimant Trustee shall have the exclusive right, on behalf of the Claimant Trust, to institute, file, prosecute, enforce, abandon, settle, compromise, release, or withdraw any and all Causes of Action included in the Claimant Trust Assets (except for the Estate Claims) without any further order of the Bankruptcy Court, and the Claimant Trustee shall have the exclusive right, on behalf of the Claimant Trust, to sell, liquidate, or otherwise monetize all Claimant Trust Assets, except as otherwise provided in this Plan or in the Claimant Trust Agreement, without any further order of the Bankruptcy Court.  Notwithstanding anything herein to the contrary, the Litigation Trustee shall have the exclusive right to institute, file, prosecute, enforce, abandon, settle, compromise, release, or withdraw any and all Estate Claims included in the Claimant Trust Assets without any further order of the Bankruptcy Court.

From and after the Effective Date, the Trustees, in accordance with section 1123(b)(3) and (4) of the Bankruptcy Code, and on behalf of the Claimant Trust, shall each serve as a representative of the Estate with respect to any and all Claimant Trust Assets, including the Causes of Action and Estate Claims, as appropriate, and shall retain and possess the right to (a) commence, pursue, settle, compromise, or abandon, as appropriate, any and all Causes of Action in any court or other tribunal and (b) sell, liquidate, or otherwise monetize all Claimant Trust Assets.

11.        *Claimant Trust Expenses.*

From and after the Effective Date, the Claimant Trust shall, in the ordinary course of business and without the necessity of any approval by the Bankruptcy Court, pay the reasonable professional fees and expenses incurred by the Claimant Trust, the Litigation Sub-Trust, and any professionals retained by such parties and entities from the Claimant Trust Assets, except as otherwise provided in the Claimant Trust Agreement.

12.        *Trust Distributions to Claimant Trust Beneficiaries.*

The Claimant Trustee, in its discretion, may make Trust Distributions to the Claimant Trust Beneficiaries at any time and/or use the Claimant Trust Assets or proceeds thereof, *provided* that such Trust Distributions or use is otherwise permitted under the terms of the Plan, the Claimant Trust Agreement, and applicable law.

13.        *Cash Investments.*

With the consent of the Claimant Trust Oversight Committee, the Claimant Trustee may invest Cash (including any earnings thereon or proceeds therefrom) in a manner consistent with the terms of the Claimant Trust Agreement; *provided, however,* that such investments are

APPX 001602

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 22/23/22    Page 47 of 228    PageID 1721
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 38 of 66

investments permitted to be made by a "liquidating trust" within the meaning of Treasury Regulation section 301.7701-4(d), as reflected therein, or under applicable IRS guidelines, rulings or other controlling authorities.

14.    *Dissolution of the Claimant Trust and Litigation Sub-Trust.*

The Trustees and the Claimant Trust and Litigation Sub-Trust shall be discharged or dissolved, as the case may be, at such time as:  (a) the Litigation Trustee determines that the pursuit of Estate Claims is not likely to yield sufficient additional proceeds to justify further pursuit of such Estate Claims, (b) the Claimant Trustee determines that the pursuit of Causes of Action (other than Estate Claims) is not likely to yield sufficient additional proceeds to justify further pursuit of such Causes of Action, (c) the Clamant Trustee determines that the pursuit of sales of other Claimant Trust Assets is not likely to yield sufficient additional proceeds to justify further pursuit of such sales of Claimant Trust Assets, (d) all objections to Disputed Claims and Equity Interests are fully resolved, (e) the Reorganized Debtor is dissolved, and (f) all Distributions required to be made by the Claimant Trustee to the Claimant Trust Beneficiaries under the Plan have been made, but in no event shall the Claimant Trust be dissolved later than three years from the Effective Date unless the Bankruptcy Court, upon motion made within the six-month period before such third anniversary (and, in the event of further extension, by order of the Bankruptcy Court, upon motion made at least six months before the end of the preceding extension), determines that a fixed period extension (not to exceed two years, together with any prior extensions, without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Claimant Trust as a liquidating trust for federal income tax purposes) is necessary to facilitate or complete the recovery on, and liquidation of, the Claimant Trust Assets; *provided, however,* that each extension must be approved, upon a finding that the extension is necessary to facilitate or complete the recovery on, and liquidation of the Claimant Trust Assets, by the Bankruptcy Court within 6 months of the beginning of the extended term and no extension, together with any prior extensions, shall exceed three years without a favorable letter ruling from the Internal Revenue Service or an opinion of counsel that any further extension would not adversely affect the status of the Claimant Trust as a liquidating trust for federal income tax purposes.

Upon dissolution of the Claimant Trust, and pursuant to the Claimant Trust Agreement, any remaining Claimant Trust Assets that exceed the amounts required to be paid under the Plan will be transferred (in the sole discretion of the Claimant Trustee) in Cash or in-kind to the Holders of the Claimant Trust Interests as provided in the Claimant Trust Agreement.

C.    **The Reorganized Debtor**

1.    *Corporate Existence*

The Debtor will continue to exist after the Effective Date, with all of the powers of partnerships pursuant to the law of the State of Delaware and as set forth in the Reorganized Limited Partnership Agreement.

APPX 002319
001603

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9-1    Filed 02/04/23    Page 48 of 228    PageID 1722
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 39 of 66

2.          *Cancellation of Equity Interests and Release*

On the Effective Date, (i) all prepetition Equity Interests, including the Class A Limited Partnership Interests and the Class B/C Limited Partnership Interests, in the Debtor shall be canceled, and (ii) all obligations or debts owed by, or Claims against, the Debtor on account of, or based upon, the Interests shall be deemed as cancelled, released, and discharged, including all obligations or duties by the Debtor relating to the Equity Interests in any of the Debtor's formation documents, including the Limited Partnership Agreement.

3.          *Issuance of New Partnership Interests*

On the Effective Date, the Debtor or the Reorganized Debtor, as applicable, will issue new Class A Limited Partnership Interests to (i) the Claimant Trust, as limited partner, and (ii) New GP LLC, as general partner, and will admit (a) the Claimant Trust as the limited partner of the Reorganized Debtor, and (b) New GP LLC as the general partner of the Reorganized Debtor. The Claimant Trust, as limited partner, will ratify New GP LLC's appointment as general partner of the Reorganized Debtor. Also, on the Effective Date, the Claimant Trust, as limited partner, and New GP LLC, as general partner, will execute the Reorganized Limited Partnership Agreement and receive partnership interests in the Reorganized Debtor consistent with the terms of the Reorganized Limited Partnership Agreement.

The Reorganized Limited Partnership Agreement does not provide for, and specifically disclaims, the indemnification obligations under the Limited Partnership Agreement, including any such indemnification obligations that accrued or arose or could have been brought prior to the Effective Date. Any indemnification Claims under the Limited Partnership Agreement that accrued, arose, or could have been filed prior to the Effective Date will be resolved through the Claims resolution process provided that a Claim is properly filed in accordance with the Bankruptcy Code, the Plan, or the Bar Date Order. Each of the Debtor, the Reorganized Debtor, the Claimant Trust, and the Litigation Sub-Trust reserve all rights with respect to any such indemnification Claims.

4.          *Management of the Reorganized Debtor*

Subject to and consistent with the terms of the Reorganized Limited Partnership Agreement, the Reorganized Debtor shall be managed by its general partner, New GP LLC. The initial officers and employees of the Reorganized Debtor shall be selected by the Claimant Trustee. The Reorganized Debtor may, in its discretion, also utilize a Sub-Servicer in addition to or in lieu of the retention of officers and employees.

As set forth in the Reorganized Limited Partnership Agreement, New GP LLC will receive a fee for managing the Reorganized Debtor. Although New GP LLC will be a limited liability company, it will elect to be treated as a C-Corporation for tax purposes. Therefore, New GP LLC (and any taxable income attributable to it) will be subject to corporate income taxation on a standalone basis, which may reduce the return to Claimants.

APPX 00320
001604

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Filed 2257 of 637 Page 49 of 228   PageID 1723
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 40 of 66

5.          *Vesting of Assets in the Reorganized Debtor*

Except as otherwise provided in this Plan or the Confirmation Order, on or after the Effective Date, all Reorganized Debtor Assets will vest in the Reorganized Debtor, free and clear of all Liens, Claims, charges or other encumbrances pursuant to section 1141(c) of the Bankruptcy Code except with respect to such Liens, Claims, charges and other encumbrances that are specifically preserved under this Plan upon the Effective Date.

The Reorganized Debtor shall be the exclusive trustee of the Reorganized Debtor Assets for purposes of 31 U.S.C. § 3713(b) and 26 U.S.C. § 6012(b)(3), as well as the representative of the Estate appointed pursuant to section 1123(b)(3)(B) of the Bankruptcy Code with respect to the Reorganized Debtor Assets.

6.          *Purpose of the Reorganized Debtor*

Except as may be otherwise provided in this Plan or the Confirmation Order, the Reorganized Debtor will continue to manage the Reorganized Debtor Assets (which shall include, for the avoidance of doubt, serving as the investment manager of the Managed Funds) and may use, acquire or dispose of the Reorganized Debtor Assets and compromise or settle any Claims with respect to the Reorganized Debtor Assets without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules. The Reorganized Debtor shall oversee the resolution of Claims in Class 1 through Class 7.

Without limiting the foregoing, the Reorganized Debtor will pay the charges that it incurs after the Effective Date for Professionals' fees, disbursements, expenses or related support services (including reasonable fees relating to the preparation of Professional fee applications) in the ordinary course of business and without application or notice to, or order of, the Bankruptcy Court.

7.          *Distribution of Proceeds from the Reorganized Debtor Assets; Transfer of Reorganized Debtor Assets*

Any proceeds received by the Reorganized Debtor will be distributed to the Claimant Trust, as limited partner, and New GP LLC, as general partner, in the manner set forth in the Reorganized Limited Partnership Agreement. As set forth in the Reorganized Limited Partnership Agreement, the Reorganized Debtor may, from time to time distribute Reorganized Debtor Assets to the Claimant Trust either in Cash or in-kind, including to institute the wind-down and dissolution of the Reorganized Debtor. Any assets distributed to the Claimant Trust will be (i) deemed transferred in all respects as forth in ARTICLE IV.B.1, (ii) deemed Claimant Trust Assets, and (iii) administered as Claimant Trust Assets.

**D.      Company Action**

Each of the Debtor, the Reorganized Debtor, and the Trustees, as applicable, may take any and all actions to execute, deliver, File or record such contracts, instruments, releases and other agreements or documents and take such actions as may be necessary or appropriate to effectuate and implement the provisions of this Plan, the Claimant Trust Agreement, the Reorganized Limited Partnership Agreement, or the New GP LLC Documents, as applicable, in

APPX 001605

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 12/26/22    Page 50 of 228    PageID 1724
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 41 of 66

the name of and on behalf of the Debtor, the Reorganized Debtor, or the Trustees, as applicable, and in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by the security holders, officers, or directors of the Debtor or the Reorganized Debtor, as applicable, or by any other Person.

Prior to, on or after the Effective Date (as appropriate), all matters provided for pursuant to this Plan that would otherwise require approval of the stockholders, partners, directors, managers, or members of the Debtor, any Related Entity, or any Affiliate thereof (as of prior to the Effective Date) will be deemed to have been so approved and will be in effect prior to, on or after the Effective Date (as appropriate) pursuant to applicable law and without any requirement of further action by the stockholders, partners, directors, managers or members of such Persons, or the need for any approvals, authorizations, actions or consents of any Person.

All matters provided for in this Plan involving the legal or corporate structure of the Debtor, the Reorganized Debtor, or the Claimant Trust, as applicable, and any legal or corporate action required by the Debtor, the Reorganized Debtor, or the Claimant Trust, as applicable, in connection with this Plan, will be deemed to have occurred and will be in full force and effect in all respects, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by the security holders, partners, directors, managers, or members of the Debtor, the Reorganized Debtor, or the Claimant Trust, as applicable, or by any other Person. On the Effective Date, the appropriate officers of the Debtor and the Reorganized Debtor, as applicable, as well as the Trustees, are authorized to issue, execute, deliver, and consummate the transactions contemplated by, the contracts, agreements, documents, guarantees, pledges, consents, securities, certificates, resolutions and instruments contemplated by or described in this Plan in the name of and on behalf of the Debtor and the Reorganized Debtor, as well as the Trustees, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by any Person.  The appropriate officer of the Debtor, the Reorganized Debtor, as well as the Trustees, will be authorized to certify or attest to any of the foregoing actions.

## E.    Release of Liens, Claims and Equity Interests

Except as otherwise provided in the Plan or in any contract, instrument, release or other agreement or document entered into or delivered in connection with the Plan, from and after the Effective Date and concurrently with the applicable distributions made pursuant to the Plan, all Liens, Claims, Equity Interests, mortgages, deeds of trust, or other security interests against the property of the Estate will be fully released, terminated, extinguished and discharged, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or the vote, consent, authorization or approval of any Entity.  Any Entity holding such Liens or Equity Interests extinguished pursuant to the prior sentence will, pursuant to section 1142 of the Bankruptcy Code, promptly execute and deliver to the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, such instruments of termination, release, satisfaction and/or assignment (in recordable form) as may be reasonably requested by the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable.  For the avoidance of

APPX 002322
0001606

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Page 205 of 637    Page 51 of 228    PageID 1725
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 42 of 66

doubt, this section is in addition to, and shall not be read to limit in any respects, ARTICLE IV.C.2.

F.    **Cancellation of Notes, Certificates and Instruments**

Except for the purpose of evidencing a right to a distribution under this Plan and except as otherwise set forth in this Plan, on the Effective Date, all agreements, instruments, Securities and other documents evidencing any prepetition Claim or Equity Interest and any rights of any Holder in respect thereof shall be deemed cancelled, discharged, and of no force or effect.  The holders of or parties to such cancelled instruments, Securities, and other documentation will have no rights arising from or related to such instruments, Securities, or other documentation or the cancellation thereof, except the rights provided for pursuant to this Plan, and the obligations of the Debtor thereunder or in any way related thereto will be fully released, terminated, extinguished and discharged, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order, or rule or any requirement of further action, vote or other approval or authorization by any Person.  For the avoidance of doubt, this section is in addition to, and shall not be read to limit in any respects, ARTICLE IV.C.2.

G.    **Cancellation of Existing Instruments Governing Security Interests**

Upon payment or other satisfaction of an Allowed Class 1 or Allowed Class 2 Claim, or promptly thereafter, the Holder of such Allowed Class 1 or Allowed Class 2 Claim shall deliver to the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, any collateral or other property of the Debtor held by such Holder, together with any termination statements, instruments of satisfaction, or releases of all security interests with respect to its Allowed Class 1 or Allowed Class 2 Claim that may be reasonably required to terminate any related financing statements, mortgages, mechanics' or other statutory Liens, or *lis pendens*, or similar interests or documents.

H.    **Control Provisions**

To the extent that there is any inconsistency between this Plan as it relates to the Claimant Trust, the Claimant Trust Agreement, the Reorganized Debtor, or the Reorganized Limited Partnership Agreement, this Plan shall control.

I.    **Treatment of Vacant Classes**

Any Claim or Equity Interest in a Class considered vacant under ARTICLE III.C of this Plan shall receive no Plan Distributions.

J.    **Plan Documents**

The documents, if any, to be Filed as part of the Plan Documents, including any documents filed with the Plan Supplement, and any amendments, restatements, supplements, or other modifications to such documents, and any consents, waivers, or other deviations under or from any such documents, shall be incorporated herein by this reference (including to the applicable definitions in ARTICLE I hereof) and fully enforceable as if stated in full herein.

APPX. 00323
001607

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 31    Filed 12/28/21    Page 52 of 228    PageID 1726
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 43 of 66

The Debtor and the Committee are currently working to finalize the forms of certain of the Plan Documents to be filed with the Plan Supplement. To the extent that the Debtor and the Committee cannot agree as to the form and content of such Plan Documents, they intend to submit the issue to non-binding mediation pursuant to the *Order Directing Mediation* entered on August 3, 2020 [D.I. 912].

**K.      Highland Capital Management, L.P. Retirement Plan and Trust**

The Highland Capital Management, L.P. Retirement Plan And Trust ("Pension Plan") is a single-employer defined benefit pension plan covered by Title IV of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). 29 U.S.C. §§ 1301-1461. The Debtor is the contributing sponsor and, as such, the PBGC asserts that the Debtor is liable along with any members of the contributing sponsor's controlled-group within the meaning of 29 U.S.C. §§ 1301(a)(13), (14) with respect to the Pension Plan.

Upon the Effective Date, the Reorganized Debtor shall be deemed to have assumed the Pension Plan and shall comply with all applicable statutory provisions of ERISA and the Internal Revenue Code (the "IRC"), including, but not limited to, satisfying the minimum funding standards pursuant to 26 U.S.C. §§ 412, 430, and 29 U.S.C. §§ 1082, 1083; paying the PBGC premiums in accordance with 29 U.S.C. §§ 1306 and 1307; and administering the Pension Plan in accordance with its terms and the provisions of ERISA and the IRC. In the event that the Pension Plan terminates after the Plan of Reorganization Effective Date, the PBGC asserts that the Reorganized Debtor and each of its controlled group members will be responsible for the liabilities imposed by Title IV of ERISA.

Notwithstanding any provision of the Plan, the Confirmation Order, or the Bankruptcy Code (including section 1141 thereof) to the contrary, neither the Plan, the Confirmation Order, or the Bankruptcy Code shall be construed as discharging, releasing, exculpating or relieving the Debtor, the Reorganized Debtor, or any person or entity in any capacity, from any liability or responsibility, if any, with respect to the Pension Plan under any law, governmental policy, or regulatory provision. PBGC and the Pension Plan shall not be enjoined or precluded from enforcing such liability or responsibility against any person or entity as a result of any of the provisions of the Plan, the Confirmation Order, or the Bankruptcy Code. The Debtor reserves the right to contest any such liability or responsibility.

**ARTICLE V.**
**TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**A.      Assumption, Assignment, or Rejection of Executory Contracts and Unexpired Leases**

Unless an Executory Contract or Unexpired Lease: (i) was previously assumed or rejected by the Debtor pursuant to this Plan on or prior to the Confirmation Date; (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto; (iii) is the subject of a motion to assume filed by the Debtor on or before the Confirmation Date; (iv) contains a change of control or similar provision that would be triggered by the Chapter 11 Case (unless such provision has been irrevocably waived); or (v) is specifically designated as a

APPX 02324
001808

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 222921 of 637  Page 53 of 228    PageID 1727
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 44 of 66

contract or lease to be assumed in the Plan or the Plan Supplement, on the Confirmation Date, each Executory Contract and Unexpired Lease shall be deemed rejected pursuant to section 365 of the Bankruptcy Code, without the need for any further notice to or action, order, or approval of the Bankruptcy Court, unless such Executory Contract or Unexpired Lease is listed in the Plan Supplement.

At any time on or prior to the Confirmation Date, the Debtor may (i) amend the Plan Supplement in order to add or remove a contract or lease from the list of contracts to be assumed or (ii) assign (subject to applicable law) any Executory Contract or Unexpired Lease, as determined by the Debtor in consultation with the Committee, or the Reorganized Debtor, as applicable.

The Confirmation Order will constitute an order of the Bankruptcy Court approving the above-described assumptions, rejections, and assumptions and assignments. Except as otherwise provided herein or agreed to by the Debtor and the applicable counterparty, each assumed Executory Contract or Unexpired Lease shall include all modifications, amendments, supplements, restatements, or other agreements related thereto, and all rights related thereto. Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtor during the Chapter 11 Case shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease or the validity, priority, or amount of any Claims that may arise in connection therewith. To the extent applicable, no change of control (or similar provision) will be deemed to occur under any such Executory Contract or Unexpired Lease.

If certain, but not all, of a contract counterparty's Executory Contracts and/or Unexpired Leases are rejected pursuant to the Plan, the Confirmation Order shall be a determination that such counterparty's Executory Contracts and/or Unexpired Leases that are being assumed pursuant to the Plan are severable agreements that are not integrated with those Executory Contracts and/or Unexpired Leases that are being rejected pursuant to the Plan. Parties seeking to contest this finding with respect to their Executory Contracts and/or Unexpired Leases must file a timely objection to the Plan on the grounds that their agreements are integrated and not severable, and any such dispute shall be resolved by the Bankruptcy Court at the Confirmation Hearing (to the extent not resolved by the parties prior to the Confirmation Hearing).

Notwithstanding anything herein to the contrary, the Debtor shall assume or reject that certain real property lease with Crescent TC Investors L.P. ("Landlord") for the Debtor's headquarters located at 200/300 Crescent Ct., Suite #700, Dallas, Texas 75201 (the "Lease") in accordance with the notice to Landlord, procedures and timing required by 11 U.S.C. §365(d)(4), as modified by that certain *Agreed Order Granting Motion to Extend Time to Assume or Reject Unexpired Nonresidential Real Property Lease* [Docket No. 1122].

## B.    <u>Claims Based on Rejection of Executory Contracts or Unexpired Leases</u>

Any Executory Contract or Unexpired Lease not assumed or rejected on or before the Confirmation Date shall be deemed rejected, pursuant to the Confirmation Order. Any Person asserting a Rejection Claim shall File a proof of claim within thirty days of the Effective Date. Any Rejection Claims that are not timely Filed pursuant to this Plan shall be forever disallowed



Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 228/22    Page 54 of 228    PageID 1728
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 45 of 66

and barred. If one or more Rejection Claims are timely Filed, the Claimant Trustee may File an objection to any Rejection Claim.

Rejection Claims shall be classified as General Unsecured Claims and shall be treated in accordance with ARTICLE III of this Plan.

**C.**    **Cure of Defaults for Assumed or Assigned Executory Contracts and Unexpired Leases**

Any monetary amounts by which any Executory Contract or Unexpired Lease to be assumed or assigned hereunder is in default shall be satisfied, under section 365(b)(1) of the Bankruptcy Code, by the Debtor upon assumption or assignment thereof, by payment of the default amount in Cash as and when due in the ordinary course or on such other terms as the parties to such Executory Contracts may otherwise agree. The Debtor may serve a notice on the Committee and parties to Executory Contracts or Unexpired Leases to be assumed or assigned reflecting the Debtor's or Reorganized Debtor's intention to assume or assign the Executory Contract or Unexpired Lease in connection with this Plan and setting forth the proposed cure amount (if any).

If a dispute regarding (1) the amount of any payments to cure a default, (2) the ability of the Debtor, the Reorganized Debtor, or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed or assigned or (3) any other matter pertaining to assumption or assignment, the cure payments required by section 365(b)(1) of the Bankruptcy Code will be made following the entry of a Final Order or orders resolving the dispute and approving the assumption or assignment.

Assumption or assignment of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise and full payment of any applicable cure amounts pursuant to this ARTICLE V.C shall result in the full release and satisfaction of any cure amounts, Claims, or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed or assigned Executory Contract or Unexpired Lease at any time prior to the effective date of assumption or assignment. Any and all Proofs of Claim based upon Executory Contracts or Unexpired Leases that have been assumed or assigned in the Chapter 11 Case, including pursuant to the Confirmation Order, and for which any cure amounts have been fully paid pursuant to this ARTICLE V.C, shall be deemed disallowed and expunged as of the Confirmation Date without the need for any objection thereto or any further notice to or action, order, or approval of the Bankruptcy Court.

**ARTICLE VI.**
**PROVISIONS GOVERNING DISTRIBUTIONS**

**A.**    **Dates of Distributions**

Except as otherwise provided in this Plan, on the Effective Date or as soon as reasonably practicable thereafter (or if a Claim is not an Allowed Claim or Equity Interest on the Effective Date, on the date that such Claim or Equity Interest becomes an Allowed Claim or Equity

39

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 02/31/27    Page 55 of 228    PageID 1729
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 46 of 66

Interest, or as soon as reasonably practicable thereafter), each Holder of an Allowed Claim or Equity Interest against the Debtor shall receive the full amount of the distributions that this Plan provides for Allowed Claims or Allowed Equity Interests in the applicable Class and in the manner provided herein.  If any payment or act under this Plan is required to be made or performed on a date that is not on a Business Day, then the making of such payment or the performance of such act may be completed on the next succeeding Business Day, but shall be deemed to have been completed as of the required date.  If and to the extent there are Disputed Claims or Equity Interests, distributions on account of any such Disputed Claims or Equity Interests shall be made pursuant to the provisions provided in this Plan.  Except as otherwise provided in this Plan, Holders of Claims and Equity Interests shall not be entitled to interest, dividends or accruals on the distributions provided for therein, regardless of whether distributions are delivered on or at any time after the Effective Date.

Upon the Effective Date, all Claims and Equity Interests against the Debtor shall be deemed fixed and adjusted pursuant to this Plan and none of the Debtor, the Reorganized Debtor, or the Claimant Trust will have liability on account of any Claims or Equity Interests except as set forth in this Plan and in the Confirmation Order.  All payments and all distributions made by the Distribution Agent under this Plan shall be in full and final satisfaction, settlement and release of all Claims and Equity Interests against the Debtor and the Reorganized Debtor.

At the close of business on the Distribution Record Date, the transfer ledgers for the Claims against the Debtor and the Equity Interests in the Debtor shall be closed, and there shall be no further changes in the record holders of such Claims and Equity Interests.  The Debtor, the Reorganized Debtor, the Trustees, and the Distribution Agent, and each of their respective agents, successors, and assigns shall have no obligation to recognize the transfer of any Claims against the Debtor or Equity Interests in the Debtor occurring after the Distribution Record Date and shall be entitled instead to recognize and deal for all purposes hereunder with only those record holders stated on the transfer ledgers as of the close of business on the Distribution Record Date irrespective of the number of distributions to be made under this Plan to such Persons or the date of such distributions.

B.    **Distribution Agent**

Except as provided herein, all distributions under this Plan shall be made by the Claimant Trustee, as Distribution Agent, or by such other Entity designated by the Claimant Trustee, as a Distribution Agent on the Effective Date or thereafter.  The Reorganized Debtor will be the Distribution Agent with respect to Claims in Class 1 through Class 7.

The Claimant Trustee, or such other Entity designated by the Claimant Trustee to be the Distribution Agent, shall not be required to give any bond or surety or other security for the performance of such Distribution Agent's duties unless otherwise ordered by the Bankruptcy Court.

The Distribution Agent shall be empowered to (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under this Plan; (b) make all distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the

APPX 00227

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9-1   Filed 02/02/23   Page 56 of 228   PageID 1730
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 47 of 66

Distribution Agent by order of the Bankruptcy Court, pursuant to this Plan, or as deemed by the Distribution Agent to be necessary and proper to implement the provisions hereof.

The Distribution Agent shall not have any obligation to make a particular distribution to a specific Holder of an Allowed Claim if such Holder is also the Holder of a Disputed Claim.

### C.        Cash Distributions

Distributions of Cash may be made by wire transfer from a domestic bank, except that Cash payments made to foreign creditors may be made in such funds and by such means as the Distribution Agent determines are necessary or customary in a particular foreign jurisdiction.

### D.        Disputed Claims Reserve

On or prior to the Initial Distribution Date, the Claimant Trustee shall establish, fund and maintain the Disputed Claims Reserve(s) in the appropriate Disputed Claims Reserve Amounts on account of any Disputed Claims.

### E.        Distributions from the Disputed Claims Reserve

The Disputed Claims Reserve shall at all times hold Cash in an amount no less than the Disputed Claims Reserve Amount.  To the extent a Disputed Claim becomes an Allowed Claim pursuant to the terms of this Plan, within 30 days of the date on which such Disputed Claim becomes an Allowed Claim pursuant to the terms of this Plan, the Claimant Trustee shall distribute from the Disputed Claims Reserve to the Holder thereof any prior distributions, in Cash, that would have been made to such Allowed Claim if it had been Allowed as of the Effective Date.  For the avoidance of doubt, each Holder of a Disputed Claim that subsequently becomes an Allowed Claim will also receive its Pro Rata share of the Claimant Trust Interests. If, upon the resolution of all Disputed Claims any Cash remains in the Disputed Claims Reserve, such Cash shall be transferred to the Claimant Trust and be deemed a Claimant Trust Asset.

### F.        Rounding of Payments

Whenever this Plan would otherwise call for, with respect to a particular Person, payment of a fraction of a dollar, the actual payment or distribution shall reflect a rounding of such fraction to the nearest whole dollar (up or down), with half dollars being rounded down.  To the extent that Cash to be distributed under this Plan remains undistributed as a result of the aforementioned rounding, such Cash or stock shall be treated as "Unclaimed Property" under this Plan.

### G.        *De Minimis* Distribution

Except as to any Allowed Claim that is Unimpaired under this Plan, none of the Debtor, the Reorganized Debtor, or the Distribution Agent shall have any obligation to make any Plan Distributions with a value of less than $100, unless a written request therefor is received by the Distribution Agent from the relevant recipient at the addresses set forth in ARTICLE VI.J hereof within 120 days after the later of the (i) Effective Date and (ii) the date such Claim becomes an Allowed Claim.  *De minimis* distributions for which no such request is timely received shall

41

APPX. 00228

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 2/3/22    Page 57 of 228    PageID 1731
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 48 of 66

revert to the Claimant Trust.  Upon such reversion, the relevant Allowed Claim (and any Claim on account of missed distributions) shall be automatically deemed satisfied, discharged and forever barred, notwithstanding any federal or state escheat laws to the contrary.

**H.** **Distributions on Account of Allowed Claims**

Except as otherwise agreed by the Holder of a particular Claim or as provided in this Plan, all distributions shall be made pursuant to the terms of this Plan and the Confirmation Order.  Except as otherwise provided in this Plan, distributions to any Holder of an Allowed Claim shall, to the extent applicable, be allocated first to the principal amount of any such Allowed Claim, as determined for U.S. federal income tax purposes and then, to the extent the consideration exceeds such amount, to the remainder of such Claim comprising accrued but unpaid interest, if any (but solely to the extent that interest is an allowable portion of such Allowed Claim).

**I.** **General Distribution Procedures**

The Distribution Agent shall make all distributions of Cash or other property required under this Plan, unless this Plan specifically provides otherwise.  All Cash and other property held by the Debtor, the Reorganized Debtor, or the Claimant Trust, as applicable, for ultimate distribution under this Plan shall not be subject to any claim by any Person.

**J.** **Address for Delivery of Distributions**

Distributions to Holders of Allowed Claims, to the extent provided for under this Plan, shall be made (1) at the addresses set forth in any written notices of address change delivered to the Debtor and the Distribution Agent; (2) at the address set forth on any Proofs of Claim Filed by such Holders (to the extent such Proofs of Claim are Filed in the Chapter 11 Case), (2), or (3) at the addresses in the Debtor's books and records.

If there is any conflict or discrepancy between the addresses set forth in (1) through (3) in the foregoing sentence, then (i) the address in Section (2) shall control; (ii) if (2) does not apply, the address in (1) shall control, and (iii) if (1) does not apply, the address in (3) shall control.

**K.** **Undeliverable Distributions and Unclaimed Property**

If the distribution to the Holder of any Allowed Claim is returned to the Reorganized Debtor or the Claimant Trust as undeliverable, no further distribution shall be made to such Holder, and Distribution Agent shall not have any obligation to make any further distribution to the Holder, unless and until the Distribution Agent is notified in writing of such Holder's then current address.

Any Entity that fails to claim any Cash within six months from the date upon which a distribution is first made to such Entity shall forfeit all rights to any distribution under this Plan and such Cash shall thereafter be deemed an Claimant Trust Asset in all respects and for all purposes.  Entities that fail to claim Cash shall forfeit their rights thereto and shall have no claim whatsoever against the Debtor's Estate, the Reorganized Debtor, the Claimant Trust, or against any Holder of an Allowed Claim to whom distributions are made by the Distribution Agent.

APPX. 00229
001613

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 3-1   Filed 12/24/21   Page 58 of 228   PageID 1732
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 49 of 66

**L.**   **Withholding Taxes**

In connection with this Plan, to the extent applicable, the Distribution Agent shall comply with all tax withholding and reporting requirements imposed on them by any Governmental Unit, and all distributions made pursuant to this Plan shall be subject to such withholding and reporting requirements.  The Distribution Agent shall be entitled to deduct any U.S. federal, state or local withholding taxes from any Cash payments made with respect to Allowed Claims, as appropriate.  As a condition to receiving any distribution under this Plan, the Distribution Agent may require that the Holder of an Allowed Claim entitled to receive a distribution pursuant to this Plan provide such Holder's taxpayer identification number and such other information and certification as may be deemed necessary for the Distribution Agent to comply with applicable tax reporting and withholding laws.  If a Holder fails to comply with such a request within one year, such distribution shall be deemed an unclaimed distribution. Any amounts withheld pursuant hereto shall be deemed to have been distributed to and received by the applicable recipient for all purposes of this Plan.

**M.**   **Setoffs**

The Distribution Agent may, to the extent permitted under applicable law, set off against any Allowed Claim and any distributions to be made pursuant to this Plan on account of such Allowed Claim, the claims, rights and causes of action of any nature that the Debtor, the Reorganized Debtor, or the Distribution Agent may hold against the Holder of such Allowed Claim that are not otherwise waived, released or compromised in accordance with this Plan; *provided, however,* that neither such a setoff nor the allowance of any Claim hereunder shall constitute a waiver or release by the Debtor, the Reorganized Debtor, or the Claimant Trustee of any such claims, rights and causes of action that the Debtor, the Reorganized Debtor, or Claimant Trustee possesses against such Holder.  Any Holder of an Allowed Claim subject to such setoff reserves the right to challenge any such setoff in the Bankruptcy Court or any other court with jurisdiction with respect to such challenge.

**N.**   **Surrender of Cancelled Instruments or Securities**

As a condition precedent to receiving any distribution pursuant to this Plan on account of an Allowed Claim evidenced by negotiable instruments, securities, or notes canceled pursuant to ARTICLE IV of this Plan, the Holder of such Claim will tender the applicable negotiable instruments, securities, or notes evidencing such Claim (or a sworn affidavit identifying the negotiable instruments, securities, or notes formerly held by such Holder and certifying that they have been lost), to the Distribution Agent unless waived in writing by the Distribution Agent.

**O.**   **Lost, Stolen, Mutilated or Destroyed Securities**

In addition to any requirements under any applicable agreement and applicable law, any Holder of a Claim or Equity Interest evidenced by a security or note that has been lost, stolen, mutilated, or destroyed will, in lieu of surrendering such security or note to the extent required by this Plan, deliver to the Distribution Agent:  (i) evidence reasonably satisfactory to the Distribution Agent of such loss, theft, mutilation, or destruction; and (ii) such security or indemnity as may be required by the Distribution Agent to hold such party harmless from any

APPX. 001614

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 235/27/22 637  Page 59 of 228    PageID 1733
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 50 of 66

damages, liabilities, or costs incurred in treating such individual as a Holder of an Allowed Claim or Equity Interest.  Upon compliance with ARTICLE VI.O of this Plan as determined by the Distribution Agent, by a Holder of a Claim evidenced by a security or note, such Holder will, for all purposes under this Plan, be deemed to have surrendered such security or note to the Distribution Agent.

## ARTICLE VII.
## PROCEDURES FOR RESOLVING CONTINGENT, UNLIQUIDATED AND DISPUTED CLAIMS

### A.    Filing of Proofs of Claim

Unless such Claim appeared in the Schedules and is not listed as disputed, contingent, or unliquidated, or such Claim has otherwise been Allowed or paid, each Holder of a Claim was required to file a Proof of Claim on or prior to the Bar Date.

### B.    Disputed Claims

Following the Effective Date, each of the Reorganized Debtor or the Claimant Trustee, as applicable, may File with the Bankruptcy Court an objection to the allowance of any Disputed Claim or Disputed Equity Interest, request the Bankruptcy Court subordinate any Claims to Subordinated Claims, or any other appropriate motion or adversary proceeding with respect to the foregoing by the Claims Objection Deadline or, at the discretion of the Reorganized Debtor or Claimant Trustee, as applicable, compromised, settled, withdrew or resolved without further order of the Bankruptcy Court, and (ii) unless otherwise provided in the Confirmation Order, the Reorganized Debtor or the Claimant Trust, as applicable, are authorized to settle, or withdraw any objections to, any Disputed Claim or Disputed Equity Interests following the Effective Date without further notice to creditors (other than the Entity holding such Disputed Claim or Disputed Equity Interest) or authorization of the Bankruptcy Court, in which event such Claim or Equity Interest shall be deemed to be an Allowed Claim or Equity Interest in the amount compromised for purposes of this Plan.

### C.    Procedures Regarding Disputed Claims or Disputed Equity Interests

No payment or other distribution or treatment shall be made on account of a Disputed Claim or Disputed Equity Interest unless and until such Disputed Claim or Disputed Equity Interest becomes an Allowed Claim or Equity Interests and the amount of such Allowed Claim or Equity Interest, as applicable, is determined by order of the Bankruptcy Court or by stipulation between the Reorganized Debtor or Claimant Trust, as applicable, and the Holder of the Claim or Equity Interest.

### D.    Allowance of Claims and Equity Interests

Following the date on which a Disputed Claim or Disputed Equity Interest becomes an Allowed Claim or Equity Interest after the Distribution Date, the Distribution Agent shall make a distribution to the Holder of such Allowed Claim or Equity Interest in accordance with the Plan.

APPX 00231
001615

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 22/36/23    Page 60 of 228    PageID 1734
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 51 of 66

1.    _Allowance of Claims_

After the Effective Date and subject to the other provisions of this Plan, the Reorganized Debtor or the Claimant Trust, as applicable, will have and will retain any and all rights and defenses under bankruptcy or nonbankruptcy law that the Debtor had with respect to any Claim. Except as expressly provided in this Plan or in any order entered in the Chapter 11 Case prior to the Effective Date (including, without limitation, the Confirmation Order), no Claim or Equity Interest will become an Allowed Claim or Equity Interest unless and until such Claim or Equity Interest is deemed Allowed under this Plan or the Bankruptcy Code or the Bankruptcy Court has entered an order, including, without limitation, the Confirmation Order, in the Chapter 11 Case allowing such Claim or Equity Interest.

2.    _Estimation_

Subject to the other provisions of this Plan, the Debtor, prior to the Effective Date, and the Reorganized Debtor or the Claimant Trustee, as applicable, after the Effective Date, may, at any time, request that the Bankruptcy Court estimate (a) any Disputed Claim or Disputed Equity Interest pursuant to applicable law and in accordance with this Plan and (b) any contingent or unliquidated Claim pursuant to applicable law, including, without limitation, section 502(c) of the Bankruptcy Code, and the Bankruptcy Court will retain jurisdiction under 28 U.S.C. §§ 157 and 1334 to estimate any Disputed Claim or Disputed Equity Interest, contingent Claim or unliquidated Claim, including during the litigation concerning any objection to any Claim or Equity Interest or during the pendency of any appeal relating to any such objection.  All of the aforementioned objection, estimation and resolution procedures are cumulative and not exclusive of one another.  Claims or Equity Interests may be estimated and subsequently compromised, settled, withdrawn or resolved by any mechanism approved by the Bankruptcy Court.  The rights and objections of all parties are reserved in connection with any such estimation proceeding.

3.    _Disallowance of Claims_

Any Claims or Equity Interests held by Entities from which property is recoverable under sections 542, 543, 550, or 553 of the Bankruptcy Code, or that are a transferee of a transfer avoidable under sections 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code, shall be deemed disallowed pursuant to section 502(d) of the Bankruptcy Code, and holders of such Claims or Interests may not receive any distributions on account of such Claims or Interests until such time as such Causes of Action against that Entity have been settled or a Bankruptcy Court Order with respect thereto has been entered and all sums due, if any, to the Reorganized Debtor or the Claimant Trust, as applicable, by that Entity have been turned over or paid to the Reorganized Debtor or the Claimant Trust, as applicable.

**EXCEPT AS OTHERWISE PROVIDED HEREIN OR AS AGREED TO BY THE DEBTOR, REORGANIZED DEBTOR, OR CLAIMANT TRUSTEE, AS APPLICABLE, ANY AND ALL PROOFS OF CLAIM FILED AFTER THE BAR DATE SHALL BE DEEMED DISALLOWED AND EXPUNGED AS OF THE EFFECTIVE DATE WITHOUT ANY FURTHER NOTICE TO OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT, AND HOLDERS OF SUCH CLAIMS MAY NOT RECEIVE ANY DISTRIBUTIONS ON ACCOUNT OF SUCH CLAIMS, UNLESS SUCH**

APPX 001616

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 08/17/22    Page 61 of 228    PageID 1735
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 52 of 66

LATE PROOF OF CLAIM HAS BEEN DEEMED TIMELY FILED BY A FINAL ORDER.

## ARTICLE VIII.
## EFFECTIVENESS OF THIS PLAN

A.     **Conditions Precedent to the Effective Date**

The Effective Date of this Plan will be conditioned upon the satisfaction or waiver by the Debtor (and, to the extent such condition requires the consent of the Committee, the consent of the Committee with such consent not to be unreasonably withheld), pursuant to the provisions of ARTICLE VIII.B of this Plan of the following:

- This Plan and the Plan Documents, including the Claimant Trust Agreement and the Reorganized Limited Partnership Agreement, and all schedules, documents, supplements and exhibits to this Plan shall have been Filed in form and substance reasonably acceptable to the Debtor and the Committee.

- The Confirmation Order shall have become a Final Order and shall be in form and substance reasonably acceptable to the Debtor and the Committee.  The Confirmation Order shall provide that, among other things, (i) the Debtor, the Reorganized Debtor, the Claimant Trustee, or the Litigation Trustee are authorized to take all actions necessary or appropriate to effectuate and consummate this Plan, including, without limitation, (a) entering into, implementing, effectuating, and consummating the contracts, instruments, releases, and other agreements or documents created in connection with or described in this Plan, (b) assuming the Executory Contracts and Unexpired Leases set forth in the Plan Supplement, (c) making all distributions and issuances as required under this Plan; and (d) entering into any transactions as set forth in the Plan Documents; (ii) the provisions of the Confirmation Order and this Plan are nonseverable and mutually dependent; (iii) the implementation of this Plan in accordance with its terms is authorized; (iv) pursuant to section 1146 of the Bankruptcy Code, the delivery of any deed or other instrument or transfer order, in furtherance of, or in connection with this Plan, including any deeds, bills of sale, or assignments executed in connection with any disposition or transfer of Assets contemplated under this Plan, shall not be subject to any Stamp or Similar Tax; and (v) the vesting of the Claimant Trust Assets in the Claimant Trust and the Reorganized Debtor Assets in the Reorganized Debtor, in each case as of the Effective Date free and clear of liens and claims to the fullest extent permissible under applicable law pursuant to section 1141(c) of the Bankruptcy Code except with respect to such Liens, Claims, charges and other encumbrances that are specifically preserved under this Plan upon the Effective Date.

- All documents and agreements necessary to implement this Plan, including without limitation, the Reorganized Limited Partnership Agreement, the Claimant Trust Agreement, and the New GP LLC Documents, in each case in form and substance reasonably acceptable to the Debtor and the Committee, shall have (a) been tendered for delivery, and (b) been effected by, executed by, or otherwise deemed binding

46

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Filed 2/28/2 637age 62 of 228   PageID 1736
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 53 of 66

upon, all Entities party thereto and shall be in full force and effect. All conditions precedent to such documents and agreements shall have been satisfied or waived pursuant to the terms of such documents or agreements.

- All authorizations, consents, actions, documents, approvals (including any governmental approvals), certificates and agreements necessary to implement this Plan, including, without limitation, the Reorganized Limited Partnership Agreement, the Claimant Trust Agreement, and the New GP LLC Documents, shall have been obtained, effected or executed and delivered to the required parties and, to the extent required, filed with the applicable governmental units in accordance with applicable laws and any applicable waiting periods shall have expired without any action being taken or threatened by any competent authority that would restrain or prevent effectiveness or consummation of the Restructuring.

- The Debtor shall have obtained applicable directors' and officers' insurance coverage that is acceptable to each of the Debtor, the Committee, the Claimant Trust Oversight Committee, the Claimant Trustee and the Litigation Trustee.

- The Professional Fee Reserve shall be funded pursuant to this Plan in an amount determined by the Debtor in good faith.

## B.    Waiver of Conditions

The conditions to effectiveness of this Plan set forth in this ARTICLE VIII (other than that the Confirmation Order shall have been entered) may be waived in whole or in part by the Debtor (and, to the extent such condition requires the consent of the Committee, the consent of the Committee) and any applicable parties in Section VII.A of this Plan, without notice, leave or order of the Bankruptcy Court or any formal action other than proceeding to confirm or effectuate this Plan. The failure to satisfy or waive a condition to the Effective Date may be asserted by the Debtor regardless of the circumstances giving rise to the failure of such condition to be satisfied. The failure of the Debtor to exercise any of the foregoing rights will not be deemed a waiver of any other rights, and each right will be deemed an ongoing right that may be asserted at any time by the Debtor, the Reorganized Debtor, or the Claimant Trust, as applicable.

## C.    Dissolution of the Committee

On the Effective Date, the Committee will dissolve, and the members of the Committee and the Committee's Professionals will cease to have any role arising from or relating to the Chapter 11 Case, except in connection with final fee applications of Professionals for services rendered prior to the Effective Date (including the right to object thereto). The Professionals retained by the Committee and the members thereof will not be entitled to assert any fee claims for any services rendered to the Committee or expenses incurred in the service of the Committee after the Effective Date, except for reasonable fees for services rendered, and actual and necessary costs incurred, in connection with any applications for allowance of Professional Fees pending on the Effective Date or filed and served after the Effective Date pursuant to the Plan. Nothing in the Plan shall prohibit or limit the ability of the Debtor's or Committee's

APPX. 00234
001618

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 2/33/20 Page 63 of 228    PageID 1737
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 54 of 66

Professionals to represent either of the Trustees or to be compensated or reimbursed per the Plan and the Claimant Trust Agreement in connection with such representation.

## ARTICLE IX.
## EXCULPATION, INJUNCTION AND RELATED PROVISIONS

**A.    General**

Notwithstanding anything contained in the Plan to the contrary, the allowance, classification and treatment of all Allowed Claims and Equity Interests and their respective distributions and treatments under the Plan shall take into account the relative priority and rights of the Claims and the Equity Interests in each Class in connection with any contractual, legal and equitable subordination rights relating thereto whether arising under general principles of equitable subordination, section 510 of the Bankruptcy Code, or otherwise.

**B.    Discharge of Claims**

To the fullest extent provided under section 1141(d)(1)(A) and other applicable provisions of the Bankruptcy Code, except as otherwise expressly provided by this Plan or the Confirmation Order, all consideration distributed under this Plan will be in exchange for, and in complete satisfaction, settlement, discharge, and release of, all Claims and Equity Interests of any kind or nature whatsoever against the Debtor or any of its Assets or properties, and regardless of whether any property will have been distributed or retained pursuant to this Plan on account of such Claims or Equity Interests.  Except as otherwise expressly provided by this Plan or the Confirmation Order, upon the Effective Date, the Debtor and its Estate will be deemed discharged and released under and to the fullest extent provided under section 1141(d)(1)(A) and other applicable provisions of the Bankruptcy Code from any and all Claims and Equity Interests of any kind or nature whatsoever, including, but not limited to, demands and liabilities that arose before the Confirmation Date, and all debts of the kind specified in section 502(g), 502(h), or 502(i) of the Bankruptcy Code.

**C.    Exculpation**

Subject in all respects to ARTICLE XII.D of this Plan, to the maximum extent permitted by applicable law, no Exculpated Party will have or incur, and each Exculpated Party is hereby exculpated from, any claim, obligation, suit, judgment, damage, demand, debt, right, Cause of Action, remedy, loss, and liability for conduct occurring on or after the Petition Date in connection with or arising out of (i) the filing and administration of the Chapter 11 Case; (ii) the negotiation and pursuit of the Disclosure Statement, the Plan, or the solicitation of votes for, or confirmation of, the Plan; (iii) the funding or consummation of the Plan (including the Plan Supplement) or any related agreements, instruments, or other documents, the solicitation of votes on the Plan, the offer, issuance, and Plan Distribution of any securities issued or to be issued pursuant to the Plan, including the Claimant Trust Interests, whether or not such Plan Distributions occur following the Effective Date; (iv) the implementation of the Plan; and (v) any negotiations, transactions, and documentation in connection with the foregoing clauses (i)-(iv); *provided*, *however,* the foregoing will not apply to (a) any acts or omissions of an Exculpated Party arising out of or related to acts or omissions that constitute bad faith, fraud, gross

APPX. 00235
001619

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9-1   Filed 12/20/22   Page 64 of 228   PageID 1738
Case 19-34054-sgj11   Doc 1808   Filed 01/22/21   Entered 01/22/21 18:59:39   Page 55 of 66

negligence, criminal misconduct, or willful misconduct or (b) Strand or any Employee other than with respect to actions taken by such Entities from the date of appointment of the Independent Directors through the Effective Date. This exculpation shall be in addition to, and not in limitation of, all other releases, indemnities, exculpations, any other applicable law or rules, or any other provisions of this Plan, including ARTICLE IV.C.2, protecting such Exculpated Parties from liability.

## D.    Releases by the Debtor

On and after the Effective Date, each Released Party is deemed to be, hereby conclusively, absolutely, unconditionally, irrevocably, and forever released and discharged by the Debtor and the Estate, in each case on behalf of themselves and their respective successors, assigns, and representatives, including, but not limited to, the Claimant Trust and the Litigation Sub-Trust from any and all Causes of Action, including any derivative claims, asserted on behalf of the Debtor, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereafter arising, in law, equity, contract, tort or otherwise, that the Debtor or the Estate would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the holder of any Claim against, or Interest in, a Debtor or other Person.

Notwithstanding anything contained herein to the contrary, the foregoing release does not release: (i) any obligations of any party under the Plan or any document, instrument, or agreement executed to implement the Plan, (ii) the rights or obligations of any current employee of the Debtor under any employment agreement or plan, (iii) the rights of the Debtor with respect to any confidentiality provisions or covenants restricting competition in favor of the Debtor under any employment agreement with a current or former employee of the Debtor, (iv) any Avoidance Actions, or (v) any Causes of Action arising from willful misconduct, criminal misconduct, actual fraud, or gross negligence of such applicable Released Party as determined by Final Order of the Bankruptcy Court or any other court of competent jurisdiction.

Notwithstanding anything herein to the contrary, any release provided pursuant to this ARTICLE IX.D (i) with respect to a Senior Employee, is conditioned in all respects on (a) such Senior Employee executing a Senior Employee Stipulation on or prior to the Effective Date and (b) the reduction of such Senior Employee's Allowed Claim as set forth in the Senior Employee Stipulation (such amount, the "Reduced Employee Claim"), and (ii) with respect to any Employee, including a Senior Employee, shall be deemed null and void and of no force and effect (1) if there is more than one member of the Claimant Trust Oversight Committee who does not represent entities holding a Disputed or Allowed Claim (the "Independent Members"), the Claimant Trustee and the Independent Members by majority vote determine or (2) if there is only one Independent Member, the Independent Member after discussion with the Claimant Trustee, determines (in each case after discussing with the full Claimant Trust Oversight Committee) that such Employee (regardless of whether the Employee is then currently employed by the Debtor, the Reorganized Debtor, or the Claimant Trustee):

- sues, attempts to sue, or threatens or works with or assists any entity or person to sue, attempt to sue, or threaten the Reorganized Debtor, the Claimant Trust, the Litigation

APPX. 00336
001620

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 3    Filed 12/06/22    Page 65 of 228    PageID 1739
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 56 of 66

Sub-Trust, or any of their respective employees or agents, or any Released Party on or in connection with any claim or cause of action arising prior to the Effective Date,

- has taken any action that, impairs or harms the value of the Claimant Trust Assets or the Reorganized Debtor Assets, or

- (x) upon the request of the Claimant Trustee, has failed to provide reasonable assistance in good faith to the Claimant Trustee or the Reorganized Debtor with respect to (1) the monetization of the Claimant Trust Assets or Reorganized Debtor Assets, as applicable, or (2) the resolution of Claims, or (y) has taken any action that impedes or frustrates the Claimant Trustee or the Reorganized Debtor with respect to any of the foregoing.

*Provided, however,* that the release provided pursuant to this ARTICLE IX.D will vest and the Employee will be indefeasibly released pursuant to this ARTICLE IX.D if such Employee's release has not been deemed null and void and of no force and effect on or prior to the date that is the date of dissolution of the Claimant Trust pursuant to the Claimant Trust Agreement.

By executing the Senior Employee Stipulation embodying this release, each Senior Employee acknowledges and agrees, without limitation, to the terms of this release and the tolling agreement contained in the Senior Employee Stipulation.

The provisions of this release and the execution of a Senior Employee Stipulation will not in any way prevent or limit any Employee from (i) prosecuting its Claims, if any, against the Debtor's Estate, (ii) defending him or herself against any claims or causes of action brought against the Employee by a third party, or (iii) assisting other persons in defending themselves from any Estate Claims brought by the Litigation Trustee (but only with respect to Estate Claims brought by the Litigation Trustee and not collection or other actions brought by the Claimant Trustee).

**E.    Preservation of Rights of Action**

*1.    Maintenance of Causes of Action*

Except as otherwise provided in this Plan, after the Effective Date, the Reorganized Debtor or the Claimant Trust will retain all rights to commence, pursue, litigate or settle, as appropriate, any and all Causes of Action included in the Reorganized Debtor Assets or Claimant Trust Assets, as applicable, whether existing as of the Petition Date or thereafter arising, in any court or other tribunal including, without limitation, in an adversary proceeding Filed in the Chapter 11 Case and, as the successors in interest to the Debtor and the Estate, may, and will have the exclusive right to, enforce, sue on, settle, compromise, transfer or assign (or decline to do any of the foregoing) any or all of the Causes of Action without notice to or approval from the Bankruptcy Court.

*2.    Preservation of All Causes of Action Not Expressly Settled or Released*

Unless a Cause of Action against a Holder of a Claim or an Equity Interest or other Entity is expressly waived, relinquished, released, compromised or settled in this Plan or any Final

APPX. 00337
001621

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 12/20/22    Page 66 of 228    PageID 1740
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 57 of 66

Order (including, without limitation, the Confirmation Order), such Cause of Action is expressly reserved for later adjudication by the Reorganized Debtor or Claimant Trust, as applicable (including, without limitation, Causes of Action not specifically identified or of which the Debtor may presently be unaware or that may arise or exist by reason of additional facts or circumstances unknown to the Debtor at this time or facts or circumstances that may change or be different from those the Debtor now believes to exist) and, therefore, no preclusion doctrine, including, without limitation, the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, waiver, estoppel (judicial, equitable or otherwise) or laches will apply to such Causes of Action as a consequence of the confirmation, effectiveness, or consummation of this Plan based on the Disclosure Statement, this Plan or the Confirmation Order, except where such Causes of Action have been expressly released in this Plan or any other Final Order (including, without limitation, the Confirmation Order).  In addition, the right of the Reorganized Debtor or the Claimant Trust to pursue or adopt any claims alleged in any lawsuit in which the Debtor is a plaintiff, defendant or an interested party, against any Entity, including, without limitation, the plaintiffs or co-defendants in such lawsuits, is expressly reserved.

**F.    <u>Injunction</u>**

**Upon entry of the Confirmation Order, all Enjoined Parties are and shall be permanently enjoined, on and after the Effective Date, from taking any actions to interfere with the implementation or consummation of the Plan.**

**Except as expressly provided in the Plan, the Confirmation Order, or a separate order of the Bankruptcy Court, all Enjoined Parties are and shall be permanently enjoined, on and after the Effective Date, with respect to any Claims and Equity Interests, from directly or indirectly (i) commencing, conducting, or continuing in any manner any suit, action, or other proceeding of any kind (including any proceeding in a judicial, arbitral, administrative or other forum) against or affecting the Debtor or the property of the Debtor, (ii) enforcing, levying, attaching (including any prejudgment attachment), collecting, or otherwise recovering, enforcing, or attempting to recover or enforce, by any manner or means, any judgment, award, decree, or order against the Debtor or the property of the Debtor, (iii) creating, perfecting, or otherwise enforcing in any manner, any security interest, lien or encumbrance of any kind against the Debtor or the property of the Debtor, (iv) asserting any right of setoff, directly or indirectly, against any obligation due to the Debtor or against property or interests in property of the Debtor, except to the limited extent permitted under Sections 553 and 1141 of the Bankruptcy Code, and (v) acting or proceeding in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan.**

**The injunctions set forth herein shall extend to, and apply to any act of the type set forth in any of clauses (i)-(v) of the immediately preceding paragraph against any successors of the Debtor, including, but not limited to, the Reorganized Debtor, the Litigation Sub-Trust, and the Claimant Trust and their respective property and interests in property.**

**Subject in all respects to ARTICLE XII.D, no Enjoined Party may commence or pursue a claim or cause of action of any kind against any Protected Party that arose or**

Appx. 00338
001622

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 12/13/23    Page 67 of 228    PageID 1741
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 58 of 66

arises from or is related to the Chapter 11 Case, the negotiation of the Plan, the administration of the Plan or property to be distributed under the Plan, the wind down of the business of the Debtor or Reorganized Debtor, the administration of the Claimant Trust or the Litigation Sub-Trust, or the transactions in furtherance of the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such claim or cause of action represents a colorable claim of any kind, including, but not limited to, negligence, bad faith, criminal misconduct, willful misconduct, fraud, or gross negligence against a Protected Party and (ii) specifically authorizing such Enjoined Party to bring such claim or cause of action against any such Protected Party; *provided, however,* the foregoing will not apply to a claim or cause of action against Strand or against any Employee other than with respect to actions taken, respectively, by Strand or by such Employee from the date of appointment of the Independent Directors through the Effective Date.  The Bankruptcy Court will have sole and exclusive jurisdiction to determine whether a claim or cause of action is colorable and, only to the extent legally permissible and as provided for in ARTICLE XI, shall have jurisdiction to adjudicate the underlying colorable claim or cause of action.

**G.**     **Duration of Injunctions and Stays**

**ARTICLE II. Unless otherwise provided in this Plan, in the Confirmation Order, or in a Final Order of the Bankruptcy Court, (i) all injunctions and stays entered during the Chapter 11 Case and in existence on the Confirmation Date shall remain in full force and effect in accordance with their terms; and (ii) the automatic stay arising under section 362 of the Bankruptcy Code shall remain in full force and effect subject to Section 362(c) of the Bankruptcy Code, and to the extent necessary if the Debtor does not receive a discharge, the Court will enter an equivalent order under Section 105.**

**H.**     **Continuance of January 9 Order**

Unless otherwise provided in this Plan, in the Confirmation Order, or in a Final Order of the Bankruptcy Court, the restrictions set forth in paragraphs 9 and 10 of the *Order Approving Settlement with Official Committee of Unsecured Creditors Regarding Governance of the Debtor and Procedures for Operations in the Ordinary Course*, entered by the Bankruptcy Court on January 9, 2020 [D.I. 339] shall remain in full force and effect following the Effective Date.

### ARTICLE X.
### BINDING NATURE OF PLAN

On the Effective Date, and effective as of the Effective Date, the Plan, including, without limitation, the provisions in ARTICLE IX, will bind, and will be deemed binding upon, all Holders of Claims against and Equity Interests in the Debtor and such Holder's respective successors and assigns, to the maximum extent permitted by applicable law, notwithstanding whether or not such Holder will receive or retain any property or interest in property under the Plan.  All Claims and Debts shall be fixed and adjusted pursuant to this Plan. The Plan shall also bind any taxing authority, recorder of deeds, or similar official for any county, state,

Appx. 00239
001623

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 12/04/2? 637age 68 of 228    PageID 1742
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 59 of 66

Governmental Unit or parish in which any instrument related to the Plan or related to any transaction contemplated thereby is to be recorded with respect to nay taxes of the kind specified in Bankruptcy Code section 1146(a).

## ARTICLE XI.
## RETENTION OF JURISDICTION

Pursuant to sections 105 and 1142 of the Bankruptcy Code and notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court shall, after the Effective Date, retain such jurisdiction over the Chapter 11 Case and all Entities with respect to all matters related to the Chapter 11 Case, the Reorganized Debtor, the Claimant Trust, and this Plan to the maximum extent legally permissible, including, without limitation, jurisdiction to:

- allow, disallow, determine, liquidate, classify, estimate or establish the priority, secured, unsecured, or subordinated status of any Claim or Equity Interest, including, without limitation, the resolution of any request for payment of any Administrative Expense Claim and the resolution of any and all objections to the allowance or priority of any Claim or Equity Interest;

- grant or deny any applications for allowance of compensation or reimbursement of expenses authorized pursuant to the Bankruptcy Code or this Plan, for periods ending on or before the Effective Date; *provided*, *however*, that, from and after the Effective Date, the Reorganized Debtor shall pay Professionals in the ordinary course of business for any work performed after the Effective Date subject to the terms of this Plan and the Confirmation Order, and such payment shall not be subject to the approval of the Bankruptcy Court;

- resolve any matters related to the assumption, assignment or rejection of any Executory Contract or Unexpired Lease to which the Debtor is party or with respect to which the Debtor, Reorganized Debtor, or Claimant Trust may be liable and to adjudicate and, if necessary, liquidate, any Claims arising therefrom, including, without limitation, any dispute regarding whether a contract or lease is or was executory or expired;

- make any determination with respect to a claim or cause of action against a Protected Party as set forth in ARTICLE IX;

- resolve any claim or cause of action against an Exculpated Party or Protected Party arising from or related to the Chapter 11 Case, the negotiation of this Plan, the administration of the Plan or property to be distributed under the Plan, the wind down of the business of the Debtor or Reorganized Debtor, or the transactions in furtherance of the foregoing;

- if requested by the Reorganized Debtor or the Claimant Trustee, authorize, approve, and allow any sale, disposition, assignment or other transfer of the Reorganized Debtor Assets or Claimant Trust Assets, including any break-up compensation or

APPX 002440
001624

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 2/25/21   Page 69 of 228   PageID 1743
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 60 of 66

expense reimbursement that may be requested by a purchaser thereof; *provided, however*, that neither the Reorganized Debtor nor the Claimant Trustee shall be required to seek such authority or approval from the Bankruptcy Court unless otherwise specifically required by this Plan or the Confirmation Order;

- if requested by the Reorganized Debtor or the Claimant Trustee, authorize, approve, and allow any borrowing or the incurrence of indebtedness, whether secured or unsecured by the Reorganized Debtor or Claimant Trust; *provided, however*, that neither the Reorganized Debtor nor the Claimant Trustee shall be required to seek such authority or approval from the Bankruptcy Court unless otherwise specifically required by this Plan or the Confirmation Order;

- resolve any issues related to any matters adjudicated in the Chapter 11 Case;

- ensure that distributions to Holders of Allowed Claims and Allowed Equity Interests are accomplished pursuant to the provisions of this Plan;

- decide or resolve any motions, adversary proceedings, contested or litigated matters and any other Causes of Action (including Estate Claims) that are pending as of the Effective Date or that may be commenced in the future, including approval of any settlements, compromises, or other resolutions as may be requested by the Debtor, the Reorganized Debtor, the Claimant Trustee, or the Litigation Trustee whether under Bankruptcy Rule 9019 or otherwise, and grant or deny any applications involving the Debtor that may be pending on the Effective Date or instituted by the Reorganized Debtor, the Claimant Trustee, or Litigation Trustee after the Effective Date, provided that the Reorganized Debtor, the Claimant Trustee, and the Litigation Trustee shall reserve the right to commence actions in all appropriate forums and jurisdictions;

- enter such orders as may be necessary or appropriate to implement, effectuate, or consummate the provisions of this Plan, the Plan Documents, and all other contracts, instruments, releases, and other agreements or documents adopted in connection with this Plan, the Plan Documents, or the Disclosure Statement;

- resolve any cases, controversies, suits or disputes that may arise in connection with the implementation, effectiveness, consummation, interpretation, or enforcement of this Plan or any Entity's obligations incurred in connection with this Plan;

- issue injunctions and enforce them, enter and implement other orders or take such other actions as may be necessary or appropriate to restrain interference by any Entity with implementation, effectiveness, consummation, or enforcement of this Plan, except as otherwise provided in this Plan;

- enforce the terms and conditions of this Plan and the Confirmation Order;

- resolve any cases, controversies, suits or disputes with respect to the release, exculpation, indemnification, and other provisions contained herein and enter such

54

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 12/06/22   Page 70 of 228   PageID 1744
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21   Entered 01/22/21 18:59:39   Page 61 of 66

orders or take such others actions as may be necessary or appropriate to implement or enforce all such releases, injunctions and other provisions;

- enter and implement such orders or take such others actions as may be necessary or appropriate if the Confirmation Order is modified, stayed, reversed, revoked or vacated;

- resolve any other matters that may arise in connection with or relate to this Plan, the Disclosure Statement, the Confirmation Order, the Plan Documents, or any contract, instrument, release, indenture or other agreement or document adopted in connection with this Plan or the Disclosure Statement; and

- enter an order concluding or closing the Chapter 11 Case after the Effective Date.

**ARTICLE XII.**
**MISCELLANEOUS PROVISIONS**

### A.   Payment of Statutory Fees and Filing of Reports

All outstanding Statutory Fees shall be paid on the Effective Date.  All such fees payable, and all such fees that become due and payable, after the Effective Date shall be paid by the Reorganized Debtor when due or as soon thereafter as practicable until the Chapter 11 Case is closed, converted, or dismissed.  The Claimant Trustee shall File all quarterly reports due prior to the Effective Date when they become due, in a form reasonably acceptable to the U.S. Trustee.  After the Effective Date, the Claimant Trustee shall File with the Bankruptcy Court quarterly reports when they become due, in a form reasonably acceptable to the U.S. Trustee.  The Reorganized Debtor shall remain obligated to pay Statutory Fees to the Office of the U.S. Trustee until the earliest of the Debtor's case being closed, dismissed, or converted to a case under chapter 7 of the Bankruptcy Code.

### B.   Modification of Plan

Effective as of the date hereof and subject to the limitations and rights contained in this Plan:  (a) the Debtor reserves the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, to amend or modify this Plan prior to the entry of the Confirmation Order with the consent of the Committee, such consent not to be unreasonably withheld; and (b) after the entry of the Confirmation Order, the Debtor may, after notice and hearing and entry of an order of the Bankruptcy Court, amend or modify this Plan, in accordance with section 1127(b) of the Bankruptcy Code or remedy any defect or omission or reconcile any inconsistency in this Plan in such manner as may be necessary to carry out the purpose and intent of this Plan.

### C.   Revocation of Plan

The Debtor reserves the right to revoke or withdraw this Plan prior to the Confirmation Date and to File a subsequent chapter 11 plan with the consent of the Committee.  If the Debtor revokes or withdraws this Plan prior to the Confirmation Date, then:  (i) this Plan shall be null and void in all respects; (ii) any settlement or compromise embodied in this Plan, assumption of Executory Contracts or Unexpired Leases effected by this Plan and any document or agreement

55

Appx. 00342
001626

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 10/27/22    Page 71 of 228    PageID 1745
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 62 of 66

executed pursuant hereto shall be deemed null and void except as may be set forth in a separate order entered by the Bankruptcy Court; and (iii) nothing contained in this Plan shall: (a) constitute a waiver or release of any Claims by or against, or any Equity Interests in, the Debtor or any other Entity; (b) prejudice in any manner the rights of the Debtor or any other Entity; or (c) constitute an admission, acknowledgement, offer or undertaking of any sort by the Debtor or any other Entity.

### D.    Obligations Not Changed

Notwithstanding anything in this Plan to the contrary, nothing herein will affect or otherwise limit or release any non-Debtor Entity's (including any Exculpated Party's) duties or obligations, including any contractual and indemnification obligations, to the Debtor, the Reorganized Debtor, or any other Entity whether arising under contract, statute, or otherwise.

### E.    Entire Agreement

Except as otherwise described herein, this Plan supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, and representations on such subjects, all of which have become merged and integrated into this Plan.

### F.    Closing of Chapter 11 Case

The Claimant Trustee shall, after the Effective Date and promptly after the full administration of the Chapter 11 Case, File with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close the Chapter 11 Case.

### G.    Successors and Assigns

This Plan shall be binding upon and inure to the benefit of the Debtor and its successors and assigns, including, without limitation, the Reorganized Debtor and the Claimant Trustee. The rights, benefits, and obligations of any Person or Entity named or referred to in this Plan shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor, or assign of such Person or Entity.

### H.    Reservation of Rights

Except as expressly set forth herein, this Plan shall have no force or effect unless and until the Bankruptcy Court enters the Confirmation Order and the Effective Date occurs.  Neither the filing of this Plan, any statement or provision contained herein, nor the taking of any action by the Debtor, the Reorganized Debtor, the Claimant Trustee, or any other Entity with respect to this Plan shall be or shall be deemed to be an admission or waiver of any rights of:  (1) the Debtor, the Reorganized Debtor, or the Claimant Trustee with respect to the Holders of Claims or Equity Interests or other Entity; or (2) any Holder of a Claim or an Equity Interest or other Entity prior to the Effective Date.

Neither the exclusion or inclusion by the Debtor of any contract or lease on any exhibit, schedule, or other annex to this Plan or in the Plan Documents, nor anything contained in this

APPX. 00343
001627

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 3-7    Filed 2/48/23    Page 72 of 228    PageID 1746
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 63 of 66

Plan, will constitute an admission by the Debtor that any such contract or lease is or is not an executory contract or lease or that the Debtor, the Reorganized Debtor, the Claimant Trustee, or their respective Affiliates has any liability thereunder.

Except as explicitly provided in this Plan, nothing herein shall waive, excuse, limit, diminish, or otherwise alter any of the defenses, claims, Causes of Action, or other rights of the Debtor, the Reorganized Debtor, or the Claimant Trustee under any executory or non-executory contract.

Nothing in this Plan will increase, augment, or add to any of the duties, obligations, responsibilities, or liabilities of the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, under any executory or non-executory contract or lease.

If there is a dispute regarding whether a contract or lease is or was executory at the time of its assumption under this Plan, the Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, shall have thirty (30) days following entry of a Final Order resolving such dispute to alter their treatment of such contract.

**I.      Further Assurances**

The Debtor, the Reorganized Debtor, or the Claimant Trustee, as applicable, all Holders of Claims and Equity Interests receiving distributions hereunder, and all other Entities shall, from time to time, prepare, execute and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of this Plan or the Confirmation Order.  On or before the Effective Date, the Debtor shall File with the Bankruptcy Court all agreements and other documents that may be necessary or appropriate to effectuate and further evidence the terms and conditions hereof.

**J.      Severability**

If, prior to the Confirmation Date, any term or provision of this Plan is determined by the Bankruptcy Court to be invalid, void, or unenforceable, the Bankruptcy Court will have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void, or unenforceable, and such term or provision will then be applicable as altered or interpreted.  Notwithstanding any such holding, alteration or interpretation, the remainder of the terms and provisions of this Plan will remain in full force and effect and will in no way be affected, impaired, or invalidated by such holding, alteration, or interpretation.  The Confirmation Order will constitute a judicial determination and will provide that each term and provision of this Plan, as it may have been altered or interpreted in accordance with the foregoing, is valid and enforceable pursuant to its terms.

**K.      Service of Documents**

All notices, requests, and demands to or upon the Debtor, the Reorganized Debtor, or the Claimant Trustee to be effective shall be in writing and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when actually delivered addressed as follows:

Appx. 00344
001628

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 12/09/22    Page 73 of 228    PageID 1747
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 64 of 66

**If to the Claimant Trust:**

Highland Claimant Trust
c/o Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201
Attention:   James P. Seery, Jr.

**If to the Debtor:**

Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201
Attention:   James P. Seery, Jr.

**with copies to:**

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Attn:   Jeffrey N. Pomerantz, Esq.
        Ira D. Kharasch, Esq.
        Gregory V. Demo, Esq.

**If to the Reorganized Debtor:**

Highland Capital Management, L.P.
300 Crescent Court, Suite 700
Dallas, Texas 75201
Attention:   James P. Seery, Jr.
**with copies to:**

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Attn:   Jeffrey N. Pomerantz, Esq.
        Ira D. Kharasch, Esq.
        Gregory V. Demo, Esq.

**L.**    **Exemption from Certain Transfer Taxes Pursuant to Section 1146(a) of the Bankruptcy Code**

To the extent permitted by applicable law, pursuant to section 1146(a) of the Bankruptcy Code, any transfers of property pursuant hereto shall not be subject to any Stamp or Similar Tax or governmental assessment in the United States, and the Confirmation Order shall direct the appropriate federal, state or local governmental officials or agents or taxing authority to forego

58

Appx. 00345

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 2/23/24    Page 74 of 228    PageID 1748
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 65 of 66

the collection of any such Stamp or Similar Tax or governmental assessment and to accept for filing and recordation instruments or other documents pursuant to such transfers of property without the payment of any such Stamp or Similar Tax or governmental assessment. Such exemption specifically applies, without limitation, to (i) all actions, agreements and documents necessary to evidence and implement the provisions of and the distributions to be made under this Plan; (ii) the maintenance or creation of security or any Lien as contemplated by this Plan; and (iii) assignments, sales, or transfers executed in connection with any transaction occurring under this Plan.

**M.**    **Governing Law**

Except to the extent that the Bankruptcy Code, the Bankruptcy Rules or other federal law is applicable, or to the extent that an exhibit or schedule to this Plan provides otherwise, the rights and obligations arising under this Plan shall be governed by, and construed and enforced in accordance with, the laws of Texas, without giving effect to the principles of conflicts of law of such jurisdiction; *provided, however,* that corporate governance matters relating to the Debtor, the Reorganized Debtor, New GP LLC, or the Claimant Trust, as applicable, shall be governed by the laws of the state of organization of the Debtor, the Reorganized Debtor, New GP LLC, or the Claimant Trustee, as applicable.

**N.**    **Tax Reporting and Compliance**

The Debtor is hereby authorized to request an expedited determination under section 505(b) of the Bankruptcy Code of the tax liability of the Debtor is for all taxable periods ending after the Petition Date through, and including, the Effective Date.

**O.**    **Exhibits and Schedules**

All exhibits and schedules to this Plan, if any, including the Exhibits and the Plan Documents, are incorporated and are a part of this Plan as if set forth in full herein.

**P.**    **Controlling Document**

In the event of an inconsistency between this Plan and any other instrument or document created or executed pursuant to this Plan, or between this Plan and the Disclosure Statement, this Plan shall control. The provisions of this Plan, the Disclosure Statement, and any Plan Document, on the one hand, and of the Confirmation Order, on the other hand, shall be construed in a manner consistent with each other so as to effectuate the purposes of each; *provided, however*, that if there is determined to be any inconsistency between any provision of this Plan, the Disclosure Statement, and any Plan Document, on the one hand, and any provision of the Confirmation Order, on the other hand, that cannot be so reconciled, then, solely to the extent of such inconsistency, the provisions of the Confirmation Order shall govern, and any such provisions of the Confirmation Order shall be deemed a modification of this Plan, the Disclosure Statement, and the Plan Documents, as applicable.

*[Remainder of Page Intentionally Blank]*

APPX. 00346
001630

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 3    Filed 12/21/22    Page 75 of 228    PageID 1749
Case 19-34054-sgj11 Doc 1808 Filed 01/22/21    Entered 01/22/21 18:59:39    Page 66 of 66

Dated:  January 22, 2021

Respectfully submitted,

**HIGHLAND CAPITAL MANAGEMENT, L.P.**

By: _____

James P. Seery, Jr.
Chief Executive Officer and Chief Restructuring
Officer

Prepared by:

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
gdemo@pszjlaw.com

and

**HAYWARD & ASSOCIATES PLLC**
Melissa S. Hayward (TX Bar No. 24044908)
Zachery Z. Annable (TX Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
ZAnnable@HaywardFirm.com

*Counsel for the Debtor and Debtor-in-Possession*

# EXHIBIT 5

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Filed 255/27 63 Page 77 of 228   PageID 1751
Case 22-03052-sgj Doc 1-1 Filed 05/25/22   Entered 05/25/22 17:14:18   Page 1 of 11
Case 3:21-cv-01710-N   Document 1   Filed 07/22/21   Page 1 of 11   PageID 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE CHARITABLE DAF FUND, LP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Cause No. _____ |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, | § | |
| L.P., | § | |
| | § | |
| *Defendant.* | § | |

## ORIGINAL COMPLAINT

This matter concerns self-dealing and seeks redress for violation of state and federal law, including, but not limited to, violations of the Advisers Act of 1940, and other state causes of action.

### I.

### PARTIES

**1.**    Plaintiff The Charitable  DAF Fund, L.P. ("Plaintiff" or "DAF") is a limited partnership formed under the laws of the Cayman Islands.

**2.**    Defendant Highland Capital Management L.P. ("Highland" or "HCMLP") is a Delaware limited partnership, whose principal place of business is in Dallas, Texas, at 300 Crescent Court, Suite 700, Dallas, Texas 75201.

### II.

### JURISDICTION AND VENUE

**3.**    Subject matter jurisdiction is proper in this Court under 28 U.S.C. § 1331 and under 28 U.S.C. § 1334 because the suit arises out of post-petition acts or omissions of the debtor and certain of its principals.

---

Original Complaint                                                                                     Page 1

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 225/22 63Page 78 of 228    PageID 1752
Case 22-03052-sgj Doc 1-1 Filed 05/25/22    Entered 05/25/22 17:14:18    Page 2 of 11
Case 3:21-cv-01710-N    Document 1    Filed 07/22/21    Page 2 of 11    PageID 2

**4.**    This Court has personal jurisdiction over Defendant Highland Capital Management, L.P. because it has continuously done business in this state, and the causes of action arise from the acts or omissions committed in this state.

**5.**    Venue is proper in this Court because a substantial number of the acts or omissions giving rise to this lawsuit and the causes of action asserted herein occurred in Dallas County.

**III.**

**FACTUAL BACKGROUND**

**6.**    HCMLP is a registered investment advisor ("RIA") subject to the regulations of the Securities Exchange Commission.

**7.**    HCMLP is both the advisor of and investor in Highland Multi Strategy Credit Fund, L.P. ("Multistrat"), a Delaware limited partnership. Highland Multi Strategy Credit Fund GP, L.P., itself a Delaware limited partnership, is the general partner of Multistrat, and HCMLP is the sole member of the general partner of Highland Multi Strategy Credit Fund GP, L.P.

**8.**    HCMLP's advisory capacity is governed, or at all relevant times was governed, by the Third Amended and Restated Investment Management Agreement, effective November 1, 2013 (the "*IMA*").

**9.**    The purpose of Multistrat as a vehicle was stated as such: "The Fund's investment objective is to seek attractive risk-adjusted returns, consistent with the preservation of capital and prudent investment management."

**10.**    The Confidential Private Placement Memorandum for Multistrat disclosed that "[t]he Investment Manager is registered as an investment adviser with the Securities and Exchange Commission under the U.S. Investment Advisers Act of 1940, as amended (the 'Advisers Act').

---

Original Complaint                                                                                          Page 2

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 3    Page 255 of 637 Page 79 of 228    PageID 1753
Case 22-03052-sgj Doc 1-1 Filed 05/25/22    Entered 05/25/22 17:14:18    Page 3 of 11
Case 3:21-cv-01710-N    Document 1    Filed 07/22/21    Page 3 of 11    PageID 3

Each prospective investor will be required to make a representation to indicate that it is a 'qualified client' as defined in the Advisers Act."

11.    Because of these agreements and roles as the General Partner and RIA, Highland owed contractual and fiduciary duties to Plaintiff as an investor in Multistrat.

12.    James Seery, the principal, CEO, and CRO of HCMLP. in its capacity as a debtor, admitted under oath that HCMLP owes fiduciary duties to the investors of the funds HCMLP manages—which would include Multistrat—and therefore, has admitted under oath that HCMLP and its governed persons owe fiduciary duties to the investors in Multistrat, which include Plaintiff, The Charitable DAF Fund, and Highland Capital Management Services, Inc., among others.

13.    As an investment vehicle advised at all times and controlled at all times by HCMLP, Multistrat purchased and owned a pool of viaticals—investments in life insurance policies keyed to the lives of other persons. When a person passes away, the life insurance money is paid to the owner of the policy—in this case, Multistrat.

14.    The notional value of the viatical pool was approximately $145 million.

15.    In or around August 2020, HCMLP sold the entire viatical pool for approximately $35,000,000—less than one quarter of the insured value.

16.    The policies insured people aged 90 on average, suggesting that the policies were highly likely to pay off in the ensuing few years given the age and life expectancies of the insureds, as well as considering the actuarial impact of the COVID pandemic.

17.    In the spring of 2020, Multistrat raised funds specifically for the purpose of paying the premiums on the viatical pool—amounts raised, borrowing availability, and liquid securities provided enough cash to pay the premiums. But HCMLP did not pursue this path as promised.

---

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 12/28/21    Page 80 of 228    PageID 1754
Case 22-03052-sgj  Doc 1-1  Filed 05/25/22    Entered 05/25/22 17:14:18    Page 4 of 11
Case 3:21-cv-01710-N    Document 1    Filed 07/22/21    Page 4 of 11    PageID 4

Instead, it sold the assets. To this day, it is unclear why the policies were sold, and why, just prior to a planned mediation.

18.    Furthermore, the process of selling was severely flawed. For example, the health assessments used to determine the likelihood and timeline for the payout were two years old. HCMLP did not cause new, up-to-date health assessments to be performed, and instead was content to rely on stale information or worse, no information at all.

19.    Furthermore, HCMLP made no effort to adjust the projected life expectancies due to the increasing age of the insureds during a process that stretched over seven months, nor for the potential impact of COVID on people over the age of 90, which would have impacted the price..

20.    Equally troubling is that Multistrat obtained the funds to pay the premiums from another investor—yet, it apparently did not use the funds for that purpose.

21.    HCMLP apparently used the proceeds of the sale to pay itself, notwithstanding the fact that there were redeemed interests waiting to be paid—interests to whom HCMLP also owed fiduciary duties.

22.    In short, HCMLP caused Multistrat to sell the viatical pool at a substantially discounted amount to curry favor with the brokers and buyers in the marketplace for no apparent benefit to Multistrat's investors or the debtor's estate.

### III.

### CAUSES OF ACTION

#### First Cause of Action
#### Breach of the Advisers Act

23.    Plaintiff incorporates the foregoing allegations as if fully set forth herein.

24.    Highland's actions violate the Advisers Act.

25.    As an RIA, HCMLP is subject to the Investment Advisers Act of 1940.

---

Appx. 00352
001636

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 02/25/22    Page 81 of 228    PageID 1755
Case 22-03052-sgj Doc 1-1 Filed 05/25/22    Entered 05/25/22 17:14:18    Page 5 of 11
Case 3:21-cv-01710-N    Document 1    Filed 07/22/21    Page 5 of 11    PageID 5

26.    The IMA imposes and incorporates the duties and obligations of the Investment Advisers Act of 1940.

27.    Under this federal law, an investment adviser is a fiduciary.[1] This includes a duty of care,  a duty of loyalty, and a duty to refrain from engaging in transactions in which it is not a disinterested person.

28.    The duty of loyalty imposed by the Advisers Act of 1940 is not specifically defined in the Advisers Act or in Commission rules but reflects a Congressional recognition "of the delicate fiduciary nature of an investment advisory relationship" as well as a Congressional intent to "eliminate, or at least to expose, all conflicts of interest which might incline an investment adviser—consciously or unconsciously—to render advice which was not disinterested."

29.    To meet its duty of loyalty, an adviser must make full and fair disclosure to its clients of all material facts relating to the advisory relationship, including disclosing transactions in which the advisor has an interest, and to disclose all pertinent facts of a transaction that could affect the client or the client's interest.[2] In order for disclosure to be full and fair, it should be sufficiently specific so that a client is able to understand the material fact or conflict of interest and make an informed decision whether to provide consent.

---

[1] *SEC v. Capital Gains Research Bureau, Inc.,* 375 U.S. 180, 194 (1963). *Santa Fe Indus.* v. *Green*, 430 U.S. 462, 471, n.11 (1977) (in discussing SEC v. Capital Gains, stating that the Supreme Court's "references to fraud in the "equitable" sense of the term was "premised on its recognition that Congress intended the Investment Advisers Act to establish federal fiduciary standards for investment advisers"); Investment Advisers Act Release No. 3060 (July 28, 2010) ("Under the Advisers Act, an adviser is a fiduciary whose duty is to serve the best interests of its clients, which includes an obligation not to subrogate clients' interests to its own," citing *Proxy Voting by Investment Advisers*, Investment Advisers Act Release No. 2106 (Jan. 31, 2003) ("Investment Advisers Act Release 2106")).

[2] *SEC v. Capital Gains*, supra, at 200 ("Failure to disclose material facts must be deemed fraud or deceit within its intended meaning."). Investment Advisers Act Release 3060, supra, footnote 15 ("as a fiduciary, an adviser has an ongoing obligation to inform its clients of any material information that could affect the advisory relationship"); see also General Instruction 3 to Part 2 of Form ADV ("Under federal and state law, you are a fiduciary and must make full disclosure to your clients of all material facts relating to the advisory relationship.").

Appx. 00352
001637

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 3   Filed 12/28/22   Page 82 of 228   PageID 1756
Case 22-03052-sgj Doc 1-1 Filed 05/25/22   Entered 05/25/22 17:14:18   Page 6 of 11
Case 3:21-cv-01710-N   Document 1   Filed 07/22/21   Page 6 of 11   PageID 6

30.     This fiduciary duty also requires an adviser "to adopt the principal's goals, objectives, or ends." This means the adviser must, at all times, serve the best interest of its client and not subordinate its client's interest to its own. In other words, the investment adviser cannot place its own interests ahead of the interests of its client and must at all times act for the interests of its investors.[3]

31.     Here, the goals of Multistrat included "to seek attractive risk adjusted returns, consistent with the preservation of capital and prudent investment management."

32.     The duty of care includes, among other things: (i) the duty to provide advice that is in the best interest of the client, (ii) the duty to seek best execution of a client's transactions where the adviser has the responsibility to select broker-dealers to execute client trades, and (iii) the duty to provide advice and monitoring over the course of the relationship.

33.     These fiduciary duties are **unwaivable**, and any agreement made in derogation of the obligations under the Advisers Act is **void**.

34.     Therefore, Plaintiff seeks to declare the sale of the viaticals void because they were accomplished in violation of the Advisers Act.

35.     Plaintiff further seeks to declare the agreement(s) between Highland and Multistrat void because they were continued in violation of the Advisers Act.

## <u>Second Cause of Action</u>
### Breach of Fiduciary Duty

36.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

---

[3] Investment Advisers Act Release 3060 (adopting amendments to Form ADV and stating that "[u]nder the Advisers Act, an adviser is a fiduciary whose duty is to serve the best interests of its clients, which includes an obligation not to subrogate clients' interests to its own," citing Investment Advisers Act Release 2106, supra footnote 15). *SEC v. Tambone*, 550 F.3d 106, 146 (1st Cir. 2008) ("Section 206 imposes a fiduciary duty on investment advisers to act at all times in the best interest of the fund..."); *Sec. & Exch. Commission v. Moran*, 944 F. Supp. 286, 297 (S.D.N.Y 1996) ("Investment advisers are entrusted with the responsibility and duty to act in the best interest of their clients.").

---

Appx. 00354
001638

Case 22-03052-sgj  Doc 21  Filed 05/27/22  Entered 05/27/22 15:12:46  Desc Main
Case 3:22-cv-02280-S  Document 1  Filed 2/59/22  Page 83 of 228  PageID 1757
Case 22-03052-sgj Doc 1-1 Filed 05/25/22  Entered 05/25/22 17:14:18  Page 7 of 11
Case 3:21-cv-01710-N  Document 1  Filed 07/22/21  Page 7 of 11  PageID 7

37.     As an RIA, HCMLP is subject to the Investment Advisers Act of 1940.

38.     The IMA imposes and incorporates the duties and obligations of the Investment Advisers Act of 1940.

39.     Under this federal law, an investment adviser is a fiduciary.[4] This includes a duty of care, a duty of loyalty, and a duty to refrain from engaging in transactions in which it is not a disinterested person.

40.     The duty of loyalty imposed by the Advisers Act of 1940 is not specifically defined in the Advisers Act or in Commission rules, but reflects a Congressional recognition "of the delicate fiduciary nature of an investment advisory relationship" as well as a Congressional intent to "eliminate, or at least to expose, all conflicts of interest which might incline an investment adviser—consciously or unconsciously—to render advice which was not disinterested."

41.     To meet its duty of loyalty, an adviser must make full and fair disclosure to its clients of all material facts relating to the advisory relationship, including disclosing transactions in which the advisor has an interest, and to disclose all pertinent facts of a transaction that could affect the client or the client's interest.[5] In order for disclosure to be full and fair, it should be

---

[4] *SEC v. Capital Gains Research Bureau, Inc.,* 375 U.S. 180, 194 (1963). *Santa Fe Indus.* v. *Green*, 430 U.S. 462, 471, n.11 (1977) (in discussing SEC v. Capital Gains, stating that the Supreme Court's reference to fraud in the "equitable" sense of the term was "premised on its recognition that Congress intended the Investment Advisers Act to establish federal fiduciary standards for investment advisers"); Investment Advisers Act Release No. 3060 (July 28, 2010) ("Under the Advisers Act, an adviser is a fiduciary whose duty is to serve the best interests of its clients, which includes an obligation not to subrogate clients' interests to its own," citing *Proxy Voting by Investment Advisers*, Investment Advisers Act Release No. IA2106 (Jan. 31, 2003) ("Investment Advisers Act Release 2106")).

[5] *SEC v. Capital Gains*, supra, at 200 ("Failure to disclose material facts must be deemed fraud or deceit within its intended meaning."). Investment Advisers Act Release 3060, supra, footnote 15 ("as a fiduciary, an adviser has an ongoing obligation to inform its clients of any material information that could affect the advisory relationship"); see also General Instruction 3 to Part 2 of Form ADV ("Under federal and state law, you are a fiduciary and must make full disclosure to your clients of all material facts relating to the advisory relationship.").

---

Appx. 00355
001639

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 12/22/21    Page 84 of 228    PageID 1758
Case 22-03052-sgj  Doc 1-1  Filed 05/25/22    Entered 05/25/22 17:14:18    Page 8 of 11
Case 3:21-cv-01710-N    Document 1    Filed 07/22/21    Page 8 of 11    PageID 8

sufficiently specific so that a client is able to understand the material fact or conflict of interest and make an informed decision whether to provide consent.

42.    This fiduciary duty also requires an adviser "to adopt the principal's goals, objectives, or ends." This means the adviser must, at all times, serve the best interest of its client and not subordinate its client's interest to its own. In other words, the investment adviser cannot place its own interests ahead of the interests of its client and must at all times act for the interests of its investors.[6]

43.    Here, the goals of Multistrat included "to seek attractive risk adjusted returns, consistent with the preservation of capital and prudent investment management."

44.    The duty of care includes, among other things: (i) the duty to provide advice that is in the best interest of the client, (ii) the duty to seek best execution of a client's transactions where the adviser has the responsibility to select broker-dealers to execute client trades, and (iii) the duty to provide advice and monitoring over the course of the relationship.

45.    These fiduciary duties are **unwaivable**, and any agreement made in derogation of the obligations under the Advisers Act is **void**.

46.    HCMLP's CEO testified under oath that he and HCMLP were aware of these duties and had to comply with them.

47.    Section 204 of the Advisers Act requires HCMLP to carry written policies and procedures that must be followed in order to adhere to its federal obligations.

---

[6] Investment Advisers Act Release 3060 (adopting amendments to Form ADV and stating that "[u]nder the Advisers Act, an adviser is a fiduciary whose duty is to serve the best interests of its clients, which includes an obligation not to subrogate clients' interests to its own," citing Investment Advisers Act Release 2106, supra footnote 15). *SEC v. Tambone*, 550 F.3d 106, 146 (1st Cir. 2008) ("Section 206 imposes a fiduciary duty on investment advisers to act at all times in the best interest of the fund..."); *SEC v. Moran*, 944 F. Supp. 286, 297 (S.D.N.Y 1996)  ("Investment advisers are entrusted with the responsibility and duty to act in the best interest of their clients.").

Appx. 00256
001640

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 06/21/22   Page 85 of 228   PageID 1759
Case 22-03052-sgj Doc 1-1 Filed 05/25/22   Entered 05/25/22 17:14:18   Page 9 of 11
Case 3:21-cv-01710-N   Document 1   Filed 07/22/21   Page 9 of 11   PageID 9

48.     Section 206 of the Advisers Act prohibits transactions by an adviser that were accomplished via a "deceit" on a client or prospective client, e.g., by concealing the role and interest the adviser has in the transaction, or via engaging in a course of conduct that has a tendency to mislead a client or which is manipulative.

49.     These breaches include, but are not limited to (1) selling the viatical pool at a distressed price when it was not in distress and there was no need for Multistrat to sell; (2) concealing the information about the transaction from the Plaintiff; (3) failing to advise the Plaintiff of the opportunity to purchase the viatical pool—especially when it knew the Plaintiff had an interest in the pool and had the means of purchasing it for more cash than $35 million; (4) concealing the purpose behind the sale of the viatical pool and the conflicts of interest that inhere in the transaction; (5) causing  the viatical pool to be sold in a manner that violated the rights of the Plaintiff as an investor in Multistrat (e.g., by failing to conduct an auction, obtaining competitive bids and taking the pool to market); and (6) utilizing the sale proceeds for its own ends—namely, to enrich itself.

50.     The Advisers Act declares any contract that was made in violation of its provisions or regulations, or any contract that has been performed in violation of the Advisors Act, **void**.

51.     The Advisers Act created a private right of action to void unlawful agreements and acts and to seek such equitable relief as accompanies such claims.

52.     Texas law allows a fiduciary plaintiff to seek damages for breaches of fiduciary duty and to seek disgorgement of all ill-gotten gains obtained by a fiduciary.

53.     Plaintiff has been damaged due to the breaches of fiduciary duty outlined herein, and it  is entitled to recover damages, punitive damages, and attorneys' fees.

---

APPX. 00257
001647

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 11/22/22   Page 86 of 228   PageID 1760
Case 22-03052-sgj Doc 1-1 Filed 05/25/22   Entered 05/25/22 17:14:18   Page 10 of 11
Case 3:21-cv-01710-N   Document 1   Filed 07/22/21   Page 10 of 11   PageID 10

54.     To the extent this claim must be brought as a derivative action, it is plain that the

demand requirement under Delaware law could not be met because serving a demand on Highland

or  to sue Highland would have been futile.

### Third Cause of Action
**Breach of Contract**

55.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

56.     The IMA imposes a duty of prudent investment management for the benefit of the

investors in Multistrat and incorporate the duties and obligations of the Investment Advisers Act

of 1940.

57.     The violations set forth above constitute a breach of each or both of these

agreements.

58.     These breaches include, but are not limited to (1) selling the viatical pool at a

distressed price when it was not in distress and there was no need for Multistrat to sell; (2)

concealing the information about the transaction from the Plaintiff; (3) failing to advise the

Plaintiff of the opportunity to purchase the viatical pool—especially when it knew the Plaintiff

had an interest in the pool and had the means of purchasing it for more cash than $35 million; (4)

concealing the purpose behind the sale of the viatical pool and the conflicts of interest that inhere

in the transaction; (5) causing  the viatical pool to be sold in a manner that violated the rights of

the Plaintiff as an investor in Multistrat (e.g., by failing to conduct an auction, obtaining

competitive bids, and taking the pool to market); and (6) utilizing the sale proceeds for its own

ends—namely, to enrich itself.

59.     Plaintiff has been damaged by the breaches of contract outlined herein.

60.     Plaintiff is entitled to recover damages and attorneys' fees.

---

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Filed 06/13/22   Page 87 of 228   PageID 1761
Case 22-03052-sgj Doc 1-1 Filed 05/25/22   Entered 05/25/22 17:14:18   Page 11 of 11
Case 3:21-cv-01710-N   Document 1   Filed 07/22/21   Page 11 of 11   PageID 11

## **JURY DEMAND AND PRAYER**

**61.**     Plaintiff demands trial by jury.

**62.**     Plaintiff respectfully requests judgment and an order:

- Disgorging all ill-gotten gains in an amount to be determined at trial;

- Voiding the sale and other relevant agreements herein with HCMLP pursuant to the Advisers Act;

- Awarding damages in an amount to be determined at trial;

- Awarding punitive damages in an amount to be determined at trial;

- Awarding attorneys' fees and costs in an amount to be determined at trial;

- Awarding all interim and final relief to which Plaintiff is legally or equitably entitled under the facts and circumstances raised herein.


Dated:  July 22, 2021                         Respectfully submitted,

                                              **SBAITI & COMPANY PLLC**

                                              */s/  Mazin A. Sbaiti*
                                              **Mazin A. Sbaiti**
                                              Texas Bar No. 24058096
                                              **Jonathan Bridges**
                                              Texas Bar No. 24028835
                                              JPMorgan Chase Tower
                                              2200 Ross Avenue – Suite 4900W
                                              Dallas, TX  75201
                                              T:  (214) 432-2899
                                              F:  (214) 853-4367
                                              E:  mas@sbaitilaw.com
                                                    jeb@sbaitilaw.com

                                              **Counsel for Plaintiff**

---

Original Complaint                                              Page 11

# EXHIBIT 6

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Page 265 of 637   Page 89 of 228   PageID 1763
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21   Entered 02/01/21 16:22:31   Page 2 of 9

**Schedule of Contracts and Leases to Be Assumed**

1.  Advisory Services Agreement, dated November 21, 2011, effective June 20, 2011, by and between Carey International, Inc., and Highland Capital Management, L.P.

2.  Amended and Restated Advisory Services Agreement, dated March 4, 2013, by and between Trussway Holdings, Inc., and Highland Capital Management, L.P.

3.  Reference Portfolio Management Agreement, dated March 4, 2004, by and between Highland Capital Management, L.P., and Citibank N.A.

4.  Advisory Services Agreement, dated May 25, 2011, by and between CCS Medical, Inc., and Highland Capital Management, L.P.

5.  Amended and Restated Advisory Services Agreement, dated February 28, 2013, by and between Cornerstone Healthcare Group Holding, Inc., and Highland Capital Management, L.P.

6.  Prime Brokerage Agreement by and between Jefferies LLC and Highland Capital Management, L.P., dated May 24, 2013.

7.  Amended and Restated Shared Services Agreement, dated August 21, 2015, by and between Highland Capital Management, L.P., and Falcon E&P Opportunities GP, LLC.

8.  Amended and Restated Administrative Services Agreement, effective as of August 21, 2015, by and between Highland Capital Management, L.P., and Petrocap Partners II GP, LLC.

9.  Office Lease, between Crescent Investors, L.P., and Highland Capital Management, L.P.

10. Paylocity Corporation Services Agreement, between Highland Capital Management, L.P., and Paylocity Corporation, dated November 19, 2012.

11. Electronic Trading Services Agreement, between SunTrust Robinson Humphrey Inc., and Highland Capital Management, L.P., dated February 6, 2019.

12. Letter Agreement, between FTI Consulting, Inc., and Highland Capital Management, L.P., dated November 19, 2018.

13. Administrative Services Agreement, dated January 1, 2018, between Highland Capital Management, L.P., and Liberty Life Assurance Company of Boston.

14. Electronic Communications:   Customer Authorization & Indemnification, between Highland Capital Management, L.P., and The Bank of New York Mellon Corporation, dated August 9, 2016.

15. Letter Agreement, dated August 9, 2016, Electronic Access Terms and Conditions, by and between The Bank of New York Mellon Trust Company, N.A., and Highland Capital Management, L.P.

16. Shared Services Agreement by and between Highland HCF Advisor, Ltd., and Highland Capital Management, L.P., dated effective October 27, 2017.

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9    Filed 12/06/21    Page 90 of 228    PageID 1764
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21    Entered 02/01/21 16:22:31    Page 3 of 9

17.    Sub-Advisory Agreement, by and between Highland HCF Advisors, Ltd., and Highland Capital Management, dated effective October 27, 2017.

18.    Collateral Management Agreement, dated November 2, 2006, by and between Highland Credit Opportunities CDO Ltd. and Highland Capital Management, L.P.

19.    Management Agreement, dated November 15, 2007, between Highland Restoration Capital Partners, L.P., Highland Restoration Capital Partners Offshore, L.P., Highland Restoration Capital Partners Master L.P., Highland Restoration Capital Partners GP, LLC, and Highland Capital Management, L.P.

20.    Investment Management Agreement, between Highland Capital Multi-Strategy Fund, L.P., and Highland Capital Management, L.P., dated July 31, 2006.

21.    Investment Management Agreement, between Highland Capital Multi-Strategy Master Fund, L.P., and Highland Capital Management, L.P., dated July 31, 2006.

22.    Management Agreement, dated August 22, 2007, between and among Highland Capital Management, L.P., and Walkers Fund Services Limited, as trustee of Highland Credit Opportunities Japanese Unit Trust.

23.    Third Amended and Restated Investment Management Agreement, by and among Highland Multi Strategy Credit Fund, Ltd., Highland Multi Strategy Credit Fund, L.P., and Highland Capital Management, L.P., dated November 1, 2013.

24.    Investment Management Agreement, dated March 31, 2015, by and among Highland Select Equity Master Fund, L.P., Highland Select Equity Fund GP, L.P., and Highland Capital Management, L.P.

25.    Amended and Restated Investment Management Agreement, dated February 27, 2017, by and among Highland Prometheus Master Fund L.P., Highland Prometheus Feeder Fund I, L.P., Highland Prometheus Feeder Fund II, L.P., Highland SunBridge GP, LLC, and Highland Capital Management, L.P.

26.    Servicing Agreement, dated December 20, 2007, by and among Greenbriar CLO, Ltd., and Highland Capital Management, L.P.

27.    Investment Management Agreement, dated November 1, 2007, by and between Longhorn Credit Funding, LLC, and Highland Capital Management, L.P. (as amended)

28.    Reference Portfolio Management Agreement, dated August 1, 2016, by and between Highland Capital Management, L.P., and Valhalla CLO, Ltd.

29.    Collateral Servicing Agreement, dated December 20, 2006, by and among Highland Park CDO I, Ltd., and Highland Capital Management, L.P.

30.    Portfolio Management Agreement, dated March 15, 2005, by and among Southfork CLO Ltd., and Highland Capital Management, L.P.

31.    Amended and Restated Portfolio Management Agreement, dated November 30, 2005, by and among Jaspar CLO Ltd., and Highland Capital Management, L.P.

32.    Servicing Agreement, dated May 31, 2007, by and among Westchester CLO, Ltd., and Highland Capital Management, L.P.

Appx. 00282
001646

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 08/06/22   Page 91 of 228   PageID 1765
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21   Entered 02/01/21 16:22:31   Page 4 of 9

33.   Servicing Agreement, dated May 10, 2006, by and among Rockwall CDO Ltd. and Highland Capital Management, L.P. (as amended)

34.   Portfolio Management Agreement, dated December 8, 2005, by and between Liberty CLO, Ltd., and Highland Capital Management, L.P.

35.   Servicing Agreement, dated March 27, 2008, by and among Aberdeen Loan Funding, Ltd., and Highland Capital Management, L.P.

36.   Servicing Agreement, dated May 9, 2007, by and among Rockwall CDO II Ltd. and Highland Capital Management, L.P.

37.   Collateral Management Agreement, by and between, Highland Loan Funding V Ltd. and Highland Capital Management, L.P., dated August 1, 2001.

38.   Collateral Management Agreement, dated August 18, 1999, by and between Highland Legacy Limited and Highland Capital Management, L.P.

39.   Servicing Agreement, dated November 30, 2006, by and among Grayson CLO Ltd., and Highland Capital Management, L.P. (as amended)

40.   Servicing Agreement, dated October 25, 2007, by and among Stratford CLO Ltd., and Highland Capital Management, L.P.

41.   Servicing Agreement, dated August 3, 2006, by and among Red River CLO Ltd., and Highland Capital Management, L.P. (as amended)

42.   Servicing Agreement, dated December 21, 2006, by and among Brentwood CLO, Ltd., and Highland Capital Management, L.P.

43.   Servicing Agreement, dated March 13, 2007, by and among Eastland CLO Ltd., and Highland Capital Management, L.P.

44.   Portfolio Management, Agreement, dated October 13, 2005, by and among Gleneagles CLO, Ltd., and Highland Capital Management, L.P.

45.   AT&T Managed Internet Service, between Highland Capital Management, L.P. and AT&T Corp., dated February 24, 2015.

46.   ViaWest, Master Service Agreement, dated October 3, 2011, between Highland Capital Management, L.P. and ViaWest

47.   Stockholders' Agreement, dated April 15, 2005, by and between American Banknote Corporation and Highland Capital Management, L.P.

48.   Stockholders' Agreement and Amendment No. 1, dated January 25, 2011, by and between Carey Holdings, Inc. and Highland Capital Management, L.P.

49.   Stockholders' Agreement and Amendment, dated March 24, 2010, by and between Cornerstone Healthcare Group Holding, Inc. and Highland Capital Management, L.P.

50.   Members' Agreement and Amendment, dated November 15, 2017, by and between Highland CLO Funding, Ltd. and Highland Capital Management, L.P.

51.   Stock Purchase and Sale Agreement and Amendment, dated January 16, 2013, by and between Progenics Pharmaceuticals, Inc. and Highland Capital Management, L.P.

APPX 00262
001647

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 10/03/22    Page 92 of 228    PageID 1766
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21    Entered 02/01/21 16:22:31    Page 5 of 9

52.     Stockholders' Agreement and Amendments, dated October 24, 2008, by and between JHT Holdings, Inc. and Highland Capital Management, L.P.

53.     Amended and Restated Limited Partnership Agreement of Highland Dynamic Income Fund, L.P., dated February 25, 2013, by and between Highland Dynamic Income Fund GP, LLC and Highland Capital Management, L.P.

54.     Highland Multi-Strategy Fund, L.P. Limited Partnership Agreement, dated July 6, 2006, by and between Highland Multi-Strategy Fund GP, L.P. and Highland Capital Management, L.P.

55.     Operating Agreement of HE Capital, LLC (as amended), dated September 27, 2007, by and between ENA Capital, LLC Ellman Management Group, Inc. and Highland Capital Management, L.P.

56.     Limited Liability Company Agreement of Highland Multi-Strategy Onshore Master SubFund II, LLC, dated February 27, 2007, by and between Highland Multi-Strategy Master Fund, L.P. and Highland Capital Management, L.P.

57.     Limited Liability Company Agreement of Highland Multi-Strategy Onshore Master SubFund, LLC, dated July 19, 2006, by and between Highland Multi-Strategy Master Fund, L.P. and Highland Capital Management, L.P.

58.     Highland Capital Management, L.P., Limited Liability Company Agreement of Highland Receivables Finance 1, LLC, by and between Highland Capital Management, L.P. and Highland Capital Management, L.P.

59.     Agreement of Limited Partnership of Highland Restoration Capital Partners, L.P. and Amendments, dated November 6, 2007, by and between Highland Restoration Capital Partners GP, LLC and Highland Capital Management, L.P.

60.     Agreement of Limited Partnership of Highland Select Equity Fund GP, L.P., dated October 2005, by and between Highland Select Equity Fund GP, LLC and Highland Capital Management, L.P.

61.     Agreement of Limited Partnership of Penant Management LP, dated December 12, 2012, by and between Penant Management GP, LLC and Highland Capital Management, L.P.

62.     Agreement of Limited Partnership of Petrocap Incentive Partners III, LP, dated April 12, 2018, by and between Petrocap Incentive Partners III GP, LLC, Petrocap Incentive Holdings III, LP and Highland Capital Management, L.P.

63.     Amended and Restated Agreement of Limited Partnership of Petrocap Partners II, LP, dated October 30, 2014, by and between Petrocap Partners II GP, LLC, Petrocap Incentive Partners II, LP and Highland Capital Management, L.P.

64.     Agreement of Limited Partnership of Highland Credit Opportunities CDO GP, L.P., dated December 29, 2005, by and between Highland Credit Opportunities CDO GP, LLC and Highland Capital Management, L.P.

65.     Fourth Amended and Restated Limited Partnership Agreement of Highland Multi Strategy Credit Fund, L.P., dated November 1, 2014, by and between Highland Multi Strategy Credit Fund GP, L.P. and Highland Capital Management, L.P.

Appx. 00294
001648

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 1   Filed 02/09/21   Page 93 of 228   PageID 1767
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21   Entered 02/01/21 16:22:31   Page 6 of 9

66. DUO Security, 2 factor authentication, by and between DUO Security and Highland Capital Management, L.P.

67. GoDaddy Domain Registrations, by and between GoDaddy and Highland Capital Management, L.P.

68. Highland Loan Fund, Ltd. et al, Investment Management Agreement, dated July 31, 2001, by and between Highland Loan Fund, Ltd. et al and Highland Capital Management, L.P.

69. E Mailflow Monitoring, by and between Mxtoolbox and Highland Capital Management, L.P.

70. Cloud single sign on for HR related employee login, by and between Onelogin and Highland Capital Management, L.P.

71. Collateral Management Agreement, dated May 19, 1998, by and between Pam Capital Funding LP, Ranger Asset Mgt LP and Highland Capital Management, L.P.

72. Collateral Management Agreement, dated August 6, 1997, by and between Pamco Cayman Ltd., Ranger Asset Mgt LP and Highland Capital Management, L.P.

73. Order Addenda, dated January 28, 2020, by and between CenturyLink Communications, LLC and Highland Capital Management, L.P.

74. Service Agreement (as amended), dated April 1, 2005, by and between Intex Solutions, Inc. and Highland Capital Management, L.P.

75. Amendment No. 1 to Servicing Agreement, October 2, 2007, between Highland Capital Management, L.P. and Red River CLO Ltd. et al

76. Interim Collateral Management Agreement, June 15, 2005, between Highland Capital Management, L.P. and Rockwall CDO Ltd

77. Amendment No. 1 to Servicing Agreement, October 2, 2007, between Highland Capital Management, L.P. and Rockwall CDO Ltd

78. Collateral Servicing Agreement dated December 20, 2006, between Highland Capital Management, L.P. and Highland Park CDO I, Ltd.; The Bank of New York Trust Company, National Association

79. Representations and Warranties Agreement, dated December 20, 2006, between Highland Capital Management, L.P. and Highland Park CDO I, Ltd.

80. Collateral Administration Agreement, dated March 27, 2008, between Highland Capital Management, L.P. and Aberdeen Loan Funding, Ltd.; State Street Bank and Trust Company

81. Collateral Administration Agreement, dated December 20, 2007, between Highland Capital Management, L.P. and Greenbriar CLO, Ltd.; State Street Bank and Trust Company

82. Collateral Acquisition Agreement, dated March 13, 2007, between Highland Capital Management, L.P. and Eastland CLO, Ltd

APPX 02285
001649

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 07/02/21    Page 94 of 228    PageID 1768
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21    Entered 02/01/21 16:22:31    Page 7 of 9

83.    Collateral Administration Agreement, dated March 13, 2007, between Highland Capital Management, L.P. and Eastland CLO, Ltd. and Investors Bank and Trust Company

84.    Collateral Administration Agreement, dated October 13, 2005, between Highland Capital Management, L.P. and Gleneagles CLO, Ltd.; JPMorgan Chase Bank, National Association

85.    Collateral Acquisition Agreement, dated November 30, 2006, between Highland Capital Management, L.P. and Grayson CLO, Ltd.

86.    Collateral Administration Agreement, dated November 30, 2006, between Highland Capital Management, L.P. and Grayson CLO, Ltd.; Investors Bank & Trust Company

87.    Collateral Acquisition Agreement, dated August 3, 2006, between Highland Capital Management, L.P. and Red River CLO, Ltd.

88.    Collateral Administration Agreement, dated August 3, 2006, between Highland Capital Management, L.P. and Red River CLO, Ltd.; U.S. Bank National Association

89.    Master Warehousing and Participation Agreement, dated April 19, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; Highland Special Opportunities Holding Company

90.    Master Warehousing and Participation Agreement, dated February 2, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc.

91.    Master Warehousing and Participation Agreement (Amendment No. 2), dated May 5, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc.

92.    Master Warehousing and Participation Agreement (Amendment No. 1), dated April 12, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc.

93.    Master Warehousing and Participation Agreement (Amendment No. 3), dated June 22, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc.

94.    Master Warehousing and Participation Agreement (Amendment No. 4), dated July 17, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; MMP-5 Funding, LLC; IXIS Financial Products Inc.

95.    Collateral Administration Agreement, dated February 2, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; U.S. Bank National Association; IXIS Financial Products Inc.

96.    Collateral Administration Agreement, dated April 18, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; Highland Special Opportunities Holding Company; U.S. Bank National Association

97.    Master Participation Agreement, dated June 5, 2006, between Highland Capital Management, L.P. and Red River CLO Ltd.; Grand Central Asset Trust

APPX 001650

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 276/21/21    Page 95 of 228    PageID 1769
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21    Entered 02/01/21 16:22:31    Page 8 of 9

98.     A&R Asset Acquisition Agreement, dated July 18, 2001, between Highland Capital Management, L.P. and Salomon Smith Barney Inc.; Highland Loan Funding V Ltd.

99.     A&R Master Participation Agreement, dated July 18, 2001, between Highland Capital Management, L.P. and Salomon Brothers Holding Company; Highland Loan Funding V Ltd.

100.    Collateral Acquisition Agreement, dated June 29, 2005, between Highland Capital Management, L.P. and Jasper CLO Ltd.

101.    Collateral Administration Agreement, dated June 29, 2005, between Highland Capital Management, L.P. and Jasper CLO Ltd.; JPMorgan Chase Bank, National Association

102.    Master Warehousing and Participation Agreement, dated March 24, 2005, between Highland Capital Management, L.P. and Jasper CLO Ltd; MMP-5 Funding, LLC; and IXIS Financial Products Inc.

103.    Master Warehousing and Participation Agreement (Amendment No. 1), dated May 16, 2005, between Highland Capital Management, L.P. and Jasper CLO Ltd; MMP-5 Funding, LLC; and IXIS Financial Products Inc.

104.    Securities Account Control Agreement, dated June 29, 2005, between Highland Capital Management, L.P. and Highland CDO Opportunity Fund, Ltd.; JPMorgan Chase Bank, National Association

105.    Collateral Administration Agreement, dated December 8, 2005, between Highland Capital Management, L.P. and Liberty CLO Ltd.

106.    Collateral Administration Agreement, dated May 10, 2006, between Highland Capital Management, L.P. and Rockwall CDO Ltd; JPMorgan Chase Bank, National Association

107.    Collateral Administration Agreement, dated May 9, 2007, between Highland Capital Management, L.P. and Rockwall CDO II, Ltd.; Investors Bank & Trust Company

108.    Collateral Administration Agreement, dated March 15, 2005, between Highland Capital Management, L.P. and Southfork CLO Ltd.; JPMorgan Chase Bank, National Association

109.    Collateral Administration Agreement, dated October 25, 2007, between Highland Capital Management, L.P. and Stratford CLO Ltd.; State Street

110.    Collateral Administration Agreement, dated August 18, 2004, between Highland Capital Management, L.P. and Valhalla CLO, Ltd.; JPMorgan Chase Bank

111.    Extension/Buy-Out Agreement, dated August 18, 2004, between Highland Capital Management, L.P. and Citigroup Financial Products Inc.; Citigroup Global Markets Inc.

112.    Collateral Acquisition Agreement, dated May 31, 2007, between Highland Capital Management, L.P. and Westchester CLO, Ltd.

113.    Collateral Administration Agreement, dated May 31, 2007, between Highland Capital Management, L.P. and Westchester CLO, Ltd.; Investors Bank & Trust Company

114.    Collateral Administration Agreement, dated December 21, 2006, between Highland Capital Management, L.P. and Brentwood CLO, Ltd.; Investors Bank & Trust Company

Appx. 00267
001631

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 07/27/22    Page 96 of 228    PageID 1770
Case 19-34054-sgj11 Doc 1875-5 Filed 02/01/21    Entered 02/01/21 16:22:31    Page 9 of 9

115.     Indemnification and Guaranty Agreement between Highland Capital Management, Strand Advisors, Inc. and James Seery

116.     Indemnification and Guaranty Agreement between Highland Capital Management, Strand Advisors, Inc. and John Dubel

117.     Indemnification and Guaranty Agreement between Highland Capital Management, Strand Advisors, Inc. and Russell Nelms

118.     Colocation Service Order dated October 14, 2019 between Highland Capital Management and Dawn US Holdings, LLC d/b/a Evoque Date Center Solutions

119.     Tradesuite Web Module Services/Agreement between Highland Capital Management and DTCC ITP LLC

120.     Bloomberg (Terminal) Agreement No. 306371 between Highland Capital Management and Bloomberg Finance, L.P.[1]

121.     Master Service Agreement between Highland Capital Management and Via West

122.     Amendment to Bloomberg Order Management System Addendum and Bloomberg Order Management System Schedule of Services Account No. 167969 between Highland Capital Management and Bloomberg Finance, L.P.

123.     Fourth Amendment to Software License and Services Agreement between Highland Capital Management and Markit WSO Corporation

124.     Master Services Agreement, First Amendment to Master Services Agreement, Second Amendment and Restatement of Master Services Agreement between Highland Capital Management and Siepe Services, LLC

125.     Internet Agreement Account No. 831-000-7888-651 between Highland Capital Management and AT&T

126.     Landline Fax Agreement Account No. 831-000-2532-176 between Highland Capital Management and AT&T

127.     Amazon Web Services Account No. 353534426569 between Highland Capital Management and Amazon Web Service, Inc.

128.     Website Hosting Agreement   Account No. 325667 between Highland Capital Management and WP Engine

---

[1] The Debtor is currently in discussions with Bloomberg regarding the assumption of this agreement.

Appx. 00208
001652

# EXHIBIT 7

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 22/04/23    Page 98 of 228    PageID 1772
Case 19-34054-sgj11 Doc 2700 Filed 08/11/21    Entered 08/11/21 14:07:35    Page 1 of 4
Docket #2700  Date Filed: 08/11/2021

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (admitted *pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (admitted *pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| | ) |
| Debtor. | ) |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
CONFIRMED FIFTH AMENDED PLAN OF REORGANIZATION
OF HIGHLAND CAPITAL MANAGEMENT, L.P.**

   **PLEASE TAKE NOTICE** that on February 22, 2021, the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") entered the *Order Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.* [Docket No. 1943] (the "Confirmation Order") confirming the *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)* [Docket No. 1808] (as

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.



1934054210811000000000001

App. 00370
001654

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed    Page 99 of 228    PageID 1773
Case 19-34054-sgj11 Doc 2700 Filed 08/11/21    Entered 08/11/21 14:07:35    Page 2 of 4

amended, supplemented, or modified, the "Plan").  Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on August 11, 2021.

PLEASE TAKE FURTHER NOTICE that, except with respect to Administrative Expense Claims that are Professional Fee Claims or as otherwise set forth in the Plan, requests for payment of an Administrative Expense Claim must be Filed with the Bankruptcy Court **no later than forty-five (45) days after the Effective Date** (the "Administrative Expense Claims Bar Date").  **HOLDERS OF ADMINISTRATIVE EXPENSE CLAIMS THAT ARE REQUIRED TO FILE AND SERVE A REQUEST FOR PAYMENT OF SUCH ADMINISTRATIVE EXPENSE CLAIMS BY THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE THAT DO NOT FILE AND SERVE SUCH A REQUEST BY THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTOR OR THE REORGANIZED DEBTOR.**

PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Bankruptcy Court, all final requests for payment of Professional Fee Claims must be Filed **no later than sixty (60) days after the Effective Date**.

PLEASE TAKE FURTHER NOTICE that the terms of the Plan shall be immediately effective and enforceable and deemed binding upon the Debtor or the Reorganized Debtor, as applicable, and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan and Confirmation Order, including, without limitation: the injunction with respect to the commencement of claims and causes of action against Protected Parties set forth in Section IX.F of the Plan and Sections AA and BB of the Confirmation Order, the duration of injunction and stays set forth in Section IX.G of the Plan and Section AA of the Confirmation Order, and the continuance of the January 9 Order and July 16 Order set forth in Section IX.H of the Plan and Section CC of the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that on the Effective Date, all Class A Limited Partnership Interests, including the Class A Limited Partnership Interests held by Strand, as general partner, and Class B/C Limited Partnerships in the Debtor will be deemed cancelled, and all obligations or debts owed by, or Claims against, the Debtor on account of, or based upon, such Class A Limited Partnership Interests and Class B/C Limited Partnership Interests shall be deemed as cancelled, released, and discharged, including all obligations or duties by the Debtor relating to the Equity Interests in any of the Debtor's formation documents, including the Limited Partnership Agreement.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan

APPX. 00271
001635

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 9-8    Filed 12/06/22    Page 100 of 228    PageID 1774
Case 19-34054-sgj11 Doc 2700 Filed 08/11/21    Entered 08/11/21 14:07:35    Page 3 of 4

are available for inspection.  If you would like to obtain copies you may: (a) access the Debtor's restructuring website at http://www.kccllc.net/hcmlp; (b) call toll free: (877) 573-3984 or international: (310) 751-1829; or (c) email HighlandInfo@kccllc.com and reference "Highland" in the subject line.  You may also obtain copies of any pleadings filed in this case for a fee via PACER at: pacer.uscourts.gov.

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

Appx. 00272

001656

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9   Filed 06/22/22   Page 101 of 228   PageID 1775
Case 19-34054-sgj11 Doc 2700 Filed 08/11/21   Entered 08/11/21 14:07:35   Page 4 of 4

Dated: August 11, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        gdemo@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for the Debtor*

App. 00273
001637

# EXHIBIT 8

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 9-1   Filed 10/06/22   Page 103 of 228   PageID 1777
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 1 of 175

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054 (SGJ) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On August 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.** [Docket No. 2700]

Furthermore, on August 11, 2021, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon "Highland Capital Management LP, For Further Delivery to Addressed Parties, 300 Crescent Ct, Ste 700, Dallas, TX 75201," for distribution in individually addressed envelopes to each party on the service list attached hereto as **Exhibit D**; and via First Class Mail upon "Highland Capital Management LP, For Further Delivery to Addressed Parties, 13455 Noel Rd, Ste 800, Dallas, TX 75240," for distribution in individually addressed envelopes to each party on the service list attached hereto as **Exhibit E**:

- **Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.** [Docket No. 2700]

Dated: August 19, 2021

/s/ Vincent Trang
Vincent Trang
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 2 of 175

# EXHIBIT A

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 08/12/of 22    Page 105 of 228    PageID 1779
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15    Page 3 of 175

**Exhibit A**

Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | ctimmons@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | jared.slade@alston.com |
| Counsel for NexBank | Alston & Bird LLP | Jonathan T. Edwards | jonathan.edwards@alston.com |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | michelle.hartmann@bakermckenzie.com |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | thomas.haskins@btlaw.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | mintz@blankrome.com; jbibiloni@blankrome.com |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | john@bondsellis.com; bryan.assink@bondsellis.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel for UBS Securities LLC and UBS AG, London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | martin.sosland@butlersnow.com; candice.carson@butlersnow.com |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | ccarlyon@carlyoncica.com; tosteen@carlyoncica.com |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | smoore@ctstlaw.com |
| Counsel to Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | mvild@crosslaw.com |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | Casey.doherty@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | lauren.macksoud@dentons.com |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | patrick.maxcy@dentons.com |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | jprostok@forsheyprostok.com; bforshey@forsheyprostok.com; srosen@forsheyprostok.com |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | selliott@frontier-ok.com |
| Counsel to the Redeemer Committee of the Highland Crusade Fund | Frost Brown Todd LLC | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | mking@gibsondunn.com; mrosenthal@gibsondunn.com; amoskowitz@gibsondunn.com |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | mbouslog@gibsondunn.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | ddraper@hellerdraper.com; lcollins@hellerdraper.com; gbrouphy@hellerdraper.com |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | Jhonis@RandAdvisors.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | mheld@jw.com |
| Secured Creditor | Jefferies LLC | Director of Compliance | cbianchi@jefferies.com |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | cbianchi@jefferies.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | mhankin@jenner.com; rlevin@jenner.com |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | asrush@jonesday.com |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | jbain@joneswalker.com; aanderson@joneswalker.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | artoush.varshosaz@klgates.com |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | james.wright@klgates.com |

APPX 00377
001667

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document Filed 06/22/22  Page 106 of 228    PageID 1780
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15    Page 4 of 175

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | stephen.topetzes@klgates.com |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | jkane@krcl.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | Kurtzman@kurtzmansteady.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | Andrew.Clubok@lw.com; Sarah.Tomkowiak@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | Zachary.Proulx@lw.com |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | dallas.bankruptcy@publicans.com |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | danw@lfdslaw.com |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | mhurst@lynnllp.com |
| Equity Holders | Mark K. Okada | | mokadadallas@gmail.com |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | rdehney@mnat.com; cmiller@mnat.com |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | bankruptcy@morrisoncohen.com |
| Bank | NexBank | John Danilowicz | john.holt@nexbankcapital.com |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | SECBankruptcy-OGC-ADO@SEC.GOV |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | lisa.l.lambert@usdoj.gov |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | John A. Morris and Gregory V. Demo | jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Counsel to City of Garland, Garland ISD, Wylie ISD , Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | lreece@pbfcm.com |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq. & D. Ryan Slaugh, Esq. | jryan@potteranderson.com; rmcneill@potteranderson.com; rslaugh@potteranderson.com |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | cbianchi@jefferies.com |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | merchant@rlf.com; silveira@rlf.com |
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | pkeiffer@romclaw.com |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | judith.ross@judithwross.com; frances.smith@judithwross.com; eric.soderlund@judithwross.com |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | david.karp@srz.com; jay.williams@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | preid@sidley.com; pmontgomery@sidley.com; cpersons@sidley.com; jhoffman@sidley.com |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |

APPX 00278
001662

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 37    Filed 08/22/22    Page 107 of 228    PageID 1781
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 5 of 175

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | whazeltine@sha-llc.com |
| Equity Holders | The Dugaboy Investment Trust | | gscott@myersbigel.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | mokadadallas@gmail.com |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | mokadadallas@gmail.com |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | david.g.adams@usdoj.gov |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | askdoj@usdoj.gov |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn | brant.martin@wickphillips.com; jason.rudd@wickphillips.com; lauren.drawhorn@wickphillips.com |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | rpatel@winstead.com; plamberson@winstead.com; achiarello@winstead.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | kpreston@winston.com |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | tmelsheimer@winston.com; narbaugh@winston.com |

Appx. 00279
001663

# EXHIBIT B

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 7 of 175

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Chad Timmons, Larry R. Boyd, Emily M. Hahn | 1700 Redbud Blvd, Ste. 300 | | | McKinney | TX | 75069 |
| Counsel for NexBank | Alston & Bird LLP | Jared Slade | Chase Tower | 2200 Ross Avenue | | Dallas | TX | 75201 |
| Counsel for NexBank | Alston & Bird LLP | Jonathan T. Edwards | One Atlantic Center | 1201 West Peachtree Street | | Atlanta | GA | 30309 |
| Counsel to Jefferies LLC | Ashby & Geddes, P.A. | William P. Bowden, Esq., Michael D. DeBaecke, Esq. | 500 Delaware Avenue, 8th Floor | PO Box 1150 | | Wilmington | DE | 19899-1150 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Isaac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau | 452 Fifth Ave | | | New York | NY | 10018 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Isaac Leventon (the "Senior Employees") and CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | 1900 North Pearl | Suite 1500 | | Dallas | TX | 75201 |
| Counsel for NWCC, LLC | Barnes & Thornburg LLP | Thomas G. Haskins, Jr. | 2121 North Pearl Street, Suite 700 | | | Dallas | TX | 75201 |
| Bank | BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 |
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Blank Rome LLP | John E. Lucian, Josef W. Mintz | 1201 N. Market Street, Suite 800 | | | Wilmington | DE | 19801 |
| Counsel to James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, Bryan C. Assink | 420 Throckmorton Street, Suite 1000 | | | Fort Worth | TX | 76102 |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | | San Francisco | CA | 94105-3493 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Butler Snow LLP | Martin A. Sosland and Candice M. Carson | 2911 Turtle Creek Blvd. | Suite 1400 | | Dallas | TX | 75219 |
| Counsel to Integrated Financial Associates Inc. | Carlyon Cica Chtd. | Candace C. Carlyon, Esq., Tracy M. Osteen, Esq. | 265 E. Warm Springs Road, Suite 107 | | | Las Vegas | NV | 89119 |
| Counsel to the Intertrust Entities and the CLO Entities | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 |
| Creditor | Cole, Schotz, Meisel, Forman & Leonard, P.A. | | 301 Commerce Street, Suite 1700 | | | Fort Worth | TX | 76102 |
| Counsel to Siepe LLC | Condon Tobin Sladek Thornton PLLC | J. Seth Moore | 8080 Park Lane, Suite 700 | | | Dallas | TX | 75231 |
| Counsel to Patrick Daugherty ("Mr. Daugherty") | Cross & Simon LLC | Michael L. Vild, Esquire | 1105 N. Market Street, Suite 901 | | | Wilmington | DE | 19801 |
| Counsel for BH Equities, L.L.C. | Dentons US LLP | Casey Doherty | 1221 McKinney Street, Suite 1900 | | | Houston | TX | 77010 |
| Counsel to Jefferies LLC | Dentons US LLP | Lauren Macksoud, Esq. | 1221 Avenue of the Americas | | | New York | NY | 10020-1089 |
| Counsel to Jefferies LLC | Dentons US LLP | Patrick C. Maxcy, Esq. | 233 South Wacker Drive | Suite 5900 | | Chicago | IL | 60606-6361 |
| Counsel to Acis Capital Management, LP and Acis Capital Management GP, LLC ("Creditors") and Joshua N. Terry and Jennifer G. Terry | Forshey & Prostok LLP | Jeff P. Prostok, J. Robert Forshey, Suzanne K. Rosen | 777 Main Street, Suite 1550 | | | Fort Worth | TX | 76102 |
| Secured Creditor | Frontier State Bank | Attn: Steve Elliot | 5100 South I-35 Service Road | | | Oklahoma City | OK | 73129 |

App. 00281
001665



Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 8 of 175

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Frost Brown Todd LLC | Mark A. Platt | 100 Crescent Court, Suite 350 | | | Dallas | TX | 75201 |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Marshall R. King, Esq., Michael A. Rosenthal, Esq. & Alan Moskowitz, Esq. | 200 Park Avenue | | | New York | NY | 10066 |
| Counsel to Alvarez & Marsal CRF Management LLC as Investment Manager of the Highland Crusader Funds | Gibson, Dunn & Crutcher LLP | Matthew G. Bouslog, Esq. | 3161 Michelson Drive | | | Irvine | CA | 92612 |
| Counsel for the Dugaboy Investment Trust and Get Good Trust | Heller, Draper & Horn, L.L.C. | Douglas S. Draper, Leslie A. Collins, Greta M. Brouphy | 650 Poydras Street, Suite 2500 | | | New Orleans | LA | 70130 |
| Equity Holders | Hunter Mountain Investment Trust | c/o Rand Advisors LLC | 87 Railroad Place Ste 403 | | | Saratoga Springs | NY | 12866 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Crescent TC Investors, L.P. | Jackson Walker L.L.P. | Michael S. Held | 2323 Ross Avenue, Suite 600 | | | Dallas | TX | 75201 |
| Secured Creditor | Jefferies LLC | Director of Compliance | 520 Madison Avenue, 16th Floor | Re Prime Brokerage Services | | New York | NY | 10022 |
| Secured Creditor | Jefferies LLC | Office of the General Counsel | 520 Madison Avenue, 16th Floor | Re Prime Brokerage Services | | New York | NY | 10022 |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Jenner & Block LLP | Marc B. Hankin, Richard Levin | 919 Third Avenue | | | New York | NY | 10022-3908 |
| Counsel for CCS Medical, Inc. | Jones Day | Amanda Rush | 2727 N. Harwood Street | | | Dallas | TX | 75201 |
| Counsel to the Issuers (group of 25 separate Cayman issuers of loan) | Jones Walker LLP | Joseph E. Bain, Amy K. Anderson | 811 Main Street, Suite 2900 | | | Houston | TX | 77002 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Artoush Varshosaz | 1717 Main Street, Suite 2800 | | | Dallas | TX | 75201 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | James A. Wright III | 1 Lincoln Street | | | Boston | MA | 02110 |
| Counsel for Highland Capital Management Fund Advisors, L.P., NexPoint Advisors, L.P., et al | K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | | | Washington | DC | 20006-1600 |
| Counsel to CLO Holdco, Ltd. | Kane Russell Coleman Logan PC | John J. Kane | 901 Main Street, Suite 5200 | | | Dallas | TX | 75242-1699 |
| Secured Creditor | KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 |
| Secured Creditor | KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | 500 West 2nd St., Suite 1800 | | | Austin | TX | 78701-4684 |
| Counsel to BET Investments II, L.P. | Kurtzman Steady, LLC | Jeffrey Kurtzman, Esq. | 401 S. 2nd Street, Suite 200 | | | Philadelphia | PA | 19147 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | | | Washington | DC | 20004 |

Appx. 00282
001666

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | 330 N. Wabash Avenue, Ste. 2800 | | | Chicago | IL | 60611 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 South Grand Avenue, Ste. 100 | | | Los Angeles | CA | 90071 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Latham & Watkins LLP | Zachary F. Proulx | 1271 Avenue of the Americas | | | New York | NY | 10020 |
| Counsel to Coleman County TAD, Kaufman County, Upshur County, Fannin CAD, Tarrant County, Grayson County, Allen ISD, Dallas County, Irving ISD, and Rockwall CAD | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller, Laurie A. Spindler | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 |
| Counsel for Jack Yang and Brad Borud | Loewinsohn Flegle Deary Simon LLP | Daniel P. Winikka | 12377 Merit Drive, Suite 900 | | | Dallas | TX | 75251 |
| Creditor | Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | 2100 Ross Avenue, Ste 2700 | | | Dallas | TX | 75201 |
| Equity Holders | Mark K. Okada | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Counsel to the Redeemer Committee of the Highland Crusader Fund | Morris, Nichols, Arsht & Tunnell LLP | Curtis S. Miller, Kevin M. Coen | 1201 North Market Street, Suite 1600 | | | Wilmington | DE | 19801 |
| Counsel to Meta-e Discovery, LLC | Morrison Cohen LLP | Joseph T. Moldovan, Esq. & Sally Siconolfi, Esq. | 909 Third Avenue | | | New York | NY | 10022 |
| Bank | NexBank | John Danilowicz | 2515 McKinney Ave | Ste 1100 | | Dallas | TX | 75201 |
| Counsel to California Public Employees' Retirement System ("CalPERS") | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | One Embarcadero Center, 32nd Floor | | | San Francisco | CA | 94111 |
| SEC Headquarters | Office of General Counsel | Securities & Exchange Commission | 100 F St NE | | | Washington | DC | 20554 |
| Texas Attorney General | Office of the Attorney General | Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| Attorney General of the United States | Office of the Attorney General | | Main Justice Building, Room 5111 | 10th & Constitution Avenue, N.W. | | Washington | DC | 20530 |
| US Attorneys Office for Northern District of TX | Office of the United States Attorney | Erin Nealy Cox, Esq. | 1100 Commerce Street, 3rd Floor | | | Dallas | TX | 75202 |
| US Trustee for District of DE | Office of the United States Trustee | Linda Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| US Trustee for Northern District of TX | Office of the United States Trustee | Lisa L. Lambert, Esq | 1100 Commerce Street, Room 976 | Earle Cabell Federal Building | | Dallas | TX | 75242 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Michael I. Baird | Office of the General Counsel | 1200 K Street, N.W. | | Washington | DC | 20005-4026 |
| Counsel to City of Garland, Garland ISD, Wylie ISD , Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Linda D. Reece | 1919 S. Shiloh Rd., Suite 310 | | | Garland | TX | 75042 |
| Delaware counsel to Alvarez & Marsal CRF Management LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Esq., R. Stephen McNeill, Esq, & D. Ryan Slaugh, Esq. | 1313 North Market Street, 6th Floor | | | Wilmington | DE | 19801 |
| Secured Creditor | Prime Brokerage Services | Jefferies LLC | 520 Madison Avenue | | | New York | NY | 10022 |
| Counsel to UBS Securities LLC and UBS AG London Branch ("UBS") | Richards, Layton & Finger PA | Michael J. Merchant, Sarah E. Silveira | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 |

Highland Capital Management, L.P.
Case No. 19-34054

Page 3 of 5

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Hunter Mountain Trust | Rochelle McCullough, LLP | E. P. Keiffer | 325 North St. Paul Street, Suite 4500 | | | Dallas | TX | 75201 |
| Counsel for Scott Ellington, Thomas Surgent, Frank Waterhouse, and Issac Leventon (the "Senior Employees") and CPCM, LLC | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | 700 North Pearl Street, Suite 1610 | | | Dallas | TX | 75201 |
| Counsel to the Intertrust Entities and the Issuers (group of 25 separate Cayman issuers of loan) | Schulte Roth & Zabel LLP | David J. Karp, James V. Williams III | 919 Third Avenue | | | New York | NY | 10022 |
| SEC Regional Office | Securities & Exchange Commission | Richard Best, Regional Director | New York Regional Office | Brookfield Place, Suite 400 | 200 Vesey Street | New York | NY | 10281 |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger, Regional Director | Philadelphia Regional Office | One Penn Center, Suite 520 | 1617 JFK Boulevard | Philadelphia | PA | 19103 |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen | One South Dearborn Street | | | Chicago | IL | 60603 |
| Counsel to Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Charles M. Person, Juliana Hoffman | 2021 McKinney Avenue Suite 2000 | | | Dallas | TX | 75201 |
| Counsel to Patrick Daugherty | Spencer Fane LLP | Jason P. Kathman | 5700 Granite Parkway, Suite 650 | | | Plano | TX | 75024 |
| TX Comptroller of Public Accounts | State Comptroller of Public Accounts | Revenue Accounting Division-Bankruptcy Section | PO Box 13258 | | | Austin | TX | 78711 |
| DE Secretary of State | State of Delaware | Division of Corporations - Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| Equity Holders | Strand Advisors, Inc. | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Counsel to the Hunter Mountain Trust ("Hunter") | Sullivan Hazeltine Allinson LLC | William A. Hazeltine, Esq. | 919 North Market Street, Suite 420 | | | Wilmington | DE | 19801 |
| TX AG Office | Texas Attorney Generals Office | Bankruptcy-Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Equity Holders | The Dugaboy Investment Trust | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #1 | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Equity Holders | The Mark and Pamela Okada Family Trust - Exempt Trust #2 | | 300 Crescent Court | Suite 700 | | Dallas | TX | 75201 |
| Counsel to the United States Internal Revenue Service | U.S. Department of Justice, Tax Division | David G. Adams | 717 N. Harwood St., Suite 400 | | | Dallas | TX | 75201 |
| United States Attorney General | United States Attorney General | U.S. Department of Justice | William Barr, Esquire | 950 Pennsylvania Avenue, NW | Room 4400 | Washington | DC | 20530-0001 |
| United States Bankruptcy Court | United States Bankruptcy Court | Honorable Stacey G. Jernigan | Northern District of Texas - Dallas Division | Earle Cabell Federal Building | 1100 Commerce St., Rm. 1254 | Dallas | TX | 75242-1496 |
| U.S. Department of the Treasury | US Department of the Treasury | Office of General Counsel | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Counsel for NexPoint Real Estate Partners, LLC F/K/A HCRE Partners, LLC | Wick Phillips Gould & Martin, LLP | Brant C. Martin, Jason M. Rudd, Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 500 | | | Dallas | TX | 75204 |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 02384
001668

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "Acis") | Winstead PC | Rakhee V. Patel, Phillip Lamberson | 2728 N. Harwood Street, Suite 500 | | | Dallas | TX | 75201 |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | | New York | NY | 10166-4193 |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Katherine A. Preston | 800 Capitol Street, Suite 2400 | | | Houston | TX | 77002 |
| Counsel for Jean Paul Sevilla and Hunter Covitz (the "Employees") | Winston & Strawn LLP | Attn: Thomas M. Melsheimer; Natalie L. Arbaugh | 2121 N. Pearl Street, Suite 900 | | | Dallas | TX | 75201 |
| Delaware Division of Revenue | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 |

Page 5 of 5

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 12 of 175

# EXHIBIT C

001670

Appx. 00286

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 13 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 13D Global Strategy and Research | | 491 N Main Street | | | Ketchum | ID | 83340-0000 | |
| 13D RESEARCH, INC | | PO BOX 2087 | 109 BOULDER VIEW LANE | | Ketchum | ID | 83340 | |
| 13D RESEARCH, INC | | 6115 Estate Smith Bay | Box 2/Suite 333 | | St. Thomas | VI | 00802-1304 | |
| 1564 Entertainment, LLC | | 391 E. Las Colinas Blvd. | #130-428 | | Irving | TX | 75039 | |
| 1st AMERICAN FIRE PROTECTION, INC | | PO BOX 2123 | | | Mansfield | TX | 76063-2123 | |
| 1st Partners & Co | | PO Box 141629 | | | Dallas | TX | 75222 | |
| 2011 PCDC Teachers Cup | | 25 Highland Park Village | #100-188 | | Dallas | TX | 75205 | |
| 2-10 HOME BUYERS | | 10375 E HARVARD AVE | | | Denver | CO | 80231 | |
| 2905 Maple LLC | | 2905 Maple Avenue | | | Dallas | TX | 75201 | |
| 299 Credit Finance Holdings LLC | | 875 Third Avenue | 10th Floor | | New York | NY | 10022 | |
| 300 Inc. | | 3805 Beltline Rd | | | Addison | TX | 75001 | |
| 4CAST Inc | | 420 Lexington Avenue, Suite 2147 | | | New York | NY | 10170 | |
| 4th Bin, Inc. | | 703 3rd Avenue | 6th Floor | | New York | NY | 10017 | |
| A. Dean Jenkins | | Address on File | | | | | | |
| A.S.A.P. Advisor Services | | 5000 Olde Towne Parkway | Suite 100 | | Marietta | GA | 30068 | |
| AA GMT | | 4700 AMERICAN BLVD MD1000 | | | Ft. Worth | TX | 76155 | |
| Aaron, Philip B. | | Address on File | | | | | | |
| ABALON BUSINESS MACHINES & SERVICES | | 60 E 42ND ST | | | New York | NY | 10167 | |
| Abayarathna, Sahan | | Address on File | | | | | | |
| Abbit Stonecypher | | Address on File | | | | | | |
| Aberdeen Loan Funding, Ltd. | c/o Walkers SPV Limited | Walker House 87 Mary Street | George Town | | Grand Cayman | | KY1-9002 | Cayman Islands |
| Aberdeen Loan Funding, Ltd. | Aberdeen Loan Funding, Ltd. c/o Walkers SPV Limited, Walker House | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Aberdeen Loan Funding, Ltd. and State Street Bank and Trust Company | | 87 Mary Street | George Town | | Grand Cayman | | 1-9902 | Cayman Islands |
| Aberdeen Loan Funding, Ltd. and State Street Bank and Trust Company | State Street Bank and Trust Company | 200 Clarendon St | Mail Code EUC 108 | | Boston | MA | 02116 | |
| Ableco, LLC | | 299 Park Avenue | Floor 21-23 | | New York | NY | 10171 | |
| Ablon and Co., PLLC | | 10000 N. Central Expy #400 | | | Dallas | TX | 75231 | |
| ABM | | PO Box 419860 | | | Boston | MA | 02241-9860 | |
| ABM Janitorial Services | | P.O. Box 951864 | | | Dallas | TX | 75395 | |
| ABM Texas General Services, Inc. | | 2020 Westridge Drive | | | Irving | TX | 75038-0000 | |
| About Faces Entertainment, LLC | | 5092 Dorsey Hall Drive | Suite 202 | | Ellicott City | MD | 21042 | |
| AboveNet Communications Inc. | | PO Box 79006 | | | City of Industry | CA | 91716-9006 | |
| Abraham Rondina | | Address on File | | | | | | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abrams & Bayliss LLP | John M. Seaman | 20 Montchanin Road, Suite 200 | | | Wilmington | DE | 19807 | |
| Abrams Mediation | | 7616 Burns Run Suite 180 | | | Dallas | TX | 75248 | |
| Abrams Mediation | | 4901 LBJ Fwy | #150 | | Dallas | TX | 75244-6179 | |
| Absolute Entertainment | | 1517 Prudential Drive | | | Dallas | TX | 75235 | |
| ACA Compliance Group | | 8403 Colesville Road | Suite 870 | | Silver Spring | MD | 20910 | |
| Academy Engraving Inc | | 271 Madison Avenue | Suite 207 | | New York | NY | 10016 | |
| Accessibility Today | | PO Box 1757 | | | Roanoke | TX | 76262 | |
| Appleby Services (Bermuda) Ltd. | | PO Box HM 1179 | | | Hamilton | | HM EX | BERMUDA |
| Accountant General | | M Q Services Limited Victoria Place | | | Hamilton | | HM 10 | BERMUDA |
| Accountant General | ATTN Lorna Phillips | PO Box 743295 | | | Los Angeles | CA | 90074-3295 | |
| ACCOUNTEMPS | | FILE 73484 | | | San Francisco | CA | 94160-3484 | |
| ACCOUNTEMPS | | PO Box 7247-8077 | PO BOX 60000 | | Philadelphia | PA | 19170-8077 | |
| Accuity Inc. dba NRS | | 3110 Webb Ave., Suite 203 | | | Dallas | TX | 75205 | |
| Acis Capital Management L.P. and Acis Capital Management GP, LLC, et al | Attn Annmarie Chiarello, Rakhee V. Patel | c/o Winstead PC | 500 Winstead Building | 2728 N. Harwood Street | Dallas | TX | 75201 | |
| Acis Capital Management L.P. and Acis Capital Management GP, LLC, et al | Brian P. Shaw | Rogge Dunn Group PC | 500 N. Akard St. Suite 1900 | | Dallas | TX | 75201 | |
| Acis Capital Management L.P. and Acis Capital Management GP, LLC, et al | James T. Bently | Schulte Roth & Zabel LLP | 919 Third Avenue | | New York | NY | 10022 | |
| Acis Capital Management L.P. and Acis Capital Management GP, LLC, et al | Joseph E. Bain | Jones Walker LLP | 811 Main St. Suite 2900 | | Houston | TX | 77002 | |
| Ackerman McQueen Inc. | | 1601 Northwest Expressway | Suite 1100 | | Oklahoma City | OK | 73118 | |
| ACMLP Claim, LLC | | 4514 Cole Ave., Suite 600 | | | Dallas | TX | 75205 | |
| Action Fire Pros | | 3709 S IH 35 | | | Waxahachie | TX | 75165 | |
| Action Shred of Texas | | 2835 Congressman Lane | | | Dallas | TX | 75220 | |
| Action Shred of Texas | | 1420 S. Barry Ave | | | Dallas | TX | 75223 | |
| Act-On Software, Inc. | | 121 SW Morrison STreet, Ste 1600 | | | Portland | OR | 97204 | |
| Ada Hsieh | | Address on File | | | | | | |
| ADAM DYBALA | | Address on File | | | | | | |
| Adam Energy Forum | | PO Box 802511 | | | Dallas | TX | 75380-2511 | |
| ADAM FALCON | | Address on File | | | | | | |
| Adam Hanson | | Address on File | | | | | | |
| Adam Kneller | | Address on File | | | | | | |
| Adam Ostermiller | | Address on File | | | | | | |
| ADAM PETERSON | | Address on File | | | | | | |
| Adam-Permian Energy Network | | 1439 Wakefield Dr. | | | Houston | TX | 77018 | |
| ADAM-Tulsa | Attn Melissa Turgeon | 3500 One Williams Center, MD 2600 | | | Tulsa | OK | 74172-0135 | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 2 of 155

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 15 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Addleshaw Goddard LLP | | Sovereign House, PO Box 8 | Sovereign Street Leeds | | West Yorkshire | | LS1 1HQ | United Kingdom |
| Adeo Internet Marketing Inc. | | 2501 East Charleston Rd | | | Island Pond | VT | 05846 | |
| Adesso Process Service | | PO BOX 12621 | | | Albany | NY | 12212 | |
| Adeyemi Ogunkoya | | Address on File | | | | | | |
| ADISA | | 10401 North Meridian Street | Suite 202 | | Indianapolis | IN | 46290 | |
| AdMaster Compliance | | 1101 Arrow Point Drive | Suite 301 | | Cedar Park | TX | 78613 | |
| ADMIN .U.C. | State of Connecticut | Department of Labor | Employment Security Division | | Hartford | CT | 06104-2940 | |
| Admiral Communications | | 4505 Excel Pkwy, Ste 300 | | | Addison | TX | 75001 | |
| ADP | | 2735 Stemmons Fwy | | | Dallas | TX | 75207 | |
| ADP | | PO BOX 78415 | | | Phoenix | AZ | 85062-8415 | |
| ADP | | PO Box 31001-1568 | | | Pasadena | CA | 91110-1568 | |
| ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA | | PO BOX 70294 | | | San Juan | PR | 00936-8294 | |
| ADT SECURITY SERVICES, INC | ATTN M MALDONADO | 335 W 16th ST | | | New York | NY | 10011 | |
| ADT SECURITY SERVICES, INC | | PO BOX 371956 | | | Pittsburgh | PA | 15250-7956 | |
| Advanced Business Group, Inc. | | 520 Eighth Ave, 15th Flr | | | New York | NY | 10018 | |
| Advanced Discovery, Inc. | | 13915 N Mopac Expy | Suite 400 | | Austin | TX | 78728 | |
| Advanced Discovery, Inc. | | PO Box 102242 | | | Atlanta | GA | 30368-2242 | |
| Advanced Discovery, Inc. | | PO Box 3173 | | | Wichita | KS | 67201-3173 | |
| Advantage Data Inc. | | PO Box 961210 | | | Boston | MA | 02196-1210 | |
| Advent Software Inc. | Attn Bill Hall | 600 Townsend St., Suite 4000 | | | San Francisco | CA | 94103 | |
| Advent Software, Inc. | | PO BOX 823374 | | | Philadelphia | PA | 19182-3374 | |
| Advent Software, Inc. | | Three Lincoln Centre | 5430 LBJ Freeway Ste 800 | | Dallas | TX | 75240-0000 | |
| Advent Software, Inc. | | Dept 33096 PO Box 39000 | | | San Francisco | CA | 94139-3096 | |
| ADVENTURE PHOTO TOURS, INC. | | 3111 S VALLEY VIEW BLVD | X-106 | | Las Vegas | NV | 89102 | |
| ADVISOR CONSULTANT NETWORK INC | | 600 SUPERIOR AVE | SUITE 1300 | | Cleveland | OH | 44114 | |
| Advisor Group, Inc. | | PO Box 978516 | | | Dallas | TX | 75397-8516 | |
| Advisory Group Equity Services, Ltd. | | 444 Washington Street | Suite 407 | | Woburn | MA | 01801 | |
| Advocates Professional Services, Inc | | 119 North Park Ave, Suite 303 | | | Rockville Centre | NY | 11570 | |
| AERIAL FOCUS | | 4885 ALPHA RD | STE 155 | | Dallas | TX | 75244-4633 | |
| AeroIndustry Jobs, Inc | | PO Box 215 | | | Oxford | ME | 04270 | |
| Aetna | AETNA-MIDDLETOWN | PO BOX 88863 | | | Chicago | IL | 60695-1863 | |
| Aetna | Attn Lockbox No 804735 | 350 East Devon Avenue | | | Itasca | IL | 60143 | |
| Aetna | | 10275 W. Higgins Rd | Suite 500 | | Rosemont | IL | 60018 | |
| Aetna | | PO Box 804735 | | | Chicago | IL | 60680-4108 | |
| Aetna | | PO Box 88860 | | | Chicago | IL | 60695-1860 | |
| Aetna-COBRA | | COBRA/Special Plans | PO Box 13050 | | Secaucus | NJ | 07188-0050 | |
| Aetna-FSA Payment Remittance | Aetna-Middletown | PO Box 13504 | | | Newark | NJ | 07188-0504 | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 16 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Afshan Mohammed | | Address on File | | | | | | |
| Agio, LLC | | 201 David L Boren Blvd | Ste 250 | | Norman | OK | 73072 | |
| Agren Blando Court Reporting Video Inc. | | 216 16th Street | Suite 650 | | Denver | CO | 80202 | |
| Aguilar Movers, Inc. | | 1206 Edwards Circle | | | Dallas | TX | 75224 | |
| AHLUWALIA, SANJIV | | Address on File | | | | | | |
| AI Insight | | P.O. Box 639250 | | | Cincinnati | OH | 45263-9250 | |
| AICPA | | PO BOX 10069 | | | Newark | NJ | 07101-3069 | |
| AICPA | | Multiple Member Payment | PO Box 2219 | | Jersey City | NJ | 07303-2219 | |
| AIG Advisor Group, Inc. | | PO Box 978516 | | | Dallas | TX | 75397-8516 | |
| AIMSE | ATTN Joyce Welsh | 12100 Sunset Hills Road | Suite 130 | | Reston | VA | 20190 | |
| Aimware, Inc | | 16 Olde Taverne Lane | | | Amesbury | MA | 01913 | |
| AIQ, Inc. | | 270 Rutherford Blvd | 2nd Floor | | Clifton | NJ | 07014 | |
| AIQ, Inc. | | 1500 Broadway | Suite 2900 | | New York | NY | 10036 | |
| Air Graffiti Dallas | | 4901 Harbor Ct | | | Flower Mound | TX | 75022 | |
| AIRBAND COMMUNICATIONS, INC | | 75 Remittance Drive | Suite 6566 | | Chicago | IL | 60675-6566 | |
| Aire Dynamics | | 2305 E BELTLINE RD | STE 190 | | Carrollton | TX | 75006 | |
| Aire Dynamics | | 305 E Beltline Rd Ste 190 | | | Carrollton | TX | 75006 | |
| Aire Dynamics | | 3250 WEST STORY RD #102 | | | Irving | TX | 75038 | |
| AirWatch, LLC | | 931 Monroe Drive NE | Ste 102-303 | | Atlanta | GA | 30308 | |
| AirWatch, LLC | | PO Box 742332 | | | Atlanta | GA | 30374-2332 | |
| Akerman Senterfitt & Edison, PA | | P.O. Box 4906 | | | Orlando | FL | 32802 | |
| AKF Reporters, Inc. | | 436 Blvd of the Allies | | | Pittsburgh | PA | 15219-1314 | |
| Akin, Gump, Strauss, Hauer & Feld LLP | | 1333 New Hampshire Ave, NW | | | Washington | DC | 20036 | |
| Akin, Gump, Strauss, Hauer & Feld LLP | | DEPT. 7247-6827 | | | Philadelphia | PA | 19170-6827 | |
| Akin, Gump, Strauss, Hauer & Feld LLP | | Dept 7247-6838 | | | Philadelphia | DE | 19170-6838 | |
| Akin, Gump, Strauss, Hauer & Feld LLP | | Dept. 2909 | | | Carol Stream | IL | 60132-2909 | |
| Akin, Gump, Strauss, Hauer & Feld LLP | | 2300 N Field St Ste 1800 | | | Dallas | TX | 75201-2481 | |
| Alabama Department of Revenue | Individual and Corporate Tax Division | Corporate Income Tax Section | PO Box 327435 | | Montgomery | AL | 36132-7435 | |
| Alabama Power Service Organization | c/o Katrina Haynes | PO Box 1209 | | | Eufaula | AL | 36072 | |
| Alabama Sheriffs Youth Ranches | | 200 Crescent Ct Ste 1900 | | | Dallas | TX | 75201 | |
| Alan Adams | | Address on File | | | | | | |
| ALAN WELCH | | Address on File | | | | | | |
| Albion Computer Services | | 49 Berkely Square | | | London | | W1J 5AZ | United Kingdom |
| A-Legal | | 1201 Elm Street | Suite 2560 | | Dallas | TX | 75270 | |
| Alejandro Vargas | | Address on File | | | | | | |
| Alex Kanji | | Address on File | | | | | | |
| ALEX SOMERS | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

App. 00290

001674

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 17 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alexanders Mobility Services | | 2750 Miller Park N Ste 300 | | | Garland | TX | 750427751 | |
| ALEXIS ZHOU | | Address on File | | | | | | |
| ALFERMANN, NICHOLAS | | Address on File | | | | | | |
| ALICE WANG | | Address on File | | | | | | |
| All American Entertainment | | 5790 Fayetteville Rd. | Ste. 200 | | Durham | NC | 27713 | |
| Alt Star Group, Inc | | 3835 E. Thousand Oaks Blvd | Suite 282 | | Westlake Village | CA | 91362 | |
| ALL SYSTEMS SERVICES | | 7901 WHISPERING WOODS LN. | | | N. Richland Hills | TX | 75240 | |
| Allan Huffman | | Address on File | | | | | | |
| ALLAN PAPWORTH | | Address on File | | | | | | |
| Allen ISD | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Allen ISD | c/o Laurie A. Spindler, Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| ALLEN KIM | | Address on File | | | | | | |
| ALLEN, MICAELA S. | | Address on File | | | | | | |
| ALLEN, TARA | | Address on File | | | | | | |
| Allens Arthur Robinson | | GPO Box 50 | | | Sydney | NSW | 02001 | AUSTRALIA |
| Alliance Legal Staffing | | PO Box 670534 | | | Dallas | TX | 75367 | |
| ALLIANCE REPORTING LLC | | 3500 OAK LAWN AVE | SUITE 400 | | Dallas | TX | 75219 | |
| Allied Capital Partners | | PO BOX 676649 | | | Dallas | TX | 75267-6649 | |
| Allied Electronics Inc. | Accts Receivable Dept. | PO Box 2325 | | | Fort Worth | TX | 76113-2325 | |
| Allison Lam | c/o Frederik Michel | Address on File | | | | | | |
| Allison Taylor | | PO Box 187 | | | Dingmans Ferry | PA | 18328 | |
| ALPHA ELECTRICAL SERVICES INC | | 3727 HWY 138 | | | Stockbridge | GA | 30281 | |
| AlphaLit | | 8201 Greensboro Drive | Suite 717 | | McLean | VA | 22102 | |
| Alphasense, Inc. | | PO Box 37176 | | | San Francisco | CA | 94137-0176 | |
| Alpine Macro | | 1130 Sherbrooke St West PH1 | | | Montreal | QC | H3A2M8 | Canada |
| Alston & Bird LLP | | 1201 W. Peachtree Street | | | Atlanta | GA | 30309-3424 | |
| Alternative Asset Investment Mgmt LLC | | PO Box 5274 | | | New York | NY | 10185 | |
| Altex Electronics, Ltd. | | 11342 IH 35 North | | | San Antonio | TX | 78233 | |
| Altus Network Solutions, Inc. | | dba nFront Security | 4920 Atlanta Highway, Suite 313 | | Alpharetta | GA | 30004-2921 | |
| Alvarez & Marsal Global Forensic and Dispute Services | | 555 Thirteenth Street NW, 5th Floor West | | | Washington | DC | 20004 | |
| Alvarez & Marsal North America, LLC | | 2029 Century Park East, Suite 2060 | | | Los Angeles | CA | 90067 | |
| Alvarez and Marsal CRF Management, LLC | | 2029 Century Park East, Suite 2060 | | | Los Angeles | CA | 90067 | |
| ALVAREZ, ADRIANA | | Address on File | | | | | | |
| Alvaro Idoate Photographer | | 18 Tapia Street | | | San Juan | PR | 00911 | |
| Alvaro Magalhaes | | Address on File | | | | | | |
| AM Linen Rental | | 1611B Tantor Rd | | | Dallas | TX | 75229 | |
| Amanda Coussens | | Address on File | | | | | | |
| AMANDA RUDOLPH | | Address on File | | | | | | |
| Amazon Web Services, Inc. | Attn AWS Legal | 410 Terry Avenue North | | | Seattle | WA | 98109-5210 | |

Appx. 00291
001675

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 18 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AMB Janitorial Services | American Building Maintenance | PO Box 97292 | | | Dallas | TX | 75397 | |
| Ambassador Funds Management Services | | Level 8, 3 Spring St | | | Sydney | N8W | 02000 | AUSTRALIA |
| Ambassador Funds Management Services | | STE 1202, LEVEL 12 | 3 SPRING ST | | SYDNEY | NSW | 02000 | AUSTRALIA |
| Amber Electrical Contractors | | 2251 Century Center Blvd | | | Irving | TX | 75062 | |
| Ambridge Partners LLC | | Due Diligence Services | 520 Eighth Ave, 25th Floor | | New York | NY | 10018 | |
| AMC Theaters | | 13731 Collections Center Drive | | | Chicago | IL | 60693 | |
| American Airlines | | 4255 Amon Carter Blvd | MD 4106 | | Fort Worth | TX | 76155 | |
| American Airlines, Inc. | | PO Box 619616 MD4106 | | | Ft Worth | TX | 76155-0000 | |
| AMERICAN APPRAISAL CANADA, INC | | 310 FRONT ST WEST Suite 710 | | | TORONTO | ON | M5V 3B5 | CANADA |
| American Arbitration Association | ATTN Kathleen Cantrell | 1750 Two Galleria Tower | 13455 Noel Road | | Dallas | TX | 75240 | |
| American Arbitration Association | | 120 Broadway. 21st Floor | | | New York | NY | 10271 | |
| American Arbitration Association | | Lackey Hershman, LLP | 3102 Oak Lawn Avenue, Suite 777 | | Dallas | TX | 75219 | |
| American Arbitration Association | | 13455 Noel Road, Suite 1750 | | | Dallas | TX | 75240 | |
| AMERICAN BANK NOTE COMPANY | | PO BOX 1931 | | | Columbia | TN | 38402 | |
| American Banknote Corporation | Attention Patrick J. Gentile | 560 Sylvan Avenue | | | Englewood Cliffs | NJ | 07632 | |
| American Bar Association | | PO Box 4745 | | | Carol Stream | IL | 60197-4745 | |
| American Bldg. Maintenance Co. | | PO Box 951864 | | | Dallas | TX | 75395-1864 | |
| American Cancer Society | ATTN JAMIE SLOAN | 1199 S Belt Line Rd Ste 160 | | | Coppell | TX | 75019-4656 | |
| American Cancer Society | Attn Sharyn Klumb | 1199 S Belt Line Rd Ste 160 | | | Coppell | TX | 75019-4656 | |
| American Chamber of Commerce Resources | | 65 East Wacker Place | Suite 1804 | | Chicago | IL | 60601 | |
| American Express National Bank | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern, | PA | 19355-0701 | |
| American Federation of the Arts | | 305 East 47 St. | 10 th Floor | | New York | NY | 10017 | |
| American Furniture Rental | | 3201 E. Arkansas Lane | Suite 101 | | Arlington | TX | 76010 | |
| American Global Wealth Management | | 1600 Pennsylvania Avenue | | | McDonough | GA | 30253 | |
| American Heart Assoc. National Center | Attn SouthWest Affiliate-A/R | PO Box 4002903 | | | Des Moines | IA | 50340-2903 | |
| American Heart Association | c/o Cotes du Coeur | Attn Gabbi Sikes | 105 Decker Ct, Ste 200 | | Irving | TX | 75062 | |
| American Heart Association | | 2550 US Highway 1 | | | North Brunswick | NJ | 08902 | |
| American Heart Association | | Greater Kansas City Community Found | 1055 Broadway Blvd., Suite 130 | | Kansas City | MO | 64105 | |
| American Heart Association | | Southwest Affiliate | 105 Decker Court, Suite 200 | | Irving | TX | 75062 | |
| American Heart Association | | 7272 Greenville Avenue | | | Dallas | TX | 75231 | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 6 of 155

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 19 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| American Heart Association | | 8200 Brookriver Dr | Suite N-100 | | Dallas | TX | 75247 | |
| American Heart Association | | SouthWest Affiliate - Acct Rec. | PO Box 4002031 | | Des Moines | IA | 50340-2031 | |
| AMERICAN IDENTITY | | PO BOX 219189 | | | Kansas City | MO | 6412 1-9189 | |
| American Language Technologies | | 3941 Legacy Drive, #204 | PMB 199A | | Plano | TX | 75023 | |
| AMERICAN LOCKSMITHS | | 830 THIRD AVE | | | New York | NY | 10022 | |
| American Metal Market LLC | | Subscription Department | PO Box 15127 | | North Hollywood | CA | 91615-5127 | |
| American National Bank & Trust | Attention Commercial Lending | 2732 Midwestern Parkway | | | Wichita Falls | TX | 76308 | |
| American National Bank & Trust | | 2732 Midwestern Parkway | | | Wichita Falls | TX | 76308 | |
| American Portfolios - Kolinsky With Mgt. | Attn Ann Antunovich | 4250 Veterans Memorial Hwy | Ste 420 E | | Holbrook | NY | 11741 | |
| American Portfolios Financial Svcs Inc. | | 4250 Veterans Memorial Hwy | | | Holbrook | NY | 11741 | |
| American Program Bureau, Inc. | | One Gateway Center | Suite 751 | | Newton | MA | 02458 | |
| American Red Cross | | PO Box 4002018 | | | Des Moines | IA | 50340-2018 | |
| AMERICAN RESEARCH BUREAU | | 2386 HERITAGE WAY | | | Salt Lake City | UT | 84109-1808 | |
| American Restaurant Association | | 2907 126th Ter E | | | Parrish | FL | 34219-1629 | |
| American Solutions for Business | | NW#7794 | PO Box 1450 | | Minneapolis | MN | 55485-7794 | |
| American Solutions for Business | | PO Box 218 | | | Glenwood | MN | 56334-0218 | |
| American Solutions for Business | | 8479 Solution Center | | | Chicago | IL | 60677-8004 | |
| American Stock Exchange | | PO Box 11181A | | | New York | NY | 10286-1181 | |
| American Stock Exchange | | BOX 757510 | | | Philadelphia | PA | 19175-7510 | |
| Ameriprise Financial Services, Inc. | | 50798 Ameriprise Financial Center | | | Minneapolis | MN | 55474 | |
| Amicus Search Group | | 700 N. Pearl St | Suite # 1640 | | Dallas | TX | 75201 | |
| AMIR RAO | | 1020 MEDFORD RD | | | Pasadena | CA | 91107 | |
| AMX Environmental Ltd | | 2351 W Northwest HWY-STE 2118 | | | Dallas | TX | 75220-8406 | |
| Amy Nguyen | | Address on File | | | | | | |
| Analysis Group | | 111 Huntington Ave, 14th Floor | | | Boston | MA | 02199 | |
| ANAND DESAI | | Address on File | | | | | | |
| Anchor Advisory Services Corporation | | 4 Court St. | Ste 207 | | Plymouth | MA | 02360 | |
| ANDERSEN, DEREK C. | | Address on File | | | | | | |
| ANDERSON, KIRK | | Address on File | | | | | | |
| ANDREI DORENBAUM | | Address on File | | | | | | |
| ANDREI DORENBAUM | | Address on File | | | | | | |
| Andrew Hayton | | Address on File | | | | | | |
| Andrew Hilgenbrink | | Address on File | | | | | | |
| Andrew Lieberman | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 7 of 155

Appx. 00292

001677

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Andrew Mangin | | Address on File | | | | | | |
| Andrew Merrick Homes LLC | | 13455 NOEL RD | STE 1330 | | Dallas | TX | 75240 | |
| Andrew Parmentier | | Address on File | | | | | | |
| Andrew Rosemore | | Address on File | | | | | | |
| ANDREW STONE | | Address on File | | | | | | |
| ANDREW YACENDA | | Address on File | | | | | | |
| Andrews Kurth | Scott A. Brister, Esq. | Address on File | | | | | | |
| Andrews Kurth | | Address on File | | | | | | |
| Andrews Kurth LLP | | 600 Travis St., Suite 4200 | | | Houston | TX | 77002 | |
| Andrews Kurth LLP | | PO Box 301276 | | | Dallas | TX | 75303-1276 | |
| Andrius Balta | | Address on File | | | | | | |
| Animal Defense League | | 11300 Nacogdoches Rd | | | San Antonio | TX | 78217-2318 | |
| Anish Tailor | | Address on File | | | | | | |
| Anna Englert | | Address on File | | | | | | |
| Ansarada Pty Limited | | 30 South Wacker Dr | 22 Floor | | Chicago | IL | 60606 | |
| ANTONOVICH, THOMAS G. | | Address on File | | | | | | |
| Aon Consulting, Inc. | | 445 Hutchinson Ave | Ste 900 | | Columbus | OH | 43235-0000 | |
| Aon Consulting, Inc. | | 29695 Network Place | | | Chicago | IL | 60673-1296 | |
| APIR Systems Ltd. | | PO Box 5446 | | | Kingston | ACT | 02604 | AUSTRALIA |
| APKE & KIMBRELL, LLP | | 1650 HIGHWAY 6 | STE 100 | | Sugar Land | TX | 77478 | |
| Appleby Corpoate Services (Bermuda) Ltd. | | PO Box HM 1179 | | | Hamilton | | HM EX | BERMUDA |
| Appliance Fixx Air & Heat | | PO Box 271258 | | | Flower Mound | TX | 75027-1258 | |
| Aptiviti, Inc. | | 145 W 28th St Fl 9 | | | New York | NY | 10001-6114 | |
| Aramark | | 2120 Hutton Dr | Suite 100 | | Carrollton | TX | 75006 | |
| ARCHON SOLICTORS | | MARTIN HOUSE | 5 MARTIN LANE | | London | | EC4R 0DP | United Kingdom |
| ARCpoint Labs of Irving | | 8925 Sterling Street | Suite 255 | | Irving | TX | 75063 | |
| ARGENTIC REAL ESTATE FINANCE LLC | | 40 WEST 57TH STREET | 29TH FLOOR | | New York | NY | 10019 | |
| Argo Partners | | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | |
| Argonaut Insurance Company | | 225 W Washington Street | 24th floor | | Chicago | IL | 60606-0000 | |
| Argosy Group | | PO Box 5094 | | | Brentwood | TN | 37024 | |
| Argosy Group | | Two Washingtonian Center | 9737 Washingtonian Blvd., Ste. 200 | | Gaithersburg | MD | 20878-7364 | |
| Argosy Group LLC | | 9737 Washingtonian Blvd. | Ste. 100 | | Gaithersburg | MD | 20878 | |
| Argus Software | | PO BOX 671591 | | | Dallas | TX | 75267 | |
| Argus Software | | 3050 Post Oak Blvd | Suite 900 | | Houston | TX | 77056 | |
| Ari L. Faneuil | | Address on File | | | | | | |
| Arizona Biltmore Resort & Hotel | | PO Box 740949 | | | Los Angeles | CA | 90074-0949 | |
| Arizona Corporation Commision | | Z Corp Commission - Securities DIV | 1300 West Washington Street, 3rd Floor | | Phoenix | AZ | 85007 | |
| ARIZONA DEPARTMENT OF REVENUE | ATTN Collections Division | 1600 West Monroe St | | | Phoenix | AZ | 85007 | |
| ARIZONA DEPARTMENT OF REVENUE | | PO BOX 29079 | | | Phoenix | AZ | 85038 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00294
001678

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ARIZONA DEPARTMENT OF REVENUE | | PO Box 29085 | | | Phoenix | AZ | 85038-9085 | |
| Arizona Land Management Services, LLC | | 4900 North Scottsdale Rd | Suite 3000 | | Scottsdale | AZ | 85251 | |
| Arizona Land Management Services, LLC | | PO Box 13303 | | | Scottsdale | AZ | 85267-3303 | |
| Arizona Outback Adventures | | 17465 N 93rd St | | | Scottsdale | AZ | 85255-6324 | |
| Arizona PSPRS Trust | | E Camelback Road | Suite 200 | | Phoenix | AZ | 85016 | |
| Arkadin, Inc. | | Lockbox #32726 | Collection Center Dr | | Chicago | IL | 60693-0726 | |
| Arkansas Secretary of State | Business & Commercial Services Division | PO Box 8014 | | | Little Rock | AR | 72203 | |
| Arkansas Securities Department | | 201 E. Markham, Rm 300 | Heritage West Bldg | | Little Rock | AR | 72201 | |
| Arndell, Connor | | Address on File | | | | | | |
| Arnold, Jeffrey | | Address on File | | | | | | |
| Arnstein & Lehr LLP | | 120 South Riverside Plaza | Ste 1200 | | Chicago | IL | 60606-3910 | |
| Arntzen de Besche | | Address on File | | | | | | |
| ARORA, SANDEEP | | Address on File | | | | | | |
| Arredondo, Alba M. | | Address on File | | | | | | |
| Arris Western Corp. | | 718 N Buckner #316 | | | Dallas | TX | 75218 | |
| Arthouse Design | | 2373 Central Park Blvd | Suite 204 | | Denver | CO | 80238 | |
| Arthur Klausner | | Address on File | | | | | | |
| Article 1 | | Rua Eugem Germer, 86 | Blumenau | | Santa Catarina | | 89015–140 | BRAZIL |
| Artografx, Inc. | | 2611 Andjon | | | Dallas | TX | 75220 | |
| AS&K Services Limited | | PO Box HM 1179 | | | Hamilton | | HM EX | BERMUDA |
| Asante Phase I Community Association | | 1600 W Broadway | Suite 200 | | Tempe | AZ | 85282 | |
| Ashby & Geddes | | PO Box 1150 | | | Wilmington | DE | 19899 | |
| Ashley Van Hoef | | Address on File | | | | | | |
| Ashton Consulting Limited | | 9F. Atago East Building | 3-16-11 Nishishinbashi | | Minato-ku | Tokyo | 105-0003 | JAPAN |
| Ashurst LLP | | Time Square Tower | 7 Time Square | | New York | NY | 10036 | |
| ASI Business Solutions | | 820 W Sandy Lake Rd Ste 100 | | | Coppell | TX | 75019-4108 | |
| ASI Business Solutions | | 12801 N Stemmons Frwy Ste 710 | | | Dallas | TX | 75234-5881 | |
| ASI, Corporate | | 8181 Jetstar Drive | Suite 100 | | Irving | TX | 75063 | |
| ASI, Corporate | | 3860 W. Northwest Hwy | Suite 350 | | Dallas | TX | 75220 | |
| Asociacion Suzuki de Violin de PR | | Address on File | | | | | | |
| ASSAR, VATSAL | | Villa Nevarez | 1026 calle 18 | | San Juan | PR | 00927 | |
| Aspen Publishers Inc. | | 7201 McKinney Circle | | | Frederick | MD | 21704 | |
| Aspen Publishers Inc. | | PO Box 64054 | | | Baltimore | MD | 212\64-4054 | |
| Aspen Publishers Inc. | | 4829 INNOVATION WAY | | | Chicago | IL | 60682-0048 | |
| Asset Communications, Inc. | | 1764 Prospector Ave | Suite 1 | | Park City | UT | 84060 | |
| Asset-Backed Alert | | 5 Marine View Plaza # 400 | | | Hoboken | NJ | 07030-5795 | |
| ASSIST THE OFFICER FOUNDATION | | 1412 GRIFFIN ST E | | | Dallas | TX | 75215 | |
| Assn of Asian American Invesst Managers | Attn Amy Gee | 50 California Street | Suite 2320 | | San Francisco | CA | 94111 | |

Appx. 00295

001679

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 22 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Assoc. Asian American Investment Mgrs | c/o V. Lau, Leading Edge Invest Advisors | 50 california Street, Suite 2320 | | | San Francisco | CA | 94111 | |
| Assoc. for American Innovation, Inc. | | 2200 Wilson Blvd | Suite 102-533 | | Arlington | VA | 22201 | |
| Assoc. of Asian America Investment Mgrs | | 1045 N. Utah St., Suite 512 | | | Arlington | VA | 22201 | |
| Assured Environments | | 45 Broadway | 10th Floor | | New York | NY | 10019 | |
| AST Equity Plan Solutions | | 123 S. Broad Street | Suite 1160 | | Philadelphia | PA | 19109 | |
| AST Equity Plan Solutions | | PO Box 12893 | | | Philadelphia | PA | 19176-0893 | |
| ASTRON SOLUTIONS | | 535 W 34TH ST | STE 407 | | New York | NY | 10001 | |
| ASW Law Limited | | Crawford House | 50 Cedar Avenue | | Hamilton | | 0HM11 | Bermuda |
| ASW Law Limited | | Crawford House | PO Box HM2879 | | Hamilton | | 0HMLX | Bermuda |
| AT&T | c/o Bankruptcy | 4331 Communications Dr | Flr 4W | | Dallas | TX | 75211 | |
| AT&T | | PO BOX 5012 | | | Carol Stream | IL | 60197 | |
| AT&T | | PO Box 5019 | | | Carol Stream | IL | 60197 | |
| AT&T | | PO BOX 78045 | | | Phoenix | AZ | 85062 | |
| AT&T | | PO BOX 13128 | | | Newark | NJ | 0701-5628 | |
| AT&T | | PO BOX 13146 | | | Newark | NJ | 0701-5646 | |
| AT&T | | PO BOX 105068 | | | Atlanta | GA | 30348-5068 | |
| AT&T | | PO Box 105414 | | | Atlanta | GA | 30348-5414 | |
| AT&T | | PO BOX 5001 | | | Carol Stream | IL | 60197-5001 | |
| AT&T | | PO BOX 5020 | | | Carol Stream | IL | 60197-5020 | |
| AT&T | | PO Box 9005 | | | Carol Stream | IL | 60197-9005 | |
| AT&T | | PO BOX 630047 | | | Dallas | TX | 75263-0047 | |
| AT&T | | PO BOX 650661 | | | Dallas | TX | 75265-0661 | |
| AT&T | | PO BOX 660324 | | | Dallas | TX | 75266-0324 | |
| AT&T | | PO BOX 660921 | | | Dallas | TX | 75266-0921 | |
| AT&T | | PO BOX 930170 | | | Dallas | TX | 75393-0170 | |
| AT&T | | PO BOX 940012 | | | Dallas | TX | 75394-0012 | |
| AT&T | | PO BOX 78225 | | | Phoenix | AZ | 85062-8225 | |
| AT&T Internet Services | ATTN HIPCS | PO BOX 650040 | | | Dallas | TX | 75265-0040 | |
| AT&T Internet Services | | PO BOX 5016 | | | Carol Stream | IL | 60197-5016 | |
| AT&T Internet Services | | PO BOX 650396 | | | Dallas | TX | 75265-0396 | |
| AT&T Long Distance | | PO Box 5017 | | | Carol Stream | IL | 60197-5017 | |
| AT&T MOBILITY | | PO Box 105773 | | | Atlanta | GA | 30348-5773 | |
| AT&T MOBILITY | | PO BOX 538695 | | | Atlanta | GA | 30353-8695 | |
| AT&T MOBILITY | | PO BOX 31287 | | | Tampa | FL | 33631-3287 | |
| AT&T MOBILITY | | PO BOX 31488 | | | Tampa | FL | 33631-3488 | |
| AT&T MOBILITY | | PO Box 6428 | | | Carol Stream | IL | 60197-6428 | |
| AT&T MOBILITY | | PO Box 6444 | | | Carol Stream | IL | 60197-6444 | |
| AT&T MOBILITY | | PO BOX 6463 | | | Carol Stream | IL | 60197-6463 | |
| AT&T Mobility | | PO Box 8229 | | | Aurora | IL | 60572-8229 | |
| AT&T Mobility | | 208 South Akard Street | | | Dallas | TX | 75202-0000 | |
| AT&T MOBILITY | | PO BOX 650553 | | | Dallas | TX | 75265-0553 | |
| AT&T MOBILITY | | PO BOX 650574 | | | Dallas | TX | 75265-0574 | |
| AT&T Performing Arts Center | Attn Development | 700 N. Pearl Street, Suite N1800 | | | Dallas | TX | 75201 | |
| Atlas IDF, LP | c/o Atlas IDF GP, LLC | John Honis | 87 Railroad Place | Suite 403 | Saratoga Springs | NY | 12866 | |
| Attia Medical, PC | | 5820 Oberlin Dr. Suite 205 | | | San Diego | CA | 92121 | |

Highland Capital Management, L.P.
Case No. 19-34054

App. 00396

001680

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 23 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Attorney General of South Carolina | Securities Division | 1000 Assembly St | Rembert C. Dennis Office Bldg | | Columbia | SC | 29201 | |
| Atul Kavthekar | | Address on File | | | | | | |
| Audio Visual Innovations, Inc. | | P.O. Box 62251 | | | Baltimore | MD | 21264-2251 | |
| AURORA BOREALIS | ATTN GEORGE WHITE | 101 BARCLAY ST 13W | | | New York | NY | 10286 | |
| AUSHRIF JAVEED | | Address on File | | | | | | |
| Austin Brown | | Address on File | | | | | | |
| AUSTIN TRANTHAM | | Address on File | | | | | | |
| AUSTIN, TIMOTHY | | DRAWER #7718 | | | Detroit | MI | 48279 | |
| Automotive News | | PO BOX 79001 | | | Detroit | MI | 48277-0940 | |
| Automotive News | | Subscriber Services Department 77940 | | | | | | |
| Avalon Synergy | | One Galleria Tower | 13355 Noel Rd, Suite 1100 | | Dallas | TX | 75240 | |
| AvePoint, Inc | | 3 Second Street Suite 803 | | | Jersey City | NJ | 07311 | |
| Avi Levine | | Address on File | | | | | | |
| AVIATION SERVICES ELITE | | 4502 CLAIRE CHENNAULT | | | Addison | TX | 75001 | |
| Aviation Services Group | | 14001 Dallas Pkwy | | | Dallas | TX | 75240 | |
| Aviation Week | | PO Box 505 | | | Hightstown | NJ | 08520-9897 | |
| AVIDITY PARTNERS | | 180 N STETSON | STE 1310 | | Chicago | IL | 60601 | |
| AVI-SPL | | 13859 Diplomat Drive | Suite 180 | | Dallas | TX | 75234 | |
| AVI-SPL | | PO Box 844612 | | | Boston | MA | 02284-4612 | |
| AVI-SPL | | PO BOX 62251 | | | Baltimore | MD | 21264-2251 | |
| Avitar Technologies, Inc. | | 65 Dan Rd | | | Canton | MA | 02021 | |
| Avtech | ATTN Accounts Receivable | PO Box 394 | | | Newport | RI | 02840-0004 | |
| AWAIS SHAIKH | | Address on File | | | | | | |
| AWARE | | 2828 Hood Street | Residence 1705 | | Dallas | TX | 75219 | |
| Axicon Partners, LLC | ATTN Robert T. Scott | 1325 Avenue of the Americas | 27th floor | | New York | NY | 10019 | |
| Axios Institute | | PO Box 457 | | | Edinburg | VA | 22824 | |
| Axis Global Systems | | PO Box 831 | | | North Bergen | NJ | 07047 | |
| A-Z Cleaning Services | | 1729 Crosby Rd. | | | Carrollton | TX | 75006 | |
| B&H Photo - Video, Inc. | | 420 Ninth Avenue | | | New York | NY | 10001 | |
| B3 Entertainment Productions, Inc. | | 1509 Schooner Bay Dr. | | | Wylie | TX | 75098 | |
| Badge of Honor Memorial Fund | | Executive Office | 3131 Maple Ave 7E | | Dallas | TX | 75201 | |
| Bailey Kennedy, LLP | | 8984 Spanish Ridge Ave | | | Las Vegas | NV | 89148 | |
| Bailey, Connor | | Address on File | | | | | | |
| Baker & Daniels | | 111 E Wayne Ste 800 | | | Fort Wayne | IN | 46802 | |
| Baker & McKenzie LLP | Debra A. Dandeneau | 452 Fifth Avenue | | | New York | NY | 10018 | |
| Baker & McKenzie LLP | Michelle Hartmann | 1900 North Pearl | Suite 1500 | | Dallas | TX | 75201 | |
| Baker Botts LLP | | 901 Louisiana Street | | | Houston | TX | 77002 | |
| Baker Botts LLP | | PO BOX 201626 | | | Houston | TX | 77216 | |
| Baker Botts LLP | | PO Box 301251 | | | Dallas | TX | 75303-1251 | |
| Baker McKenzie LLP | | 100 New Bridge Street | | | London | | EC4V 6JA | United Kingdom |
| Baker McKenzie LLP | | 2300 Trammell Crow Center | 2001 Ross Ave | | Dallas | TX | 75201 | |
| Baker McKenzie LLP | | 815 Connecticut Ave. NW | | | Washington | DC | 20006-4078 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 24 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Baker Tilly Virchow Krause, LLP | | 1050 Crown Pointe Parkway, Ste 1650 | | | Atlanta | GA | 30338 | |
| Baker Tilly Virchow Krause, LLP | | 205 N Michigan Ave | | | Chicago | IL | 60601-5927 | |
| Baker, Lauren | | Address on File | | | | | | |
| BAKER, SCOTT | | Address on File | | | | | | |
| Baker, Stephen | | Address on File | | | | | | |
| Balch & Bingham LLP | | P. O. Box 306 | | | Birmingham | AL | 35201 | |
| BALFOUR ASSOCIATES, INC | ATTN DAVID VANVALKENBURG | 5350 PRESERVE DR | | | Greenwood Village | CO | 80121 | |
| Ballard Spahr LLP | | 1735 Market Street | 51st Floor | | Philadelphia | PA | 19103 | |
| BALLS BROTHERS | | 313 CAMBRIDGE HEATH RD | BETHNAL GREEN | | London | | E2 9LQ | United Kingdom |
| Bancroft Associates PLLC | | 500 New Jersey Avenue | Seventh Floor | | Washington | DC | 20001 | |
| Bank Director | | 201 Summit Drive | Suite 250 | | Brentwood | TN | 37027 | |
| Bank Director | | 5110 Maryland Way Ste 250 | | | Brentwood | TN | 37027-9501 | |
| BANK OF AMERICA | | 335 MADISON AVE | | | New York | NY | 10017 | |
| Bannon, Lucy | | Address on File | | | | | | |
| Baradach, Artsiom | | Address on File | | | | | | |
| BARANSI, SAMER | | Address on File | | | | | | |
| Barbera, Angela | | Address on File | | | | | | |
| Barndollar Investment Advisory Services | | 2719 Letap Ct | Ste 101 | | Land O Lakes | FL | 34638 | |
| BARNES & ROBERTS, LLC | | 2701 Canton St. | | | Dallas | TX | 75226 | |
| BARNES & ROBERTS, LLC | | 2816 COMMERCE ST | | | Dallas | TX | 75226 | |
| Barnes and Noble College | C/O Bush Center Store | 2943 SMU Blvd | | | Dallas | TX | 75205 | |
| BARNES&THORNBURG LLP | | 11 South Meridian Street | | | Indianapolis | IN | 46204 | |
| Barn Pearson | | Address on File | | | | | | |
| Barrier Advisors | | 13455 Noel Rd, Ste 2200 | | | Dallas | TX | 75240 | |
| Barrington Financial Group, LLC | | 77 Franklin Street | Suite 802 | | Boston | MA | 02110 | |
| Barrister Books. Com | | 615 Florida St. | | | Lawrence | KS | 66044 | |
| Barristers & Attorneys | | PO Box HM 26 | | | Hamilton | | HM LX | BERMUDA |
| Barrons | | 200 Burnett Rd | PO Box 7031 | | Chicopee | MA | 01021-7031 | |
| BARTH GROSS ELECTRIC CO, INC | | 110 W 26th ST | | | New York | NY | 10001 | |
| BARTLIT BECK HERMAN PALENCHAR SCOTT | | COURTHOUSE PLACE | 54 W HUBBARD ST | Suite 300 | Chicago | IL | 60610 | |
| Bass, Berry & Sims PLC | | 150 Third Ave South, Ste 2800 | | | Nashville | TN | 37201 | |
| BATCHWORK MANAGEMENT LTD | | HOME PARK ESTATE | STATION RD | | KINGS LANGLEY | | WD4 8DH | United Kingdom |
| BATEMAN, JACK | | Address on File | | | | | | |
| Bates Group, LLC | | 5005 S.W. Meadows Rd, Ste 300 | | | Lake Oswego | OR | 97035 | |
| Bates White, LLC | Karen Goldberg, Esq. | Bates White, LLC | 2001 K Street NW, North Bldg Suite 500 | | Washington | DC | 20006 | |
| Bates White, LLC | | 2001 K Street, NW | North Building, Suite 500 | | Washington | DC | 20006 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 25 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BAUER, WILLIAM | | Address on File | | | | | | |
| Bayard, P.A. | | 222 Delaware Avenue, 9th Floor | | | Wilmington | DE | 19801 | |
| Baynard, Cameron | | Address on File | | | | | | |
| Bazooka Search Ltd | | 115 Coventry Rd | | | London | | E2 6GG | United Kingdom |
| BB&T Securities, LLC | | 2619 N Oak Street, 3rd Floor | | | Myrtle Beach | SC | 29577 | |
| BBD, LLP | | 1835 Market Street | 3rd Floor | | Philadelphia | PA | 19103 | |
| BBVA | Michael Doran | 8080 North Central Expressway | Suite 1500 | | Dallas | TX | 75206 | |
| BCA Publications Ltd. | | 1002 Sherbooke St West Ste 1600 | | | Montreal | QC | H3A 3L6 | CANADA |
| BCA Research Inc | | 1002 Sherbrooke St. W | Suite 1600 | | Montreal | QC | H3A 3L6 | CANADA |
| BDC Review, LLC | | 407 East Maple Street | Ste 305 | | Cumming | GA | 30040 | |
| BDO USA, LLP | | 700 North Pearl | Suite 2000 | | Dallas | TX | 75201 | |
| BDO USA, LLP | | P.O. Box 31001-0860 | | | Pasadena | CA | 91110-0860 | |
| BEALL-SARRIS, ASHLEY E. | | Address on File | | | | | | |
| BEARD, MATTHEW | | Address on File | | | | | | |
| Beauchamp, Thomas | | Address on File | | | | | | |
| Becky Bowler | | Address on File | | | | | | |
| Bedell Cristin | | Address on File | | | | | | |
| BEEF SLABS OF TEXAS LLC | | 2000 N HWY 157 | STE 112 | | Mansfield | TX | 76063 | |
| Behind the Numbers LLC | | 8140 Walnut Hill Ln #300 | | | Dallas | TX | 75231 | |
| BELINGER & DEWOLF, LLP | | 10000 N CENTRAL EXPWY | STE 900 | | Dallas | TX | 75231 | |
| Bell Nunnally and Martin, LP | Russell W. Mills | 2323 Ross Avenue Suite 1900 | | | Dallas | TX | 75201 | |
| Bell, Boyd & Lloyd | | Three First National Plaza | 70 West Madison S, Ste 3300 | | Chicago | IL | 60602 | |
| Bella Flora of Dallas | | 118 Oak Lawn Ave. | | | Dallas | TX | 75207 | |
| BEN ASARE | | Address on File | | | | | | |
| Ben E. Keith | | Address on File | | | | | | |
| Ben Greenfield, Human Wellness Sol. LLC | | 8515 N Argonne Rd | | | Spokane | WA | 99217 | |
| BEN VONDERHAAR | | Address on File | | | | | | |
| Benefit Data | | 2220 San Jacinto Blvd, Ste 345 | | | Denton | TX | 76205 | |
| Benesch | LouAnne Molinaro | 222 Delaware Avenue, Suite 801 | | | Wilmington | DE | 19801-1611 | |
| BENJAMIN FINGER | | Address on File | | | | | | |
| Benjamin Sarty | | Address on File | | | | | | |
| Benson Hlavaty Architects | | 3141 Hood St Ste 420 | | | Dallas | TX | 75219 | |
| Bent Tree Country Club, Inc. | | 5201 Westgrove Drive | | | Dallas | TX | 75248 | |
| Bent Tree Country Club, Inc. | | PO Box 204795 | | | Dallas | TX | 75320-4795 | |
| BERIHUN, ELIZABETH | | Address on File | | | | | | |
| Berkeley Research Group, LLC | Emily Kirksey | 1800 M Street NW | Second Floor | | Washington | DC | 20036 | |
| Berkeley Research Group, LLC | Valerie Riva | 2200 Powell Street Suite 1200 | | | Emeryville | CA | 94608 | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Berkeley Research Group, LLC | Valerie Riva | 2200 Powell Street Suite 1200 | | | Emeryville | CA | 94608 | |
| Berkeley Research Group, LLC | | 2200 Powell Street | Suite 1200 | | Emeryville | CA | 94608 | |
| Berkeley Square Advisors LLC | | 701 N Green Valley Pkwy Ste 200 | | | Henderson | NV | 89074 | |
| Berkshire Capital Securities, LLC | | 535 Madison Avenue | | | New York | NY | 10022 | |
| Bernard DeMeo | | Address on File | | | | | | |
| Bernard Peperstraete | | Address on File | | | | | | |
| Berry Appleman & Leiden LLP | | 3355 W. Alabama Street | Suite 1050 | | Houston | TX | 77098 | |
| Berry Appleman & Leiden LLP | Attn Connie Allard | 353 Sacramento Street | Suite 1300 | | San Francisco | CA | 94111 | |
| Berthel Fisher & Company | | 701 Tama Street | | | Marion | IA | 52302 | |
| Berthel Fisher & Company | Attn Dan Barnard | Berthel Fisher & Company | 8090 N 85th Way, Ste 101 | | Scottsdale | AZ | 85258 | |
| Berthel Fisher & Company | | 16100 Chesterfield Parkway West | Suite 150 | | Chesterfield | MO | 63017 | |
| Best Companies Group | | 1500 Paxton Street | | | Harrisburg | PA | 17104 | |
| Beyond | | 8700 Ambassador Row | | | Dallas | TX | 75247 | |
| Beyond the Box | | 2544 West Commerce Street | | | Dallas | TX | 75212 | |
| Bhavani Jaroff | | Address on File | | | | | | |
| BHIL Distributors, Inc. | | 325 John H. McConnell Blvd | Suite 200 | | Columbus | OH | 43215 | |
| Bickel & Brewer | | 1717 Main St | | | Dallas | TX | 75201 | |
| Bifferato Gentilotti LLC | | 100 Biddle Avenue | Springside Plaza | Suite 100 | Newark | DE | 19702 | |
| Big Brother Big Sister | | 450 E. John Carpenter Fwy, Ste 300 | | | Irving | TX | 75062 | |
| Big Brothers Big Sisters of Mass Bay | Attn Erin DeMarco | 75 Federal Street, 8th Floor | | | Boston | MA | 02110 | |
| Big Honkin Ideas | | 1424 Lincoln Blvd | | | Santa Monica | CA | 90401 | |
| Big Thought | | 2501 Oak Lawn | Ste 550, LB-42 | | Dallas | TX | 75219 | |
| BILL CRISPIN | | Address on File | | | | | | |
| Bill J Crouch & Associates | | 210 MacCorkle Ave SE | | | Chalston | WV | 25314 | |
| BILL MITENBERGER | | Address on File | | | | | | |
| BILL WALLISCH | | Address on File | | | | | | |
| Bill Wilton | | Address on File | | | | | | |
| BILLINGHURST, MINDY | | Address on File | | | | | | |
| BIMAL KALVANI | | Address on File | | | | | | |
| Bingham McCutchen LLP | | P.O. Box 3486 | | | Boston | MA | 02241-3486 | |
| BioCentury Publications | | PO Box 1246 | | | San Carlos | CA | 94070 | |
| Bison Coolers, LLC | | 5113 Commercial Drive | | | North Richland Hills | TX | 76180 | |
| BISYS | | PO Box 19468A | | | Newark | NJ | 07195-0468 | |
| BKM Total Office of Texas | | 9755 Clifford Drive #100 | | | Dallas | TX | 75220 | |
| Black Box Network Services | | PO Box 890699 | | | Dallas | TX | 75389-0699 | |
| Black Mountain Systems, LLC | | 12520 High Bluff Dr | Ste 340 | | San Diego | CA | 92130 | |
| BLACK, WINSTON | | Address on File | | | | | | |
| Blackberry Wireless | | 12432 Collections Center Dr | | | Chicago | IL | 60693 | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 27 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BLACKBURN, MICHAEL | | Address on File | | | | | | |
| BLACKWELL SANDERS PEPER MARTIN LLP | | PO BOX 795135 | | | Saint Louis | MO | 63179 | |
| Blair Roeber | | Address on File | | | | | | |
| BLAKE DEXTER | | Address on File | | | | | | |
| Blake Morrell | | Address on File | | | | | | |
| Blank Rome LLP | | Lockbox #8586 | PO Box 8500 | | Philadelphia | PA | 19178-8500 | |
| Blast Creative | | 2703 Poly Drive | | | Billings | MT | 59102 | |
| Blast Creative | | 3036 Hunters Ridge Loop | | | Billings | MT | 59102 | |
| Block Garden & McNeill, LLP | | Sterling Plaza | 5949 Sherry Lane, Suite 900 | | Dallas | TX | 75225 | |
| BLOMBERG FINANCE L.P. | | 731 LEXINGTON AVE | | | New York | NY | 10022 | |
| Blondies Treehouse, Inc. | | 431 Fayette Avenue | | | Mamaroneck | NY | 10543 | |
| Bloom Strategic Consulting, Inc. | | 4514 Cole Ave. | Suite 600 | | Dallas | TX | 75205 | |
| Bloomberg | | PO Box 30244 | | | Hartford | CT | 06150-2044 | |
| Bloomberg Businessweek | | PO Box 37531 | | | Boone | IA | 50037-0531 | |
| Bloomberg Finance LP | | PO BOX 30244 | | | Hartford | CT | 06150 | |
| Bloomberg Finance LP | | 731 Lexington Ave. | | | New York | NY | 10022 | |
| Bloomberg Finance LP | | PO Box 416604 | | | Boston | MA | 02241-6604 | |
| Blue Cross Blue Shield of Texas | | 1001 East Lookout Drive | | | Richardson | TX | 75082 | |
| Blue Cross Blue Shield of Texas | | PO Box 731428 | | | Dallas | TX | 75373-1428 | |
| Blue Ribbon Advantage | | 7020 Portwest Drive, Suite 150 | | | Houston | TX | 77024 | |
| Blue Ribbon Advantage | | P.O. Box 79487 | | | Houston | TX | 77279-9487 | |
| Blue Ribbon Industries | | 408 Singleton Blvd | | | Dallas | TX | 75212 | |
| Blue Vault Partners, LLC | | 407 E Maple St | Suite 305 | | Cumming | GA | 30040 | |
| Blueprint for Prosperity | Attn Finance | 500 North Akard St, Suite 2600 | | | Dallas | TX | 75201 | |
| Blumberg/Excelsior | | 62 White St | | | New York | NY | 10013 | |
| BLUMER, JENNIFER | | Address on File | | | | | | |
| BMC Software, Inc. | | 2101 Citywest Blvd | | | Houston | TX | 77042 | |
| BMC Software, Inc. | | PO Box 301165 | | | Dallas | TX | 75303-1165 | |
| BMZ Discovery Services LLC | | 1400 Biscaya Drive | | | Miami Beach | FL | 33154 | |
| BNA | | PO BOX 17009 | | | Baltimore | MD | 21297-1009 | |
| BNY Mellon | | 525 Penn Place | | | Pittsburgh | PA | 15219-0000 | |
| Bob Grier | | Address on File | | | | | | |
| Bob Marx | | Address on File | | | | | | |
| Bochetto & Lentz, P.C. | | 1524 Locust Street | | | Philadelphia | PA | 19102 | |
| BOCK, MARIA | | Address on File | | | | | | |
| BODRON, MICHAEL | | Address on File | | | | | | |
| Boies, Schiller & Flexner LLP | Scott E. Gant, Esq. | Boies, Schiller & Flexner LLP | 5301 Wisconsin Ave. NW | | Washington | DC | 20015 | |
| Boies, Schiller & Flexner LLP | | 5301 Wisconsin Ave NW | | | Washington | DC | 20015-2015 | |
| BOK Financial Asset Management | | The Lyric Centre | 440 Louisiana, Suite 2500 | | Houston | TX | 77002 | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 15 of 155

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BOK Financial Asset Management | | PO Box 1270 | | | Tulsa | OK | 74101-1270 | |
| BOK Financial Securities, Inc. | Attn Leslie Swafford | 1 Williams Center, 16th Flr | | | Tulsa | OK | 74172 | |
| Bonahoom & Associates | | 10850 Switzer Ave #101 | | | Dallas | TX | 75238 | |
| Bonnie Murray | | Address on File | | | | | | |
| Boom Global Media Inc | | 295 Greenwich St. # 296 | | | New York | NY | 10007 | |
| BOSC, Inc. | Attn Chelle Davidson | One Williams Center, 9 NE | | | Tulsa | OK | 74172 | |
| BOSE, ROHAN | | Address on File | | | | | | |
| Boston Financial Data Services | | PO Box 74008640 | Lockbox 008640 | | Chicago | IL | 60674-8640 | |
| Boston Financial Data Services | | 330 W. 9th Street | | | Kansas City | MO | 64105-1514 | |
| Boston Properties, L.P. | | 800 Boylston Street | Suite 1900 | | Boston | MA | 02199 | |
| Boston Properties, L.P. | | 599 Lexington Ave | | | New York | NY | 10022-6004 | |
| Boundless Network | | 200 E. 6th Street | Suite 300 | | Austin | TX | 78701 | |
| Bow Line Media | | 1809 Thale Drive | | | Dallas | TX | 75228 | |
| Bowman Dahl, LLC | | 120 West 28th Street | #3C | | New York | NY | 10001 | |
| Bowne | | PO BOX 6081 | | | Church Street Station | NY | 10277-2706 | |
| Bowne | | PO Box 951060 | | | Dallas | TX | 75247-1060 | |
| BOX.com | | 900 Jefferson Ave | | | Redwood City | CA | 94063-0000 | |
| BOYCE, PATRICK | | Address on File | | | | | | |
| Boyce-Field, Mollie | | Address on File | | | | | | |
| Boys & Girls Clubs of Greater Fort Worth | Attn Christi Langas | 3218 East Belknap | | | Fort Worth | TX | 76111 | |
| BRACEWELL & GIULIANI LLP | | PO BOX 848566 | | | Dallas | TX | 75284-8566 | |
| Bracewell & Patterson | | PO Box 848566 | | | Dallas | TX | 75284-8566 | |
| Brad Beman | | Address on File | | | | | | |
| Brad Borud | Daniel P Winikka | Loewinsohn Flegle Deary Simon LLP | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 | |
| BRAD BORUD | | Address on File | | | | | | |
| BRAD BORUD | | Address on File | | | | | | |
| BRAD DAVEY | | Address on File | | | | | | |
| BRAD GUY | | Address on File | | | | | | |
| Brad Mendenhall | | Address on File | | | | | | |
| BRAD VOSS | | Address on File | | | | | | |
| Braden Bair | | Address on File | | | | | | |
| Bradfield Elementary | Attn Jackie Tilden, VP of Development | 4300 Southern Avenue | | | Dallas | TX | 75205 | |
| Bradford K Borud | | Address on File | | | | | | |
| BRADLEY MACK | | Address on File | | | | | | |
| BRADY, CHARLA | | Address on File | | | | | | |
| Bragalone Conroy PC | | Chase Tower | 2200 Ross Avenue | Suite 4500W | Dallas | TX | 75201-7924 | |
| Branda Fanning | | Address on File | | | | | | |
| Brandywine Process Servers, Ltd. | | PO Box 1360 | | | Wilmington | DE | 19899 | |
| BRANER, PHILIP | | Address on File | | | | | | |

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 06/07/22    Page 131 of 228    PageID 1805

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 29 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BRE/TZ TX PROPERTIES LP | | PO Box 842530 | | | Dallas | TX | 75284-2530 | |
| Breault, Evan | | Address on File | | | | | | |
| Breault, Evan | | Address on File | | | | | | |
| Breazeale, Sachse & Wilson LLP | | One American Place | Suite 2300 | | Baton Rouge | LA | 70821-3197 | |
| Breezy Higa | | Address on File | | | | | | |
| Brenda Samples, Tax Assessor | | Kaufman County Tax Office | PO Box 339 | | Kaufman | TX | 75142 | |
| Brennan, Kieran | | Address on File | | | | | | |
| Brennan, Michael | | Address on File | | | | | | |
| Brent Gregoire | | Address on File | | | | | | |
| Brentwood CLO Ltd., et al. | Joseph E. Bain | Jones Walker LLP | 811 Main St. Suite 2900 | | Houston | TX | 77002 | |
| Brentwood CLO Ltd., et al. | Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | |
| Brentwood CLO, Ltd. | MaplesFS | PO Box 309, Ugland House | South Church Street | George Town | Grand Cayman | | KY1-1104 | Cayman Islands |
| Brentwood CLO, Ltd. | | Maples Finance Limited, PO Box 1093GT | Queensgate House, South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Brentwood CLO, Ltd. Investors Bank & Trust Company | Brentwood CLO, Ltd. c/o Maples Finance Limited | P.O. Box 1093GT | Queensgate House, South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Brentwood CLO, Ltd. Investors Bank & Trust Company | Investors Bank & Trust Company | 200 Claredon Street | CDO Services - Brentwood CLO, Ltd | | Boston | MA | 02116 | |
| Bressler, Amery & Ross, P.C. | | 325 Columbia Turnpike | | | Florham Park | NJ | 07932 | |
| Brett Benjamin | | Address on File | | | | | | |
| Brett H. McCloskey | | Address on File | | | | | | |
| Brett Hoge | | Address on File | | | | | | |
| Brett Pope | | Address on File | | | | | | |
| Bretton Advisors, Inc. | | Address on File | | | | | | |
| Brian Andrusin | | Address on File | | | | | | |
| Brian Broadbent | | Address on File | | | | | | |
| Brian Collins | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| BRIAN COX | | Address on File | | | | | | |
| Brian D. Glueckstein | Sullivan Cromwell LLP | 125 Broad Street | | | New York | NY | 10004 | |
| Brian Fitzsimmons | | Address on File | | | | | | |
| Brian G Albert Esq. | | Address on File | | | | | | |
| Brian Goehl | | Address on File | | | | | | |
| Brian Hochhauser | | Address on File | | | | | | |
| Brian Home | | Address on File | | | | | | |
| BRIAN JONES | | Address on File | | | | | | |
| Brian Jones. | | Address on File | | | | | | |
| Brian Josephson | | Address on File | | | | | | |
| Brian Lauten, PC | | Address on File | | | | | | |
| Brian Li | | Address on File | | | | | | |
| BRIAN LOHRDING | | Address on File | | | | | | |
| Brian Malizia | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 03303
001687

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Brian P. Shaw | | Address on File | | | | | | |
| BRIAN PRICE | | Address on File | | | | | | |
| BRIAN TILTON | | Address on File | | | | | | |
| Bridge Title Company, LLC | | 8150 N. Central Expwy | Ste 650 | | Dallas | TX | 75205 | |
| Brighthouse Financial | | PO Box 371310 | | | Pittsburgh | PA | 15250-7310 | |
| Brighthouse Life Insurance Company | | PO Box 371487 | | | Pittsburgh | PA | 15250-7487 | |
| Brighton House Associates, LLC | | 2 Park Central Drive | Suite 300 | | Southborough | MA | 01772 | |
| BRIGHTWORK | ATTN JOYCE WELSH | 16 OLDE TAVERNE LANE | | | Amesbury | MA | 01913 | |
| Brion Enterprises, Inc. | | 1545 Prudential Dr. | | | Dallas | TX | 75235-4111 | |
| Britain, William | | Address on File | | | | | | |
| BRITAIN, WILLIAM L. | | Address on File | | | | | | |
| Brittain, Mark | | Address on File | | | | | | |
| BRITTNEE WOOLDRIDGE | | 2201 WOLF ST | #6106 | | Dallas | TX | 75201 | |
| BRITTNEY CUNNINGHAM | | Address on File | | | | | | |
| BROADCASTING & CABLE | | PO BOX 5655 | | | Harlan | IA | 51593-1155 | |
| Broadius, Paul | | Address on File | | | | | | |
| Broadridge Customer Communications | | 5516 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Broadridge Customer Communications | | 2600 Southwest Blvd. | | | Kansas City | MO | 64108 | |
| Broadridge ICS | | PO Box 416423 | | | Boston | MA | 0224-16423 | |
| Broadridge Investor Communication Soluti | | One Park Ave | | | New York | NY | 10016-0000 | |
| Broadridge Output Solutions, Inc. | | PO Box 15788 | | | Chicago | IL | 60693 | |
| BROADVIEW NETWORKS | | PO Box 9242 | | | Uniondale | NY | 11555-9242 | |
| Brodeur, Steven | | Address on File | | | | | | |
| BRODRICK NORMAN | | 456 9th St | #8 | | Hoboken | NJ | 07030 | |
| Broker Dealer Financial Services Corp. | | 6775 Booneville Rd | | | WDM | IA | 50266-8093 | |
| Brokover, Steven | | Address on File | | | | | | |
| Broker Educational Sales Training, Inc. | | 7137 Congress Street | | | New Port Richey | FL | 34653-6464 | |
| Brook Lane Partners, LLC | | 330 East 75th Street | Suite 10H | | New York | NY | 10021 | |
| Brook Lane Partners, LLC | | 445 Park Avenue | 10th Floor | | New York | NY | 10022 | |
| Brookmont Capital Management, LLC | | 2000 McKinney Avenue | Suite 1230 | | Dallas | TX | 75201 | |
| Brookover, Steven | | Address on File | | | | | | |
| Brosier & Buchanan Partners | | 320 W. 7th | | | Amarillo | TX | 79101 | |
| Brown & Hofmeister LLP | | 740 E Campbell | Suite 800 | | Richardson | TX | 75081 | |
| Brown & Sikes, Inc. | | 325 N St Paul St Ste 1280 | | | Dallas | TX | 75201 | |
| Brown Pruitt Peterson & Wambsganss, P.C. | | 201 Main St | | | Fort Worth | TX | 76102 | |
| Brown Rudnick Berlack Israels LLP | | One Financial Center | | | Boston | MA | 02111 | |
| Brown Rudnick LLP | Robert J. Stark | 7 Times Square | | | New York | NY | 10036 | |
| Brown, Austin | | Address on File | | | | | | |
| Brown, Austin | | Address on File | | | | | | |
| Brown, Austin | | Address on File | | | | | | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BROWN, BLAKE | | Address on File | | | | | | |
| BROWN, BRITTON | | Address on File | | | | | | |
| BROWN, LEE | | Address on File | | | | | | |
| Brown, Rachel | | Address on File | | | | | | |
| BROWNELL, JESSE R. | | Address on File | | | | | | |
| Brownstein Hyatt Farber Schreck LLP | | 100 City Parkway | suite 1600 | | Las Vegas | NV | 89106 | |
| Brownstein Hyatt Farber Schreck, LLP | Samuel A. Schwartz, Esq. | 100 North City Parkway, Suite 1600 | | | Las Vegas | NV | 89106 | |
| Bruce Beetz | | Address on File | | | | | | |
| BRUCE CHAPIN | | Address on File | | | | | | |
| BrucePac | | 811 N First St | | | Silverton | OR | 97381 | |
| Bruchou Fernandez Mandero & Lombardi | | BFM y L S.R.L., Ing. Butty 275, PISO 12 | | | Buenos Aires | | C1001AFA | Argentina |
| BRUMLEY, ANGELA | | Address on File | | | | | | |
| Brumley, Angela K. | | Address on File | | | | | | |
| Bryan Cave LLP | | PO Box 503089 | | | Saint Louis | MO | 63150-3089 | |
| BRYAN CLARK | | Address on File | | | | | | |
| Bryntesson Reporting, Inc. | | 2404 Belle Haven Meadows Ct | | | Alexandria | VA | 22306 | |
| BT Video Inc | | PO Box 540365 | | | Dallas | TX | 75354-0365 | |
| Buchalter Nemer | | 1000 Wilshire Blvd | Suite 1500 | | Los Angelos | CA | 90017 | |
| BUCKLES BY JIM | | PO BOX 1885 | | | Mabank | TX | 75147-1885 | |
| Budget Blinds | | 4012 Daniel Way | | | Frisco | TX | 75035 | |
| Bulk Books | | Address on File | | | | | | |
| Buntz, Jennifer | | Address on File | | | | | | |
| BURKE HANSEN LLC | | 1601 N 7TH ST, STE 200 | | | Phoenix | AZ | 85006 | |
| Burkey, John | | Address on File | | | | | | |
| Burns Transcription Service | | 11311 N Central Expwy Ste 216 | | | Dallas | TX | 75243 | |
| Burns, Nathan | | Address on File | | | | | | |
| Bury Street Capital Ltd | | Devonshire House | 1 Devonshire Street | | London | | W1W 5DR | United Kingdom |
| BUSH, ALBERT | | Address on File | | | | | | |
| Business Essentials | | PO BOX 37 | | | Grapevine | TX | 76099 | |
| Business Essentials | | PO Box 292696 | | | Lewisville | TX | 75029-2696 | |
| Business Executives National Security | | 1030 15th Street NW | Suite 200 East | | Washington | DC | 20005 | |
| Business Flooring Speacialists | | 7341 Dogwood park | | | Fort Worth | TX | 76118 | |
| Business Intelligence Advisors | | One Washington Mall One8th Flr | | | Boston | MA | 02108 | |
| Business Real Estate | | PO Box 15216 | | | Scottsdale | AZ | 85267 | |
| Business Technologies, Inc. | | 16060 Ventura Blvd Ste 105-505 | | | Encino | CA | 91436 | |
| Business Week | | PO Box 8419 | | | Red Oak | IA | 51591-1419 | |
| Business Wire | | Department 34182 | | | San Francisco | CA | 94139 | |
| Business Wire | | PO Box 45348 | | | San Francisco | CA | 94145-0348 | |
| Butler Burgher Group | | 4300 Alexander Dr. | Suite 200 | | Alpharette | GA | 30022 | |
| Byron Wilson | | Address on File | | | | | | |

Appx. 03305
001689

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 32 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| C.J. Martin | | Address on File | | | | | | |
| C2 Imaging | | 3180 Pullman Street | | | Costa Mesa | CA | 92626 | |
| C2 LEGAL OF DALLAS | | 2001 BRYAN ST | STE 3025 | | Dallas | TX | 75201 | |
| C5 Texas | Attn Rachel Jenkins | PO Box 191129 | | | Dallas | TX | 75219 | |
| Cabot Lodge Securities LLC | | 200 Vesey St. | | | New York | NY | 10281 | |
| Cades Schutte LLP | | 1000 Bishop Street, 12th floor | | | Honolulu | HI | 96813 | |
| Cadwalader, Wickersham, & Taft LLP | | General Post Office | PO Box 5929 | | New York | NY | 10087-5929 | |
| CALAPRS | | 575 Market Street | Suite 2125 | | San Francisco | CA | 94105 | |
| Caleb Dorfman | | Address on File | | | | | | |
| Caleb Moore | | Address on File | | | | | | |
| Caledonian Directors Limited | | PO Box 1043 | George Town | | Grand Cayman | | KY1-1002 | Cayman Islands |
| Caledonian Directors Limited | | PO Box 1043 | | | George Town | | KY1-1102 | Cayman Islands |
| California Department of Insurance | Attn Name Reservation Unit | 45 Fremont Street, 24th Floor | | | San Francisco | CA | 94105 | |
| California Dept. of Business Oversight | | Securities Registration Division | 1515 K Street, Suite 200 | | Sacramento | CA | 95814 | |
| California Public Employees Retirement System | c/o Louis J. Cisz, III | Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | | San Francisco | CA | 94111 | |
| CALLAN, BENTLEY | | Address on File | | | | | | |
| Cambridge International Partners, Inc. | | 780 Third Ave 25th Flr | | | New York | NY | 10017 | |
| Cambridge Investment Research, Inc. | c/o Premier Wealth Management | 5004 Lenker Street, Suite 200 | | | Mechanicsburg | PA | 17050 | |
| Cambridge Investment Research, Inc. | | 2030 E Speedway | Suite 220 | | Tucson | AZ | 85719 | |
| Cambridge Investment Research, Inc. | Przewlocki James, Inc. | 1776 Pleasant Plain Rd | | | Fairfield | IA | 52556 | |
| Cambridge Investment Research, Inc. | | fbo Jimmy J. Williams, Rep #GM6 | 1776 Pleasant Plain Rd | | Fairfield | IA | 52556 | |
| Cameron Baynard | | Address on File | | | | | | |
| CAMP CUTHRELL | | Address on File | | | | | | |
| Campano & Associates | | PO Box 370 | | | Wilton | CT | 06897-0370 | |
| CAMPBELL, JIM | | Address on File | | | | | | |
| CAMPBELL, JIM | | Address on File | | | | | | |
| Canadian Imperial Bank of Commerce | | 425 Lexington Avenue | | | New York | NY | 10017 | |
| Candidates on Demand Group, Inc. | | 433 Fifth Ave, 6th Flr | | | New York | NY | 10016 | |
| Canon Solutions America, Inc | | 15004 Collections Center Dr | | | Chicago | IL | 60693 | |
| Canteen Vending Services | | PO Box 417632 | | | Boston | MA | 0224-17632 | |
| Cantor Fitzgerald & Co. | Attn McKenzie Campbell | 110 East 59th Street | | | New York | NY | 10022 | |
| CAPE RANKEN | | Address on File | | | | | | |
| Cape Securities, Inc. | | 1600 Pennsylvania Ave. | | | McDonough | GA | 30253 | |
| CAPITAL FOR KIDS | ATTN Susan Nichol | 2807 Allen St. #816 | | | Dallas | TX | 75204 | |

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 21    Filed 06/20/22    Page 135 of 228    PageID 1809
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 33 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Capital Hedge, LLC | | 145 Washington Street, Suite 16 | | | Norwell | MA | 02061 | |
| Capital Investment Group, Inc. | | PO Box 32249 | | | Raleigh | NC | 27622 | |
| Capital Link Forum, Inc. | | 230 Park Ave, Ste 1536 | | | New York | NY | 10169 | |
| Capital Royalty LP | | 1000 Main St | Suite 2500 | | Houston | TX | 77002 | |
| Capitalize for Kids | ATTN Mary Logan | 01-208-Adelaide Street West | | | Toronto | ON | M5H 1W7 | CANADA |
| Capitol Service Inc | | PO Box 1831 | | | Austin | TX | 78767 | |
| CAPITOL SERVICES, INC | | PO BOX 1831 | | | Austin | TX | 78767 | |
| Caplin Photography | | 50 W 90th Street | #C6 | | New York | NY | 10024 | |
| Caprock Court Reporting, Inc. | | 1112 Texas Avenue, Suite 200 | | | Lubbock | TX | 79401 | |
| Capstone Advisory Group | | Park 80 West | Plaza I-Plaza Level | | Saddle Brook | NJ | 07663 | |
| Capstone LLC | | 1400 Eye Street, NW Suite 1115 | | | Washington | DC | 20005 | |
| Captain Hopes Kids | | 10480 Shady Trail | Suite 104 | | Dallas | TX | 75220 | |
| CAREER BLAZERS | | PO BOX 414050 | | | Boston | MA | 02241-4050 | |
| CAREER BLAZERS | | GLOBABL EMPLOYMENT SOLUTIONS, INC | PO BOX 842595 | | Boston | MA | 02284-2595 | |
| Career Group Inc | | PO Box 203654 | | | Dallas | TX | 75320-3654 | |
| CAREERBUILDER, LLC | | 200 N. LaSalle St | Suite 1100 | | Chicago | IL | 60601 | |
| CAREERBUILDER, LLC | | 13047 COLLECTION CTR DR | | | Chicago | IL | 60693-0130 | |
| Carey Holdings, Inc. | Attention General Counsel | 4530 Wisconsin Avenue, N.W., 5th Floor | | | Washington | DC | 20016 | |
| Carey International, Inc. | Attn Diane Ennist | 7445 New Technology Way | | | Frederick | MD | 21703 | |
| Carey International, Inc. | Attn Thomas McKee, Jr | Greenberg Traurig, LLP | 1750 Tysons Blvd., #1000 | | McLean | VA | 22102 | |
| Carey International, Inc. | | Billing Department | PO Box 842350 | | Boston | MA | 02284-2350 | |
| Carey International, Inc. | Gary Kessler | 4530 Wisconsin Ave. NW | Suite 500 | | Washington | DC | 20016 | |
| Carey Olsen | attn Sam Dawson | Willow House Cricket Square | | | Grand Cayman | | KY1-1001 | Cayman Islands |
| Carey Olsen | | Address on File | | | | | | |
| Carey Olsen (Guernsey) LLP | | PO Box 98, Carey House, Les Banques | | | St Peter Port | Guernsey | GY1 4BZ | Channel Islands |
| CARL MOORE | | Address on File | | | | | | |
| Carl Steigerwald III | | 919 Congress Ave Suite 919 | | | Austin | TX | 78701 | |
| CARL WELLMAN | | Address on File | | | | | | |
| Carla Martin | | Address on File | | | | | | |
| Carla Siegal Interiors | | 31 Sturges Hwy | | | Westport | CT | 06880 | |
| CARLSON, STEPHEN | | Address on File | | | | | | |
| Carmona, Benjamin | | Address on File | | | | | | |
| CARNEGIE CONSULTING | | 44 CARNABY ST | | | London | | WTF 9PP | United Kingdom |
| Carol Bavousett Mattick PC | | 919 Congress Ave Suite 919 | | | Austin | TX | 78701 | |
| CAROLYN SANCHEZ | | Address on File | | | | | | |
| CARON, JOHN H | | Address on File | | | | | | |
| Carpenter Lipps & Leland LLP | | 280 Plaza, Suite 1300 | 280 North High Street | | Columbus | OH | 43215 | |
| Carrington Coleman | | Address on File | | | | | | |

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/22/ Page 136 of 228 PageID 1810
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 34 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CARROLL, JUSTIN | | Address on File | | | | | | |
| Carter Ledyard & Milburn LLP | | Counsellors at Law 2 Wall St | | | New York | NY | 10005 | |
| CARTER, JEROME | | Address on File | | | | | | |
| CARTUS CORPORATION PTE LTD | | 4 SHENTON WAY | #09-01/04 SGX CENTRE 2 | | Singapore | | 068807 | SINGAPORE |
| Carwin Advisors | | 2100 McKinney Ave. Suite 1510 | | | Dallas | TX | 75201 | |
| Case Anywhere LLC | | 21860 Burbank Blvd. | Suite 125 | | Woodland Hills | CA | 91367 | |
| Casepoint, LLC | | 7900 Tysons One Place, 680 | | | McLean | VA | 22102 | |
| Cashier - Texas Workforce Commission | | PO Box 149037 | | | Austin | TX | 78714-9037 | |
| CASPER COMPANY LLC | | 830 POST RD E | | | Westport | CT | 06880 | |
| CASTELLA, ANDRES | | Address on File | | | | | | |
| CASTELLA, ANDRES | | Address on File | | | | | | |
| Catalyst Financial Partners LLC | | 118 E 28th Street | Suite 314 | | New York | NY | 10016 | |
| Catapult Systems Inc. | | 1221 South MoPac Expressway | Ste 350 | | Austin | TX | 78746 | |
| Catherine M. Luvisa, trustee | Cooper Lee Luvisa Educational Trust | Address on File | | | | | | |
| Catherine M. Luvisa, trustee | | Address on File | | | | | | |
| Catherine McCoy | | Address on File | | | | | | |
| Catherine P. Matthews | | Address on File | | | | | | |
| Cattle Barons Ball | Attn Underwriting Chairs | 3838 Oak Lawn Avenue, Suite 700 | | | Dallas | TX | 75219 | |
| Cattle Barons Ball | | 30 Highland Park Village Ste 216 | | | Dallas | TX | 75205 | |
| CATTLE BUYERS WEEKLY | | PO BOX 2533 | | | Petaluma | CA | 94953-2533 | |
| Cawley, Gillespie & Associates, Inc. | | 306 West 7th Street, Ste 302 | | | Fort Worth | TX | 76102 | |
| Cawley, Keith | | Address on File | | | | | | |
| CB RICHARD ELLIS | | 2700 POST OAK BLVD | STE 250 | | Houston | TX | 77056 | |
| CB Richard Ellis, Inc | | 2700 Post Oak Blvd. Suite 250 | | | Houston | TX | 77056 | |
| CB Richard Ellis, Inc | | Valuation & Advisory Services 2415 East Camelback Rd | | | Phoenix | AZ | 85016-4290 | |
| Cbeyond | | 210 Interstate North Pkwy SE Ste 300 | | | Atlanta | GA | 30339-2233 | |
| Cbeyond | | PO Box 848432 | | | Dallas | TX | 75284-8432 | |
| CBIZ Valuation Group, Inc. | ATTN ACCOUNTS RECEIVABLE | PO BOX 849846 | | | Dallas | TX | 75284-9846 | |
| CBIZ Valuation Group, Inc. | | 3030 LBJ Freeway, Ste 1650 | | | Dallas | TX | 75234 | |
| CBIZ Valuation Group, Inc. | | 4851 LBJ Freeway | Suite 800 | | Dallas | TX | 75244 | |
| CBIZ Valuation Group, LLC | Attn Accounts Receivable | 4851 LBJ Freeway #800 | | | Dallas | TX | 75284 | |
| Cboe LiveVol, Inc. | | 400 South LaSalle Street Location Code 2981 | | | Chicago | IL | 60605 | |
| CBRE, Inc. | | 21250 HAWTHORNE BLVD | P.O. Box 406588 | | Atlanta | GA | 30384-6588 | |
| CCH | | PO Box 4307 | | | Torrance | CA | 90503-5502 | |
| CCH Incorporated | | PO Box 5729 | | | Carol Stream | IL | 60197-4307 | |
| CCH Prosystem FX | | | | | Carol Stream | IL | 60197-5729 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 35 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CCH Prosystem FX | | P.O. Box 2701 | | | Torrance | CA | 90509-2701 | |
| CCS Medical | | 1505 LBJ Freeway | Suite 600 | | Farmers Branch | TX | 75234 | |
| CCW Recovery Solutions | | 4 Mount Ephraim Road | Tunbridge Wells | | Kent | | TN1 1EE | United Kingdom |
| CDW | Attn Ronelle Erickson | 200 N. Milwaukee Ave | | | Vernon Hills | IL | 60061 | |
| CDW Direct | | PO Box 75723 | | | Chicago | IL | 60675-5723 | |
| Cecilio Gomez | | Address on File | | | | | | |
| Cedar Glade LP | Attn Robert K. Minkoff, President | 600 Madison Ave. 17th Floor | | | New York | NY | 10022 | |
| Centaurus Financial, Inc. | | 2300 E. Katella Ave | Suite 200 | | Anaheim | CA | 92806 | |
| Center for Financial Professionals Ltd | c/o CFP Events, Suite 68 | The Maltings, Roydon Road | | | Stanstead Abbots | Herts | SG12 8HG | United Kingdom |
| Center Street Securities, Inc. | | 2 International Plz Ste 301 | | | Nashville | TN | 37217-2088 | |
| Centerpoint Advisors | | 301 Commerce St Ste 1750 | | | Fort Worth | TX | 76102 | |
| Centerpoint Builders | | 5339 Alpha Rd Ste 250 | | | Dallas | TX | 75240 | |
| CENTRAL REPRODUCTION COMPANY | | PO BOX 131971 | | | Dallas | TX | 75313 | |
| Centroid | | 1050 Wilshire Dr. | Ste #170 | | Troy | MI | 48084 | |
| Centroid | | 900 Wilshire Dr. | Ste. #273 | | Troy | MI | 48084 | |
| CenturyLink | | 100 CenturyLink Drive | | | Monroe | LA | 71203-0000 | |
| CenturyLink Communications, LLC | | 1801 California Street | | | Denver | CO | 80202 | |
| CERA | Accounts Receivable | Department 55 Cambridge Pkwy | | | Cambridge | MA | 02142 | |
| Certified Moving & Storage Company | | 286 Madison Avenue | | | New York | NY | 10017 | |
| Certified Process Servers, Inc. | | PO Box 496508 | | | Garland | TX | 75049-6508 | |
| Certified Staffing Solutions | | 66 Orange Street, 3rd FL | | | Providence | RI | 02903 | |
| Cetera Advisor Networks LLC | Attn STS | 200 N. Sepulveda Blvd, Ste 1300 | | | El Segundo | CA | 90245 | |
| Cetera Advisor Networks LLC | c/o Legacy Advisor, C. Tabaka | 2450 Rimrock Rd. Ste 203 | | | Madison | WI | 53713 | |
| Cetera Financial Group | c/o Due Diligence Dept | 200 N. Sepulveda Blvd, Ste 1200 | | | El Segundo | CA | 90245 | |
| Cezar AV, Inc. | | 393 Upland Avenue | | | Yonkers | NY | 10703 | |
| CFA Society Los Angeles | | 520 S. Grand Ave | Ste 370 | | Los Angeles | CA | 90071 | |
| CFALA | | 520 S. Grand Ave. | Ste 655 | | Los Angeles | CA | 90071 | |
| CFA-SW | ATTN Scott Woodward | UHY, LLP | 1717 Main Street | | Dallas | TX | 75201 | |
| CFO & CONTROLLER ALERT | | 370 TECHNOLOGY DR | PO BOX 3019 | | Malvern | PA | 19355 | |
| Chad Clark | | Address on File | | | | | | |
| CHAD SCHRAMEK | | Address on File | | | | | | |
| Chakheeva, Svetlana | | Address on File | | | | | | |
| CHAMBERS, TRACIE | | Address on File | | | | | | |
| CHAN, WING FUNG WILLY | | Address on File | | | | | | |
| CHANCERY ST JAMES PLC | | 5 ST JAMESs SQUARE | | | London | | SW1Y 4SJ | United Kingdom |
| Chang, Frederic | | Address on File | | | | | | |
| Chang, Lewis | | Address on File | | | | | | |


Appx. 02503
001693

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Chapline, Thomas | | Address on File | | | | | | |
| Charitable DAF Fund GP, LLC | Grant Scott | 4140 Park Lake Avenue | Suite 600 | | Raleigh | NC | 27612 | |
| Charitable DAF Fund, L.P. | Grant Scott | 4140 Park Lake Avenue | Suite 600 | | Raleigh | NC | 27612 | |
| Charles Byrne | | Address on File | | | | | | |
| Charles Geraci | | Address on File | | | | | | |
| CHARLES GREGOR | | Address on File | | | | | | |
| Charles Hoedebeck | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Charles River Associates | | PO Box 845960 | | | Boston | MA | 02284-5960 | |
| Charles Schwab & Co., Inc. | | 211 Main Street | MS SF-211MN-08-434 | | San Francisco | CA | 94105 | |
| Charley Krause | | Address on File | | | | | | |
| Charlie Maynard | | Address on File | | | | | | |
| Charlotte Investor IV LP | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |
| Charlotte Investor IV, L.P. | Attn Erica Weisgerber Debevoise and Plimpton LLP | 919 Third Avenue | | | New York | NY | 10022 | |
| Charlotte Investor IV, L.P. | Charlotte Investor IV LP | c/o HarbourVest Partners, LLC | One Financial Center | | Boston | MA | 02111 | |
| Charter Finan. Publishing Network, Inc. | | PO Box 7550 | | | Shrewsbury | NJ | 07702-7550 | |
| Chase Bank of Texas, N.A. | | 600 Travis Street | 8th Floor | Global Trust Services | Houston | TX | 77002 | |
| CHASE COURIERS, INC | | 1220 Champion Circle | #114 | | Carrollton | TX | 75006 | |
| CHASE COURIERS, INC | | 1002 N. Central Expressway #495 | | | Richardson | TX | 75080 | |
| CHASE COURIERS, INC | | 1002 N CENTRAL EXPWY, #229 | | | Richardson | TX | 75080 | |
| Chase Miller | | Address on File | | | | | | |
| Chatham Worth | | Address on File | | | | | | |
| CHAVARRIAGA, MAURICIO | | Address on File | | | | | | |
| CHEMICAL DATA | | 2900 N LOOP WEST | STE 830 | | Houston | TX | 77092 | |
| CHEMICAL MARKET ASSOCIATES, INC | | PO BOX 974416 | | | Dallas | TX | 75397-4416 | |
| Chen, Bryan | | Address on File | | | | | | |
| Chen, Jonathan C. | | Address on File | | | | | | |
| Cherith Harrison | | Address on File | | | | | | |
| Chetan Aras | | Address on File | | | | | | |
| Chi Un Chun | | Address on File | | | | | | |
| Chick-fil-A | | 12120 Inwood Road | LL06 | | Dallas | TX | 75244 | |
| Chick-fil-A | | 1201 Elm Street | | | Dallas | TX | 75270 | |
| CHILDRENs SEEK CAMP | Cory Cheat | 3624 Long Prairie Rd. Ste #101 | | | Flower Mound | TX | 75022 | |
| CHIRAG PANCHOLI | | Address on File | | | | | | |
| CHISM, CARTER | | Address on File | | | | | | |
| Chisum, Naomi | | Address on File | | | | | | |
| Choi, Jae Young | | Address on File | | | | | | |
| CHOI, YUN S. | | Address on File | | | | | | |
| CHOICE INVESTMENTS, INC | | 4800 BEE CAVE ROAD | | | Austin | TX | 78746 | |
| Chris Carrillo | | Address on File | | | | | | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 37 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CHRIS COLVIN | | Address on File | | | | | | |
| CHRIS CRAWSHAW | | Address on File | | | | | | |
| Chris Hakemack | | Address on File | | | | | | |
| Chris Hylen | | Address on File | | | | | | |
| Chris Jackson | | Address on File | | | | | | |
| Chris Lombardi | | Address on File | | | | | | |
| Chris Malone | | Address on File | | | | | | |
| Chris Miller | | Address on File | | | | | | |
| Chris Saehler | | Address on File | | | | | | |
| Chris Sullivan | | Address on File | | | | | | |
| Christian & Small LLP | | 505 N 20th Street, Suite 1800 | | | Birmingham | AL | 35203-2696 | |
| Christian Carrillo | | Address on File | | | | | | |
| Christian MacCaron | | Address on File | | | | | | |
| Christina Dandar | | Address on File | | | | | | |
| Christina Seaman | | Address on File | | | | | | |
| Christine Hedrick | | Address on File | | | | | | |
| Christine Ragnauth | | Address on File | | | | | | |
| Christopher Courbier | | Address on File | | | | | | |
| CHRISTOPHER EGER | | Address on File | | | | | | |
| CHRISTOPHER NILSEN | | Address on File | | | | | | |
| CHRISTOPHER PITTMAN | | Address on File | | | | | | |
| Christopher Rice | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Christopher Rossi | | Address on File | | | | | | |
| Chronicle of Higher Education | | PO Box 1955 | | | Marion | OH | 43306-8055 | |
| Chronicle of Philanthropy | Attn Subscription Department | PO Box 1989 | | | Marion | OH | 43306-8089 | |
| Chubb | | 2001 Bryan St. | Ste. 3600 | | Dallas | TX | 75201-0000 | |
| Chubb National Insurance Company | c/o Chubb | 202A Halls Mill Road - 2E | | | Whitehouse Station | NJ | 08889 | |
| Chuck Hoar | | Address on File | | | | | | |
| Chuck McQueary | | Address on File | | | | | | |
| Church, Daniel | | Address on File | | | | | | |
| CIGNA HEALTHCARE | | CGLIC-Chicago | 5476 Collections Center Dr | | Chicago | IL | 60693-0547 | |
| CIRCLE B | | 3536 MILLER PARK | | | Garland | TX | 75042-7519 | |
| Cisco | | 170 West Tasman Dr | | | San Jose | CA | 95134-0000 | |
| CISCO Capital | | File No. 73226 | PO Box 60000 | | San Francisco | CA | 94160-3230 | |
| Cisco Webex Events | | 170 West Tasman Dr | | | San Jose | CA | 95134-0000 | |
| Cisco WebEx, LLC | | 16720 Collections Center Dr | | | Chicago | IL | 60693 | |
| Cision US Inc. | | PO Box 842869 | | | Boston | MA | 02284-2869 | |
| Cision US Inc. | | 1 Prudential Plaza, 7th floor | 130 E Randolph Street | | Chicago | IL | 60601-0000 | |
| CIT TECHNOLOGY | ATTN CUSTOMER SERVICE | PO BOX 550599 | | | Jacksonville | FL | 32255-0599 | |
| Citibank, N.A. | Doug Warren | 390 Greenwich Street | 4th Floor | | New York | NY | 10013 | |
| CITICORP VENDOR FINANCE | | PO BOX 7247-0118 | | | Philadelphia | PA | 19170-0118 | |

Appx. 0091

001695

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Citigroup Financial Products Inc. Citlgroup Global Markets Inc. | | 390 Greenwich Street, 4th Floor | | Global Structured Credit Products | New York | NY | 10013 | |
| Citigroup Global Markets Inc. | Attn Stephen Kin, Bin #63031 | | Managing Director | | | | | |
| Citizens of Georgia Power | | 7825 River Road | | | Waynesboro | GA | 30830 | |
| Citrix Online, LLC | | 7414 Hollister Avenue | | | Goleta | CA | 93117 | |
| City of Allen | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 76015 | |
| City of Dallas | | 1500 Marilla Street | 2D South | | Dallas | TX | 75201 | |
| City of Dallas | | City Hall 1AN | | | Dallas | TX | 75277 | |
| City of Dallas | | City Hall, 2D South | | | Dallas | TX | 75277 | |
| City of Dallas | | Security Alarms | P.O. Box 139076 | | Dallas | TX | 75313-9076 | |
| City of Garland | Linda D. Reece | c/o Perdue Brandon Fielder et al | 1919 S. Shiloh Road, Suite 310, LB 40 | | Garland | TX | 75042 | |
| City of Richardson | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair and Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | |
| City of Surprise | | 16000 N. Civic Center Plaza | Stormwater Division | | Surprise | AZ | 85374-7470 | |
| Civic Research Institute | | 4478 US Route 27 PO Box 585 | | | Kingston | NJ | 08528 | |
| CJ Peng | | Address on File | | | | | | |
| CL McDade & Company | | PO Box 702565 | | | Dallas | TX | 75370 | |
| Claraphi Advisory Network | | 25301 Cabot Rd | Suite 203 | | Laguna Hills | CA | 92653 | |
| CLARITY IN NUMBERS, LLC | | 10 UPENA LN APT 304 | | | KIHEI | HI | 96753-5112 | |
| Clark Hill Strasburger | | Address on File | | | | | | |
| Clark, James | | Address on File | | | | | | |
| Clark, Stetson | | Address on File | | | | | | |
| Classic Legal Document Services, Inc. | | 1717 Main Street, Suite 2280 | | | Dallas | TX | 75201 | |
| Claudia C Pleitez | | Address on File | | | | | | |
| Clay Callan | | Address on File | | | | | | |
| Clayton Coleman | | Address on File | | | | | | |
| Clearwater Analytics LLC | | 777 W Main St | Ste 900 | | Boise | ID | 83702-0000 | |
| Clearwell Systems, INC. | | 441 Louge Ave | | | Mountain View | CA | 94043 | |
| Cleary Gottlieb Steen & Hamilton LLP | | One Liberty Plaza | | | New York | NY | 10006-1470 | |
| Clerk of the Municipal Courts | | 2014 Main Street | | | Dallas | TX | 75201 | |
| CLERK, SUPREME COURT | | PO BOX 149335 | | | Austin | TX | 78714-9335 | |
| ClickDimensions, LLC | | 5901 Peachtree Dunwoody Rd., Ste B500 | | | Atlanta | GA | 30328 | |
| Client One Securities, LLC | | 11460 Tomahawk Creek Parkway | Suite 100 | | Leawood | KS | 66211 | |
| Clientwise LLC | | 487 East Main Street | Suite 303 | | Mount Kisco | NY | 10549 | |
| Clifford Chance | | Address on File | | | | | | |
| Clifford Chance | | PO Box 7247-6805 | | | Philadelphia | PA | 19170-6805 | |
| Clint Swisher | | Address on File | | | | | | |
| CLO Holdco, Ltd. | c/o Grant Scott, Esq | Myers Bigel Sibley & Sajovec, P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| CLO Holdco, Ltd. | Grant Scott, Director | Myers Bigel P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00912
001696

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 39 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CLO Holdco, Ltd. | Grant Scott, Director | Myers Bigel P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| CLO Holdco, Ltd. | Grant Scott, Esq. | Myers Bigel Sibley & Sajovec, P.A. | 4140 Park Lake Ave, Ste 600 | | Raleigh | NC | 27612 | |
| CLO Holdco, Ltd. | John J Kane | Kane Russell Coleman Logan PC | 901 Main Street, Suite 5200 | | Dallas | TX | 75202 | |
| CLO Holdco, Ltd. | | 190 Elgin Avenue | George Town | Grand Cayman | George Town | KY | 19005 | Cayman Islands |
| CM Murray LLP | | 37th Floor | One Canada Square, Canary Wharf | | London | | E14 5AA | United Kingdom |
| CMGRP, Inc. | | 1717 Main St. Ste 1600 | | | Dallas | TX | 75201 | |
| CMGRP, Inc. | | PO Box 74008263 | | | Chicago | IL | 60674-8263 | |
| CMS BondEdge | | PO Box 98616 | | | Chicago | IL | 60693 | |
| CNBC LLC | c/o Legal Dept, Attn Janet Williams | 900 Sylvan Avenue | | | Englewood Cliffs | NJ | 07632 | |
| Coastal Equities Inc. | | 1201 N. Orange Street | 9th Floor | | Wilmington | DE | 19801 | |
| Coates Analytics | | PO Box 371685 | | | Pittsburgh | PA | 15251-7685 | |
| COBURN, JASON | | Address on File | | | | | | |
| COBURN, JASON M | | Address on File | | | | | | |
| Coch, Trevor | | Address on File | | | | | | |
| Cockle Printing Co | | 2311 Douglas St | | | Omaha | NE | 68102 | |
| COCVAC | | BOX 399 | | | Clark Mills | NY | 13321 | |
| Cohen & Company, Ltd | | PO BOX 94787 | | | Cleveland | OH | 44101-4787 | |
| Cohen, Jeffrey | | Address on File | | | | | | |
| Coheso, Inc. | | 7083 Commerce Cir Ste I | | | Pleasanton | CA | 94588-8017 | |
| Colbert, Kenneth T. | | Address on File | | | | | | |
| ColdFusion Ice | | 4901 Saint Lawrence Road | | | Fort Worth | TX | 76103 | |
| Cole Schotz | Court Plaza North | 25 Main Street | P.O. Box 800 | | Hackensack | NJ | 07602-0800 | |
| Cole Schotz | Michael D. Warner, Esq. | Cole Schotz Meisel Forman & Leonard | 301 Commerce Street, Suite 1700 | | Fort Worth | TX | 76102 | |
| Coleman Research Group, Inc. | Attn Legal | 1 Glenwood Ave | | | Raleigh | NC | 27603 | |
| Coleman Research Group, Inc. | | 100 Park Avenue Suite 1600 | | | New York | NY | 10017 | |
| Coleman Research Group, Inc. | | 120 West 45th St | 25th Floor | | New York | NY | 10036 | |
| Coleman, Clayton | | Address on File | | | | | | |
| Collas Crill | attn Stephen Leontsinis | Floor 2, Willow House | Cricket Square PO Box 709 | | Grand Cayman | | KY1-1107 | Cayman Islands |
| Collas Crill | | Floor 2, Willow House, Cricket Square, PO Box 709 | | | Grand Cayman | | KY1-1107 | Cayman Islands |
| COLLAS CRILL LLP, ADVOCATES CLIENT ACCOUNT | | Glategny Court, PO Box 140, Glategny Esplanade | | | St Peter Port | Guernsey | GY1 4EW | Channel Islands |
| Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | | | McKinney | TX | 75069 | |
| Collin County Tax Assessor/Collector | | P.O. Box 8046 | | | McKinney | TX | 75070 | |
| Collin County Tax Assessor/Collector | | P.O. Box 8046 | | | McKinney | TX | 75070 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 40 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Collins Building Services, Inc | | Court Square Place, 24-01 44th Rd | 15th Fl | | Long Island City | NY | 11101 | |
| Collins Legal Video Service | | 1700 Pacific Ave | Suite 2410 | | Dallas | TX | 75201 | |
| Collins Realtime Reporting | | 1700 Pacific Ave | Suite 2410 | | Dallas | TX | 75201 | |
| COLLINS, BRIAN | | Address on File | | | | | | |
| Colin McDermott | | Address on File | | | | | | |
| Colonial Surety Company | | 123 Tice Boulevard, Suite 250 | | | Woodcliff Lake | NJ | 07677 | |
| Colorado Department of Revenue | | Colorado Department of Revenue | | | Denver | CO | 80261 | |
| Colorado State Treasurer | | Colorado DEPT of Regulatory Agencies | 1560 Broadway, Suite 900 | | Denver | CO | 80202-5150 | |
| ColorMark, L.C. | | 1840 Hutton Dr | Bldg 208 | | Carrollton | TX | 75006 | |
| COLVIN, CHRISTOPHER | | Address on File | | | | | | |
| COLVIN, MICHAEL | | Address on File | | | | | | |
| Commissioner of Revenue Services | | DEPARTMENT OF REVENUE SERVICES | PO BOX 2936 | | Hartford | CT | 06104-2936 | |
| Commissioner of Securities, State of LA | | Office of Financial Institutions | 8660 United Plaza Boulevard, 2nd Floor | | Baton Rouge | LA | 70809 | |
| COMMISSIONER OF TAXATION AND FINANCE | | NYS ASSESSMENT RECEIVABLES | PO BOX 4127 | | Binghamton | NY | 13902-4127 | |
| Commodity Futures Trading Commission | | Three Lafayette Centre | 1155 21st Street, NW | | Washington | DC | 20581 | |
| COMMONWEALTH OF MASSACHUSETTS | | Securities Division | 1 Ashburton Place, Room 1701 | | Boston | MA | 02108 | |
| COMMONWEALTH OF MASSACHUSETTS | | MASSACHUSETTS DEPT OF REVENUE | PO BOX 7065 | | Boston | MA | 02204-7065 | |
| Communities Foundation of Texas, Inc. | Attn Marcia Godwin 5500 | Caruth Haven Lane | | | Dallas | TX | 75225-8146 | |
| Communities in Schools of North Texas | | PO Box 295543 | | | Lewisville | TX | 75029-5543 | |
| Community Beer Company | | 1530 Inspiration Drive | Suite 200 | | Dallas | TX | 75207 | |
| Community Partners of Dallas | | 1215 Skiles Street | | | Dallas | TX | 75204 | |
| Commvault Backup | | 1 Commvault Way | | | Tinton Falls | NJ | 077244-0000 | |
| COMPASS BANK OPERATING | | PO BOX 630020 | | | Dallas | TX | 75263-9720 | |
| Compass Lexecon | | PO Box 630391 | | | Baltimore | MD | 21263-0391 | |
| Compass Lexecon | | 1244 Dryden Pl | | | Evanston | IL | 60201-3399 | |
| Compass Lexecon LLC | | PO Box 418005 | | | Boston | MA | 0224-8005 | |
| COMPETITIVE LOGISTICS LLC | | 53 PERIMETER CENTER E | STE 201 | | Atlanta | GA | 30346 | |
| Complete Coherence Ltd | | Newton House, Suite B | Newton Lane | | Romsey, Hants | | SO51 8LE | United Kingdom |
| Complete Fitness Outfitters | | PO Box 1237 | | | Atoka | OK | 74252 | |
| Complete Legal, Ltd | | 1201 Elm St. | Suite 2560 | | Dallas | TX | 75270 | |
| Compliance Science, Inc. | | 875 Avenue of the Americas | 12th Floor | | New York | NY | 10001 | |
| Compliance Search Group | | 1001 Avenue of the Americas | Suite 2401 | | New York | NY | 10018 | |
| Compliance Search Group | | 450 Seventh Ave | Suite 1409 | | New York | NY | 10123 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 41 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Comptroller of Maryland | | Revenue Administration Division | 110 Carroll Street | | Annapolis | MD | 21411-0001 | |
| Comptroller of Public Accounts | | PO Box 149348 | | | Austin | TX | 78714 | |
| Compuforms Data Products, Inc. | | PO Box 101536 | | | Fort Worth | TX | 76185-1536 | |
| Compulink Technologies, Inc. | | 214 West 29 Street | Suite 201 | | New York | NY | 10001 | |
| Computershare | | 250 Royall St #1011 | | | Canton | MA | 02021 | |
| Computershare | | 14257 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Computershare | | 16750 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Computershare Trust Company, N.A. | | PO BOX 43078 | | | Providence | RI | 02940-3078 | |
| Comsys Services, LLC | | PO Box 60260 | | | Charlotte | NC | 28260 | |
| Concord Marketing Solutions | | 2000 Bloomingdale Road | | | Glendale Heights | IL | 60139 | |
| Concorde Holdings, Inc. | | 1120 East Long Lake Rd | Suite 207 | | Troy | MI | 48085 | |
| Concorde Investment Services | | 1120 East Long Lake Road | Ste 207 | | Troy | MI | 48085 | |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | | Chicago | IL | 60693 | |
| Concur Technologies, Inc. | | 18400 NE Union Hill Road | | | Redmond | WA | 98052 | |
| Conference Plus, Inc | | 8153 Solutions Center | | | Chicago | IL | 60677-8001 | |
| Conference Room AV | | 13601 W McMillan Rd | Suite 102-277 | | Boise | ID | 83713 | |
| Conga | | P. O. Box 7839 | | | Broomfield | CO | 80021 | |
| ConnectAndSell, Inc | | 856 Rand St. | | | San Mateo | CA | 94401 | |
| Connected Software | | PO Box 29 | | | West Newbury | MA | 01985 | |
| Connecticut Department of Banking | | Securities & Business Invest Division | 260 Constitution Plaza | | Hartford | CT | 06103 | |
| CONNER, PATRICK | | Address on File | | | | | | |
| Connex Systems, Inc. | | 2033 Chenault Drive, Suite 150 | | | Carrollton | TX | 75006 | |
| CONNIE MILTENBERGER | | 127 KENDALL BLUFF COURT | | | Chesterfield | MO | 63017 | |
| Connolly Bove Lodge & Huz LLP | | 1007 North Orange St | | | Wilmington | DE | 19899 | |
| Connolly Gallagher LLP | | 1201 North Market Street | 20th Floor | | Wilmington | DE | 19801 | |
| Connolly, James | | Address on File | | | | | | |
| Connor White | | Address on File | | | | | | |
| Conseco Life Insurance Company | | PO Box 71214 | | | Charlotte | NC | 28272-1214 | |
| CONSOLIDATED GENERAL LIFE INSURANCE CO | | 4245 N CENTRAL EXPWY | STE 500 | | Dallas | TX | 75205 | |
| Context Summits LLC | | 401 City Avenue | Suite 815 | | Bala Cynwyd | PA | 19004 | |
| Continental Court Reporters, Inc. | | 2777 Allen Parkway, Suite 600 | | | Houston | TX | 77019-2166 | |
| Continental Office Group, LLC | | PO Box 132 | | | Wylie | TX | 75098 | |
| Contrarian Funds, LLC | Attn 392426 | 500 Ross St 154-0455 | | | Pittsburgh | PA | 15262 | |
| Contrarian Funds, LLC | Attn 392426 | 500 Ross St 154-0455 | | | Pittsburgh | PA | 15262 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 42 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Contrarian Funds, LLC | Attn Alpa Jimenez | 411 West Putnam Ave., Suite 425 | | | Greenwich | CT | 06830 | |
| ConvergeOne, Inc. | Selina Held | 10900 Nesbitt Avenue South | | | Bloomington | MN | 55437 | |
| ConvergeOne, Inc. | | NW 5806 | PO Box 1450 | | Minneapolis | MN | 55485-5806 | |
| Conway, Jacob | | Address on File | | | | | | |
| CONYERS DILL & PEARMAN | | CLARENDON HOUSE 2 | CHURCH STREET | | Hamilton | | 0HM11 | BERMUDA |
| Cooke Young Keidan | Philip Young | 21 Lombard St | | | London | | EC3V 9AH | United Kingdom |
| Cooke, Brad | | Address on File | | | | | | |
| COOLTECH AIR CONDITIONING LTD | | 530 LONDON ROAD | Stanwell | | Ashford | | TW15 3AE | United Kingdom |
| COOPER LEVENSON APRIL NIEDELMAN | | 1125 ATLANTIC AVE | | | Atlantic City | NJ | 08401 | |
| Copy Sense | | 121 E. 8th | Ste 100B | | Austin | TX | 78701 | |
| Copy Solutions | | 2001 Bryan St | Suite 1935 | | Dallas | TX | 75201 | |
| CopyPLEX | | 400 Tri-State Bldg 432 Walnut St | | | Cincinnati | OH | 45202 | |
| Copyright Clearance Center | | 222 Rosewood Dr | | | Danvers | MA | 01923 | |
| Copyright Clearance Center | | PO Box 843006 | | | Boston | MA | 02284-3006 | |
| CORAL EQUITY PARTNERS | | 28 Innisbrook Ave | | | Las Vegas | NV | 89113 | |
| CORCORAN, KIMBERLY | | Address on File | | | | | | |
| CORE Staffing Services, Inc. | | 463 Fashion Ave Rm 1800 | | | New York | NY | 10018-7760 | |
| Corinne Durand | | Address on File | | | | | | |
| CORNELIUS, WILLIAM | | Address on File | | | | | | |
| Corner Bakery | | CB Catering 91 PO Box 844288 | | | Dallas | TX | 75284-4288 | |
| Cornerstone Healthcare Group Holding Inc | David Smith | 3030 Ross Avenue | Suite 5400 | | Dallas | TX | 75201 | |
| Cornerstone Healthcare Group Holding, In | | 2200 Ross Ave | Ste. 5400 | | Dallas | TX | 75201-0000 | |
| Cornerstone Healthcare Group Holding, Inc. | Attn Michael Brohm | 13455 Noel Road, Suite 1320 | | | Dallas | TX | 75240 | |
| Cornerstone Macro LLC | | 1330 Avenue of the Americas Fl 5 | | | New York | NY | 10019-5493 | |
| Cornerstone Restructuring LLC | | 1125 Maxwell Ln | Suite 1010 | | Hoboken | NJ | 07030 | |
| CornerStone Staffing | | PO Box 909 | | | Grapevine | TX | 76099 | |
| CORPORATE COFFEE SYSTEMS | | 745 SUMMA AVE | | | Westbury | NY | 11590 | |
| CORPORATE EXPRESS INC | | PO BOX 71217 | | | Chicago | IL | 71217 | |
| Corporate Expressions | | 11 Blackberry Ln. | | | Norwalk | CT | 06850 | |
| Corporate Golf | | 604 West Morgan St Ste 202 | | | Durham | NC | 27701 | |
| Corporate Green | | PO Box 820725 | | | Dallas | TX | 75382 | |
| Corporate Interiors Inc. | | PO Box 709 | | | Frisco | TX | 75034-0709 | |
| Corporate Montage | | 9950 Westpark Dr Ste 602 | | | Houston | TX | 77063-5196 | |
| Corporate Search Partners | | 6116 N Central Expwy Ste 406 | | | Dallas | TX | 75206 | |
| Corporate Source Ltd | | 2651 N Harwood Ste 260 | | | Dallas | TX | 75201 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00316

001700

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 43 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Corporate Source Ltd | | 1505 Oak Lawn Ave | Suite 300 | | Dallas | TX | 75207 | |
| Corporate Source Ltd | | Lockbox 671236 | | | Dallas | TX | 75267-1236 | |
| Corporate Strategies by SkilPath | | 6900 Squibb Rd | | | Mission | KS | 66202 | |
| Corporate Strategies by SkilPath | | PO Box 803839 | | | Kansas City | MO | 64180-3839 | |
| Corporate Transportation Group | | 335 Bond St | | | Brooklyn | NY | 11231 | |
| Corporation Service Company | | PO BOX 13397 | | | Philadelphia | PA | 19101-3397 | |
| Cory McCallum | | Address on File | | | | | | |
| COSMOPOLITAN GLASS | | 307 DAIBES CT | | | Edgewater | NJ | 07020 | |
| CoStar Realty Information, Inc. | | PO Box 791123 | | | Baltimore | MD | 21279-1123 | |
| Cotton, Austin | | Address on File | | | | | | |
| Coughlin, William | | Address on File | | | | | | |
| Coughlin, William A. | | Address on File | | | | | | |
| Counsel Press LLC | | PO Box 1053 | | | New York | NY | 10018-9998 | |
| CounselWorks LLC | | 477 Madison Avenue | Suite 740 | | New York | NY | 10022 | |
| COURIERS INC | | 225 MILLWELL DR | | | Maryland Heights | MO | 63043 | |
| Cournoyer, Timothy | | Address on File | | | | | | |
| Courthouse Digital Video | | 8848 Twin Pines Ln | | | Frisco | TX | 75036-1427 | |
| Courtlandt Securities Corporation | | PO Box 11929 | | | Newport Beach | CA | 92658 | |
| Courtroom Intelligence, Inc. | | 620 N Grant | Suite 512 | | Odessa | TX | 79761 | |
| Courtroom Intelligence, Inc. | | 1219 West University Blvd | | | Odessa | TX | 79764 | |
| Covenant Review LLC | | 708 Third Ave | 6th Floor | | New York | NY | 10017 | |
| Covenant Review LLC | | 230 Park Ave, Suite 812 | | | New York | NY | 10169 | |
| COVERT INVESTIGATIVE SERVICES | | PO BOX 67 | | | Lewisville | TX | 75057 | |
| COVITZ, HUNTER | | Address on File | | | | | | |
| Cowen and Company, LLC | | Finance Group - 21st Floor | 599 Lexington Avenue | | New York | NY | 10022 | |
| Cowie, Jason | | Address on File | | | | | | |
| COX, BRIAN | | Address on File | | | | | | |
| COZEN O CONNER ATTORNEYS | | W1385 | PO BOX 7777 | | Philadelphia | PA | 19175-0775 | |
| CP EATON PARTNERS, LLC | | 131 ROWAYTON AVE | | | Rowayton | CT | 06853 | |
| CPCM, LLC | Baker & McKenzie LLP | Debra A. Dandeneau | 452 Fifth Avenue | | New York | NY | 10018 | |
| CPCM, LLC | Baker & McKenzie LLP | Michelle Hartmann | 1900 North Pearl | Suite 1500 | Dallas | TX | 75201 | |
| CPCM, LLC | Ross & Smith, PC | Judith W. Ross, Frances A. Smith, Eric Soderlund | 700 North Pearl Street, Suite 1610 | | Dallas | TX | 75201 | |
| CPCM, LLC | | 6505 W. Park Blvd. Ste. 306 | PMB#352 | | Plano | TX | 75093 | |
| Craig and Macauley Professional Corp. | | 600 Atlantic Ave | | | Boston | MA | 02210 | |
| Crain Communications Inc. | | 16309 Collection Center Dr. | | | Chicago | IL | 60693 | |
| Crain Communications Inc. | | 1155 Gratiot Ave | | | Detroit | MI | 48207-2732 | |
| Cranellis | | 10047 Park Meadows Dr | | | Lone Tree | CO | 80124 | |
| Crawford Wishnew & Lang | Michael J Lang | 1700 Pacific Avenue Suite 2390 | | | Dallas | TX | 75201 | |

Highland Capital Management, L.P.
Case No. 19-34054

App. 00171
001101

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CRE ADVISORS, LLC | | PO BOX 2302 | | | Addison | TX | 75001 | |
| Creative Meetings & Incentives | | 2405 Mill Plain Rd | | | Fairfield | CT | 06824 | |
| CREATIVE PRINTING | | 311 N STEMMONS | STE 400 | | Dallas | TX | 75207 | |
| CREDIT SUISSE | ATTN JUDY HARNETT | 11 MADISON AVE, 11TH FLR | | | New York | NY | 10010 | |
| CREDIT SUISSE | | 700 College Road East | | | Princeton | NJ | 08540 | |
| CREDIT SUISSE | | 11 MADISON AVE, 26TH FLR | AARON OVEDIA | | New York | NY | 10010 | |
| Creditflux | | 63 Clerkenwell Rd | | | London | | EC 1M- 5NP | United Kingdom |
| Crescent Asset Management | | 1440 Broadway | 17th flr | | New York | NY | 10018 | |
| Crescent Partners, LLC | | 1440 Broadway | 17th floor | | New York | NY | 10018 | |
| Crescent Research | | PO Box 64-3622 | | | Vero Beach | FL | 32964 | |
| Crescent TC Investors LP | | 200 Crescent Ct | Suite 250 | | Dallas | TX | 75201 | |
| Crescent TC Investors, L.P. | c/o Michael S. Held | 2323 Ross Avenue, Suite 600 | | | Dallas | TX | 75201 | |
| Crescent TC Investors, L.P. | Dale Todd, President | 277 Park Ave., 36th Floor | | | New York | NY | 10017 | |
| Crescent TC Investors, L.P. | Hien Le | 5847 San Felipe St., Suite 150 | | | Houston | TX | 77057 | |
| Crescent TC Investors, L.P. | Hien Le | 5847 San Felipe St., Suite 150 | | | Houston | TX | 77057 | |
| Crescent TC Investors, L.P. | Jackson Walker LLP | Michael S. Held | 2323 Ross Ave., Suite 600 | | Dallas | TX | 75201 | |
| Crescent TC Investors, L.P. | Michael S. Held | 2323 Ross Ave., Suite 300 | | | Dallas | TX | 75201 | |
| Crescent TC Investors, L.P. | | Post Office Box 841772 | | | Dallas | TX | 75284 | |
| Crescent TC Investors, L.P. | | Post Office Box 841772 | | | Dallas | TX | 75284 | |
| CREST, DAVID | | Address on File | | | | | | |
| Cris Rodriquez | | Address on File | | | | | | |
| Crisostomo, Norm | | Address on File | | | | | | |
| Critical Electric Systems Group, LLC | | 704 Central Pkwy East | #1200A | | Plano | TX | 75074 | |
| CROSS 3 LLC | | 7324 ELDRED AVE, NE | | | Rockford | MI | 49341 | |
| Crosson Dannis, Inc. | | 8150 N. Central Expressway, Suite 950 | | | Dallas | TX | 75206 | |
| Crossroads Audio, Inc. | | 2623 Myrtle Springs Avenue | | | Dallas | TX | 75220 | |
| Crowe & Dunlevy, P.C. | Vickie L. Driver | 2525 McKinnon Street, Suite 425 | | | Dallas | TX | 75201 | |
| Crowe Dunlevy | | Address on File | | | | | | |
| Crowell & Moring | | 1001 Pennsylvania Ave NW | | | Washington | DC | 20004-2595 | |
| CROWELL, LEONARD | | Address on File | | | | | | |
| Crown Capital Securities, L.P. | | 725 Town & Country Rd | Suite 530 | | Orange | CA | 92868 | |
| CRT CAPITAL GROUP, LLC | | 262 HARBOR DR | | | Stamford | CT | 06902 | |
| CSC | | PO Box 13397 | | | Philadelphia | PA | 19101-3397 | |
| CSI e-Discovery Services, LLC | | 4950 N. OConnor Rd. | Suite 152 | | Irving | TX | 75062 | |
| CSI Global Deposition Services Accounting Dept | | 972-719-5000 | 4950 N. OConnor Rd, 1 st Fl | | Irving | TX | 75062-2778 | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 45 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CSI Litigation Psychology, LLC | | 4950 North OConnor Rd. | Corporate Plaza 1, First Floor | | Irving | TX | 75062 | |
| CSS Medical Inc. | Steve Saft | 14255 49th Street North | Suite 301 | | Clearwater | FL | 33762 | |
| CT Corp | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| CT Corporation | | 1999 Bryan Street | Ste 900 | | Dallas | TX | 75201-0000 | |
| CT Corporation System | ATTN Michael E. Jones | 350 N. St. Paul Street, Ste. 2900 | | | Dallas | TX | 75201 | |
| CT Corporation System | C/O STEPHANIE WATTS-DARTY | DALLAS CORPORATE TEAM 2 | 350 North St. Paul St. | | Dallas | TX | 75201 | |
| CT Corporation System | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| CT Lien Solutions | | PO Box 301133 | | | Dallas | TX | 75303 | |
| CT Lien Solutions | | Lockbox 200824 | | | Houston | TX | 77216 | |
| CTRL+V Inc. | | 251 Union St. | | | Lawrence | NY | 11559 | |
| Culhane Meadows PLLC | | PO Box 49716 | | | Atlanta | GA | 30359 | |
| Culinaire International | Attn Catering Dept | 2943 SMU Blvd | | | Dallas | TX | 75205 | |
| CULLEN ESTATE TRUST | | 601 JEFFERSON ST STE 4000 | | | Houston | TX | 77002-7913 | |
| CUNNINGHAM, BRITTNEY | | Address on File | | | | | | |
| CurAlea Associates LLC | | 12 Roszel Road | Suite B 102 | | Princeton | NJ | 08540 | |
| Cushman & Wakefield of Arizona, Inc. | | 2555 East Camelback Road, Ste 400 | | | Phoenix | AZ | 85016 | |
| CUSIP | | 55 Water Street | 43rd Floor | | New York | NY | 10041 | |
| CUSIP Global Services | | 33356 Collection Center Dr | | | Chicago | IL | 60693-0333 | |
| CUSIP Service Bureau | | 2542 Collection Center Drive | | | Chicago | IL | 60693 | |
| CUSIP Service Bureau | | Standard and Poors | 2542 Collection Center Drive | | Chicago | IL | 60693 | |
| CUSIP Service Bureau | | PO Box 19140A | | | Newark | NJ | 07195-0140 | |
| CUSTOM BOOK BINDERY, INC. | | 9 SHERIDAN AVE | | | Clifton | NJ | 07011 | |
| Custom Headsets of Dallas | | 5949 W Hwy/ 175 | | | Kaufman | TX | 75142 | |
| CVE Technologies Group Inc. | | 1414 S. Gustin Rd. | | | Salt Lake City | UT | 84104 | |
| CVE technology | | 3000 E Plano Pkwy | | | Plano | TX | 75074-0000 | |
| CW PARTNERS LLC | | 2811 MCKINNEY AVE | STE 214 | | Dallas | TX | 75204 | |
| Cylance | | 400 Spectrum Center Dr. | Suite 900 | | Irvine | CA | 92618-0000 | |
| CYNTHIA VALLES | | Address on File | | | | | | |
| CYRUS SPURLINO REVOCABLE TRUST | | 7214 N MOBLEY RD | | | Odessa | FL | 33556-2303 | |
| Cystic Fibrosis Foundation | NE Texas/Fort Worth Chapter | 1600 Airport Fwy Ste 501 | | | Bedford | TX | 76022-6882 | |
| Cystic Fibrosis Foundation | | 7506 E Independence Blvd #120 | | | Charlotte | NC | 28227 | |
| Cystic Fibrosis Foundation | | Northeast Texas Chapter | 3102 Maple Ave, Ste 120 | | Dallas | TX | 75201 | |
| CZG Dynamics Associates | | 14 Penn Plaza, Suite 1712 | | | New York | NY | 10122 | |
| D Magazine | | 750 North St. Paul Street | Suite 2100 | | Dallas | TX | 75201 | |
| D Magazine | | 4311 Oak Lawn Ave Ste 100 | | | Dallas | TX | 75219-9701 | |
| D&S Enterprises | | 10703 Sweetwater Drive | | | Frisco | TX | 75035 | |
| D. Alan Bowlby | | PO Box 1067 | | | Addison | TX | 75001 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21  Entered 08/19/21 16:03:15  Page 46 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| D. Allan Bowlby & Associates, Inc | | PO BOX 1067 | | | Addison | TX | 75001 | |
| D.F. King & Co, Inc. | | 48 Wall Street | | | New York | NY | 10005 | |
| D.H. Hill Securities, LLLP | | 1543 Green Oak Place | Ste 100 | | Kingwood | TX | 77339 | |
| DAETSCH, MOLLY | | Address on File | | | | | | |
| DALE BEHM | | Address on File | | | | | | |
| Dale Frey | | Address on File | | | | | | |
| Dallas A&M Club | Attn Mike Henderson | 4303 Glenwick | | | Dallas | TX | 75205 | |
| Dallas AfterSchool Network | | 3900 Willow St Ste 110 | | | Dallas | TX | 75226-1247 | |
| Dallas Area Habitat for Humanity | | House Party | PO Box 700924 | | Dallas | TX | 75370 | |
| Dallas Art & Design | | 3617 Fairmount St Ste 101 | | | Dallas | TX | 75219 | |
| Dallas Bar Association | | 2101 Ross Ave | | | Dallas | TX | 75201 | |
| Dallas Basketball Ltd. | | 1333 N Stemmons Fwy | Ste 105 | | Dallas | TX | 75207-3722 | |
| Dallas Business Journal | | PO Box 840190 | | | Dallas | TX | 75284-0190 | |
| Dallas CASA | | 2757 Swiss Avenue | | | Dallas | TX | 75204 | |
| Dallas Challenge | | 7777 Forest Lane | Suite C-410 | | Dallas | TX | 75203 | |
| DALLAS CHAPTER TEI | ATTN Sharon Langlotz | Cash America International, Inc | 1600 West 7th St | | Ft. Worth | TX | 76102-6803 | |
| DALLAS CHAPTER TEI | | 901 MAIN ST | 69TH FLR, BANK AMERICA PLAZA | | Dallas | TX | 75202 | |
| DALLAS CHAPTER TEI | | PO BOX 961101 | BNSF RAILWAY COMPANY, SCOTT RYNEARSON | | Fort Worth | TX | 76161-1101 | |
| Dallas Childrens Advocacy Center | Attn Stephen Jordan | 5351 Samuell Blvd | | | Dallas | TX | 75228 | |
| Dallas Childrens Theater | Attn Michael Gonzales | 5938 Skillman | | | Dallas | TX | 75231 | |
| Dallas Committee on Foreign Relations | | 4925 Greenville Avenue | Suite 1025 | | Dallas | TX | 75206-4092 | |
| Dallas Contemporary, MTV | Attn Hannah Fagadau | 161 Glass Street | Suite 1000 | | Dallas | TX | 75207 | |
| Dallas County | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | | | Dallas | TX | 75207 | |
| Dallas County | Elizabeth Weller | c/o Laurie A. Spindler | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | |
| Dallas County Republican Party | | 10100 N Central Exprwy | Ste 175 | | Dallas | TX | 75231 | |
| Dallas County Tax Assessor | John R. Ames, CTA | 1201 Elm Street | Suite 2600 | | Dallas | TX | 75270 | |
| Dallas County Tax Assessor | John R. Ames, CTA | PO Box 139066 | | | Dallas | TX | 75313-9066 | |
| Dallas County Tax Office | | PO Box 139033 | | | Dallas | TX | 75313-9033 | |
| Dallas Courier Service, Inc. | | PO Box 833583 | | | Richardson | TX | 75083 | |
| DALLAS DUCKS UNLIMITED | | 400 TURTLE CREEK CENTER BLVD | 3811 TURTLE CREEK BLVD | SCOTT WEBER | Dallas | TX | 75219 | |
| Dallas Employment Services | | 6125 Luther Ln # 299 | | | Dallas | TX | 75225-6202 | |
| Dallas Gigs LLC | Attn Eddie Parker | PO Box 225423 | | | Dallas | TX | 75222 | |
| Dallas Glass & Door Company, Ltd | | PO Box 440 | | | Fate | TX | 75132 | |
| Dallas Hispanic Firefighters Association | | 703 McKinney Ave | Suite 201 | | Dallas | TX | 75202 | |
| DALLAS HR | | 4100 SPRING VALLEY RD | STE 300 | | Dallas | TX | 75244 | |
| Dallas Jewish Community Foundation | | One Hillcrest Green | 12700 Hillcrest Rd, Suite 201 | | Dallas | TX | 75230 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 47 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document 1 Filed 10/12/22 Page 149 of 228 PageID 1823

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Dallas Junior Chamber of Commerce Found. | | PO Box 130721 | | | Dallas | TX | 75313 | |
| Dallas Kid to Do | Attn Megan Harrison | 650 South R.L. Thornton Freeway | | | Dallas | TX | 75203-3013 | |
| Dallas Landscape Lighting | | 2026 Midlake Rd | | | Dallas | TX | 75205 | |
| Dallas Museum of Art | | 1717 North Harwood | | | Dallas | TX | 75201 | |
| DALLAS PETROLEUM CLUB | | 2200 ROSS AVE | LB 171 | | Dallas | TX | 75201-2799 | |
| DALLAS POLICE AND FIRE | | THE VICTOR LAZADA MEMORIAL FUND | 7474 FERGUSON RD | | Dallas | TX | 75228 | |
| Dallas Police Department | Alarm Permit Compliance Unit | PO Box 840186 | | | Dallas | TX | 75284-0186 | |
| Dallas Producers Club | c/o J. Patrick Collins | PMB 414 | 3824 Cedar Springs Rd | | Dallas | TX | 75219-4136 | |
| Dallas Regional Chamber | Attn Finance | 500 North Akard St, Suite 2600 | | | Dallas | TX | 75201 | |
| Dallas Security Systems, Inc. | | PO Box 550939 | | | Dallas | TX | 75355-0939 | |
| Dallas Stars | | 2601 Avenue of the Stars | | | Frisco | TX | 75034-9089 | |
| Dallas Summer Musicals, Inc. | | 909 1st Ave | | | Dallas | TX | 75210-1042 | |
| Dallas T-Shirt Company | | 2626 Manana Dr | Suite A | | Dallas | TX | 75220 | |
| Dallas Urban Debate Alliance | | PO Box 670564 | | | Dallas | TX | 75367 | |
| Dallas Wildcat Committee | Attn Barbara Johnston | 2200 Ross Ave, Suite 4150E | | | Dallas | TX | 75201 | |
| Dallas Womens Foundation | | 8150 North Central Expwy Suite #110 | | | Dallas | TX | 75206 | |
| Dallas Youth Council | | PO Box 793604 | | | Dallas | TX | 75379 | |
| Dallas Zoological Society | | 650 South RL Thorton Fwy | | | Dallas | TX | 75203-3013 | |
| Damage Recovery | | PO Box 801770 | | | Kansas City | MO | 64180 | |
| DAMC | ATTN CARL BAGGETT | NORCOM CAPITAL | 15770 N DALLAS PKWY | | Dallas | TX | 75248 | |
| DAMERIS, THEODORE | | Address on File | | | | | | |
| DAMEWARE DEVELOPMENT | | 241 MORNINGSIDE DR | | | Mandeville | LA | 70448 | |
| Dan Drabinski | | Address on File | | | | | | |
| Dan Subach | | Address on File | | | | | | |
| Dan Winikka | c/o Loewinsohn Flegle Deary Simon | 12377 Merit Drive | | | Dallas | TX | 75251 | |
| Dana Driensky | | Address on File | | | | | | |
| DANAHY, BRIAN J. | | Address on File | | | | | | |
| DANDAR, CHRISTINA | | Address on File | | | | | | |
| Daniel J Edelman, Inc | | JPMorgan Chase Bank, NA | 21992 Network Place | | Chicago | IL | 60673 | |
| Daniel Kaplan Associates LLC | | 55 Madison Ave, 4th Flr | | | Morristown | NJ | 07960 | |
| Daniel Moisio | | Address on File | | | | | | |
| Daniel N. Shaviro | | Address on File | | | | | | |
| Daniel P Winikka | Loewinsohn Flegle Deary Simon LLP | 12377 Merit Drive , Suite 900 | | | Dallas | TX | 75251 | |
| Daniel Ranson | | Address on File | | | | | | |
| Daniel Riedler | | Address on File | | | | | | |
| Daniel Sexton | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 35 of 155

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 48 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document 9 Filed 02/02/22 Page 150 of 228 PageID 1824

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Daniel Sharvit | | Address on File | | | | | | |
| Daniel Sheehan & Associates, PLLC | Daniel J Sheehan, Jr | 8150 N. Central Expressway Suite 100 | | | Dallas | TX | 75206 | |
| Daniela Garrett | | Address on File | | | | | | |
| Daniels & Erickson, PC | | 12221 Merit Dr. | Suite 760 | | Dallas | TX | 75251 | |
| Dansby White | | Address on File | | | | | | |
| Darby Dunn Communications | | 461 Manor Lane | | | Pelham | NY | 10803 | |
| Darla M Chavez | | Address on File | | | | | | |
| Daryls By Design | | 1801 N Griffin Street | | | Dallas | TX | 75202 | |
| DATACARE SOFTWARE GROUP INC | | 445 PARK AVE | 10TH FLR | | New York | NY | 10022 | |
| Datamax | | PO Box 20527 | | | Saint Louis | MO | 63139 | |
| DataPlus Consulting Incorporated | | 750 North St Paul St. Suite 1225 | | | Dallas | TX | 75201 | |
| DataPlus Consulting Incorporated | | PO Box 190634 | | | Dallas | TX | 75219 | |
| DataPlus Consulting, Incorporated | | 750 North St Paul | Suite 1225 | | Dallas | TX | 75201 | |
| Datapoint Management | | 210 Empire House | 1 Empire Way | | Wembley | | HA9 OEW | United Kingdom |
| DAUGHERTY, PATRICK | | Address on File | | | | | | |
| DAUM, KURT | | Address on File | | | | | | |
| Dave Barnett | | Address on File | | | | | | |
| DAVE WALLS | | Address on File | | | | | | |
| DAVID BLANKS | | Address on File | | | | | | |
| DAVID BLANKS | | Address on File | | | | | | |
| David Boguslawski | | Address on File | | | | | | |
| David C. Smith | | Address on File | | | | | | |
| DAVID CALLAHAN | | Address on File | | | | | | |
| David Childs Tax Assessor-Collector | | PO Box 620088 | DALLAS COUNTY TAX ASSESSOR-COLLECTOR | | Dallas | TX | 75262-0088 | |
| David Childs Tax Assessor-Collector | | PO BOX 139066 | | | Dallas | TX | 75313-9066 | |
| David Culley | | Address on File | | | | | | |
| David Feldman Worldwide, Inc | | PO Box 2392 | | | New York | NY | 10116-2392 | |
| David Fraiberg | | Address on File | | | | | | |
| DAVID FULLERTON | | Address on File | | | | | | |
| David Geneson | | Address on File | | | | | | |
| David Hill | | Address on File | | | | | | |
| David Hu | | Address on File | | | | | | |
| David Huff Photography LLC | | 22022 N 119th Drive | | | Sun City | AZ | 85373 | |
| DAVID LANCELOT | | Address on File | | | | | | |
| DAVID LEE | | Address on File | | | | | | |
| DAVID LEHUQUET | | Address on File | | | | | | |
| David M. Cooper | | Address on File | | | | | | |
| DAVID MARTIN | | Address on File | | | | | | |
| David Ourlicht | | Address on File | | | | | | |
| DAVID POWERS | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00322
001706

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DAVID R HOLEBROOKE ROTH IRA | | 120 BULKLEY AVE APT 405 | | | Sausalito | CA | 94965-2149 | |
| DAVID SALYER | | Address on File | | | | | | |
| DAVID SMITH | | Address on File | | | | | | |
| David Smith | | Address on File | | | | | | |
| David Spiegel | | Address on File | | | | | | |
| David Tomek PLLC | | 325 N St Paul Street | Suite 3300 | | Dallas | TX | 75201 | |
| David W. Langford, CSR, CRR, RDR | Official Court Reporter | 101st Judicial District Court | George L. Allen Courts Building | | Dallas | TX | 75202-4631 | |
| David Walls | | Address on File | | | | | | |
| David Weisbach | | Address on File | | | | | | |
| DAVIES WARD PHILLIPS & VINEBERG LLP | | 44TH FLR | 1 FIRST CANADIAN PLACE | | TORONTO | ON | M5X 1B1 | CANADA |
| Davis Deadman | Jason P. Kathman | 2701 Dallas Parkway, Suite 590 | | | Plano | TX | 75093 | |
| Davis Deadman | | Address on File | | | | | | |
| DAVIS FORESTRY | | PO BOX 24633 | | | Little Rock | AR | 72221 | |
| Davis Polk & Wardwell | Attn Andrew Dean | 450 Lexington Ave | | | New York | NY | 10017 | |
| Davis R. Deadman | | Address on File | | | | | | |
| Davis Wright Tremaine LLP | | 2600 Century Square 1501 Fourth Ave | | | Seattle | WA | 98101-1688 | |
| DAVIS, MARY M. | | Address on File | | | | | | |
| DAVIS, MARY MARTHA | | Address on File | | | | | | |
| Dawn ORourke | | Address on File | | | | | | |
| Day Pitney LLP | | PO Box 416234 | | | Boston | MA | 02241-6234 | |
| DDC Financial Group s.r.o. | | Bohusovicka 230-12 | 190 00 Prague | | Praha 9 | | | CZECH REPUBLIC |
| DEADMAN, DAVIS | | Address on File | | | | | | |
| DealFlow Media, Inc | | PO Box 122 | | | Syosset | NY | 11791 | |
| Deana K. Adams | Official Court Reporter | 600 Commerce, 630 C | 6th Floor, East Tower | | Dallas | TX | 75202 | |
| Deanne Engle | | Address on File | | | | | | |
| Debevoise & Plimpton | | 919 Third Ave | | | New York | NY | 10022 | |
| Debevoise & Plimpton LLC | M. Natasha Labovitz, Erica S. Weisgerber, Daniel E. Stroik c/o Accounting Dept. 28th Floor | 919 Third Avenue | | | New York | NY | 10022 | |
| Debevoise & Plimpton LLP | | 909 Third Ave | | | New York | NY | 10022 | |
| Debevoise and Plimpton LLP | Attn Christopher K. Tahbaz, Esq. | 919 Third Avenue | | | New York | NY | 10022 | |
| Debra A. Dandeneau | Baker & McKenzie LLP | 452 Fifth Avenue | | | New York | NY | 10018 | |
| Debt Domain | | 295 Madison Ave | Ste 24 | | New York | NY | 10017-0000 | |
| Debtdomain (USA) Inc. | | 295 Madison Ave | Suite 924 | | New York | NY | 10017 | |
| DECHERT LLP | | PO BOX 7247-6643 | | | Philadelphia | PA | 19170-6643 | |
| Dechert UK | | 160 Queen Victoria Street | | | London | England | EC4V 4QQ | United Kingdom |
| DEDYO, STEPHEN J. | | Address on File | | | | | | |
| DeGolyer & MacNaughton | | 5001 Spring Valley Rd | Suite 800 east | | Dallas | TX | 75244 | |
| Del Vecchio Reporting Services, LLC | | 117 Randi Drive | | | Madison | CT | 06443 | |
| DELAROSA, STEVEN | | Address on File | | | | | | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| DELAWARE DIVISION OF CORPORATIONS | | 401 FEDERAL ST | STE 4 | | Dover | DE | 19901 | |
| Delaware Secretary of State | Division of Corporations | 401 Federal St. Suite 4 | | | Dover | DE | 19901 | |
| Delaware Secretary of State | DIVISION OF CORPORATIONS | PO BOX 11728 | | | Newark | NJ | 07101-4728 | |
| Delaware Secretary of State | Division of Corporations | PO Box 5509 | | | Binghamton | NY | 13902-5509 | |
| Delaware Secretary of State | Division of Corporations | PO Box 74072 | | | Baltimore | MD | 221774-4072 | |
| DELAWARE SECRETARY OF STATE # 51-6000279 | | 1209 Orange St | | | Wilmington | DE | 19801 | |
| DELAWARE SECRETARY OF STATE # 51-6000279 | | State of Delaware Division of Corp | PO Box 5509 | | Binghamton | NY | 13902-5509 | |
| DELGADO, MAURICIO | | Address on File | | | | | | |
| Dell Business Credit | | Payment Processing Center | PO Box 5275 | | Carol Stream | IL | 60197-5275 | |
| Dell Commercial Credit | | Dept. 50-0049055190 PO BOX 689020 | | | Des Moines | IA | 50368-9020 | |
| Dell Financial Services | | Payment Processing Center | 4307 Collection Center Dr. | | Chicago | IL | 60693 | |
| Dell Financial Services L.L.C. | DFS-Bankruptcy | PO Box 81577 | | | Austin | TX | 78708 | |
| Dell Marketing LP | c/o Dell USA LP | PO Box 676021 | | | Dallas | TX | 75267-6021 | |
| DELOITTE & TOUCHE | ATTN KILEY RODEN | 10 WESTPORT RD | | | Wilton | CT | 06897 | |
| Deloitte Financial Advisory Services LLP | | 4022 Sells Drive | | | Hermitage | TN | 37076 | |
| Deloitte Financial Advisory Services LLP | | 2200 Ross Ave | | | Dallas | TX | 75201 | |
| Deloitte Financial Advisory Services LLP | | PO Box 2062 | | | Carol Stream | IL | 60132-2062 | |
| Deloitte Tax LLP | | 4022 Sells Drive | | | Hermitage | TN | 37076 | |
| Deloitte Tax LLP | | PO BOX 2079 | | | Carol Stream | IL | 60132-2079 | |
| Deloitte Tax LLP | | PO Box 844736 | | | Dallas | TX | 7528-4-4736 | |
| Delphi Legal Technologies | | 350 N. Saint Paul Suite 275 | | | Dallas | TX | 75201 | |
| Delphi Legal Technologies | | PO Box 133026 | | | Dallas | TX | 75313-3026 | |
| Delta Dallas Staffing, LP | | Tollway Plaza II | 15950 N. Dallas Pkwy., Ste 500 | | Dallas | TX | 75248 | |
| Deluxe Business Forms | | PO Box 742572 | | | Cincinnati | OH | 45274-2572 | |
| Denison Glass & Mirror | | 4231 S State Highway 91 | | | Denison | TX | 75020-8115 | |
| Dennis Sugino | | Address on File | | | | | | |
| DENNIS WINTER IRA | | PO Box 90223 | | | Denton | TX | 76202 | |
| Denton County | | Address on File | | | | | | |
| Denton County Tax Assessor | | PO Box 90223 | | | Denton | TX | 76202 | |
| Denton US LLP | | Dept. 894579 | | | Los Angeles | CA | 90189-4579 | |
| Dentons US LLP | | 1221 Avenue of the Americas | | | New York | NY | 10020 | |
| Dentons US LLP | Casey Doherty | 1221 McKinney Street, Suite 1900 | | | Houston | TX | 77010-2006 | |
| Denver Daughtry | | Address on File | | | | | | |
| Department of Business Oversight | | 1515 K St #200 | | | Sacramento | CA | 95814 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Department of Corporations (CA) | | Securities Regulations Div. | 320 W 4th St, Ste 750 | | Los Angeles | CA | 90013-1105 | |
| Department of Finance, State of Idaho | | Securities Bureau | 800 Park Boulevard, Suite 200 | | Boise | ID | 83712 | |
| Department of State | Division of Corporations | 99 Washington Ave. | | | Albany | NY | 12231-0001 | |
| DEPARTMENT OF TAX AND REVENUE | WV STATE TAX DEPT | PO BOX 2745 | INTERNAL AUDITING DIVISION | | Charleston | WV | 25330-2745 | |
| Department of Taxation and finance | | Dept of Labor-Unemp Insurance Div | PO Box 15012 | | Albany | NY | 12212 | |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE | ACS SUPPORT | PO BOX 57 | | Bensalem | PA | 19020-8514 | |
| DEPARTMENT OF THE TREASURY | IRS | STOP 5107 NWSAT | 4050 ALPHA RD | | Farmers Branch | TX | 75244-4201 | |
| DEPARTMENT OF THE TREASURY | | Internal Revenue Service | Suite 517, MC 8000NDAL | | Cincinnati | OH | 45999-0009 | |
| Department of the Treasury | | 4050 Alpha Road | | | Dallas | TX | 75201-7849 | |
| Department of the Treasury - Internal Revenue Service | Internal Revenue Service | 1100 Commerce St | M/S MC5027DAL | | Dallas | TX | 75242 | |
| Department of the Treasury - Internal Revenue Service | Internal Revenue Service | P. O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Dept. of Licensing & Regulatory Affairs | Corp, Securities & Comm Licensing Bureau | 525 W. Allegan Street - Audit & Exam Div | | | Lansing | MI | 48909 | |
| DERRICK PITTS | | Address on File | | | | | | |
| Desai, Neil | | Address on File | | | | | | |
| Dessaint, Louis C. | | Address on File | | | | | | |
| DEWITT, AUDREY | | Address on File | | | | | | |
| DFPG Investments, Inc. | | 9017 S. Riverside Dr. | Ste 210 | | Sandy | UT | 84070 | |
| DFW Ice Cream | | 10198 Western Hills Dr. | | | Frisco | TX | 75034 | |
| DFW MULTIMEDIA INC | | 1330 RIVER BEND DR | SUITE 850 | | Dallas | TX | 75247 | |
| DFW Private Equity Forum | Attn Amy Thompson | 2323 Victory Avenue | Suite 2000 | | Dallas | TX | 75219 | |
| DFW VIDEO | | DFW Multimedia, Inc. | 13300 River Bend Drive, Ste. 850 | | Dallas | TX | 75247 | |
| DGHS Holdings, LLC | | 5849 Sherry Lane | Suite 750 | | Dallas | TX | 75225 | |
| Dhamodharan Srinivasan | | 583 Jeremy Drive | | | Bourbonnais | IL | 60606 | |
| Dharnidharka, Kerry | | Address on File | | | | | | |
| DHL EXPRESS | | PO BOX 4723 | | | Houston | TX | 77210-4723 | |
| DHR INTERNATIONAL, INC | | 10 South Riverside Plaza | Suite 2220 | | Chicago | IL | 60606 | |
| Dice Holdings, Inc. | | 4939 Collections Center Dr. | | | Chicago | IL | 60693 | |
| DICE INC | | 4939 COLLECTIONS CENTER DR. | | | Chicago | IL | 60693 | |
| Dickman Davenport, Inc. | | 3131 Turtle Creek Blvd | Suite 320 | | Dallas | TX | 75219 | |
| DIECKHAUS, SCOTT | | Address on File | | | | | | |
| DIECKHAUS, SCOTT | | Address on File | | | | | | |
| DIFC Global | | 11-12 St. James Square | | | London | | SW1Y 4LB | United Kingdom |
| DIFFA/Dallas | | 2050 Stemmons Fwy | Mail Unit 262 | | Dallas | TX | 75207 | |
| Diffenderfer, Claude A. | | Address on File | | | | | | |
| Digital Copy LLC | | 500 N Akard St, Suite 250 | | | Dallas | TX | 75201 | |
| Digital Legal LLC | | 1001 Jefferson Plaza | Suite 100 | | Wilmington | DE | 19801 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00325
001709

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Digital Marketing and Print Solutions | | 3305 Wiley Post | | | Carrollton | TX | 75006 | |
| Digital Mountain | | 5050 El Camino Real | Suite 205 | | Los Altos | CA | 94022 | |
| Digital Telefonos | | PO Box 852184 | | | Richardson | TX | 75085-2184 | |
| Digital Verdict, Inc. | | 750 N. St. Paul Street | Suite 1225 | | Dallas | TX | 75201 | |
| Digital Works | | 6606 LBJ Fwy | Suite 240 | | Dallas | TX | 75240 | |
| Diningin LLC | | 50 Milk St Ste 110 | | | Boston | MA | 02109-5004 | |
| Diningin Out in Dallas | | 3030 Olive Street | Ste 400 | | Dallas | TX | 75219 | |
| Dinoto Inc. | | 535 Dean Street | PH 102 | | Brooklyn | NY | 11217 | |
| DiOrio, Matthew | | Address on File | | | | | | |
| Direct Corporate Resources, Inc. | | Freedom Center 10203 Kotzebue Ste 114 | | | San Antonio | TX | 78217 | |
| Director of Compliance | Re Prime Brokerage Services | Jefferies LLC | 520 Madison Avenue, 16th Floor | | New York | NY | 10022 | |
| Directors Desk LLC | | Lockbox 50200 | PO Box 8500 | | Philadelphia | PA | 19178-0200 | |
| DirecTV | | 208 South Akard Street | | | Dallas | TX | 75202-0000 | |
| Directv, LLC | | PO Box 60036 | | | Los Angeles | CA | 90060-0036 | |
| DISCOVERY BENEFITS | | 3216 13TH AVE S | | | Fargo | ND | 58103 | |
| DISCOVERY BENEFITS | | PO BOX 869 | COBRA DEPT | | Fargo | ND | 58107 | |
| DISCOVERY BENEFITS | | PO BOX 9528 | | | Fargo | ND | 58107-0869 | |
| DISCOVERY BENEFITS | | PO BOX 2079 | | | Omaha | NE | 68108-2079 | |
| Discovery Benefits Inc | | 4321 20th Ave. S. | | | Fargo | ND | 58103-0000 | |
| Discovery Data | | 12 Christopher Way, Ste 202 | | | Eatontown | NJ | 07724 | |
| Displays Unlimited, Inc. | | 626 106th Street | | | Arlington | TX | 76011 | |
| District Director | Attn Insolvency | Internal Revenue Service | 31 Hopkins Plaza, Room 1150 | | Baltimore | MD | 21201 | |
| Diversus Investment Advisers (Asia) Ltd | | 410 Oxford Street | | | Bondi Junction | NSW | 02022 | AUSTRALIA |
| DIVYASH PATEL | | Address on File | | | | | | |
| Dixon Hughes Goodman LLP | | 4350 Congress Street | Suite 900 | | Charlotte | NC | 28209 | |
| Dixon Hughes Goodman LLP | | PO Box 602828 | | | Charlotte | NC | 28260-2828 | |
| DKW Law Group LLC | | 600 Grant St, 58th Flr | | | Pittsburgh | PA | 15219 | |
| DLA Piper LLP (US) | Marc D. Katz, Esq. | DLA Piper LLP (US) | 1900 N Pearl St, Suite 2200 | | Dallas | TX | 75201 | |
| DLA Piper LLP (US) | | 1900 N Pearl St, Suite 2200 | | | Dallas | TX | 75201 | |
| DLA Piper LLP US | | 6225 Smith Avenue | | | Baltimore | MD | 21209 | |
| DOAR Communications, Inc. | | 170 Earle Ave | | | Lynbrook | NY | 11563 | |
| Document Technologies, Inc. | | PO Box 933435 | | | Atlanta | GA | 31193-3435 | |
| Don Bryant | | Address on File | | | | | | |
| Don Drive Interiors | | 8408 Chancellor Row | | | Dallas | TX | 75247 | |
| Don Netzer Photography | | 2510 Southwell Rd. | #107 | | Dallas | TX | 75229 | |
| Don Netzer Photography | | 2510 Southwest Rd. # 107 | | | Dallas | TX | 75229 | |
| DONALD OSBORNE | | Address on File | | | | | | |
| Donald Salvino | | Address on File | | | | | | |
| DONALDSON, MICHEAL | | Address on File | | | | | | |
| Donaldson, Steven | | Address on File | | | | | | |
| DONDERO, JAMES | | Address on File | | | | | | |
| Dongpeng Gong | | Address on File | | | | | | |
| Donnelley Financial Solutions | | PO Box 842282 | | | Boston | MA | 02284-2282 | |

Appx. 00326

001710

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 53 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Donnelley Financial, LLC | | 35 W Wacker Drive | | | Chicago | IL | 60601 | |
| Donnelley Financial, LLC | | 20 Commerce Way, Ste 800 | Lockbox #842282 | | Woburn | MA | 01801-1057 | |
| Donnelley Financial, LLC | | PO Box 842282 | | | Boston | MA | 02284-2282 | |
| Donnelley Financial, LLC | | PO Box 531832 | | | Atlanta | GA | 30353-1832 | |
| DORENBAUM, ANDREI | | Address on File | | | | | | |
| DOUG MEYER | | Address on File | | | | | | |
| DOUGHERTY, RAYMOND | | Address on File | | | | | | |
| DOUGHERTY, RAYMOND | | Address on File | | | | | | |
| Douglas Wade Carvell | | Address on File | | | | | | |
| Dow Jones & Company, Inc. | ATTN PAUL CHAMPIGNY | 8251 PRESIDENTS DR | BARRON/CUSTOMER SERVICE | | Orlando | FL | 32809 | |
| Dow Jones & Company, Inc. | | 84 Second Ave. | | | Chicopee | MA | 01020 | |
| Dow Jones & Company, Inc. | | Subscriptions Dept. | 200 Burnett Rd | | Chicopee | MA | 01020 | |
| Dow Jones & Company, Inc. | | 1211 Avenue of the Americas | | | New York | NY | 10036 | |
| Dow Jones & Company, Inc. | | BOX 4137 | | | New York | NY | 10261-4137 | |
| Dow Jones & Company, Inc. | | WALL ST JRNL OR BARRONS | PO Box 4137 | | New York | NY | 10261-4137 | |
| Dow Jones Reuters Business Interactive | | PO Box 7247-0237 | | | Philadelphia | PA | 19170-0237 | |
| DOWNEN, MARTIN | | Address on File | | | | | | |
| Dozal, Ana | | Address on File | | | | | | |
| DRABINSKI, DANIEL J. | | Address on File | | | | | | |
| Dravis, Samantha | | Address on File | | | | | | |
| Drew Dedelow | | Address on File | | | | | | |
| Drew Thomas | | Address on File | | | | | | |
| DREW, RICHARD | | Address on File | | | | | | |
| Drilling Info, Inc. | | PO Box 679093 | | | Dallas | TX | 75267-9093 | |
| DrillingInfo | | PO Box 5545 | | | Austin | TX | 78763 | |
| Drinker Biddle & Reath LLP | | One Logan Square, Ste 2000 | | | Philadelphia | PA | 19103-6996 | |
| DRINNON, KASEY | | Address on File | | | | | | |
| DRONOV, ALEXEY | | Address on File | | | | | | |
| Dropoff, Inc. | | Dept 3696 | PO Box 123696 | | Dallas | TX | 75312-3696 | |
| DSFOP | | PO Box 36023 | | | Dallas | TX | 75235-1023 | |
| DSHS | | Mail Code 2003 | PO Box 149347 | | Austin | TX | 78714-9347 | |
| DST Asset Manager Solutions | | 330 W. 9th | Ste 219230 | | Kansas City | MO | 64105 | |
| DST RESEARCH ANALYTICS & CONSULTING, LLC | | DST TECHNOLOGIES, INC | 5523 Collections Center Drive | | Chicago | IL | 60693 | |
| DST Systems, Inc. | | 2454 Collections Center Dr | | | Chicago | IL | 60693-0024 | |
| DST Technologies, Inc. | | 2454 Collections Center Drive | | | Chicago | IL | 60693-0024 | |
| DTCC ITP LLC | | PO Box 27590 | | | New York | NY | 10087-7590 | |
| Duane Morris LLP | ATTN Payment Processing | 30 South 17th St | | | Philadelphia | PA | 19103-4196 | |
| DUBOSE FUNERAL HOME | | 703 SOUTH ROCKWALL ST | | | Terrell | TX | 75160 | |
| Ducera Partners LLC | | 499 Park Ave, 16th Floor | | | New York | NY | 10022 | |
| Duff & Phelps, LLC | c/o David Landman | Benesch, Friedlander, Coplan & Aronoff | 200 Public Square, Suite 2300 | | Cleveland | OH | 44114-2378 | |
| Duff & Phelps, LLC | | 2397 Paysphere Circle | | | Chicago | IL | 60674 | |

001717

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Duff & Phelps, LLC | | DUFF & PHELPS, LLC | 12595 Collection Center Drive | | Chicago | IL | 60693 | |
| Duff & Phelps, LLP | Benesch | LouAnne Molinaro | 222 Delaware Avenue, Suite 801 | | Wilmington | DE | 19801-1611 | |
| Duff & Phelps, LLP | David A. Landman | 200 Public Square, Ste. 2300 | | | Cleveland | OH | 44114 | |
| Duff & Phelps, LLP | Richard G. Hardy, Esq. | 1660 West 2nd Street, Suite 1100 | | | Cleveland | OH | 44113 | |
| Duffy, James B. | | Address on File | | | | | | |
| Duffy, William | | Address on File | | | | | | |
| Dun & Bradstreet Inc. | | PO Box 75434 | | | Chicago | IL | 60675-5434 | |
| Dun & Bradstreet | | PO Box 3108 | | | Crofton | MD | 21114 | |
| Dun & Bradstreet | The Rowland Law Firm | Ronald L. Rowland, Authorized Agent | 2453 Vineyard Lane | | Crofton | MD | 21114 | |
| Dun & Bradstreet | The Rowland Law Firm | Address on File | | | | | | |
| DUNN, CHRISTOPHER | | Address on File | | | | | | |
| Dunn, John | | Address on File | | | | | | |
| DUO Security | | 170 West Tasman Dr | | | San Jose | CA | 95134 | |
| Dustin Schneider | | Address on File | | | | | | |
| DUSTIN WORLEY | | Address on File | | | | | | |
| DuWest Realty | | 3319 Darmouth Ave. | | | Dallas | TX | 75205 | |
| DuWest Realty | | 4403 N Central Expy | | | Dallas | TX | 75205 | |
| DuWest Realty | | 4514 Cole Avenue | Suite 1100 | | Dallas | TX | 75205 | |
| Dykema Gossett, PLLC | | 400 Renaissance Center | | | Detroit | MI | 48243-1668 | |
| Dynamex | | Greeley Square Station | PO Box 20284 | | New York | NY | 10001 | |
| Dynamex | | PO BOX 20284 GREELEY SQ STATION | | | New York | NY | 10001 | |
| Dynamex | | PO Box 842304 | | | Dallas | TX | 75284-2304 | |
| Dynamex | | 1330 Motor Circle | | | Dallas | TX | 75207 | |
| E Gallery Studios | | | | | | | | |
| eA Data Automation Services, LLC | | 5000 Olde Towne Parkway | Suite 100 | | Marietta | GA | 30068 | |
| EA Electric | | 2941 Trade Center Drive | #200 | | Carrollton | TX | 75007-4647 | |
| EAB HealthWorks LLC | | 400 West End Ave | Suite 8A | | New York | NY | 10024 | |
| Eagle Software | | 124 Indiana Ave | | | Salina | KS | 67401 | |
| Earl F. Hale, Jr. | | Address on File | | | | | | |
| EarthColor Houston Inc. | | PO Box 840578 | | | Dallas | TX | 75284-0578 | |
| Earthstream Global Inc. | | 800 Town & Country Blvd | Suite 300 | | Houston | TX | 77024 | |
| EASLEY & MARQUIS, PLLC | | 5000 LEGACY DR | STE 400 | | Plano | TX | 75024 | |
| Eastern Point Trust Company | Attn Accounts Receivable | PO Box 3322 | | | Warrenton | VA | 20188-3322 | |
| Eastern Point Trust Company, Inc. | George S. Robinson, IV | 4685 Millennium Drive | | | Belcamp | MD | 21017 | |
| Eastland CLO Ltd. | | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Eastland CLO, Ltd. | c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Eastland CLO, Ltd. | Eastland CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | George Town, Grand Cayman | | KY1-1108 | Cayman Islands |

Appx. 00828
001712

**Exhibit C**
Creditor Matrix
Served via First Class Mail

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 55 of 175

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Eastland CLO, Ltd. and Investors Bank and Trust Company | Eastland CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1234 | Queensgate House | The Directors-Eastland CLO, Ltd. | George Town, Grand Cayman | | KY1-1108 | Cayman Islands |
| Eastland CLO, Ltd. and Investors Bank and Trust Company | Investors Bank and Trust Company Attn CDO Services Group Ref Eastland CLO | 200 Clarendon St | Mail Code EUC 108 | | Boston | MA | 02116 | |
| EASY 2 HIRE LLC | | 3637 Temecula Creek Trail | | | McKinney | TX | 75070 | |
| Eckelkamp Retirement Planning | | 5550 S. Ft. Apache Rd | Suite 101 | | Las Vegas | NV | 89148-7667 | |
| Eclipse Entertainment, LLC | | 6850 Manhattan Blvd. | Suite 300 | | Fort Worth | TX | 76120 | |
| EcoSystems Environmental, Inc. | | PO Box 110849 | | | Carrollton | TX | 75011-0849 | |
| Ed Trampolsky | | Address on File | | | | | | |
| Edelman Pub Relations Worldwide (HK) Ltd | | 701 Central Plaza | 18 Harbour Road | Wan Chai | HONG KONG | | | HONG KONG |
| Edelman Pub Relatns Worldwide Korea Ltd | | 18th Flr Ferrum Tower 66 | | | Seoul | | 100210 | South Korea |
| Eden, Hugh B. | | Address on File | | | | | | |
| Edgar Online | | 3900 Essex | Suite 900 | | Houston | TX | 77027 | |
| EDGAR filings, Ltd | | 50 Washington St 9th Flr | | | Norwalk | CT | 06854 | |
| Edgar Online | | 11200 Rockville Pike, Ste. 310 | | | Rockville | MD | 20852 | |
| Edgar Online | | 88747 Expedite Way | | | Chicago | IL | 60695-1700 | |
| Edge Realty Partners | | 5950 Berkshire Ln | Suite 200 | | Dallas | TX | 75225 | |
| Edgewater Financial LLC | c/o Michael D Breen | 807 West Lynn Ste 218 | | | Austin | TX | 78703 | |
| Edjie Fox | | Address on File | | | | | | |
| Edina Country Club | | 5100 Wooddale Ave | | | Edina | MN | 55424 | |
| Education is Freedom | | 2711 N. Haskell Ave. | Suite 2070, LB 18 | | Dallas | TX | 75201 | |
| Edward A Barber | | Address on File | | | | | | |
| Edward Lin | | Address on File | | | | | | |
| Edward McRedmond | | Address on File | | | | | | |
| Effort Group, LLC | | 1 Throndal Circle | | | Darien | CT | 06820 | |
| efinancialcareers | | 1040 Avenue of the Americas | 8th Floor | | New York | NY | 10018 | |
| efinancialcareers | | 4939 Collections Center Dr | | | Chicago | IL | 60693 | |
| Eftekhari, Cyrus | | Address on File | | | | | | |
| EGON ZEHNDER INTERNATIONAL | | 350 PARK AVE | | | New York | NY | 10022 | |
| Egret Management, Inc. | | 10515 Egret Lane | | | Dallas | TX | 75230 | |
| EIDSON, ALLISON | | Address on File | | | | | | |
| EIMEN, CATHERINE | | Address on File | | | | | | |
| EIMER STAHL KLEVORN & SOLBERG LLP | | 224 SOUTH MICHIGAN AVE | STE 1100 | | Chicago | IL | 60604 | |
| EIMN, LLC | Attn Accounting Department | 225 Park Avenue South, 7th Floor | | | New York | NY | 10003 | |
| EL CONQUISTADOR GOLF RESORT CASINO | | 1000 EL CONQUISTADOR AVE | | | Fajardo | PR | 00738 | |
| Elaiia Abate | | Address on File | | | | | | |
| Eleanor Munson, PhD | | Address on File | | | | | | |
| Electra Cruises, Inc. | | 3439 Via Oporto | | | Newport Beach | CA | 92663 | |
| Elektronik Devices Company | | 1712 Poinciana Ln | | | Plano | TX | 75075 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 56 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ELGIN CAPITAL | | 130 JERMYN ST | | | London | | SW1Y 4UR | United Kingdom |
| Eliason, Hayley | | Address on File | | | | | | |
| Eliot Weissberg | The Investors Center, Inc. | 70 East Main St, POB 1447 | | | Avon | CT | 06001 | |
| Elisa Dreier Reporting | | 950 Third Avenue 5th Floor | | | New York | NY | 10022 | |
| Elisa Dreier Reporting Corp. | | 780 Third Ave, 7th Flr | | | New York | NY | 10017 | |
| ELISABETH LEIDERMAN | | Address on File | | | | | | |
| Elite Casino Events | | P. O. Box 6755 | | | Fort Worth | TX | 76115 | |
| Elite Copy Solutions, Inc. | | 403 N Stemmons Freeway Ste 100 | | | Dallas | TX | 75207 | |
| Elite Deposition Technologies | | 400 N. St Paul St, 13th Floor, Ste 1340 | | | Dallas | TX | 75201 | |
| Elite Document Technology-Dallas | | 400 N. Saint Paul St. | Suite 1300 | | Dallas | TX | 75201 | |
| Elite Document Technology-Dallas | | 403 North Stemmons Freeway Suite 100 | | | Dallas | TX | 75207 | |
| Elite Scheduling Services, LLC | | 8442 S. Union Lake Dr. SE | | | Alexandria | MN | 56308 | |
| Elkins McSherry | | 225 Liberty St | 24th floor | | New York | NY | 10281-0000 | |
| ELKINS/MCSHERRY, LLC | ATTN FINANCE | 2 WFC | 225 LIBERTY ST., 24TH FLR | | New York | NY | 10281 | |
| ELKINS/MCSHERRY, LLC | | 1290 Avenue of the Americas | 22nd Floor | | New York | NY | 10104 | |
| Ellen W. Slights, Esq. | United States Attorney s Office | District of Delaware | 1007 N. Orange Street, Suite 700 | | Wilmington | DE | 19801 | |
| Ellington, Scott | | Ross & Smith PC | | 700 N Pearl Street, Suite 1610 | Dallas | TX | 75201 | |
| Ellington, Scott | c/o Frances A Smith | Address on File | | | | | | |
| EMC Integrated Systems Group | | 121 Central Ave | Suite 200 | | Grapevine | TX | 76051 | |
| Emerald City Management | | 4688 Reunion Dr. | | | Plano | TX | 75024 | |
| Emerging Portfolio Fund Research, Inc. | | PO Box 417184 | | | Boston | MA | 02241-7184 | |
| Emerson Network Power | | PO BOX 70474 | | | Chicago | IL | 60673-0001 | |
| Emert, Craig | | Address on File | | | | | | |
| EMI Environmental Group | | 14850 Montfort Dr Ste 205 | | | Dallas | TX | 75254 | |
| Emma Cruttenden | | Address on File | | | | | | |
| EMMANUEL, ARTHUR | | Address on File | | | | | | |
| Emmet, Marvin & Martin, LLP | | 120 Broadway | 32nd Floor | | New York | NY | 10271 | |
| Employer Compliance Service | | 611 Pennsylvania Ave SE #4000 | | | Washington | DC | 20003-4303 | |
| Employment Security Division | | 500 East Third Street | | | Carson City | NV | 89713-0030 | |
| EMSI-Examination Mgmt Services, Inc | | Health Service Division | PO Box 910465 | | Dallas | TX | 75391-0465 | |
| ENA Capital, LLC | Attn Steve Ellman and Bob Kauffman | Ellman Management Group, Inc. | 4040 E. Camelback Road, Suite 250 | | Phoenix | AZ | 85018 | |
| Encore Discovery Solutions | | Dept 2851 | PO Box 122651 | | Dallas | TX | 75312-2651 | |
| Encore Live, LLC | | 600 E Exchange Ave | | | Fort Worth | TX | 76164-8246 | |
| Encore Productions | | 2012 Greenbriar Lane | | | Plano | TX | 75074 | |

Appx. 00830

001714

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 57 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EnerCom, Inc. | | 800 18th Street | Suite 200 | | Denver | CO | 80202 | |
| Energy Search Associates, LLC | | 7709 San Jacinto Place | Ste 206 | | Plano | TX | 75024 | |
| EnergyNet Services, Inc. | | 7201 W. Interstate 40 | Suite 319 | | Amarillo | TX | 79106 | |
| ENGSTROM, DONNA | | Address on File | | | | | | |
| EnMark Services, Inc. | | 1700 Pacific Avenue | Suite 2660 | | Dallas | TX | 75201 | |
| ENOCH, KEVIN | | Address on File | | | | | | |
| Entwistle & Cappucci LLP | | 280 Park Ave | 26th Floor West | | New York | NY | 10017 | |
| Envestnet Tamarac | | 701 5th Ave., Ste 1400 | | | Seattle | WA | 98104 | |
| Envoy Data Corporation | | 1310 W. Boxwood Ave | | | Gilbert | AZ | 85233 | |
| EPFR Global | | PO Box 417184 | | | Boston | MA | 0224-1-7184 | |
| Epiq eDiscovery Solutions | | Dept 2851 | PO Box 122651 | | Dallas | TX | 75312-2651 | |
| Episcopal School of Dallas | Karla Wigley | ESD Development Office | 4100 Merrell Rd. | | Dallas | TX | 75229 | |
| Episcopal School of Dallas | | 4100 Merrell Rd | | | Dallas | TX | 75229 | |
| Eqocal | | 2060 Walkley Rd. | | | Ottawa | ON | K1G 3P5 | CANADA |
| Equest | | PO Box 2109 | | | Wylie | TX | 75098 | |
| Equest | | PO Box 171779 | | | Dallas | TX | 75217 | |
| Equity Search Partners | | 200 Crescent Court, Ste 1300 | | | Dallas | TX | 75201 | |
| Equivalent Data | | 4809 Westway Park Blvd. | Payment Center | | Houston | TX | 77041 | |
| eRevival LLC | | 141 Lanza Ave | Bldg 5 | | Garfield | NJ | 07026 | |
| Eric Girard | | Address on File | | | | | | |
| ERIC KEPHART | | Address on File | | | | | | |
| ERIC MARK | | Address on File | | | | | | |
| Eric Pearson | | Address on File | | | | | | |
| Eric Reynolds | | Address on File | | | | | | |
| Eric Thayer | | Address on File | | | | | | |
| Erick Rawlings | | Address on File | | | | | | |
| Erin Sheehan | | Address on File | | | | | | |
| Ernst & Young | | 200 Plaza Drive | | | Secaucus | NJ | 07094 | |
| ERS | | 101 S Coit Rd Bldg 36, Ste 297 | | | Richardson | TX | 75080 | |
| Erskine Chambers - Andrew Blake | | 33 Chancery Lane | | | London | | WC2A 1EN | United Kingdom |
| Erskine Chambers - Michael Todd | | 33 Chancery Lane | | | London | | WC2A 1EN | United Kingdom |
| Escudero, Gaston | | Address on File | | | | | | |
| ESD | ATTN SARA CAMPBELL | EPISCOPAL SCHOOL OF DALLAS | 4100 MERRELL RD | | Dallas | TX | 75229 | |
| Esquire Deposition Services, LLC | | PO Box 827829 | | | Philadelphia | PA | 19182-7829 | |
| Esquire Deposition Solutions, LLC | | PO Box 846099 | | | Dallas | TX | 75284 | |
| Esquire Litigation Solutions, LLC | | PO Box 785751 | | | Philadelphia | PA | 19178-5756 | |
| Estevez, Jaime | | Address on File | | | | | | |
| Estudio ROVIRA | | 1850 North Greenville Ave #158 | | | Richardson | TX | 75081 | |
| ETCI | | PO Box 3512 | | | Arlington | VA | 22203 | |
| E Trade Financial | Attn AR/Mutual Funds | | | | | | | |

Appx. 00831
001715

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EUROMONEY INSTITUTIONAL INVESTOR | | PO Box 4009 | | | Chesterfield | MO | 63006-4009 | |
| EuroUSA Shipping Inc. | | 1826 Holiars Place | | | Middleburg | FL | 32068 | |
| Evans & McFarland, LLC | | 4643 S. Ulster, Suite 800 | | | Denver | CO | 80237 | |
| Evans, Christian | | Address on File | | | | | | |
| EventWork Photography, LLC | | 1712 Midcrest Dr | | | Plano | TX | 75075 | |
| Evercore Restructuring LLC | | 55 East 52 St | | | New York | NY | 10055 | |
| eVestment | | 5000 Ole Towne Parkway | Suite 100 | | Marietta | GA | 30068 | |
| Evoque Data Center | | 250 Vesey Street 15th Floor | | | New York | NY | 10281-0000 | |
| EWI RE Inc | | One Lincoln Centre | Suite 1060 | | Dallas | TX | 75240 | |
| EWING, LEAH | | Address on File | | | | | | |
| Exagere LLC | | 227 Dauphine | | | New Orleans | LA | 70112 | |
| Exclaimer Ltd. | | 445 Park Avenue | 9th Floor | | New York | NY | 10022 | |
| EXECUTIVE BEVERAGE SERVICE | | PO BOX 850783 | | | Richardson | TX | 75081 | |
| EXECUTIVE BEVERAGE SERVICE | | 5032 DICKENS LN | | | CARROLLTON | TX | 75010-4915 | |
| Executive Charge, Inc. | | 1440 39th St | | | Brooklyn | NY | 11218 | |
| Executive Liquidation | | 100 Redneck Avenue | | | Moonachie | NJ | 07074 | |
| Executive Office Group Limited | | 23 Berkeley Square | | | London | | W1J 6HE | United Kingdom |
| Executive Scheduling Associates, Inc. | | 215 Lake Blvd. Ste 367 | | | Redding | CA | 96003 | |
| Experience, Inc | | 2 Faneuil Hall Marketplace | 3 rd Floor | | Boston | MA | 02109 | |
| Experis Finance US, LLC | | PO Box 905378 | | | Charlotte | NC | 28290-5378 | |
| EXPERT PAY | | PO BOX 659791 | | | San Antonio | TX | 78265-9791 | |
| Exterior Consulting Innovations, Inc. | | 1406 S Clark Rd | | | Duncanville | TX | 75137-2811 | |
| F5 | | 801 5th Ave | | | Seattle | WA | 98104-0000 | |
| Fabriclean, Inc. | | 11-39 50th Ave | | | Long Island City | NY | 11101 | |
| Factiva | | PO BOX 30994 | | | New York | NY | 10261 | |
| Factiva | | DJRBI, LLC | PO Box 7247-0237 | | Philadelphia | PA | 19170-0237 | |
| Factory Builder Stores | | 512 E Dallas Rd | Ste 500 | | Grapevine | TX | 76051 | |
| FACTSET RESEARCH SYSTEMS, INC. | Attn Finance | 301 Merritt 7, 3rd Floor | | | Norwalk | CT | 06851 | |
| FACTSET RESEARCH SYSTEMS, INC. | | PO BOX 414756 | | | Boston | MA | 02241-4756 | |
| Falinski Mark & Johnson, P.A. | | 775 Prairie Center Drive, Suite 400 | | | Eden Prairie | MN | 55344 | |
| Fair Harbor Capital, LLC | As Assignee of Action Shred of Texas | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | As Assignee of CVE Technologies Group Inc. | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | As Assignee of Daniel Sheehan & Associates, PLLC | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document    Filed 08/26/Page 161 of 228    PageID 1835
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 59 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of Vengroff Williams Inc as Authorized Agent of American Arbitration Association | Ansonia Finance Station | PO Box 237037 | | New York | NY | 10023 | |
| Fair Harbor Capital, LLC | Frederick Glass | 130 West 57th Street, 5th Floor | | | New York | NY | 10019 | |
| Fair Market Life Settlements Corporation | | 435 Ford Rd | Suite 120 | | St. Louis Park | MN | 55426 | |
| FAIRMONT DALLAS | | 1717 N AKARD ST | C0\|LIZ BAKER, GROUP BILLING COORDINATOR | | Dallas | TX | 75201 | |
| Faith Petersen | | Address on File | | | | | | |
| Falcon E&P Opportunities GP, LLC | c/o PetroCap LLC | Marc Manzo | 2602 McKinney Avenue | Suite 400 | Dallas | TX | 75204 | |
| Family Compass | | 4210 Junius Street | | | Dallas | TX | 75246 | |
| Family Office Association | | 500 West Putnam Ave. | Suite 400 | | Greenwich | CT | 06830 | |
| Fanning & Associates | | PO Box 37 | | | Denton | TX | 76202 | |
| Fanning & Associates | | 226 Sanders Rd | | | Denton | TX | 76210 | |
| FARIA, RICHARD | | Address on File | | | | | | |
| Farouk Z Lalji | | Address on File | | | | | | |
| FASKEN MARTINEAU DUMOULIN | | STE 4200 TORONTO DOMINION BANK TOWER | BOX 20 TORONTO-DOMINION CENTRE #105 | | TORONTO | ON | M5K 1N6 | CANADA |
| FASTFRAME | | 3001 Knox Street | | | Dallas | TX | 75205 | |
| FASTFRAME | | 11107 Sesame Street | | | Dallas | TX | 75238 | |
| Fat Ox | | 7715 E Montebello Avenue | | | Scottsdale | AZ | 85250 | |
| Fauxcades, Inc. | | 8888 Governors Row | | | Dallas | TX | 75247 | |
| Feast of Sain Arnold | | 8 Fourth Street | | | Colorado Springs | CO | 80906 | |
| Federal Insurance Company | Federal Insurance Company c/o Chubb | 202A Halls Mill Road - 2E | | | Whitehouse Station | NJ | 08889 | |
| Federal Insurance Company c/o Chubb | | 202A Halls Mill Road - 2E | | | Whitehouse Station | NJ | 08889 | |
| FedEx | | 4103 COLLECTION CENTER DR | | | Chicago | IL | 60693 | |
| FedEx | | Dept CH PO Box 10306 | | | Palatine | IL | 60055-0306 | |
| FedEx | | PO Box 94515 | | | Palatine1 | IL | 600944-4515 | |
| FedEx | | PO Box 660481 | | | Dallas | TX | 75266-0481 | |
| FEDORYSHYN, ERIC | | Address on File | | | | | | |
| FEHLIG, STACEY | | Address on File | | | | | | |
| Felhaber Larson Fenlon & Vogt | | 220 Southy 6th Street | Ste 2200 | | Minneapolis | MN | 55402-4504 | |
| Felicity Toube QC | | 3-4 South Square | Grays Inn | | London | | WC1R 5HP | United Kingdom |
| Ferguson, Misty | | Address on File | | | | | | |
| FERRELL, JOHN | | Address on File | | | | | | |
| Fetzer Architectural Woodwork | | 6223 West Double Eagle Circle | | | West Valley City | UT | 84118 | |
| Fidelity Information Services | | PO Box 911653 | | | Dallas | TX | 7539 1-1653 | |
| Fidelity Information Services Inc | | PO Box 18012 | | | Ashburn | VA | 20146 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fidelity Information Services Inc | | Payment Processing Center | PO Box 4535 | | Carol Stream | IL | 60197-4535 | |
| Fidelity Investments Institutional | | Operations Company, Inc. | PO Box 73307 | | Chicago | IL | 60673-7307 | |
| Fidelity National Information Services | | Payment Processing Center | PO Box 18012 | | Ashburn | VA | 20146 | |
| FIGARI & DAVENPORT LLP | | 901 MAIN ST | 3400 BANK OF AMERICA PLAZA | | Dallas | TX | 75202-3796 | |
| FINANCIAL ACCOUNTING STANDARDS BOARD | | PO BOX 630420 | | | Baltimore | MD | 21263-0420 | |
| FINANCIAL AGENT | | FEDERAL TAX DEPOSIT PROCESSING | PO BOX 970030 | | Saint Louis | MO | 63197 | |
| Financial Data Services, Inc. | Cash Management | 4800 Deer Lake East Dr. 2nd Flr | | | Jackson | FL | 32246-6484 | |
| Financial Fineprint, Inc. | | 1619 3rd Ave Apt 7K | | | New York | NY | 10128-3036 | |
| FINANCIAL GRAPHIC SERVICE, INC. | | 2910 S 18th AVE | | | Broadview | IL | 60155-4727 | |
| Financial Graphic Services | | PO Box 85090 | | | Chicago | IL | 60680-0851 | |
| Financial Industry Regulatory Authority | | 15200 Omega Drive, Suite 210 | | | Rockville | MD | 20850 | |
| Financial Investment News | | 41 Union Square West | Suite 1021 | | New York | NY | 10003 | |
| Financial Investment News | | 267 Fifth Avenue | Suite 1010 | | New York | NY | 10016 | |
| Financial Media Group, LLC | | 9635 Maroon Circle | Ste 150 | | Englewood | CO | 80112 | |
| Financial Planning Association | | 1290 N Broadway # 1625 | | | Denver | CO | 80203-2122 | |
| Financial Planning Association of Iowa | Attn Erin Ramsey | 914 NE 53rd Court | | | Ankeny | IA | 50021 | |
| Financial Research Associates | ATTN Teri Lewis | 18705 NE Cedar Drive | | | Battle Ground | WA | 98604 | |
| Financial Research Associates, LLC | Attn Teri Lewis | 18705 NE Cedar Drive | | | Battle Ground | WA | 98604 | |
| Financial Research Associates, LLC | | 200 Washington Street | Suite 201 | | Santa Cruz | CA | 95060 | |
| Financial Risk Management | | 888 Seventh Ave | | | New York | NY | 10019 | |
| Financial Services Institute | | 607 14th St, NW | Suite 750 | | Washington | DC | 20005 | |
| Financial Services Institute | | PO Box 116730 | | | Atlanta | GA | 30368-6730 | |
| Financial Times | | PO Box 1627 | | | Newburgh | NY | 12551-9976 | |
| Financial Tracking Technologies LLC | | 1111 East Putnam Ave | Ste 304 | | Riverside | CT | 06878-0000 | |
| Financial Tracking Technologies LLC | | 2 Soundview Dr, Ste 100 | | | Greenwich | CT | 06830 | |
| Financial Tracking Technologies LLC | | 1111 E Putnam Ave. | Suite 304 | | Riverside | CT | 06878 | |
| Financial West Group | Attn Nicole White | 4510 E. Thousand Oaks Blvd. | | | Westlake Village | CA | 91362 | |
| Fink, Jason | | Address on File | | | | | | |
| FINRA | | 1735 K Street, NW | | | Washington | DC | 20006 | |
| Fire Works Media Productions | | 2440 Pebblebrook Ct. | | | Grand Prairie | TX | 75050 | |
| First Allied Securities | Attn Commission Accounting | 655 W. Broadway, 11th Flr | | | San Diego | CA | 92101 | |

Exhibit C
Creditor Matrix
Served via First Class Mail

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 61 of 175

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| First American Title Insurance Company | | 8311 W. Sunset Road | Suite 100 | | Las Vegas | NV | 89113 | |
| First Financial Network, Inc. | | 14000 Quail Springs Pkwy, Ste 200 | | | Oklahoma City | OK | 73134 | |
| First Foundation Advisers | | 18101 Von Karman Avenue | Suite 750 | | Irvine | CA | 92612 | |
| First Foundation Inc. | | 18101 Von Karman Avenue | Ste 700 | | Irvine | CA | 92612 | |
| First Page Management LLC dba StatusLabs | | 151 South 1st | Ste 100 | | Austin | TX | 78704-0000 | |
| First Presbyterian Church | | One West Putnam Ave | | | Greenwich | CT | 06830 | |
| First Southwest | | 325 North St. Paul St | Suite 800 | | Dallas | TX | 75201 | |
| First Trust Highland Floating Rate Fund | | 330 Bay St Ste 1300 | | | Toronto | ON | M5H2S8 | CANADA |
| FIS Brokerage & Securities Services LLC | | 62446 Collections Center Drive | | | Chicago | IL | 60693-0624 | |
| FIS Investment Systems LLC | | 601 Riverside Ave | | | Jacksonville | FL | 32204 | |
| Fischer Porter & Thomas, PC | | 440 Sylvan Avenue, Suite 130 | | | Englewood Cliffs | NJ | 07632-2700 | |
| FISH & RICHARDSON P.C. | | PO BOX 3295 | | | Boston | MA | 02110 | |
| FITCH, STEPHANIE | | Address on File | | | | | | |
| FITEH ZEGEYE | | Address on File | | | | | | |
| FITZSIMMONS, BRIAN | | Address on File | | | | | | |
| Five Blocks, Inc. | | 5967 West 3rd Street | Suite 307 | | Los Angeles | CA | 90036 | |
| FJF INTERNATIONAL | | 858 TOWER VIEW CIRCLE | | | New Hope | PA | 18938 | |
| Flagship Cruises & Events | | PO Box 120751 | | | San Diego | CA | 92112 | |
| Flaherty, Sensabaught, & Bonasso, PLLC | | 200 Capital St | PO Box 3843 | | Charleston | WV | 25338-3843 | |
| Flemming Zulack Williamson Zauderer LLP | | One Liberty Plaza | 35th Floor | | New York | NY | 10006-1404 | |
| Flexential | | 11900 East Cornell Avenue | Building B, 3rd Floor | | Aurora | CO | 80014-0000 | |
| Flexential Colorado Corp. | | 8809 Lenox Point Drive | Suite G | | Charlotte | NC | 28273 | |
| Flexential Colorado Corp. | | PO Box 732368 | | | Dallas | TX | 75373-2368 | |
| Flink, Robert | | Address on File | | | | | | |
| Florance & Associates Consulting | | 1475 Richardson Dr. | Suite 270 | | Richardson | TX | 75080 | |
| Florida Department of Banking & Finance | Division of Securities | 200 East Gaines Street | | | Tallahassee | FL | 32399-6502 | |
| FLORIDA DEPARTMENT OF REVENUE | | 5050 W TENNESSEE ST | | | Tallahassee | FL | 32399-0135 | |
| Florissant Geological, LLC | | 5214 Vanderbilt Ave. | | | Dallas | TX | 75206 | |
| Flossie ORiley Photography | | 701 Woodcrest Dr | | | Hurst | TX | 76053-4921 | |
| Foley Gardere | Holly ONeil, Esq. | Foley & Lardner LLP | 2021 McKinney Avenue Suite 1600 | | Dallas | TX | 75201 | |
| FOLEY GARDERE | | 2021 MCKINNEY AVENUE | SUITE 1600 | | Dallas | TX | 75201 | |
| Foley Gardere, Foley Lardner LLP | Attn Holland N. O Neil | 2021 McKinney Avenue, Ste. 1600 | | | Dallas | TX | 75201 | |
| Folks & Associates | | PO Box 851168 | | | Mesquite | TX | 75185-1168 | |
| Forbes | | PO BOX 5468 | | | Harlan | IA | 51593-0968 | |
| Forbes | | PO Box 5474 | | | Harlan | IA | 51593-0974 | |
| Fordham, Michael | | Address on File | | | | | | |

Appx. 00835

001719

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Forensic Risk Alliance | | Third Floor, Audrey House | Ely Place | | London | | EC IN-6SN | United Kingdom |
| Foreside Consulting Services, LLC | | 3 Canal Plaza | Suite 100 | | Portland | ME | 04101 | |
| Foreside Consulting Services, LLC | | PO Box 7556 | | | Portland | ME | 04112-7556 | |
| Foreside Financial Services, LLC | | 3 Canal Plaza | Suite 100 | | Portland | ME | 04101 | |
| Forest Resource Consultants, Inc | | 964 Georgia Ave Ste 100 | | | Macon | GA | 31201-6766 | |
| Forest2Market, Inc. | ATTN Accounts Receivable | 10030 Park Cedar Drive | Suite 201 | | Charlotte | NC | 28210-8902 | |
| Forney & Terrell Alarm Systems, LLC | | P.O. Box 341 | | | Terrell | TX | 75160 | |
| Forns, Alison | | Address on File | | | | | | |
| Forrest A. Garb & Associates, Inc. | | 5310 Harvest Hill, Ste 130 | | | Dallas | TX | 75230 | |
| Forshey & Prostok, L.L.P. - IOLTA | | 777 Main St. Ste 1290 | | | Fort Worth | TX | 76102 | |
| FORSight Resources, LLC | | 8761 Dorchester Rd | Suite 102 | | North Charleston | SC | 29420 | |
| Fort Worth Stock Show Syndicate | | PO Box 17005 | | | Fort Worth | TX | 76102 | |
| Fort Worth Wildcatters | | 777 Main Street #800 | | | Fort Worth | TX | 76102 | |
| Fortune | | PO Box 60400 | | | Tampa | FL | 33660-0400 | |
| Fortune | | PO BOX 61460 | | | Tampa | FL | 33661-1460 | |
| FORTUNE Personnel Consultants of Troy | | 560 Kirts Blvd | Suite 102 | | Troy | MI | 48084 | |
| Foundation for BrainHealth Advances | Center for BrainHealth | 2200 West Mockingbird Lane | | | Dallas | TX | 75235 | |
| Four Seasons Plantscaping, LLC | | 139 Turtle Creek Blvd. | | | Dallas | TX | 75207-6807 | |
| Four Seasons Plantscaping, LLC | | PO Box 793429 | | | Dallas | TX | 75379-0000 | |
| FOWLER HATLEY | | Address on File | | | | | | |
| Fox Rothschild LLP | Attn Accounts Receivable-60 | 2000 Market St, 20th Floor | | | Philadelphia | PA | 19103-3222 | |
| FOX, SEAN | | Address on File | | | | | | |
| FPA Connecticut State Conference | | 95 West St | | | Rocky Hill | CT | 06067 | |
| FPA of Middle Tennessee | Patricia Fisher, Chapter Exec | PO Box 150608 | | | Nashville | TN | 37215 | |
| FPA South Florida | | 8930 State Rd. 84, Ste 316 | | | Davie | FL | 33324 | |
| FPANJ | | 551 Valley Rd #365 | | | Upper Montclair | NJ | 07043 | |
| FPC | FORTUNE Personnel Consultants of Troy | 560 Kirts Blvd. | Suite 102 | | Troy | MI | 48084 | |
| FPC OF SAVANNAH, INC. | | PO BOX 8846 | | | Savannah | GA | 31412 | |
| FPG CT Owner LP | | PO Box 5297 | Lockbox 305297 | | New York | NY | 10008-5297 | |
| FPG Galleria Two Owner, LP | | PO Box 3085 | | | Hicksville | NY | 11802-3085 | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | 99 WOOD AVE SOUTH | 10TH FLR | | ISELIN | NJ | 08830 | |
| Frances Wildhaber | | Address on File | | | | | | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 63 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| FRANCHISE TAX BOARD | | PO BOX 942857 | | | Sacramento | CA | 94257-0511 | |
| FRANCIS X GRAY & CO | | 122 W 26TH ST | STE 1101 | | New York | NY | 10001 | |
| Frank Cunningham | | Address on File | | | | | | |
| Frank Russell Company | | NW 6327 | PO Box 1450 | | Minneapolis | MN | 55485-6327 | |
| Frank Waterhouse | c/o David Neier | Winston Strawn LLP | 200 Park Avenue | | New York | NY | 10166 | |
| Frank Waterhouse | Debra A. Dandeneau | Baker & McKenzie LLP | 452 Fifth Avenue | | New York | NY | 10018 | |
| Frank Waterhouse | Michelle Hartmann | Baker & McKenzie LLP | 1900 North Pearl, Suite 1500 | | Dallas | TX | 75201 | |
| Frank Waterhouse | Ross & Smith, PC | Plaza of the Americas | 700 N Pearl Street, Suite 1610 | | Dallas | TX | 75201 | |
| Frank Waterhouse | | Address on File | | | | | | |
| Franke Foodservice Solutions | | 3149 Paysphere Circle | | | Chicago | IL | 60674-0031 | |
| Frederick C. Moss | | Address on File | | | | | | |
| FreedomPark LP | | 7501 Esters Blvd | Ste. 130 | | Irving | TX | 75063 | |
| FreeMotion Fitness | | PO Box 99661 | | | Chicago | IL | 60690 | |
| FRICK, TINA | | Address on File | | | | | | |
| FridsonVision | | 54 W 21st ST | STE 1007 | | New York | NY | 10010 | |
| FridsonVision | | 1 Penn Plaza Ste 3600 | | | New York | NY | 10119 | |
| Fried Frank Harris Shriver & Jacobson | | One New York Plaza | | | New York | NY | 10004-1980 | |
| Fried, Frank, Harris, Shriver & Jacobson | | One New York Plaza | | | New York | NY | 10004-1980 | |
| Friedman Kaplan Seiler & Adelman LLP | | 1633 BROADWAY | | | New York | NY | 10019-6708 | |
| Friedreichs Ataxia Research Alliance | | 533 W. Uwchlan Avenue | | | Downington | PA | 19335 | |
| Friends of the Dallas Fire Dept. | c/o Ray Cheery | Dallas Security Systems PO Box 550939 | | | Dallas | TX | 75355-0939 | |
| Friends of the Dallas Police | | 3232 McKinney Ave | #855 | | Dallas | TX | 75204 | |
| Friends of the IDF | | 29 E MADISON ST | | | Chicago | IL | 60602 | |
| FRITZ, ERIC | | Address on File | | | | | | |
| Fizzell, Madeline | | Address on File | | | | | | |
| Fizzell, Madeline | | PO Box 12292 | | | | | | |
| Front Sight Focus | Attn Tamera Watt | 5100 South I-35 Service Road | | | Raleigh | NC | 27605 | |
| Frontier State Bank | Attn Mr Steve Elliott | 901 Main Street | | | Oklahoma City | OK | 73129 | |
| Frontline Source Group, Inc. | Attn Reimbursement Processing | Lockbox 101092 | Suite 4010 | | Dallas | TX | 75202 | |
| FSC Securities Corporation | | | 3585 Atlanta Ave | | Hapeville | GA | 30354 | |
| FSC Securities Corporation | Attn Shelly Kooiker | 3737 Woodland Ave, Ste 500 | | | West Des Moines | IA | 50266 | |
| FT Interactive Data | | 32 CROSBY DR | | | Bedford | MA | 01730 | |
| FT Interactive Data | | PO Box 98616 | | | Chicago | IL | 60693 | |
| FT Interactive Date Corporation | | 22 Crosby Drive | | | Bedford | MA | 01730-0000 | |
| FTI CONSULTING | | 2001 Ross Ave | Suite 400 | | Dallas | TX | 75201 | |
| FTI CONSULTING | | PO BOX 630391 | | | Baltimore | MD | 21263-0391 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00337
001721

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 04/22/22 Page 166 of 228 PageID 1840
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 64 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | | Three Times Square | 10th floor | | NewYork | NY | 10036-0000 | |
| Fuentes, Brian | | Address on File | | | | | | |
| Fulbright & Jaworski | | 2200 Ross Ave Ste 2800 | | | Dallas | TX | 75201-2784 | |
| Fulbright & Jaworski | | FULBRIGHT TOWER | 1301 MCKINNEY | SUITE 5100 | Houston | TX | 77010-3095 | |
| Fulmer, Kevin | | Address on File | | | | | | |
| Fulmer, Kevin | | 417 Parkhurst Drive | | | Dallas | TX | 75218 | |
| Fun Time Faces TX | | 1430 Broadway, 12th Flr | Suite 1208 | | New York | NY | 10018 | |
| FUNDFIRE | Money-Media, Inc. | | | | | | | |
| FURNITURE FOR BUSINESS | | 14 CARLSON COURT | | | London | | SW15 2NQ | United Kingdom |
| Furniture Solutions Now Ltd. | | 1505 Oak Lawn Ave | Suite 300 | | Dallas | TX | 75207 | |
| FUSE Research Network, LLC | | 200 Highland Avenue | Suite 403 | | Needham | MA | 02494 | |
| Fusion GPS | | 2122 P Street NW | Suite 202 | | Washington | DC | 20037 | |
| G.L. Seaman & Company | | 4201 International Parkway | | | Carrollton | TX | 75007 | |
| G.Neil Corporation | | PO Box 451179 | | | Sunrise | FL | 33345-1179 | |
| Gabriel Moss QC | | 3-4 South Square, Grays Inn | | | London | | WC1R 5HP | United Kingdom |
| GAGE, CASEY S | | Address on File | | | | | | |
| Gail Davis & Associates, Inc. | | 3500 Oak Lawn | Suite 740 | | Dallas | TX | 75219 | |
| Gail Spurgeon | | Address on File | | | | | | |
| Gallop, Johnson & Neuman, L.C. | | 101 S Hanley Ste 1600 | | | Saint Louis | MO | 63105 | |
| Game On! | | 502 South 2nd Avenue | | | Dallas | TX | 75226 | |
| Gaming Today | | PO Box 93116 | | | Las Vegas | NV | 89193 | |
| Garcia & Associates Security | | Two Penn Plaza Ste 1500 | | | New York | NY | 10121 | |
| GARCIA, ERICKA | | Address on File | | | | | | |
| GARDERE WYNNE SEWELL LLP | | 1000 LOUISIANA | STE 3400 | | Houston | TX | 77002-5011 | |
| Gardner Haas PLLC | | 2501 N. Harwood Street | Suite 1250 | | Dallas | TX | 75201 | |
| Gardner, William | | Address on File | | | | | | |
| Garland Independent School District | Linda D. Reece | c/o Perdue Brandon Fielder et al | 1919 S. Shiloh Road, Suite 310, LB 40 | | Garland | TX | 75042 | |
| Garman Turner Gordon | William M. Noall | Address on File | | | | | | |
| Garman Turner Gordon | | 7251 Amigo St Ste 210 | | | Las Vegas | NV | 89119-4302 | |
| Gardner Inc | | PO BOX 911319 | | | Dallas | TX | 75391-1319 | |
| Gary Cao | | Address on File | | | | | | |
| Gary Durham Consulting, LLC | | 200 Crescent Court | Suite 1414 | | Dallas | TX | 75201 | |
| Gary Fitzsimmons, District Clerk | | 600 COMMERCE ST | STE 716 | | Dallas | TX | 75202-4606 | |
| Gary L. Gardner | | Address on File | | | | | | |
| Gary Sinse Foundation | | PO Box 368 | | | Woodland Hls | CA | 91365-0368 | |
| Gary V McGowan | | Address on File | | | | | | |
| GARZA, LAUREN | | Address on File | | | | | | |
| Gateway Financial Advisors, Inc. | | 4101 Dublin Blvd. | Suite F, PMB 57 | | Dublin | CA | 94568 | |
| GATHINGS, SALLY | | Address on File | | | | | | |
| GATZKI, KENT | | Address on File | | | | | | |

Appx. 00338
001722

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 65 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 04/22/22 Page 167 of 228 PageID 1841

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GAUNTT, AMANDA | | Address on File | | | | | | |
| Gaurav Singhal | | Address on File | | | | | | |
| Gautier, Chris | | Address on File | | | | | | |
| Gazelle Court Reporting Services, LLC | | 2807 Allen Street, No 727 | | | Dallas | TX | 75204 | |
| GDHCC | | 4622 MAPLE AVE | STE 207 | | Dallas | TX | 75219 | |
| Geeks Who Drink LLC | | 9450 SW Gemini Dr # 84921 | | | Beaverton | OR | 97008-7105 | |
| General American Life Insurance | | PO Box 790201 | | | Saint Louis | MO | 631790-0196 | |
| General Information Services | ATTN Sara Leslie | 12770 Coit Rd, Ste 300 | | | Dallas | TX | 75251 | |
| General Information Services | | PO Box 538450 | | | Atlanta | GA | 30353-8450 | |
| Geomap Company | | PO Box 671077 | | | Dallas | TX | 75267-1077 | |
| George Bates | | Address on File | | | | | | |
| George Catering | | PO Box 140537 | Leslie Cravens, Catering | | Dallas | TX | 75214 | |
| GEORGE FEIGER IRA | | Address on File | | | | | | |
| George Mathew | | Address on File | | | | | | |
| George W. Bush Foundation | | 2943 SMU Blvd | | | Dallas | TX | 75205 | |
| George W. Bush Foundation | | PO Box 600610 | | | Dallas | TX | 75360 | |
| George W. Bush Presidential Center | | Library and Museum | 2943 SMU Boulevard | | Dallas | TX | 75205 | |
| George W. Bush Presidential Center | | 2943 SMU Boulevard | | | Dallas | TX | 75205 | |
| GEORGIA DEPARTMENT OF REVENUE | | TAXPAYER SERVICES DIVISION | PO BOX 105499 | | Atlanta | GA | 30348-5499 | |
| GEORGIA DEPARTMENT OF REVENUE | | Processing Center | PO Box 740239 | | Atlanta | GA | 30374-0239 | |
| GEORGIA DEPARTMENT OF REVENUE | | PROCESSING CENTER | PO BOX 740320 | | Atlanta | GA | 30374-0320 | |
| Georgia Secretary of State | | 2 Martin Luther King Jr. Drive | Suite 820 West Tower | | Atlanta | GA | 30334 | |
| Geraghty, Dougherty and Edwards | | 1531 Hendry St, PO Box 1605 | | | Ft. Myers | FL | 33902 | |
| Gerry Gartenberg Productions, Inc. | | 3 New York Avenue | | | White Plains | NY | 10606 | |
| Gerson Lehrman Group | | 850 Third Ave | 9th Floor | | New York | NY | 10022 | |
| Gerson Lehrman Group | | BOX 200589 | | | Pittsburgh | PA | 15251-0589 | |
| Getty Images US Inc. | | PO Box 84434 | | | Seattle | WA | 98124-5734 | |
| GHV Settlement Fund | C/O Richard Haskell | 920 N Stone Ave | | | Lagrange Park | IL | 60526 | |
| Gianna Cerullo | | Address on File | | | | | | |
| GIBB, ALLISON | | Address on File | | | | | | |
| Gibbs & Bruns LLP | | 1100 Louisiana Street | Suite 5300 | | Houston | TX | 77002 | |
| GIBBSPRODUCTIONS | | 2429 Connecticut Lane | | | Dallas | TX | 75214 | |
| Gibson, Dunn & Crutcher LLP | | 333 South Grand Ave | | | Los Angeles | CA | 90071 | |
| Gifford Fong Associates | | 3658 Mt. Diablo Boulevard | Suite 200 | | Lafayette | CA | 94549-4751 | |
| Gigantic Color | | PO Box 740209, Dept# 7052 | | | Atlanta | GA | 30374 | |
| Gilbert Bromley | | Address on File | | | | | | |
| Gilbert Martinez Jr. | | Address on File | | | | | | |
| GILCHRIST, CLINT | | Address on File | | | | | | |
| GILL, NICOLE | | Address on File | | | | | | |
| GILLES, ERIN | | Address on File | | | | | | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Gillian C. Sartini | | Address on File | | | | | | |
| Gillian Sartini | | Address on File | | | | | | |
| GILLUM, KATIE | | Address on File | | | | | | |
| Gils Elegant Catering | | 1001 MacArthur Blvd | | | Grand Prairie | TX | 75050 | |
| GIMBEL, JESSICA D. | | Address on File | | | | | | |
| Girard Securities, Inc. | Attn Connie Goodell | 5405 Morehouse Dr Ste 135 | | | San Diego | CA | 92121-4767 | |
| GIRARD, ERIC | | Address on File | | | | | | |
| Girard, Kovarik & Associates | Attn Robert Danion | 101 N. Clematis St. Ste 200 | | | West Palm Beach | FL | 33401 | |
| GLASGOW, SAMUEL | | Address on File | | | | | | |
| Glassdoor | | 1 Harbor Drive | Suite 300 | | Sausalito | CA | 94965 | |
| Glassdoor | | Dept 3436 | PO Box 123436 | | Dallas | TX | 75312-3436 | |
| Glast, Phillips, & Murray | | 2200 One Galleria Tower | 13355 Noel Rd, LB 48 | | Dallas | TX | 75240-1518 | |
| GLC Advisors & Co., LLC | | 451 Jackson Street | 2nd Floor | | San Francisco | CA | 94111 | |
| Gleneagles CLO, Ltd | The Directors | PO Box 1093 GT | Queensgate House, South Church Street | | Grand Cayman | | KY1-11-8 | Cayman Islands |
| Gleneagles CLO, Ltd. | | PO Box 1093 GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Gleneagles CLO, Ltd. JPMorgan Chase Bank, National Association | JPMorgan Chase Bank, National Association | 600 Travis 50th Floor | Worldwide Securities Service | Gleneagles CLO, Ltd. Telecopy | Houston | TX | 77002 | |
| GLENN KIM | | Address on File | | | | | | |
| Glenn Morrison | | Address on File | | | | | | |
| Global Alpha Forum, LLC | | 30 Old Kings Hwy South | | | Darien | CT | 06820 | |
| Global Experience Specialists, Inc. | | Bank of America, PO Box 96174 | | | Chicago | IL | 60693 | |
| GLOBAL FINANCIAL SERVICES | | PO BOX 856460 | | | Louisville | KY | 40285-6460 | |
| Global Recruiters of Mid-Cities | | PO Box 2165 | | | Bedford Park | IL | 60499-2165 | |
| Global Shares Inc. | | 111 Town Square Place | Suite 1401 | | Jersey City | NJ | 07310 | |
| Global Shares Ireland Ltd | | Unit 2, Building D, | West Cork Technology Park Clonkalilty Co. | | Cork | | P85 EY90 | IRELAND |
| GlobalMacro Partners, LLC | | 1755 S. Naperville Rd | Ste 100 | | Wheaton | IL | 60189 | |
| GLOBE STORAGE & MOVING CO. INC | | 36 BLEECKER ST | | | New York | NY | 10012 | |
| Glocap Search LLC | | 156 W 56th St. | 4th Floor | | New York | NY | 10019 | |
| Gloss Luxury Event Rentals | | 6525 Briarhaven Drive | | | Dallas | TX | 75240 | |
| GM SNYDER AND ASSOCIATES | | 300 Ozark Trail Drive | Suite 104 | | Saint Louis | MO | 63011 | |
| GoDaddy | | 14455 N. Hayden Rd. | Ste. 219 | | Scottsdale | AZ | 85260 | |
| Godfrey | | 1000 Louisiana | Suite 5100 | | Houston | TX | 77002-5096 | |
| Godier, Lindsey | | Address on File | | | | | | |
| Goetz, Matthew | | Address on File | | | | | | |
| Goetz, Matthew X. | | Address on File | | | | | | |
| Goetz, Matthew X. | | Address on File | | | | | | |
| Goglia PLLC | | 4519 Melissa Lane | | | Dallas | TX | 75229 | |
| Gold Crown Valet Parking, Inc. | | 901 Waterfall Way | Suite 107 | | Richardson | TX | 75080 | |
| GOLD LION | | 8043 Abramshire Ave | | | Dallas | TX | 75231 | |

App. 00341
001724

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Gold Medal Strategies, Inc. | | 319 1st Street West | | | Tierra Verde | FL | 33715 | |
| Gold Star Distributors, Inc. | | PO Box 831150 | | | Richardson | TX | 75083-1150 | |
| Golds Gym International | Attn Corporate Billing | 125 E John Carpenter Frwy | Suite 1300 | | Irving | TX | 75062 | |
| Golds Gym International | | 4001 Maple Avenue | Suite 200 | | Dallas | TX | 75219 | |
| Golds Texas Holdings Group, Inc | | 4001 Maples Avenue Ste 200 | | | Dallas | TX | 75219-0000 | |
| Goldsmith Associates, PLLC | | 6540 Highgate Lane | | | Dallas | TX | 75214 | |
| GOLDSMITH, JASON | | Address on File | | | | | | |
| GOLDSMITH, SARAH B. | | Address on File | | | | | | |
| Golf Balls Galore, Inc. | | 2181 J and C Blvd | | | Naples | FL | 34109 | |
| GONZAGA, GABRIELLA | | Address on File | | | | | | |
| GONZALEZ, EVAN | | Address on File | | | | | | |
| GOOD FULTON & FARRELL | | 2808 FAIRMOUNT ST | STE 300 | | Dallas | TX | 75201 | |
| Goodwin and Marshall, Inc. | | 2405 Mustang Drive | | | Grapevine | TX | 76051 | |
| GOODWIN PROCTER LLP | | EXCHANGE PLACE | 53 STATE STREET | | Boston | MA | 02109 | |
| Gordon, Fournaris & Mammarella, P.A. | | 1925 Lovering Avenue | | | Wilmington | DE | 19806 | |
| Gosserand, Boyd | | Address on File | | | | | | |
| Gotham Promotions | | 67 Sullivan St | | | New York | NY | 10012 | |
| GourmEATS - Kevin Ashade | | 1407 Main St. | Apt 1703 | | Dallas | TX | 75202 | |
| Governance Re Ltd. | | Wellesley House North | 2nd Floor, 90 Pitts Bay Road | | Pembroke | | HM 08 | Bermuda |
| Governance Re Ltd. | | Wellesley House North,2nd Floor | 90 Pitts Bay Road | | Pembroke | | HM 08 | Bermuda |
| Governance RE Ltd. | | Clarendon House | 2 Church St | | Hamilton | | HM 11 | Bermuda |
| GP Industries, Inc. | | 3230 Riverside Ave #110-A | | | Paso Robles | CA | 93446 | |
| GPI Lee Parkway, LP | | 3333 Lee Parkway | | | Dallas | TX | 75219 | |
| Grace Chang | | Address on File | | | | | | |
| Grafton Hospitality | | 340 South US Highway 1 Ste 306 | | | Jupiter | FL | 33477 | |
| Graham, Jacquelyn | | Address on File | | | | | | |
| Grand Street Settlement | | 80 Pitt Street | | | New York | NY | 10002 | |
| Grant Thornton LLP | | 33570 Treasury Center | | | Chicago | IL | 60694-3500 | |
| Grant, Jennifer | | Address on File | | | | | | |
| Grants Interest Rate Observer | | 233 Broadway Fl 24 | | | New York | NY | 10279-2502 | |
| Grapevine Consultants | | 3003 Double Creek Drive | | | Grapevine | TX | 76051 | |
| Grasshopper Lawn & Patio, LLC | | 1002 Ashby Dr | | | Allen | TX | 75002 | |
| GRATEKE, RYAN | | Address on File | | | | | | |
| Graubard Miller | | Address on File | | | | | | |
| Graves, Vanessa | | Address on File | | | | | | |
| Gray Reed & McGraw LLP | Jason S. Brookner | 1601 Elm Street, Suite 4600 | | | Dallas | TX | 75201 | |
| Gray Reed & McGraw LLP | Mark Gargiulo - CFO | 1300 Post Oak Blvd., Suite 2000 | | | Houston | TX | 77056 | |
| GRAY, MATTHEW | | Address on File | | | | | | |
| Grayson CLO Corp., et al | | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Grayson CLO Ltd. | c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |

Highland Capital Management, L.P.
Case No. 19-34054

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Grayson CLO Ltd. | | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Grayson CLO, Ltd. | Grayson CLO Ltd. c/o Ogier Fiduciary Services (Cayman) Limited | P.O. Box 1093GT | Queensgate House, South Church Street | The Directors | George Town, Grand Cayman | | | Cayman Islands |
| Grayson CLO, Ltd. Investors Bank & Trust Company | Investors Bank and Trust Company c/o Ogier Fiduciary Services (Cayman) Limited | P.O .Box 1234 | Queensgate House South Church Street | The Directors - Grayson CLO, Ltd. | George Town, Grand Cayman | KY | 1-1108 | Cayman Islands |
| Grayson County | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| Great American Photo Booths | | 3525 Melanie Ln | | | Plano | TX | 75023 | |
| Great Investors Best Ideas Foundation | | 3879 Maple Avenue | Ste 350 | | Dallas | TX | 75219 | |
| Great Northern Insurance Company, Chubb National Insurance Company and Federal Insurance Company | c/o Chubb | 202A Halls Mill Road - 2E | | | Whitehouse Station | NJ | 08889 | |
| Great Performances | | 2417 3rd Ave Fl 3 | | | Bronx | NY | 10451-6339 | |
| Great Point Capital LLC | | 200 W Jackson #1000 | | | Chicago | IL | 60606 | |
| Great Southern Bank | | 8201 Preston Road | Suite 305 | | Dallas | TX | 75225 | |
| Great Value Storage | | 9530 Skillman Street | | | Dallas | TX | 75243 | |
| Great Value Storage | | 401 Congress Ave, 33rd Flr | | | Austin | TX | 78701 | |
| Greater Talent Network, Inc. | | 437 Fifth Avenue | | | New York | NY | 10016 | |
| Green, Allison | | Address on File | | | | | | |
| GREEN, JASON | | Address on File | | | | | | |
| Greenberg Traurig | | 2200 Ross Avenue | Suite 5200 | | Dallas | TX | 75201 | |
| Greenberg Traurig | | 1000 LOUISIANA ST | STE 1800 | | Houston | TX | 77002 | |
| Greenbriar CLO, Ltd. | c/o Maples Finance Limited | PO Box 1093GT | Boundry Hall, Cricket Square | George Town | Grand Cayman | | KY1-11-8 | Cayman Islands |
| Greenbriar CLO, Ltd. | | P.O. Box 1093GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Greenbriar CLO, Ltd. and State Street Bank and Trust Company | Greenbriar CLO, Ltd. c/o Maples Finance Limited | P.O.Box 1093GT | Boundary Hall Cricket Square | | George Town, Grand Cayman | KY | 1-9902 | Cayman Islands |
| Greenbriar CLO, Ltd. and State Street Bank and Trust Company Attn CDO Services Group | | 200 Clarendon St | Mail Code EUC 108 | | Boston | MA | 02116 | |
| Greenway - 4641 Production, L.P. | c/o Robert Lynn Management | 4851 LBJ Freeway | Suite 1000 | | Dallas | TX | 75244 | |
| Greenway - 4641 Production, L.P. | c/o Trinity Interests, Inc. | 12750 Merit Dr Ste 1300 | | | Dallas | TX | 75251 | |
| Greenway - 4641 Production, L.P. | | 2808 Fairmount Street | Ste 100 | | Dallas | TX | 75201 | |
| Greenway - 4641 Production, L.P. | | 5924 ROYAL LANE | STE 250 | | Dallas | TX | 75230 | |
| GREENWICH STRATEGIC ADVISORS LLC | | 42 CARY ROAD | | | Riverside | CT | 06878 | |
| Greenwood Office Outfitters | | 2951 Suffolk Drive | Suite 640 | | Fort Worth | TX | 76133-1149 | |
| Greg Campbell | | Address on File | | | | | | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Greg Jackson | | Address on File | | | | | | |
| Greg Lussen | | Address on File | | | | | | |
| GREGG IMAMOTO | | Address on File | | | | | | |
| Gregory C. Bussey | | Address on File | | | | | | |
| Gregory Chang | | Address on File | | | | | | |
| Gregory FCA Communications | | 27 West Athens Avenue | | | Ardmore | PA | 19003 | |
| Gregory Polsen | | Address on File | | | | | | |
| Gregory Webster | | Address on File | | | | | | |
| GREGORY, MICHAEL | | Address on File | | | | | | |
| GREGORY, MICHAEL | | Address on File | | | | | | |
| Greg Saggers | | Address on File | | | | | | |
| Greyline Partners, LLC | | P.O. Box 733976 | | | Dallas | TX | 75373-3976 | |
| Greyline Solutions | | PO Box 733976 | | | Dallas | TX | 75373-3976 | |
| Greyline Solutions LLC | | 1 Sansome Street, Ste 1895 | | | San Francisco | CA | 94104-4432 | |
| GRIFFITH, CANDICE | | Address on File | | | | | | |
| GRIFFITH, CANDICE C. | | Address on File | | | | | | |
| GRIFFITH, MATTHEW | | Address on File | | | | | | |
| GRO Designs, LLC | | 3500 Commerce St. #100 | | | Dallas | TX | 75226 | |
| GROFF, SCOTT | | Address on File | | | | | | |
| Groom Law Group | | 1701 Pennsylvania Ave NW | Ste 1200 | | Washington | DC | 20006 | |
| GROS EXECUTIVE RECRUITERS, INC | | 1616 WESTGATE CIRCLE | | | Brentwood | TN | 37027-8019 | |
| Group Services Inc | | Condominium San Alberto, Suite 721 | 605 Conado Ave | | San Juan | PR | 00907 | |
| GROVES, SHAWN | | Address on File | | | | | | |
| Gruber Hurst Johansen Hail Shank LLP | | PO Box 600041 | | | Dallas | TX | 75360-0041 | |
| GRUBHUB for Work | | PO Box 748570 | | | Los Angeles | CA | 90074-8570 | |
| GrubHub Holdings Inc. | | 111 W. Washington Street | Ste 2100 | | Chicago | IL | 60602-0000 | |
| Grubhub Holdings Inc. | | 5050 Capitol Ave Apt 252 | | | Dallas | TX | 75206-7724 | |
| GSB Digital | | 30-30 47th Avenue | Suite 5500 | | Long Island City | NY | 11101 | |
| GT Dallas Properties LLC | c/o Capital One Bank | PO Box 3085 | | | Hicksville | NY | 11802-3085 | |
| G-TEXAS MANAGEMENT, INC | ATTN BARBARA BOURMAN | 1135 SOUTH LAMAR ST | | | Dallas | TX | 75215 | |
| Guardian Performance Solutions LLC | | 836 57th Street | Suite 408 | | Sacramento | CA | 95819 | |
| Guggenheim Strategic Opportunities Fund | c/o Guggenheim Partners | 330 Madison Ave, 11th Floor | | | New York | NY | 10017 | |
| Guidepoint Global | | 675 Avenue of The Americas Fl 2 | 11th Floor | | New York | NY | 10010-5117 | |
| Guidepost Solutions, LLC | | 415 Madison Ave | | | New York | NY | 10017 | |
| Guild Associates | | 153 Mitchell Hill Rd | | | Lyme | CT | 0637-3021 | |
| Gulati, Sanjay | | Address on File | | | | | | |
| GUNNERSON, ERIK | | Address on File | | | | | | |
| GUSTAVO PRLICK | | Address on File | | | | | | |
| Guy J. Renzi & Associates | | Golden Crest Corporate Center | 2277 State Hwy 33, Suite 410 | | Trenton | NJ | 08690 | |
| H.I.S. BridgeBuilders | | 2705 West Commerce St | | | Dallas | TX | 75208 | |

Appx. 00343
001727

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 70 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document 21 Filed 04/22/22 Page 172 of 228 PageID 1846

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Haas Petroleum Engineering Svcs. Inc. | | 750 N Saint Paul St Ste 1750 | | | Dallas | TX | 75201-3288 | |
| Hagar Restaurant Service LLC | | 1229 West Main St. | | | Oklahoma City | OK | 73106 | |
| Hain Capital Investors Master Fund, Ltd | | 301 Route 17, 7th Floor | | | Rutherford | NJ | 07070 | |
| Hakemack, Christopher | | Address on File | | | | | | |
| Hal Whalen | | Address on File | | | | | | |
| Hale, Sarah | | Address on File | | | | | | |
| HALL, PHIL | | Address on File | | | | | | |
| Halloran & Sage LLP | | 225 Asylum Street | One Goodwin Square | | Hartford | CT | 06103 | |
| HALPIN, CHRISTOPHER | | Address on File | | | | | | |
| Haltom, Steven | | Address on File | | | | | | |
| Hamilton | PRICKETT, JONES & ELLIOTT, P.A. | Marcus E. Montejo | Kevin H. Davenport | 1310 King Street | Wilmington | DE | 19801 | |
| Hamilton Communications | | PO Box 555 | | | Westbrook | CT | 06498 | |
| HAMILTON, TODD | | Address on File | | | | | | |
| Hand Securities Inc. | | 820 Gessner Rd | Suite 1250 | | Houston | TX | 77024 | |
| Hansen, Jessica | | Address on File | | | | | | |
| Hanson, Adam | | Address on File | | | | | | |
| HARBOR GROUP LTD | | 70 E SUNRISE HWY | #411 | | Valley Stream | NY | 11581 | |
| Harbor Yacht Clubs, LLC | | 1880 Harbor Island Drive | | | San Diego | CA | 92101 | |
| HarbourVest 2017 Global AIF L.P. | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HarbourVest 2017 Global AIF L.P. | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |
| HARBOURVEST 2017 GLOBAL AIF L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111 | |
| HarbourVest 2017 Global Fund L.P. | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HarbourVest 2017 Global Fund L.P. | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |
| HARBOURVEST 2017 GLOBAL FUND L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111 | |
| HarbourVest Dover Street IX Investment L.P. | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HarbourVest Dover Street IX Investment L.P. | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |
| Harbourvest Dover Street IX Investment, LP | | One Financial Centre, 44th Floor | | | Boston | MA | 02111 | |
| HarbourVest Partners L.P. | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |
| HarbourVest Partners L.P. on behalf of funds and accounts under management | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HarbourVest Skew Base AIF L.P. | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HarbourVest Skew Base AIF L.P. | c/o HarbourVest Partners, LLC | One Financial Center | | | Boston | MA | 02111 | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document ... Filed 04/22 ... Page 173 of 228    PageID 1847
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 71 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HARBOURVEST SKEW BASE AIF L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111 | |
| Harder LLP | | 132 S. RODEO DRIVE | FOURTH FLOOR | | BEVERLY HILLS | CA | 90212 | |
| HARIKRISHNAN NAIR | | 8734 SHADY SHORE DR | | | Frisco | TX | 75034 | |
| Harlem Lacrosse | | PO Box 708 | | | New York | NY | 10030 | |
| Harper & Peterson, P.L.L.C | | 3040 Woodbury Drive | | | Woodbury | MN | 55129 | |
| Harris Hilburn & Sherer | | 1111 Rosalie | | | Houston | TX | 77004 | |
| HARRIS, WILTSHIRE & GRANNIS LLP | | 1200 EIGHTEENTH ST, NW | | | Washington | DC | 20036 | |
| HARRISON, MATTHEW | | Address on File | | | | | | |
| Harsha Patwardhan | | Address on File | | | | | | |
| Hart Energy Publishing, L.P. | | 4545 Post Oak Pl Ste 210 | | | Houston | TX | 77027 | |
| Hart Energy Publishing, L.P. | | 1616 S. Voss Rd | Suite 1000 | | Houston | TX | 77057 | |
| Hart Energy, LP | | 1616 S. Voss Street | Suite 1000 | | Houston | TX | 77057 | |
| Hartford CFA Society | | PO Box 266 | | | Granby | CT | 06035 | |
| Hartford Life Insurance Company | | 777 Main Street | | | Hartford | CT | 06115 | |
| Hartline Dacus Barger Dreyer LLP | | 6688 N. Central Expwy. #1000 | | | Dallas | TX | 75206 | |
| Hartman Wanzor LLP | Kenneth Cantrell | 6050 Southwest Blvd Suite 150 | | | Fort Worth | TX | 76109 | |
| Hartman Wanzor LLP | | 6050 Southwest Blvd | Suite 200 | | Fort Worth | TX | 76109 | |
| Harvard Club of Dallas | | 5706 E Mockingbird Ln Ste 115 | | | Dallas | TX | 75206-5461 | |
| Harvard Club of New York City | | 35 West 44th Street | | | New York | NY | 10036 | |
| Harvest Exchange Corp | | PMB 245 | 516 N Ogden Ave | | Chicago | IL | 60642-6421 | |
| Haselroth, Matthew | | Address on File | | | | | | |
| HASENAUER, MICHAEL | | Address on File | | | | | | |
| HASENAUER, MICHAEL | | Address on File | | | | | | |
| Haven Search Group, LLC | | 3303 Lee Parkway | Suite 400 | | Dallas | TX | 75219 | |
| Hawaii State Tax Collector | | PO Box 1530 | | | Honolulu | HI | 96806-1530 | |
| HAWK Network Defense, Inc. | | 5057 Keller Springs Road | Suite 300 | | Addison | TX | 75001 | |
| Hayes, Christopher | | Address on File | | | | | | |
| Hayley Eliason | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| HAYMARKET MEDIA LIMITED | | 23/T, The Centrium, 60 Wyndham St | Central | | HONG KONG | | | HONG KONG |
| Haynes and Boone, LLP | ATTN Carl Peretzman | 901 Main St # 3100 | | | Dallas | TX | 75202 | |
| Haynes and Boone, LLP | | 2323 Victory Ave | Suite 700 | | Dallas | TX | 75219 | |
| Haynes and Boone, LLP | | PO Box 841399 | | | Dallas | TX | 75284-1399 | |
| Hazen, Anthony | | Address on File | | | | | | |
| HCM Market Letter, LLC | | Harch Capital Management, LLC | 621 NW 53rd Street, Suite 400 | | Boca Raton | FL | 33487 | |
| HCRE Partner, LLC | Wick Phillips Gould & Martin, LLP | Jason M. Rudd. Lauren K. Drawhorn | 3131 McKinney Avenue, Suite 500 | | Dallas | TX | 75204 | |
| HEAD, ALAN | | Address on File | | | | | | |
| Health Strategy Consulting | | 46 Kilvert St | | | Warwick | RI | 02886 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00345
001729

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Health Texas Provider Network | | PO Box 844128 | | | Dallas | TX | 75284 | |
| Heat Software USA Inc | | PO Box #204375 | | | Dallas | TX | 75320-4375 | |
| HEATHER BROWN | | Address on File | | | | | | |
| HEATHERINGTON, MELINDA | | Address on File | | | | | | |
| HEBERT, ERIC | | Address on File | | | | | | |
| Hedge Connection, Inc. | | 141 Parkway Rd | Suite 15 | | Bronxville | NY | 10708 | |
| Hedge Fund Alert | | 5 Marine View Plaza #400 | | | Hoboken | NJ | 07030-5795 | |
| Hedge Fund Research, LLC | | 10 South Riverside Plaza | Suite 700 | | Chicago | IL | 60606 | |
| Hedgebay Securities, LLC | | 62 Post Road West | | | Westport | CT | 06880 | |
| HEDGEFUND INTELLIGENCE LTD | Legal Department | NESTOR HOUSE, PLAYHOUSE YARD | ACCOUNT DEPT | | London | | EC4V 5EX | United Kingdom |
| Hedgeye Risk Management, LLC | | 1 High Ridge Park 3rd Floor | | | Stamford | CT | 06905-0000 | |
| HEIN ONKENHOUT | | Address on File | | | | | | |
| HEISS, BRADFORD | | Address on File | | | | | | |
| Helder Melendez | | Address on File | | | | | | |
| Helen Kim | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Helicopters for Heroes | c/o Jeff Davis | 9219 Viscount Row | | | Dallas | TX | 75247 | |
| HELLER EHRMAN LLP | | FILE NO 73536 | PO BOX 60000 | | San Francisco | CA | 94160-3536 | |
| Helping Our Heroes Foundation | | 6505 W. Park Blvd | Ste 306-165 | | Plano | TX | 75093 | |
| Helwig, Kevin | | Address on File | | | | | | |
| HENDERSHOT, PAUL | | Address on File | | | | | | |
| HENDRIX, KRISTIN | | Address on File | | | | | | |
| Henjum Goucher | | Address on File | | | | | | |
| Henjum Goucher | | Address on File | | | | | | |
| HENNIGAN, BENNETT & DORMAN LLP | | 865 S FIGUEROA ST | | | Los Angeles | CA | 90017 | |
| Henry Chang | | Address on File | | | | | | |
| Herbert A. Rosenthal, Chartered | | 1020-19th St, NW, #400 | | | Washington | DC | 20036-6101 | |
| HEROES FOR CHILDREN | ATTN LARISSA LINTON & JENNY SCOTT | 3411 PRESTON RD, STE C-13-227 | | | Frisco | TX | 75034 | |
| HERREN, CASEY | | Address on File | | | | | | |
| HERRICK, KATHRYN D. | | Address on File | | | | | | |
| Hersey, William | | Address on File | | | | | | |
| Hess, Zachary | | Address on File | | | | | | |
| Hewetts Island CLO 1-R, Ltd. | c/o Acis Capital Management | Blank Rome LLP | John E. Lucian, Josef W. Mintz | 1201 N. Market Street, Suite 800 | Wilmington | DE | 19801 | |
| Hewetts Island CLO 1-R, Ltd. | c/o Acis Capital Management | Winstead PC | Rakhee V. Patel, Phillip Lamberson | 2728 N. Harwood Street, Suite 500 | Dallas | TX | 75201 | |
| Hewetts Island CLO 1-R, Ltd. | c/o Acis Capital Management | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| HFF SECURITIES LP | | 10100 SANTA MONICA BLVD | STE 1400 | | Los Angeles | CA | 90067 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00346

001730

Case 22-03052-sgj  Doc 21  Filed 05/27/22  Entered 05/27/22 15:12:46  Desc Main
Case 3:22-cv-02280-S  Document  Filed 06/12/22  Page 175 of 228  PageID 1849

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21  Entered 08/19/21 16:03:15  Page 73 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HFP GP, LLC | Attn Highland Capital Management, L.P. as sole member | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| HG Deposition and Litigation Services | | 2777 N. Stemmons Freeway, Ste 1025 | | | Dallas | TX | 75207 | |
| Higdon Barrett | | Address on File | | | | | | |
| HIGDON PARTNERS | | 230 PARK AVE | | | New York | NY | 10169 | |
| High Bandwidth | | 10107 Candlebrook Drive | | | Dallas | TX | 75243 | |
| High Profile, Inc. | | 4851 LBJ Freeway, Suite 500 | | | Dallas | TX | 75244 | |
| High Road Touring | | Jackson Haring | 751 Bridgeway, 3rd Flr | | Sausalito | CA | 94965 | |
| High Tower | Attn GIS | 505 5th Ave, 14th Flr | | | New York | NY | 10017 | |
| High Tower | Attn Klaris Tamazian | 200 W. Madison, Ste 2500 | | | Chicago | IL | 60606 | |
| Highland Builders, Inc. | | 2342 Fabens Road | Ste 100 | | Dallas | TX | 75229 | |
| Highland Capital Insurance Solutions GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Capital Loan Fund, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Capital Loan GP, LLC | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Capital Management Fund, L.P. and NexPoint Advisers, L.P. | Attn Davor Rukavina, Esq, and Julian P. Vasek, Esq. | Munsch Hardt Kopf & Harr, P.C. | 3800 Ross Tower | 500 N. Akard Street | Dallas | TX | 75202-2790 | |
| Highland Capital Management Fund, L.P. and NexPoint Advisers, L.P. | K&L Gates LLP | A. Lee Hogewood, III | 4350 Lassiter at North Hills Ave., Suite 300 | | Raleigh | NC | 27609 | |
| Highland Capital Management Fund, L.P. and NexPoint Advisers, L.P. | K&L Gates LLP | Attn Artoush Varshosaz | 1717 Main Street, Suite 2800 | | Dallas | TX | 75201 | |
| Highland Capital Management Fund, L.P. and NexPoint Advisers, L.P. | K&L Gates LLP | Attn Stephen G. Topetzes | 1601 K Street, NW | | Washington | DC | 20006-1600 | |
| Highland Capital Management Services, Inc. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Capital Multi-Strategy Fund, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland CDO and Structured Products Fund, Ltd. Citigroup Financial Products Inc. JPMorgan Chase Bank | Citigroup Financial Products Inc. | 390 Greenwich Street | Doug Warren | | New York | NY | 10013 | |
| Highland CDO and Structured Products Fund, Ltd. Citigroup Financial Products Inc. JPMorgan Chase Bank | JPMorgan Chase Ban | 600 Travis Street | 50th Floor | ITS-Greg Sheehan | Houston | TX | 77002 | |
| Highland CDO Opportunity Fund GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Highland CDO Opportunity Fund, Ltd. IXIS Financial Products Inc. JPMorgan Chase Bank, National Association | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | WSS-Greg Sheehan | Houston | TX | 77002 | |
| Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | 500 West 2nd St., Suite 1800 | | Austin | TX | 78701-4684 | |
| Highland CLO Funding, Ltd | | First Floor, Dorey Court, Admiral Park | St Peter Port | | Guernsey | | GY1 6HJ | Channel Islands |
| Highland CLO Management Ltd. | | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland Credit Opportunites | Japanese Feeder Sub-Trust | c/o Intertrust (Cayman) Limited | 190 Elgin Avenue | George Town | Grand Cayman | | KY1-9005 | Cayman Islands |
| Highland Credit Opportunites | Japanese Unit Trust | c/o Intertrust (Cayman) Limited | 190 Elgin Avenue | George Town | Grand Cayman | | KY1-9005 | Cayman Islands |
| Highland Credit Opportunities CDO GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Credit Opportunities CDO, Ltd. | c/o Walkers SPV Limited | Walker House 87 Mary Street | George Town | | Grand Cayman | | KY1-9002 | Cayman Islands |
| Highland Crusader Offshore Partners, L.P., et al. | Michael A. Rosenthal, Gibson, Dunn and Crutcher LLP | 200 Park Avenue | | | New York | NY | 10166 | |
| Highland Dallas Foundation Inc. | c/o CT Corporation, Registered Agent | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Dynamic Income Fund GP LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Employee Retention Assets, LLC | Attn James Dondero | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Fund Holdings, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland GP Holdings LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Legacy Limited | c/o Maples & Calder / Graham Lockington | PO Box 309, Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Highland Legacy Limited | c/o Queensgate SPV Services Limited | PO Box 1093GT / Suzanne St. Thomas | Compass Center, 2nd Flr, Crewe Road | George Town | Grand Cayman | | | Cayman Islands |
| Highland Loan Fund, Ltd. et al | | PO Box 309 | Ugland House South Church Street | Grand Cayman | Cayman Island | | KY1-1104 | Cayman Islands |
| Highland Loan Funding V, Ltd. | c/o Maples & Calder/ F.O.E. | PO Box 309, Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Highland Loan Funding V, Ltd. | c/o QSPV Limited | PO Box 1093 GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Highland Loan Master Fund, L.P. | c/o Maples Corporate Services Limited | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland Multi Strategy Credit Fund GP, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Multi-Strategy Credit Fund GP, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Multi-Strategy Credit Fund, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00348

001732

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 75 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Highland Multi-Strategy Fund GP, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Multi-Strategy Master Fund, L.P. | c/o MQ Services Ltd. | Victoria House | 31 Victoria Street | | Hamilton | | 0HM10 | Bermuda |
| Highland Multi-Strategy Master Fund, L.P. | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Park CDO I, Ltd. | Moodys Investors Service, Inc. | 99 Church Street | Commercial Mortgage Surveillance Group | | New York | NY | 10041 | |
| Highland Park CDO I, Ltd. | Standard & Poors Ratings Services | 55 Water Street, 41 st Floor | | CDO Surveillance | New York | NY | 10041 | |
| Highland Park CDO I, Ltd. The Bank of New York Trust Company, National Association | Highland Park CDO I, Ltd. c/o Maples Finance Limited | P.O. Box 1093GT | Queensgate House, South Church Street | George Town, The Directors | George Town | | | Cayman Islands |
| Highland Park CDO I, Ltd. The Bank of New York Trust Company, National Association | The Bank of New York Trust Company, National Association | 601 Travis | 16th Fl | | Houston | TX | 77002 | |
| Highland Park CDO I, Ltd. | c/o Maples Finance Limited | PO Box 1093 GT, Queensgate House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Highland Principal Opportunities GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Prometheus Feeder Fund I, L.P. | c/o Maples Corporate Services Limited | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland Prometheus Feeder Fund II, L.P. | c/o Maples Corporate Services Limited | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland Prometheus Mast Fund, L.P. | c/o Maples Corporate Services Limited | PO Box 309 | Ugland House | | Grand Cayman | | KY1-1104 | Cayman Islands |
| Highland Restoration Capital Partners GP LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Restoration Capital Partners Master, LP | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Restoration Capital Partners Offshore, L.P. | c/o Intertrust Cayman | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Highland Restoration Capital Partners, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Select Equity Fund GP | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| Highland Select Equity Fund GP, LLC | | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Highland Select Equity Master Fund, GP | c/o MQ Services Ltd. | Victoria House | 31 Victoria Street | | Hamilton | | 0HM10 | Bermuda |
| Highland SunBridge GP, LLC | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| HighTower Advisors | Attn GIS | 505 5th Ave, 14th Floor | | | New York | NY | 10017 | |
| HighTower Advisors | | 200 West Madison | Suite 2500 | | Chicago | IL | 60606 | |
| HighTower Advisors/The Sarian Group | | 656 East Swedesford Road | Suite 360 | | Wayne | PA | 19087 | |
| HighTower Holding LLC | | 200 W. Madison | Ste 2500 | | Chicago | IL | 60606 | |
| Hilary Adams | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 76 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HILGENBRINK, ANDREW | | Address on File | | | | | | |
| Hilgenbrink, Andrew | | Address on File | | | | | | |
| HILL, OWEN | | Address on File | | | | | | |
| Hill, Robert | | Address on File | | | | | | |
| Hillcrest Athletic Association | HHS Athletics c/o Andy Todd | 9924 Hillcrest Rd | | | Dallas | TX | 75230-5309 | |
| Hillis, Blair | | Address on File | | | | | | |
| Hines REIT 2200 Ross Avenue LP | | PO Box 841147 | | | Dallas | TX | 75284-1147 | |
| Hines REIT 2200 Ross Avenue LP | | PO Box 841197 | | | Dallas | TX | 75284-1197 | |
| Hitchcock, Daniel | | Address on File | | | | | | |
| HM Life Insurance Company | | PO Box 382229 | | | Pittsburgh | PA | 15250-8229 | |
| Hoedebeck, Charlie | | Address on File | | | | | | |
| Hoermann, Richard | | Address on File | | | | | | |
| Hoge & Gameros, LLP | | 4311 Oak Lawn Ave Ste 600 | | | Dallas | TX | 75219 | |
| Holland & Knight, LLP | | PO Box 864084 | | | Orlando | FL | 32886-4084 | |
| Hollister, Michael J. | | Address on File | | | | | | |
| Holloway, Travis | | Address on File | | | | | | |
| Holly Church Communications | | 3730 Pinebrook Cir Apt 606 | | | Bradenton | FL | 34209-8073 | |
| Holmes Detective Bureau, Inc. | | 1270 Avenue of the Americas | Suite 1906 | | New York | NY | 10020 | |
| Holt, Eric | | Address on File | | | | | | |
| Home Health Service | | 2400 Dallas Parkway | STE 440 | | Plano | TX | 75093 | |
| Home Health Services | | 3333 Earheart Drive | Suite 210 | | Carrollton | TX | 75006 | |
| HOME, BRIAN | | Address on File | | | | | | |
| HONEYCUTT, JOHN BROOKS | | Address on File | | | | | | |
| HONEYCUTT, JOHN BROOKS | | Address on File | | | | | | |
| HONIS, JOHN | | Address on File | | | | | | |
| HONIS, JOHN | | Address on File | | | | | | |
| Honyaku Center Inc. | | 3-13-12 Mita | | | Minato-ku | Tokyo | 109-0073 | JAPAN |
| HOOVER HULL LLP | | PO BOX 44989 | | | Indianapolis | IN | 46244-0989 | |
| Hopes Door Inc. | | 860 F Ave | Suite 100 | | Plano | TX | 75074 | |
| HOPSON, STUART | | Address on File | | | | | | |
| Hotel Crescent Court | | 400 Crescent Court | | | Dallas | TX | 75201 | |
| Hotel Zaza | | 2332 Leonard Street | | | Dallas | TX | 75201 | |
| Houlihan Lokey | Attn Accounts Receivable | 10250 Constellation Blvd, 5th Floor | | | Los Angeles | CA | 90067-6802 | |
| HOUSE OF BLUES | ATTN BARBARA BOUMAN | 2200 N LAMAR ST | | | Dallas | TX | 75202 | |
| Housing Crisis Center | Megan Singleton, Development Manager | 4210 Junius Street | | | Dallas | TX | 75246 | |
| How Handy Is That | | 21650 Oxnard Street | Suite 1530 | | Woodland Hills | CA | 91367 | |
| Howard B. Wiener | | Address on File | | | | | | |
| HOWARD DRANSFIELD IRA | | Address on File | | | | | | |
| Howle, Ian | | Address on File | | | | | | |
| hrQ-Dallas, LLC | | 2859 Umatilla St | | | Denver | CO | 80211 | |
| HSIEH, ADA | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 64 of 155

Appx. 00350

001734

Case 22-03052-sgj  Doc 21  Filed 05/27/22  Entered 05/27/22 15:12:46  Desc Main
Case 3:22-cv-02280-S  Document 59  Filed 05/20/22  Page 179 of 228  PageID 1853
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21  Entered 08/19/21 16:03:15  Page 77 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| HTH Worldwide Insurance Services | c/o Travel Accounting | One Radnor Corporate Center | 933 1st Ave | | King of Prussa | PA | 19406-1342 | |
| HUBBLE, JONATHAN | | Address on File | | | | | | |
| HUDSON GLOBAL RESOURCES | | 75 Remittance Drive, Suite 6465 | | | Chicago | IL | 60675-6465 | |
| Hudson Reporting & Video, Inc. | A DEPOSITION CENTER | 2124 Oak Tree Rd | | | New Jersey | NJ | 08820 | |
| HUGHES & HUBBARD | | One Battery Park Plaza | | | New York | NY | 10006 | |
| Hughes & Luce LLP | | 1717 Main St Ste 2800 | | | Dallas | TX | 75201 | |
| Hughes, Alex | | Address on File | | | | | | |
| HUKILL, NATHAN | | Address on File | | | | | | |
| HULL, CYNTHIA | | Address on File | | | | | | |
| Hummingbird | | PO Box 8500-3885 | | | Philadelphia | PA | 19178-3885 | |
| Hundt Reporting, L.L.C. | | 703 McKinney Ave, Ste 405 | | | Dallas | TX | 75202 | |
| Hunt, Brandon | | Address on File | | | | | | |
| HUNT, HEATHER | | Address on File | | | | | | |
| Hunter Covitz | c/o David Neier, Winston Strawn LLP | 6612 Sondra Dr. | | | Dallas | TX | 75214 | |
| Hunter Covitz | | Address on File | | | | | | |
| HUNTER COVITZ | | Address on File | | | | | | |
| Hunter Donaldson | | Address on File | | | | | | |
| Hunter Mountain Investment Trust | | John Honis | 87 Railroad Place Ste 403 | | Saratoga Springs | NY | 12866 | |
| Hunter Mountain Trust | c/o Rand Advisors LLC | Rochelle McCullough LLP | 325 N Saint Paul St Ste 4500 | | Dallas | TX | 75201-3827 | |
| Hunter Mountain Trust | c/o E. P. Keiffer | John Honis, Trustee for Hunter Mountain Trust | 87 Railroad Place, Suite 403 | | Saratoga Springs | NE | 12866 | |
| Hunting & Fishing for ALS Research | Hunter Mountain Trust | 2525 Fairmont St | | | Dallas | TX | 75201 | |
| HUNTINGTON, JOHN | | Address on File | | | | | | |
| Hunton & Williams LLP | | RIVERFRONT PLAZA, EAST TOWER | 951 EAST BYRD ST | | Richmond | VA | 23219 | |
| Hunton & Williams LLP | | PO BOX 840686 | | | Dallas | TX | 75284-0686 | |
| Hunton Andrews Kurth LLP | Alexander G. McGeoch | 1445 Ross Avenue Suite 3700 | | | Dallas | TX | 75202 | |
| Hunton Andrews Kurth, LLP | | 1445 Ross Avenue | Suite 3700 | | Dallas | TX | 75202-2799 | |
| Hurley, Leslie | | Address on File | | | | | | |
| HURLEY, MICHIEL | | Address on File | | | | | | |
| Huron Consulting Group | | 4795 Paysphere Circle | | | Chicago | IL | 60674 | |
| Hutcherson Law | | 10000 N. Central Expressway | Suite 800 | | Dallas | TX | 75231 | |
| Hutchison & Steffen, PLLC | | 10080 W Alta Drive | Ste 200 | | Las Vegas | NV | 89145 | |
| HV International VIII Secondary L.P. | Attn Erica Weisgerber | Debevoise and Plimpton LLP | 919 Third Avenue | | New York | NY | 10022 | |
| HV International VIII Secondary L.P. | c/o HarbourVest | One Financial Center | | | Boston | MA | 02111 | |
| HV INTERNATIONAL VIII SECONDARY L.P. | | One Financial Centre, 44th Floor | | | Boston | MA | 02111 | |
| Hyatt Regency Lost Pines Resort and Spa | | 575 Hyatt Lost Pines Road | | | Lost Pines | TX | 78612 | |

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document 6-2   Filed 05/26/22   Page 180 of 228   PageID 1854
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 78 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hyatt Regency Scottsdale Resort & Spa | | 7500 E Doubletree Ranch Road | | | Scottsdale | AZ | 85258 | |
| I & A INTERNATIONAL | | 1717 MAIN ST | SUITE 4800 | | Dallas | TX | 75201 | |
| I Entertainment | | 2409 Avenue J | Suite D | | Arlington | TX | 76006 | |
| I.M.S. Relocation | | 2005 McDaniel Drive | Ste 150 | | Carrollton | TX | 75006 | |
| IA Watch | | PO Box 9407 | | | Gaithersburg | MD | 20897-9824 | |
| IA Watch | | 100 Winners Circle, Ste 300 | PO Box 5094 | | Brentwood | TN | 37024-5094 | |
| IAN FARRAND | | Address on File | | | | | | |
| IBM Websphere | | 1 New Orchard Road | | | Armonk | NY | 10504-0000 | |
| ICAA | | 1050 17th St, NW Ste 725 | | | Washington | DC | 20036-5503 | |
| Ice Bro Promos | | 1007 East Levee | | | Dallas | TX | 75207 | |
| Ice Data Indices, LLC | | PO Box 7400887 | | | Chicago | IL | 60693-8873 | |
| ICE Data Pricing & Reference Data, LLC | | PO Box 98616 | | | Chicago | IL | 60693 | |
| ICE Systems, Inc. | | PO Box 11126 | | | Hauppauge | NY | 11788-0934 | |
| ICI Mutual Insurance Brokers, Inc. | | 1401 H Street NW | Suite 1000 | | Washington | DC | 20005 | |
| IDAHO STATE TAX COMMISSION | REVENUE OPERATIONS DIVISION | IDAHO STATE TAX COMMISSION | PO BOX 36 | | Boise | ID | 83722-0410 | |
| IDAHO STATE TAX COMMISSION | | PO Box 83784 | | | Boise | ID | 83707-3784 | |
| IDCSERVCO Business Services | Attn Accounts Receivable | PO Box 1925 | | | Culver City | CA | 90232-1925 | |
| iDiscover, LLC | | 2049 Century Park East, Ste 4370 | | | Los Angeles | CA | 90067 | |
| IFG Project Resourcing | | 1560 Sawgrass Corporate Pkwy 4th Flr | | | Sunrise | FL | 33323 | |
| IFP Securities, LLC | | 3030 N Rocky Point Dr W | Suite 700 | | Tampa | FL | 33607 | |
| IHS Global Inc. | | PO Box 847193 | | | Dallas | TX | 75284-7193 | |
| IHS Markit | Michelle Searles | 15 Inverness Way East | | | Englewood | CO | 80112 | |
| II Magazines | Absolute Return & Alpha | 225 Park Ave - South | | | New York | NY | 10003 | |
| II Magazines | | PO Box 4009 | Subscriptions | | Chesterfield | MO | 63006-4009 | |
| IINews | | PO Box 5018 | | | Brentwood | TN | 37024-9552 | |
| IJC Partners LLC | | 20 East 46th St | Suite 901 | | New York | NY | 10017 | |
| Ikon Office Solutions | | DALLAS DISTRICT-DAL | PO BOX 676466 | | Dallas | TX | 75267 | |
| Ikon Office Solutions | | Northeast District-NYG | PO BOX 827164 | | Philadelphia | PA | 19182-7164 | |
| Ikon Office Solutions | | LDS Southeast District -FTL | PO Box 532545 | | Atlanta | GA | 303532545 | |
| Ikon Office Solutions | | LDS DALLAS DISTRICT -DAL | PO BOX 676466 | | Dallas | TX | 75267-6466 | |
| Ikon Office Solutions | | National Accounts | PO Box 676466 | | Dallas | TX | 75267-6466 | |
| ILLINOIS DEPARTMENT OF REVENUE | | PO BOX 19009 | | | SPRINGFIELD | IL | 62794-9009 | |
| ILLINOIS DEPARTMENT OF REVENUE | | PO Box 19045 | | | Springfield | IL | 62794-9045 | |
| Illinois Secretary of State | | Department of Business Services | | | Springfield | IL | 62756 | |
| Illinois Securities Department | | Securities Division | 421 E. Capital Ave., 2nd Fl. | | Springfield | IL | 62701 | |
| Illumant LLC | | 431 Florence Street | Suite 210 | | Palo Alto | CA | 94301 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 79 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| imageMAKER Development, Inc | | Suite 102-416, 6th St | | | New Westminister | BC | V3L 3B2 | CANADA |
| imageMAKER Development Inc | | Ste 102,416 - 6th Street | | | New Westminister | BC | V3L3B2 | Canada |
| imageNet | | PO Box 613310 | | | Dallas | TX | 75261-3310 | |
| Imaginuity Interactive, Inc. | | 2633 McKinney Ave | Ste 130-377 | | Dallas | TX | 75204 | |
| IMAMOTO, GREGG | | Address on File | | | | | | |
| IMCA | Attn Lara Davies | 5619 DTC Pkwy, Suite 500 | | | Greenwood Village | CO | 80111 | |
| Imran Hussain | | Address on File | | | | | | |
| IMRE | | 210 W PENNSYLVANIA AVE STE 700 | | | TOWSON | MD | 21204-4532 | |
| In Time Communications | | 9137 Loma Vista Dr | | | Dallas | TX | 75243 | |
| INCORPORATING SERVICES, LTD | | 3500 S DUPONT HWY | | | Dover | DE | 19901 | |
| Independence Capital Co., Inc. | | 5679 Pearl Road | Suite 100 | | Parma | OH | 44129 | |
| Independent Financial Group LLC | | 12671 High Bluff Drive | Suite 200 | | San Diego | CA | 92130 | |
| Independent Petroleum Assoc. of America | | 1201 15th St. NW | Ste 300 | | Washington | DC | 20005 | |
| Independent Petroleum Assoc. of America | | PO Box 79584 | | | Baltimore | MD | 21279-0584 | |
| IndexUniverse LLC | | 201 Mission Street | Suite 720 | | San Francisco | CA | 94105 | |
| IndexUniverse LLC | | 353 Sacramento Street | Suite 1520 | | San Francisco | CA | 94111 | |
| INDIANA DEPARTMENT OF REVENUE | | PO BOX 1028 | | | Indianapolis | IN | 46206-1028 | |
| Indiana Securities Division | | Securities Division | 302 West Washington Street, Room E-111 | | Indianapolis | IN | 46204 | |
| Infinity Litigation | | 3141 Hood St, #103 | | | Dallas | TX | 75219 | |
| Informa Investment Solutions | | PO Box 416014 | | | Boston | MA | 02241-6014 | |
| Informa Investment Solutions | | 4 Westchester Park Drive | | | White Plain | NY | 10604-0000 | |
| Informa UK Ltd. | | PO Box 32794 | | | Hartford | CT | 06150-2794 | |
| Information Management Network | | 225 Park Avenue South, 7th Fl | | | New York | NY | 10003 | |
| INFOTECH | | 92 CORPORATE PARK | STE C703 | | Irvine | CA | 92606 | |
| INNES, JOHN | | Address on File | | | | | | |
| Innovative Legal Solutions, Inc. | | 440 Louisana, Suite 1100 | | | Houston | TX | 77002 | |
| INSIDE CMS | | PO BOX 7167 | BEN FRANKLIN STATION | | Washington | DC | 20044-7167 | |
| INSIDE HEALTH POLICY.COM | | PO BOX 7167 | BEN FRANKLIN STATION | | Washington | DC | 20044-7167 | |
| Insider Score | | 254 Witherspoon St | | | Princeton | NJ | 08542 | |
| InsiderScore, LLC | | 254 Witherspoon Street | | | Princeton | NJ | 08542 | |
| InsiderScore, LLC | | 100 Thanet Circle | Suite 300 | | Princeton | NJ | 08540-0000 | |
| Insight | | PO Box 78825 | | | Phoenix | AZ | 78825 | |
| Insight Direct USA, Inc. | | PO Box 731069 | | | Dallas | TX | 75373 | |
| Insight Investments | | 611 Anton Blvd | Suite 700 | | Costa Mesa | CA | 92626 | |
| instant Technologies | | 54 Ross Road | | | Durham | NH | 03824 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 80 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Institute for International Research | | PO BOX 3685 | | | Boston | MA | 02241-3685 | |
| Institute for Portfolio Alternatives | | PO Box 480 | | | Ellicott City | MD | 21041-0480 | |
| Institute for Private Investors | | 17 State Street | 5th Floor | | New York | NY | 10004 | |
| Institutional Investor News | Attn Andrew Levin | 225 Park Ave South, 8th Flr | | | New York | NY | 10003 | |
| Institutional Investor News | ATTN Jeff Schilling | 225 Park Ave. South | 7th Floor | | New York | NY | 10003 | |
| Institutional Investor News | Attn Mutual Fund Industry Awards | PO Box 1575 | | | New York | NY | 10008 | |
| Institutional Investor News | | PO BOX 5034 | | | Brentwood | TN | 37024 | |
| Institutional Investor News | | PO Box 417611 | | | Boston | MA | 02241-7611 | |
| Institutional Investor News | | PO BOX 1575 | | | New York | NY | 10008-1575 | |
| Institutional Investor News | | PO Box 4009 | | | Chesterfield | MO | 63003-4009 | |
| Institutional Investor Newsletters | | PO BOX 5016 | | | Brentwood | TN | 37024-9549 | |
| Institutional Investor Newsletters | | PO Box 5018 | | | Brentwood | TN | 37024-9552 | |
| Institutional Investor Newsletters | | PO BOX 5030 | | | Brentwood | TN | 37024-9555 | |
| Institutional Investor, LLC | | PO Box 417611 | | | Boston | MA | 02241-7611 | |
| Institutional Recovery Solutions, Inc. | | 626 RXR Plaza | | | Uniondale | NY | 11556 | |
| Insurance Commissioner of Iowa | | Securities Bureau | 601 Locust Street, 4th Floor | | Des Moines | IA | 50309-3738 | |
| INSYNC ELECTRONIC MEDIA DESIGN, LLC | | 33 FELWAY DR | | | Coram | NY | 11727 | |
| Integra FEC LLC | | 1801 Lavaca Street, Suite 101 | | | Austin | TX | 78701 | |
| Integrated Financial Associates, Inc. | Carlyon Cica Chtd | 265 E. Warm Springs Road, Suite 1-7 | | | Las Vegas | NV | 89119 | |
| Integrated Financial Associates, Inc. | | 3111 S. Rainbow Blvd., Suite 209 | | | Las Vegas | NV | 89146 | |
| Integrated Solutions | | 425 Gotham Pkwy | | | Carlstadt | NJ | 07072 | |
| Interactive Data Pricing & Reference | | PO BOX 98616 | | | Chicago | IL | 60693 | |
| Interactive Data Pricing and Reference D | | 32 Crosby Drive | | | Bedford | MA | 01730-0000 | |
| InterDyn BMI | | 3001 Broadway St NE, #320 | | | Minneapolis | MN | 55413 | |
| Interfor | | 575 Madison Avenue, Suite 1006 | | | New York | NY | 10022 | |
| Internal Revenue Service | Attn Insolvency | 1352 Marrows Road, 2nd Floor | MC 4505 NDAL | | Newark | DE | 19711-5445 | |
| Internal Revenue Service | Attn Linda Yao | 4050 Alpha Road | | | Farmers Branch | TX | 75244 | |
| Internal Revenue Service | Faye Copple, Bankruptcy Specialist | 1100 Commerce St | M/S MC5027DAL | | Dallas | TX | 75242 | |
| Internal Revenue Service | | P.O. BOX 21126 | | | Philadelphia | PA | 19114 | |
| Internal Revenue Service | | STOP 5107 NWSAT | 4050 ALPHA RD | | Farmers Branch | TX | 75244-4201 | |
| Internal Revenue Service | | Ogden | | | Ogden | UT | 84201-0039 | |
| International Assets Advisory, LLC | | 390 North Orange Ave | Ste 750 | | Orlando | FL | 32801 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00354

001738

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 81 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| International Bar Association | | 10th Flr 1 Stephen St | | | London | | W1T 1AT | United Kingdom |
| International Foundation | | 18700 W. Bluemound Rd | PO Box 69 | | Brookfield | WI | 53008-0069 | |
| Intertrust | | 190 Elgin Ave | George Town | | Grand Cayman | | KY1-9000 | Cayman Islands |
| Intex Solutions, Inc. | Accounts Receivable | 110 A St | | | Needham | MA | 02494-2807 | |
| Intralinks | | P.O. Box 10259 | | | New York | NY | 10259 | |
| Intralinks Inc. | | 150 East 42nd St | 8th floor | | New York | NY | 10017-0000 | |
| Intuit | | PO Box 30860 | | | Los Angeles | CA | 90030-0860 | |
| Inventus | | P.O. Box 130114 | | | Dallas | TX | 75313 | |
| INVeSHARE, Inc. | | P.O. Box 568 | | | Alpharetta | GA | 30009-0568 | |
| Investigative Management Group | | 825 Third Avenue | 18th Floor | | New York | NY | 10022 | |
| Investment Company Institute | | PO Box 759456 | | | Baltimore | MD | 21275 | |
| Investment Company Institute | | Dept. 3077 | | | Washington | DC | 20061-3077 | |
| Investment Management Advisors, LLC | | 3131 Maple Ave., Suite 7E | | | Dallas | TX | 75201 | |
| Investment Management Institute | | 123 Mason St | | | Greenwich | CT | 06830 | |
| Investment Management Institute | | 165 W. Putnam Avenue | 2nd Floor | | Greenwich | CT | 06830 | |
| Investment Planners, Inc. | | PO Box 170 | | | Decatur | IL | 62525-0170 | |
| Investment Professionals Conference | Attn Rachel Christensen | 470 Tanner Building | | | Provo | UT | 84602 | |
| Investment Program Association | | PO Box 480 | | | Ellicott City | MD | 21042-0480 | |
| InvestmentWires, Inc. | | 14 Wall Street | 20th Floor | | New York | NY | 10005 | |
| Investor Force, Inc. | | Lockbox # 415926 | | | Boston | MA | 02241-5926 | |
| Investors Bank & Trust Company | | 200 Clarendon Street | Mail Code EUC 108 | | Boston | MA | 02116 | |
| Investors Business Daily | | 12655 Beatrice St. | | | Los Angeles | CA | 90066 | |
| IPC Information Systems, Inc. | | PO Box 26644 | | | New York | NY | 10087 | |
| IPC Network Services, Inc. | Harborside Financial Center | 1500 Plaza 10 | 15th Floor | | Jersey City | NJ | 07311 | |
| Ipitomi Limited | | 3rd Floor | 125 Wood Street | | London | | EC2V 7AN | United Kingdom |
| Ipreo Data Inc. | | 421 Fayetteville Street | Suite 900 | | Raleigh | NC | 27601 | |
| IRELL & MANELLA LLP | | 840 NEWPORT CENTER DR | STE 450 | | Newport Beach | CA | 92660-6324 | |
| IRENE KUBERT | LASC | 600 SOUTH COMMONWEALTH AVE, DEPT 316 | | | Los Angeles | CA | 90005 | |
| Iron Mountain - Off-Site Data Protection | | PO Box 915026 | | | Dallas | TX | 75391-5026 | |
| Iron Mountain Records Management | Whitelaw House | Alderstone House Business Park | MacMillan Rd | | Livington | | EH54 7DF | United Kingdom |
| Iron Mountain Records Management | | PO Box 915004 | | | Dallas | TX | 75391-5004 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ironwood Legal Solutions | | Level 8, South Wing Millennium House, 46/58, Nawam Mawatha | | | Colombo | | 2 | Sri Lanka |
| IRR - Las Vegas | | 8367 West Flamingo Road | Suite 100 | | Las Vegas | NV | 89147 | |
| IRS | | Earle Cabell Federal Building | 1100 Commerce St #121 | | Dallas | TX | 75242 | |
| Irving ISD | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| Irving, Katie | | Address on File | | | | | | |
| Isaac D. Leventon | c/o David Neier | Winston Strawn LLP | 200 Park Avenue | | New York | NY | 10166 | |
| Isaac Leventon | Debra A. Dandeneau | Baker & McKenzie LLP | 452 Fifth Avenue | | New York | NY | 10018 | |
| Isaac Leventon | Michelle Hartmann | Baker & McKenzie LLP | 1900 North Pearl, Suite 1500 | | Dallas | TX | 75201 | |
| Island Love Rebuilding Fund | | PO Box 53412 | | | Lafayette | LA | 70505-3412 | |
| Itech Inc. | | 6230 Wilshire Blvd, # 145 | | | Los Angeles | CA | 90048 | |
| ITG Investment Research, Inc. | Attn Chris Stilo | 380 Madison Ave | | | New York | NY | 10017 | |
| ITG Investment Research, Inc. | | 1270 Avenue of the Americas | | | New York | NY | 10020 | |
| ITG Investment Research, Inc. | | PO Box 30270 | | | New York | NY | 10087-0270 | |
| Ivanti Security | | 698 West 10000 South | | | Jordan | UT | 84095-0000 | |
| Ivins, Phillips & Barker Chartered | | 1700 Pennsylvania Avenue, NW | | | Washington | DC | 20006 | |
| J Gregory Stone | | Address on File | | | | | | |
| J. Sagar Associates | | Vakils House | 18 Sprott Road | Ballard Estate | Mumbai | | 400 001 | India |
| J.C. Trident, Inc. | | 9035 Orlando Ave | | | Navarre | FL | 32566 | |
| Jack Boles Parking | | PO Box 190326 | | | Dallas | TX | 75219-0326 | |
| Jack Takacs | | Address on File | | | | | | |
| JACK YANG | | Address on File | | | | | | |
| Jackson Walker | | PO Box 130989 | | | Dallas | TX | 75313-0989 | |
| Jackson Walker LLP | Michael S. Held | 2323 Ross Ave., Suite 600 | | | Dallas | TX | 75201 | |
| Jackson Walker LLP | | PO BOX 130989 | | | Dallas | TX | 75313-0989 | |
| Jackson, Jesse | | Address on File | | | | | | |
| JACOBS ENGINEERING GROUP | | PO BOX 651063 | | | Charlotte | NC | 28265 | |
| JAGADEESH REDDY | | Address on File | | | | | | |
| Jain, Ajit | | Address on File | | | | | | |
| Jain, Ajit | | Address on File | | | | | | |
| Jain, Bhawika | | Address on File | | | | | | |
| Jain, Bhawika | | Address on File | | | | | | |
| JAKE AMBROSE | | Address on File | | | | | | |
| Jake Istnick | | Address on File | | | | | | |
| JAMAL CARTY | | Address on File | | | | | | |
| James A Shlikett | | Address on File | | | | | | |
| James C. Merrill & Associates, Inc. | | 14677 Midway Rd., Ste 203 | | | Addison | TX | 75001 | |
| James D. Calver | | Address on File | | | | | | |
| James D. Dondero | D. Michael Lynn | Address on File | | | | | | |
| James D. Dondero | | Address on File | | | | | | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 83 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| James Dondero, as the successor-in-interest to the Canis Major Trust | James D. Dondero | D. Michael Lynn | 420 Throckmorton Street, Suite 1000 | | Fort Worth | TX | 76102 | |
| James Edward | | Address on File | | | | | | |
| James Klein | | Address on File | | | | | | |
| James Lamar | | Address on File | | | | | | |
| James Love | | Address on File | | | | | | |
| James Mathis Consulting LLC | | 3701 Braewood Circle | | | Plano | TX | 75093 | |
| James McCaffrey | | Bank of Marshall Islands Building, 2nd Floor, PO Box 509 | | | Majuro | | 96960 | Marshall Islands |
| JAMES PAGLIAROLI | | Address on File | | | | | | |
| James Palmer | | Address on File | | | | | | |
| James Peterson | | Address on File | | | | | | |
| James R. Thompson | | Address on File | | | | | | |
| James T. Bentley | Schulte Roth & Zabel LLP | 919 Third Avenue | | | New York | NY | 10022 | |
| James, Carter & Coulter, P.L.C. | | 500 Broadway | Suite 400 | | Little Rock | AR | 72203 | |
| JAMESON, MATTHEW | | Address on File | | | | | | |
| JAMS, Inc. | | PO Box 512850 | | | Los Angeles | CA | 90051-0850 | |
| Jane Rose Reporting Inc. | | 2547 State Hwy, 35 | Suites 1&2 | | Luck | WI | 54853 | |
| Janet McGreal | | Address on File | | | | | | |
| JANIS ROGERS & ASSOCIATES | | 1545 W MOCKINGBIRD LN | STE 1032 | | Dallas | TX | 75235 | |
| Jansen & Palmer, LLC | | 4746 Elliot Avenue South | | | Minneapolis | MN | 55407 | |
| JANULESKI, GEOFFREY J | | Address on File | | | | | | |
| Japan Alternative Investment Co.Ltd | | 19th Floor, KDDI Otemachi Bldg | 1-8-1 Otemachi, Chiyoda-ku | | Tokyo | | 100-0004 | JAPAN |
| Japanese Evangelical Missionary Society | | 948 East Second St | | | Los Angeles | CA | 90012-4382 | |
| Jardine, Jeffrey | | Address on File | | | | | | |
| Jardine, Jordan | | Address on File | | | | | | |
| Jaron Stern | | Address on File | | | | | | |
| Jason Chang | | Address on File | | | | | | |
| Jason Goldsmith | | Address on File | | | | | | |
| Jason Hoarell | | Address on File | | | | | | |
| Jason Kathman | | Address on File | | | | | | |
| JASON KIRSCHNER | | Address on File | | | | | | |
| Jason L. Janik | | Address on File | | | | | | |
| Jason Post | | Address on File | | | | | | |
| Jason Rothstein | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| JASON SANTAMARIA | | Address on File | | | | | | |
| Jason Vanacour | | Address on File | | | | | | |
| Jason Vanacour | | Address on File | | | | | | |
| Jasper CLO Ltd MMP-5 Funding, LLC and IXIS Financial Products Inc. | Jasper CLO Ltd. | PO Box 1234 Queengate House | South Church Street | The Directors | Grand Cayman | | | Cayman Islands |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jasper CLO Ltd. | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | | Houston | TX | 77002 | |
| Jasper CLO Ltd. | | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Jasper CLO Ltd. JPMorgan Chase Bank, National Association | Jasper CLO Ltd. c/o Maples Finance Limited | Queensgate House, South Church Street, George Town | | P.O. Box 1093GT | Grand Cayman | | | Cayman Islands |
| Jasper CLO, Ltd. | c/o Ogier Fiduciary Services (Cayman) Limited | PO Box 1234 | Queensgate House, South Church Street | | Grand Cayman | | | Cayman Islands |
| Jay Angotti | | Address on File | | | | | | |
| Jay Borikar | | Address on File | | | | | | |
| Jay Gierak | | Address on File | | | | | | |
| Jay M Cohen, PA | | PO Box 2210 | | | Winter Park | FL | 32790 | |
| Jay Sluis | | Address on File | | | | | | |
| Jay Steigerwald | | Address on File | | | | | | |
| JB Sigmon | | Address on File | | | | | | |
| JDRF Greater Dallas Chapter | | 9400 N Central Expressway | Suite 1201 | | Dallas | TX | 75231 | |
| Jean Paul Sevilla | Baker & McKenzie LLP | Debra A. Dandeneau | 452 Fifth Avenue | | New York | NY | 10018 | |
| Jean Paul Sevilla | c/o David Neier, Winston Strawn LLP | 200 Park Avenue | | | New York | NY | 10166 | |
| Jean Paul Sevilla | Michelle Hartmann | Baker & McKenzie LLP | 1900 North Pearl, Suite 1500 | | Dallas | TX | 75201 | |
| Jean Paul Sevilla | | Address on File | | | | | | |
| Jean-Francois Lemay | | Address on File | | | | | | |
| Jeff Cohen | | Address on File | | | | | | |
| Jeff Damec | | Address on File | | | | | | |
| Jeff Gilbert | | Address on File | | | | | | |
| Jeff Graham | | Address on File | | | | | | |
| Jeff Habicht | | Address on File | | | | | | |
| Jeff Seaver | | Address on File | | | | | | |
| Jeff Turner | | Address on File | | | | | | |
| Jefferies | Ronald Wong | 101 California Street | Suite 3100 | | San Francisco | CA | 94111 | |
| Jefferies LLC | Attn Casey Doherty | c/o Dentons US LLP | 1221 McKinney Street, Suite 1900 | | Houston | TX | 77010-2006 | |
| Jefferies LLC | Attn Christopher Bianchi | Prime Brokerage Services | 520 Madison Avenue | | New York | NY | 10022 | |
| Jefferies LLC | Christopher Bianchi | 520 Madison Avenue, 2nd Floor | | | New York | NY | 10022 | |
| Jefferies LLC | Dentons US LLP | Attn Lauren Macksoud, Esq. and Patrick Maxcy, Esq. | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Jefferies LLC | | 520 Madison Avenue, 12th Floor | | | New York | NY | 10022 | |
| Jeffrey Dutton | | Address on File | | | | | | |
| Jeffrey Rose | | Address on File | | | | | | |
| Jehyun Law | | 11st Floor, Samsung Life East Yeouido Bldg. 25 | Yeouido-Dong | 2Gil 17, International Financial-Ro | Yeongdeungpo-Gu | Seoul | 150-878 | South Korea |
| JEMS | | 948 EAST 2ND ST | | | Los Angeles | CA | 900124317 | |
| Jenifer Jurrius | | Address on File | | | | | | |
| JENKINS, AMY | | Address on File | | | | | | |
| JENNA BRIDGES | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 85 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/22/22 Page 187 of 228 PageID 1861

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | 353 N CLARK ST | | | Chicago | IL | 60654-3456 | |
| Jenni Logan | | Address on File | | | | | | |
| Jennifer Buntz | | Address on File | | | | | | |
| JENNIFER LYNN HUNTSMAN TRUST | ATTN BRIAN SHRUM | 1 S MAIN ST 12TH FLR | | | Salt Lake City | UT | 84111-1904 | |
| Jennifer Ricci | | Address on File | | | | | | |
| Jennifer Wooton | | Address on File | | | | | | |
| JENSEN, ASTRID | | Address on File | | | | | | |
| JENSEN, MARTY | | Address on File | | | | | | |
| Jeong, Sang K. | | Address on File | | | | | | |
| Jeremy Kross | | Address on File | | | | | | |
| Jeremy Simpson | | Address on File | | | | | | |
| JERICHO SERVICES | | 2571 MERRELL RD | | | Dallas | TX | 75229 | |
| Jerome Carter | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76012-4135 | |
| Jessica Gimbel | | Address on File | | | | | | |
| Jessica Hoskings | | Address on File | | | | | | |
| Jessica Nalder | | Address on File | | | | | | |
| Jessica Ogle | | Address on File | | | | | | |
| Jessup Holdings LLC | Attn John Mandler | c/o Mandel, Katz and Brosnan LLP | 100 Dutch Hill Road, Suite 390 | | Orangeburg | NY | 10962 | |
| Jesuit Alumni Homecoming | | 12345 Inwood Rd | | | Dallas | TX | 75244 | |
| Jetti, Vikram | | Address on File | | | | | | |
| JEWISH FEDERATION OF GREATER DALLAS | ATTN KAREN HANEY | JACOB FELDMAN BUILDING | 7800 NORTHAVEN RD | | Dallas | TX | 75230 | |
| JHAWER, SHANTANU | | Address on File | | | | | | |
| JHT Holdings, Inc. | Attn Christopher Reehl | 10801 Corporate Drive | PO Box 581025 | | Pleasant Prairie | WI | 53158 | |
| Jillian Ashenbrener | | Address on File | | | | | | |
| Jim Pagliaroli | | Address on File | | | | | | |
| Jinny Cha | | Address on File | | | | | | |
| JJB Hilliard, WL Lyons LLC | Attn Mac Thomas | 500 West Jefferson Street | | | Louisville | KY | 40202 | |
| JOCELYN FRANK FABIANCIC | | Address on File | | | | | | |
| Jocoy, Laura C | | Address on File | | | | | | |
| JOE DOUGHERTY | | Address on File | | | | | | |
| JOE DOUGHERTY | | Address on File | | | | | | |
| JOE EMMANUEL | | Address on File | | | | | | |
| Joe Farach | | Address on File | | | | | | |
| Joe Foster Company LLC | | 25 Highland Park Village | Suite 100-880 | | Dallas | TX | 75205 | |
| Joe Joyner | | Address on File | | | | | | |
| Joe Kingsley | | Address on File | | | | | | |
| Joe Laganza | | Address on File | | | | | | |
| Joe Norton | | Address on File | | | | | | |
| Joe Scanlon | | CRT Capital Holdings LLC | 262 Harbor Drive | | Stamford | CT | 06902 | |
| JOEL ESHBAUGH | | Address on File | | | | | | |
| Joel Zeff Creative | | PO Box 979 | | | Coppell | TX | 75019 | |
| Johanna McBroom | | Address on File | | | | | | |
| JOHN A TOWNSEND, IOLTA | TAX PROCEDURE GROUP | 5615 KIRBY DR, STE 830 | | | Houston | TX | 77005 | |
| John Burer | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 73 of 155

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 86 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/20/22 Page 188 of 228 PageID 1862

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| John Caron | | Address on File | | | | | | |
| John Chant | | Address on File | | | | | | |
| John Crocker | | Address on File | | | | | | |
| John Duval Associates | | 400 East 56th St Ste 10-S | | | New York | NY | 10022 | |
| John Duval Associates | | 446 Milan Hill Rd | | | Red Hook | NY | 12571 | |
| John F Yang | KLS Financial Advisors | 127 Main Street, Suite A | | | Chatham | NJ | 07928 | |
| John F. Jack Yang | Daniel P Winikka | Loewinsohn Flegle Deary Simon LLP | 12377 Merit Drive, Suite 900 | | Dallas | TX | 75251 | |
| John F. Jack Yang | | Address on File | | | | | | |
| John F. Warren, Dallas County Clerk | Attn Central Records | 600 Commerce St–B1 | | | Dallas | TX | 75202 | |
| John Fink | | Address on File | | | | | | |
| JOHN FRUSHA | | Address on File | | | | | | |
| JOHN GALANTE | | Address on File | | | | | | |
| John Gavin | | Address on File | | | | | | |
| John Guagliardo | | Address on File | | | | | | |
| John Hancock Life Insurance | | PO Box 894764 | | | Los Angeles | CA | 90189-4764 | |
| John Hare | | Address on File | | | | | | |
| JOHN HENNEGAN | | Address on File | | | | | | |
| John Holmes | | Address on File | | | | | | |
| John Honis | | Address on File | | | | | | |
| John Howard | | Address on File | | | | | | |
| JOHN HUNTINGTON | | Address on File | | | | | | |
| John Ly | | Address on File | | | | | | |
| John Martin | | Address on File | | | | | | |
| JOHN MELTON | | Address on File | | | | | | |
| John Morgan | | Address on File | | | | | | |
| JOHN MORRIS | | Address on File | | | | | | |
| John Partchenko | | Address on File | | | | | | |
| John Paul Raffo | | Address on File | | | | | | |
| John Perkins | | Address on File | | | | | | |
| John R Ames, CTA | | Records Bldg, 500 Elm St | PO Box 139033 | | Dallas | TX | 75313-9033 | |
| John R Ames, CTA | | PO Box 139066 | | | Dallas | TX | 75313-9066 | |
| John R. Watkins | | Address on File | | | | | | |
| John Reineberg | | Address on File | | | | | | |
| John Seng | | Address on File | | | | | | |
| John Yang | | Address on File | | | | | | |
| JOHN, KYLE | | Address on File | | | | | | |
| Johnston Tobey Baruch, P.C. | | 3308 Oak Grove Avenue | | | Dallas | TX | 75204 | |
| Jolles Associates, Inc. | | PO Box 930 | | | Great Falls | VA | 22066 | |
| JON BURKE | | Address on File | | | | | | |
| JON MARTIN | | Address on File | | | | | | |
| JON TAYLOR | | Address on File | | | | | | |
| Jones Day | | Address on File | | | | | | |
| Jones Reporting Company Inc | | Two Oliver Street | | | Boston | MA | 02109 | |
| Jones Roach & Caringella, Inc. | | 10920 Via Frontera Ste 440 | | | San Diego | CA | 92127-1732 | |
| JONES, DAVID | | Address on File | | | | | | |

App. 001744

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 87 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jones, Michael | | Address on File | | | | | | |
| Jones, Owen | | Address on File | | | | | | |
| JONES, ROBERT | | Address on File | | | | | | |
| Jones, Terrence O. | | Address on File | | | | | | |
| Jordan Fraker Photography | | 8806 San Fernando Way | | | Dallas | TX | 75218 | |
| Jordan Kahn Music Company | | 3941 Legacy Drive | #204 A-225 | | Plano | TX | 75023 | |
| Jordan Malouf | | Address on File | | | | | | |
| Jordan Thompson | | Address on File | | | | | | |
| Jordan, Hyden, Womble & Culbreth P.C. | | 500 N Shoreline, Ste 900N | | | Corpus Christi | TX | 78471 | |
| Jordan, Micah | | Address on File | | | | | | |
| JORDEN BURT | | Address on File | | | | | | |
| JORGE JARAMILLO | | Address on File | | | | | | |
| Jose Antonio Blanco & Asociados | | Valentin Vergara 1675 | 1602 Florida | | Buenos Aires | | | ARGENTINA |
| Jose Ontiveros | | Address on File | | | | | | |
| Josef Yehia | | Address on File | | | | | | |
| JOSEPH BIDJOKA | | Address on File | | | | | | |
| Joseph Kevin Ciavarra | | Address on File | | | | | | |
| Joseph R Pinkston III | | Address on File | | | | | | |
| Josh Bock | | Address on File | | | | | | |
| Josh Philips | | Address on File | | | | | | |
| Josh Terry | Attn Rakhee V. Patel, Winstead PC | Address on File | | | | | | |
| Josh Terry | | Address on File | | | | | | |
| Joshua & Jennifer Terry | c/o Brian P. Shaw, Esq. | Rogge Dunn Group, PC | 500 N. Akard Street, Suite 1900 | | Dallas | TX | 75201 | |
| Joshua N. Terry on behalf of his IRAs and Jennifer G. Terry on behalf of her IRAs and The Terry Family 401-K Plan | Brian P. Shaw | 500 N. Akard St. Suite 1900 | | | Dallas | TX | 75201 | |
| Joshua N. Terry on behalf of his IRAs and Jennifer G. Terry on behalf of her IRAs and The Terry Family 401-K Plan | | Address on File | | | | | | |
| Joshua Tree Feeding Program Inc | | 1601 W Indian School Rd | | | Phoenix | AZ | 85015 | |
| Joy Squad Dallas | | 1725 Prescott Dirve | | | Flower Mound | TX | 75028 | |
| JP Morgan | | WSS GLOBAL FEE BILLING | PO BOX 26040 | | New York | NY | 10087-6040 | |
| JP Morgan | | ITS Fee Billing | PO Box 911953 | | Dallas | TX | 75391-1953 | |
| JP MORGAN HEDGE FUND SERVICES | | ONE BEACON ST, 19TH FLR | | | Boston | MA | 02108 | |
| JP Sevilla | | Address on File | | | | | | |
| JPMorgan Chase Bank | Worldwide Securities Services | 600 Travis Street, 50th Floor | | | Houston | TX | 77002 | |
| JPMorgan Clearing Corp | ATTN Metrotech Center North | 1 MetroTech Center # 1 | | | Brooklyn | NY | 11201 | |

Highland Capital Management, L.P.
Case No. 19-34054

App. 00381
001745

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 88 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/22/22 Page 190 of 228 PageID 1864

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| JPMORGAN FCS | | 13455 Noel Rd, Ste 1150 | | | Dallas | TX | 75240 | |
| JPMORGAN FCS | | WSS GLOBAL FEE BILLING | PO BOX 26040 | | New York | NY | 10087-6040 | |
| JT Magen & Company Inc | | 44 West 28th Street | 11 th floor | | New York | NY | 10001 | |
| Judy Chamberlin Entertainment | | 2604 Medline Ct | | | Southlake | TX | 76092 | |
| Jumpline, Inc. Web Hosting | | PO Box 8789 | | | St Petersburg | FL | 33738-8789 | |
| JUN HONG HENG | | Address on File | | | | | | |
| JUNG, KEVIN | | Address on File | | | | | | |
| Junior Achievement of Dallas | Attn Shelley Strickland | 1201 W Executive Dr | | | Richardson | TX | 75081 | |
| JUNIOR LEAGUE OF DALLAS | | 8003 INWOOD RD | | | Dallas | TX | 75209 | |
| Justin Carfora | | Address on File | | | | | | |
| Justin Gould | | Address on File | | | | | | |
| Justin Nabours | | Address on File | | | | | | |
| Justin Smith | | Address on File | | | | | | |
| Juvenile Diabetes Research Foundation | | 200 Vesey St Frnt | | | New York | NY | 1028-8000 | |
| JW Cole Financial, Inc. | | 11811 N. Tatum Blvd | Ste 3055 | | Phoenix | AZ | 85028 | |
| JW Marriott Essex House NY | | 160 Central Park South | | | New York | NY | 10019 | |
| K & L Gates LLP | | Suite 2800 | 1717 Main Street | | Dallas | TX | 75201 | |
| K&L Gates LLP | A. Lee Hogewood, III | 4350 Lassiter at North Hills Ave., Suite 300 | | | Raleigh | NC | 27609 | |
| K&L Gates LLP | Attn Artoush Varshosaz | 1717 Main Street, Suite 2800 | | | Dallas | TX | 75201 | |
| K&L Gates LLP | James A. Wright III | State Street Financial Center | One Lincoln Street | | Boston | MA | 02111-2950 | |
| K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | | | Washington | DC | 20006 | |
| Kadleck & Associates | | 555 Republic Dr, suite 115 | | | Plano | TX | 75074 | |
| KAHR REAL ESTATE SERVICES LLC | | 139 FULTON ST | STE 319 | | New York | NY | 10038 | |
| KAI CHEN | | Address on File | | | | | | |
| Kane Environmental Engineering, Inc. | | 8816 Big View Dr | | | Austin | TX | 78730 | |
| KANE RUSSELL COLEMAN & LOGAN PC | | 901 MAIN ST STE 5200 | | | DALLAS | TX | 75202-3705 | |
| Kansas Corporate Tax | | Department of Revenue | 915 SW Harrison Street | | Topeka | KS | 66612-1588 | |
| Kansas Independent Oil & Gas Association | | 229 E. William | Suite 211 | | Wichita | KS | 67202-4027 | |
| Kapil Mathur | | Address on File | | | | | | |
| Kaplan Voekler Cunningham & Frank PLC | | PO Box 2470 | | | Richmond | VA | 23218-2470 | |
| KAREL, TRAVIS | | Address on File | | | | | | |
| Karen Weiss | | Address on File | | | | | | |
| Kari Kovelan | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Karl Eisleben | | Address on File | | | | | | |
| KARL FARMER | | Address on File | | | | | | |
| Karthik Bhavaraju | | Address on File | | | | | | |
| Kase Kinney | | Address on File | | | | | | |
| kasina, LLC | | 581 Avenue of the Americas | 5th Floor | | New York | NY | 10011 | |

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | | 1633 BROADWAY | | | New York | NY | 10019-6799 | |
| Kastle Systems | | PO BOX 75160 | | | Baltimore | MD | 21275-5160 | |
| Kathryn Plouff | | Address on File | | | | | | |
| Katten Muchin Rosenman LLP | c/o Cedar Glade LP | 600 Madison Avenue, 17th Floor | | | New York | NY | 10022 | |
| KattenMuchinRosenman LLP | | 525 W Monroe St | | | Chicago | IL | 60661-3693 | |
| Katthik Bhavaraju | | Address on File | | | | | | |
| KAUFFMAN, PAUL | | Address on File | | | | | | |
| Kaufman County | Attn Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | | Dallas | TX | 75207 | |
| Kaufman County | c/o Laurie A. Spindler, Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway, Suite 1000 | | Dallas | TX | 75207 | |
| Kavita Naik | | Address on File | | | | | | |
| KCD Financial | Attn Vicki Berger | 3061 Allied St, Ste B | | | Green Bay | WI | 54304 | |
| KCD Financial, Inc. | | 3061 Allied St. | Suite B | | Green Bay | WI | 54304 | |
| KEARNEY, JOSEPH | | Address on File | | | | | | |
| KEARNEY, JOSEPH D. | | Address on File | | | | | | |
| KEITH BECKMAN | | Address on File | | | | | | |
| Keith Bowers | | Address on File | | | | | | |
| Keith Dunlap | | Address on File | | | | | | |
| Keith Gorman | | Address on File | | | | | | |
| Keith Schneider | | Address on File | | | | | | |
| Kelan Advisors | | PO Box 122 | | | Lexington | MA | 02420 | |
| Keller Williams | c/o Paula Barbee | Address on File | | | | | | |
| Kellie Stevens | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| KELLOGG | | KELLOGG ALUMNI CLUB | 7040 BROOKSHIRE DR. | | Dallas | TX | 75230 | |
| Kellogg Huber Hansen Todd Evans | | 1615 M Street N.W. | Ste 400 | | Washington | DC | 20036-3209 | |
| Kelly Bennett | | Address on File | | | | | | |
| Kelly Correll | | Address on File | | | | | | |
| Kelly Hart & Hallman | Hugh G. Connor II, Michael D. Anderson and Katherine T. Hopkins | 201 Main Street, Suite 2500 | | | Fort Worth | TX | 76102 | |
| Kelly Hart & Pitre | Louis M. Phillips | 301 Main Street, Suite 1600 | | | Baton Rouge | LA | 70801 | |
| Kelly Hart Pitre | Amelia L. Hurt | 400 Poydras Street, Suite 1812 | | | New Orleans | LA | 70130 | |
| Kelsey Ellenberg | | 17510 West Grand Parkway South | Suite 510 | | Sugarland | TX | 77479 | |
| KEN KUNIMOTO | | Address on File | | | | | | |
| Ken Owen & Associates | | 801 West Ave | | | Austin | TX | 78701-2207 | |
| Ken Paxton Campaign | | 1505 Elm Street, #1601 | | | Dallas | TX | 75201 | |
| Kendall + Landscape Architecture | | 6976 Santa Barbara Dr | | | Dallas | TX | 75214-2561 | |
| Kendall Best | | Address on File | | | | | | |
| Kennecott Funding Ltd | c/o Guggenheim Partners | 330 Madison Ave, 11th Floor | | | New York | NY | 10017 | |
| Kennedy DMC Austin | | 5810 Trade Center Dr | Suite 500 | | Austin | TX | 78744 | |
| KENNETH BELLAIRE | | Address on File | | | | | | |

Appx. 00369
001747

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 90 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kenneth Daewoo Park | | Address on File | | | | | | |
| Kenneth L Maun | Tax Assessor Collector | Collin County | PO Box 8046 | | McKinney | TX | 75070 | |
| Kenneth L. Maun | | PO Box 8046 | | | McKinney | TX | 75070-8046 | |
| Kenneth Tharp | | Address on File | | | | | | |
| Kenny Juarez | | Address on File | | | | | | |
| Kensho Technologies, Inc. | | 17 Dunster St | Suite 300 | | Cambridge | MA | 02138 | |
| KENT CAPPS | | Address on File | | | | | | |
| Kent Gatzki | | Address on File | | | | | | |
| Kentucky State Treasurer | Division of Securities | 1025 Capital Center Drive, Suite 200 | | | Frankfort | KY | 40601 | |
| KERA | | 3000 Harry Hines Blvd | | | Dallas | TX | 75201 | |
| Kercsmar & Feltus PLLC | | 6263 N. Scottsdale Rd. | Suite 320 | | Scottsdale | AZ | 85250 | |
| Kerns, Brian | | Address on File | | | | | | |
| Kerri Kearney | | Address on File | | | | | | |
| KEVIN CLEARY | | Address on File | | | | | | |
| Kevin Dowd | | Address on File | | | | | | |
| Kevin Dunwoodie | | Address on File | | | | | | |
| KEVIN ETHRIDGE | | Address on File | | | | | | |
| KEVIN LATIMER | | Address on File | | | | | | |
| Kevin Messerle | | Address on File | | | | | | |
| Kevin Potts | | Address on File | | | | | | |
| Kevin Price | | Address on File | | | | | | |
| KEVIN SHAHBAZ | | Address on File | | | | | | |
| KeyBank National Association | as Administrative Agent | 225 Franklin Street, 18th Floor | | | Boston | MA | 02110 | |
| KeyBank National Association | as Agent | 127 Public Square | | | Cleveland | OH | 44114 | |
| Keybank National Association | ATTN KREC Loan Services | 4910 Tiedman Road | 3rd Floor | | Brooklyn | OH | 44144 | |
| KFORCE PROFESSIONAL STAFFING | | PO BOX 2277997 | | | Atlanta | GA | 30384-7997 | |
| KidLinks | | 6387B Camp Bowie Blvd | #278 | | Fort Worth | TX | 76116 | |
| KidLinks Foundation | | 5485 Belt Line Rd | Suite 400 | | Dallas | TX | 75254-7604 | |
| Kiely, Thomas | | Address on File | | | | | | |
| Kilcullen & Company | | 150 N. Radnor Chester Rd. | Suite C210 | | Radnor | PA | 19087 | |
| KILLEBREW, MATT | | Address on File | | | | | | |
| Kim & Chang | | Seyang Building, 223 Naeja-dong | Jongno-gu | | Seoul | | 110-720 | South Korea |
| Kim Dawson Agency | | 1645 Stemmons Freeway | Suite #B | | Dallas | TX | 75207 | |
| Kim Leslie Shafer | | Address on File | | | | | | |
| Kim R. Kunz | | Address on File | | | | | | |
| Kim, Austen | | Address on File | | | | | | |
| KIM, HELEN | | Address on File | | | | | | |
| Kinder, Travis | | Address on File | | | | | | |
| KING & SPALDING LLP | | 1180 Peachtree St NE | | | Atlanta | GA | 30309-3521 | |
| KING & SPALDING LLP | | PO Box 116133 | | | Atlanta | GA | 30368-6133 | |
| King & Wood Mallesons LLP | | 10 Queen Street Place | | | London | | EC4R 1BE | United Kingdom |
| Kingwood Administrative Services | | 15 Golf Linds Ct | | | Kinwood | TX | 77339 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kingwood Forestry Service, Inc | | PO Box 1290 | | | Monticello | AR | 71657 | |
| Kingwood Forestry Services, Inc | | 145 Greenfield Drive | | | Monticello | AR | 71655 | |
| Kinney Recruiting LP | | 106 E 6th St Ste 300 | | | Austin | TX | 78701 | |
| Kinsley & Associates, LLC | | 6732 West Coal Mine Avenue | #500 | | Littleton | CO | 80123 | |
| Kirkland & Ellis | | 777 S Figueroa St Ste 3700 | | | Los Angeles | CA | 90017 | |
| Kirkland & Ellis | | 153 E 53RD ST | CITIGROUP CENTER | | New York | NY | 10022-4611 | |
| Kirkpatrick Lockhart Preston Gates Ellis | | SUITE 2800 | 1717 MAIN ST | | Dallas | TX | 75201 | |
| Kirkpatrick Lockhart Preston Gates Ellis | | 1601 K Street NW | | | Washington | DC | 20006-1600 | |
| Klee, Tuchin, Bogdanoff & Stern | | 2121 Ave of the Stars, Flr 33 | | | Los Angeles | CA | 90067 | |
| Kleinberg, Kaplan, Wolff & Cohen | | 551 Fifth Ave 18th Flr | | | New York | NY | 10176 | |
| Kline & Kline | | 8117 Preston Rd. Ste 300 | | | Dallas | TX | 75225 | |
| Klisares, Michael | | Address on File | | | | | | |
| KLOS, DAVID | | Address on File | | | | | | |
| Klosters Trading Corporation | | 61 Heather Lane | | | Williston | VT | 05495 | |
| KMS Financial Services, Inc. | Attn Megan Slater | 2001 Sixth Avenue, Suite 280 | | | Seattle | WA | 98121-9833 | |
| Knect365 US, Inc. | | PO Box 3685 | | | Boston | MA | 02241-3685 | |
| KNIGHT ELECTRICAL SERVICES CORP | | 599 11th Avenue | | | New York | NY | 10036 | |
| KNIGHT ELECTRICAL SERVICES CORP | | 111 8TH AVE | STE 526 | | New York | NY | 10011-5298 | |
| Knights of Columbus | | 2280 Springlake Road | | | Dallas | TX | 75234 | |
| Knott, Brandon | | Address on File | | | | | | |
| Knott, Brandon | | Address on File | | | | | | |
| Knox, Haley | | Address on File | | | | | | |
| KNUTSON, DEREK | | PO Box 93901 | | | | | | |
| Koch Companies Public Sector, LLC | | Address on File | | | Chicago | IL | 60673 | |
| Kody Krause | | | | | | | | |
| Komen Dallas Race for the Cure | ATTN GARI PHILLIPS | 12820 HILLCREST | STE C105 | | Dallas | TX | 75230 | |
| Komen Dallas Race for the Cure | | 765 NorthPark Center | | | Dallas | TX | 75225 | |
| Korea Chonha Translation Co., Ltd. | | 1024 Manhattan Bldg. 36-2 | Yeungdeungpo-gu | | Seoul | | 150-746 | South Korea |
| Korea Standard Transl Center Co, Ltd. | | S-701, Garden 5 Works | Munjeong-dong Songpa-gu | | Seoul | | 138-200 | South Korea |
| KORNGUT, BRYAN | | Address on File | | | | | | |
| KORTLANDER, MATTHEW | | Address on File | | | | | | |
| KORTLANDER, MATTHEW A. | | Address on File | | | | | | |
| Kouzmenko, Svetlana | | Address on File | | | | | | |
| Kovack Securities Inc. | | 6451 N. Federal Hwy | Suite 1201 | | Ft Lauderdale | FL | 33308 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 92 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kovelan, Kari | | Address on File | | | | | | |
| KPMG LLP | | 3 Chesnut Ridge Rd | | | Monvale | NJ | 07645 | |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | 1177 AVENUE OF THE AMERICAS | | | New York | NY | 10036-2714 | |
| Krishnan, Prasad | | Address on File | | | | | | |
| Kroll Associates, Inc. | | 475 Sansome Street | Suite 510 | | San Francisco | CA | 94104 | |
| Kromann Reumert | | Sundkrogsgade 5 | | | Copenhagen | | DK-2100 | DENMARK |
| Kruse & Associates, Ltd. | | 180 North LaSalle Street, Ste 3700 | | | Chicago | IL | 60601 | |
| Kryzer, Damon | | Address on File | | | | | | |
| KUCHLER, TOM | | Address on File | | | | | | |
| Kuehn, Richard | | Address on File | | | | | | |
| KULWICH, STEPHANIE | | Address on File | | | | | | |
| Kuperman, Orr & Albers PC | | 2801 Via Fortuna | Suite 430 | | Austin | TX | 78746 | |
| KURATTI, MOHAN | | Address on File | | | | | | |
| KURT DAUM | | Address on File | | | | | | |
| KURT DAUM | | Address on File | | | | | | |
| KURT PLUMER | | Address on File | | | | | | |
| Kurtis Plumer | | Address on File | | | | | | |
| Kurtosys Systems Inc. | | 134 5th Ave | 3rd Floor | | New York | NY | 10011 | |
| KWOK, NAM | | Address on File | | | | | | |
| L.A. Fuess Partners | | 3333 Lee Pkwy, Ste 300 | | | Dallas | TX | 75219 | |
| L.C. Kirk & Co | | 101 W Argonne | Ste 16 | | Saint Louis | MO | 63122 | |
| LABADIE, MICHAEL | | Address on File | | | | | | |
| Lackey Hershman LLP | Paul Lackey, Esq. | Stinson LLP | 3102 Oak Lawn Avenue, Ste 777 | | Dallas | TX | 75219 | |
| Lackey Hershman LLP | | 3102 Oak Lawn, Ste 777 | | | Dallas | TX | 75219-4241 | |
| LAFFER ASSOCIATES | | 103 Murphy Court | | | Nashville | TN | 37203 | |
| LAH Investments, LLC | | 4 Circle Drive | | | Rumson | NJ | 07660 | |
| Lamba, Menka | | Address on File | | | | | | |
| LAMENSDORF, JONATHAN | | Address on File | | | | | | |
| Lamplighters Parents Association | | 11611 Inwood Road | | | Dallas | TX | 75229 | |
| Landmark Graphics Corp | | PO Box 301341 | | | Dallas | TX | 75303-1341 | |
| Landmark Graphics Corp | | 2107 CityWest Blvd | Building 2 | | Houston | TX | 77042-2827 | |
| Landmark Graphics Corporation | | 10200 Bellaire Blvd | | | Houston | TX | 77072-5299 | |
| Landon Patterson | | Address on File | | | | | | |
| Landpro Corporation | | 21755 I-45 North | Building 7 | | Spring | TX | 77388 | |
| Landry, John | | Address on File | | | | | | |
| Lanier Worldwide, Inc. | | PO Box 105533 | | | Atlanta | GA | 30348-5533 | |
| Larkin, William | | Address on File | | | | | | |
| LAROCHE PETROLEUM CONSULTANTS, LTD | | 4600 GREENVILLE AVE | STE 160 | | Dallas | TX | 75206 | |
| LaRoche Petroleum Consultants, Ltd. | | 2435 N. Central Expwy | Suite 1500 | | Richardson | TX | 75080 | |
| LARRY LINDSEY | | Address on File | | | | | | |
| Lars Enstrom | | Address on File | | | | | | |
| LARSEN, JESS S. | | Address on File | | | | | | |
| LARSON & MCGOWIN INC. | | 254 NORTH JACKSON ST | PO BOX 2143 | | Mobile | AL | 36652 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 93 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Laser App | | 222 Valley Creek Blvd, Ste 300 | | | Exton | PA | 19341 | |
| Laser App | | 3190 Shelby Street | Suite D-100 | | Ontario | CA | 91764 | |
| LATENTZERO INC | | 160 Federal Street | 16 th Floor | | Boston | MA | 02110 | |
| LATENTZERO INC | | PO BOX 415437 | | | Boston | MA | 02241 | |
| LATENTZERO INC | | Dept CH 16755 | 16TH FLR | | Palatine | IL | 60055-6755 | |
| Lateral Group NA, LLC | | 5516 Collection Ctr Drive | | | Chicago | IL | 60693 | |
| Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | | | Washington | DC | 20004 | |
| Latham & Watkins LLP | Jamie Wine | 885 Third Ave. | | | New York | NY | 10022-4834 | |
| Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 South Grand Avenue, Ste. 100 | | | Los Angeles | CA | 90071 | |
| LATHAM & WATKINS LLP | | PO BOX 7247-8181 | | | Philadelphia | PA | 19170-8181 | |
| Latham and Watkins LLP | Asif Attarwala | 330 North Wabash Ave. Suite 2800 | | | Chicago | IL | 60611 | |
| LATIMER, KEVIN | | Address on File | | | | | | |
| Latin Markets | | 10 W. 37th St | 7th Floor | | New York | NY | 10018 | |
| LatinFinance | | Subscriptions | PO Box 4009 | | Chesterfield | MO | 63006-4009 | |
| Lattig, Larry | | Address on File | | | | | | |
| Lauren A. Coleman | | Address on File | | | | | | |
| Lauren Brady | | Address on File | | | | | | |
| LAUREN HOLLAND | | Address on File | | | | | | |
| Lauren Powell | | Address on File | | | | | | |
| Lauren Roche | | Address on File | | | | | | |
| Lauren Sekerke | | Address on File | | | | | | |
| Lauren Selevan | | Address on File | | | | | | |
| Lauren Thedford | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Law Debenture Corporate Services Limited | | Fifth Floor | 100 Wood Street | | London | | EC2V 7EX | United Kingdom |
| LAW JOURNAL PRESS | | PO BOX 18105 | | | Newark | NJ | 07191-8105 | |
| Law Office of Michael R. Boling | | 2305 W. Parker Rd | Suite 203 | | Plano | TX | 75023 | |
| Law Office of Sean F. Oshea | | 90 Park Ave. 20th Flr | | | New York | NY | 10016 | |
| Law Offices of Art Brender | | 600 Eighth Avenue | | | Ft. Worth | TX | 76104 | |
| LAW OFFICES OF CHAPMAN & CUTLER | | PO BOX 71291 | | | Chicago | IL | 60694 | |
| Law Offices of Charles Renfrew | | 710 Sansome St | | | San Francisco | CA | 94111-1704 | |
| LAW OFFICES OF CHRISTOPHER NOLLAND | | 1717 MAIN ST | STE 5550 LB 39 | | Dallas | TX | 75201 | |
| LAWLER, TIMOTHY | | Address on File | | | | | | |
| Lawrence A. Hamermesh | | Address on File | | | | | | |
| Lawrence Labanowski | | Address on File | | | | | | |
| LAWRENCE, SUZANNE | | Address on File | | | | | | |
| Lawyers Title of Arizona, Inc. | | 3131 E. Camelback Rd | Suite 220 | | Phoenix | AZ | 85016 | |
| LB GROUP, LLC | ATTN J LYONS BREWER | 274 RIVERSIDE AVE | | | Westport | CT | 06880 | |
| LE, ELI | | Address on File | | | | | | |
| LEAK, ELIZABETH | | Address on File | | | | | | |
| LEAP Foundation | | 9101 N Central Expressway | Suite 600 | | Dallas | TX | 75231 | |

001737

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 94 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LED ENTERPRISES, INC. | | 11131 SHADY TRAIL | | | Dallas | TX | 75229 | |
| LEDERMAN, SHAWN | | Address on File | | | | | | |
| Lee Lord | | Address on File | | | | | | |
| Lee Park and Arlington Hall Conservancy | | 3333 Turtle Creek Blvd. | | | Dallas | TX | 75219 | |
| Lee, Dylan | | Address on File | | | | | | |
| Lee, Jae | | Address on File | | | | | | |
| LEE, JEFFREY | | Address on File | | | | | | |
| Lee, Shawn | | Address on File | | | | | | |
| Lee, Woenjun | | Address on File | | | | | | |
| Legal Concierge, Inc. | | 3975 McCreary Road | | | Parker | TX | 75002 | |
| LegaLink Dallas | | PO Box 277951 | | | Atlanta | GA | 30384 | |
| LegaLink Dallas | | PO Box 538481 | | | Atlanta | GA | 30353-8481 | |
| Legalpeople LLC | | 134 N. LaSalle Street, Ste 800 | | | Chicago | IL | 60602 | |
| LegalSource LS, LLC | | 601 West 5th St, Ste 240 | | | Los Angeles | CA | 90071 | |
| LEGG, BRIAN | | Address on File | | | | | | |
| Leif M Clark Consulting PLLC | | PO Box 2676 | | | San Antonio | TX | 78299 | |
| LEMME, MATTHEW | | Address on File | | | | | | |
| LEMUS, LUIS | | Address on File | | | | | | |
| LEMUS, LUIS C. | | Address on File | | | | | | |
| LENGE, ANDREW | | Address on File | | | | | | |
| Lenz & Staehelin | | Route de Chene 30 | CH-1211 | | Geneva | | 6 | Switzerland |
| LEO, EDWARD | | Address on File | | | | | | |
| Leonard Budyonny | | Address on File | | | | | | |
| LESLIE GILB TAPLIN LIVING TRUST | | Address on File | | | | | | |
| Leslie Kwang | | Address on File | | | | | | |
| Leung, Timothy | | Address on File | | | | | | |
| LEVENTON, ISAAC | | Address on File | | | | | | |
| Levinger PC | | 1445 Ross Avenue | Suite 2500 | | Dallas | TX | 75202 | |
| Levinger PC | | 1700 Pacific Ave Ste 2390 | | | Dallas | TX | 75201-7371 | |
| Levy & Salomao Advogados | | AV. Brog.Faria Lima, 2601-120Andar | CEP 01452-924 | | Sao Paulo-SP | | | BRAZIL |
| Lewis J. Shuster | | Address on File | | | | | | |
| Lewis Silkin LLP | | 5 Chancery Lane | Cliffords Inn | | London | | EC4A 1BL | United Kingdom |
| Lewis, Rice & Fingersh, L.C. | | 500 N Broadway, Ste 2000 | | | Saint Louis | MO | 63102-2147 | |
| Lexecon | | 332 S. Michigan Ave. | | | Chicago | IL | 60604-4397 | |
| LexisNexis | | PO Box 733106 | | | Dallas | TX | 75373-3106 | |
| Lexitas | | P.O. Box 734298 | Dept. 2012 | | Dallas | TX | 75373-4298 | |
| LHWL | | PO Box 38011 | | | Dallas | TX | 75238 | |
| Li, Chaoyi | | Address on File | | | | | | |
| Liberty CLO Ltd. | JPMorgan Chase Bank | 600 Travis Street | 50th Floor | Worldwide Securities Services-Liberty CLO, Ltd. | Houston | TX | 77002 | |
| Liberty CLO Ltd. | Liberty CLO Ltd. c/o Walkers SPV Limited | Walker House, PO Box 908GT, Mary Street | George Town, Grand Cayman | The Directors | Grand Cayman | | | Cayman Islands |

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 06/22/22    Page 197 of 228    PageID 1871
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 95 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Liberty CLO Ltd. | | 190 Elgin Avenue | George Town | | Grand Cayman | | KY1-9005 | Cayman Islands |
| Liberty Life Assurance Co of Boston | | Group Benefits | PO Box 2658 | | Carol Stream | IL | 60132-2658 | |
| Liberty Life Assurance Company of Boston | | 100 Liberty Way | | | Dover | NH | 03821-0000 | |
| Liberty Mutual Insurance Company | | 175 Berkley St | | | Boston | MA | 02116-0000 | |
| LIDDLE, BRIANNE | | Address on File | | | | | | |
| Life Fitness | | 156 Oak Trail | | | Coppell | TX | 75019 | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | | PO BOX 13701 | | | Philadelphia | PA | 19101-3701 | |
| Lighthouse Document Solutions | | 723 Main St | Suite 430 | | Houston | TX | 77002 | |
| Lighthouse Document Solutions | | 2520 Caroline | | | Houston | TX | 77004 | |
| Lightpath Capital, Inc. | | 1453 Third Street Promenade | Suite 315 | | Los Angeles | CA | 90401 | |
| Lincoln Discovery Services, Inc. | | 42 Nevada Ave | | | Long Beach | NY | 15161 | |
| Lincoln Financial Advisors Corp. | Attn Trish Kendregan, FBO David Chazin | 1300 S. Clinton Street, 1H-53 | | | Fort Wayne | IN | 46802 | |
| Lincoln Financial Advisors Corp. | | 1 Independent Drive | | | Jacksonville | FL | 32202 | |
| Lincoln Financial Advisors Corp. | | Trish Kendregan | 1300 S. Clinton St, 1H-53 | | Fort Wayne | IN | 46802 | |
| Lincoln Financial Advisors Corp | | 18400 Von Karman, Ste 400 | | | Irvine | CA | 92612 | |
| LINDEN, RICHARD | | Address on File | | | | | | |
| Lindsey McCully | | Address on File | | | | | | |
| Lindsey Norman | | Address on File | | | | | | |
| Linear Technologies | | 259 West 30th Street | Suite 201 | | New York | NY | 10001 | |
| Linear Technologies, Inc. | | 259 West 30th Street, Suite 201 | | | New York | NY | 10001 | |
| LinkedIn Corporation | | 62228 Collections Center Drive | | | Chicago | IL | 60693-0622 | |
| LinkedIn Corporation | | 1000 West Maude Avenue | | | Sunnyvale | CA | 94085-0000 | |
| Linsco/Private Ledger | | 9785 Towne Centre Dr | | | San Diego | CA | 92121-1968 | |
| LINVEL, SHANNON | | Address on File | | | | | | |
| Lipper Inc | | PO Box 417148 | | | Boston | MA | 02241 | |
| LiquidFiles | | PO Box 2403 | | | North Parramatta | NSW | 01750 | AUSTRALIA |
| Lisa Bock | | Address on File | | | | | | |
| Lisa Joseph | | Address on File | | | | | | |
| LISA RIDLEY | | 1717 McKinney Avenue | Suite 700 | | Dallas | TX | 75202 | |
| Litigation Paralegals, LLC | | 15 Golf Links Court | | | Kingwood | TX | 77339-5335 | |
| Litigation Research | | 901 Main St Concourse 121 | | | Dallas | TX | 75202 | |
| Litigation Solution, Inc. | | 15 Glf Lknks Ct | | | Kingswood | TX | 77339 | |
| Litigation Research | ATTN Litigation Research | | | | | | | |
| Little Forney Crossing, Ltd. | c/o Standridge Companies, Ltd | 3008 E. Hebron Pkwy, Bldg 300 | | | Carrollton | TX | 75010 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Litter Mendelson, PC | | PO Box 45547 | | | San Francisco | CA | 94145-0547 | |
| LIU, JEFF | | Address on File | | | | | | |
| Live Healthy America | | 1300 Walnut Street | Suite 100 | | Des Moines | IA | 50309 | |
| LiveWire Technologies, Inc. | | PO Box 550 | | | Little Elm | TX | 75068 | |
| Lizarazo, Mireya | | Address on File | | | | | | |
| Llaughing Llama Productions | Attn Robert Briscoe | 11 Moller St | | | Tenafly | NJ | 07670 | |
| LLOYD GROUP | | PO BOX 1374 MIDTOWN STATION | | | New York | NY | 10018 | |
| LLOYD, ANDREA K. | | Address on File | | | | | | |
| LNR and Associates | | 9426 Chimney Corner Lane | | | Dallas | TX | 75243 | |
| Loan Syndications and Trading | Attn Alicia Sansone | 366 Madison Ave, 15th Floor | | | New York | NY | 10017 | |
| Loan Syndications and Trading | ATTN LORENA DELUCA | 360 MADISON AVE, 16TH FLR | | | New York | NY | 10017 | |
| Locke Liddel & Sapp LLP | | PO Box 911541 | | | Dallas | TX | 75391-1541 | |
| Lockton Companies of Dallas | | PO Box #671195 | | | Dallas | TX | 75267-1195 | |
| Loews Coronado Bay | Jessica Gaines | Loews Business Service Center | 424 Church Street, Suite 300 | | Nashville | TN | 37219 | |
| Loews Coronado Bay | Loews Coronado Bay Hotel | 4000 Coronado Bay Road | | | Coronado | CA | 92118 | |
| Loews Coronado Bay Resort | | 4000 Coronado Bay Road | | | Coronado | CA | 92118 | |
| Loews Las Vegas Resort | | 101 MonteLago Blvd | | | Henderson | NV | 89011 | |
| Logan Allin | | Address on File | | | | | | |
| LogMeIn, Inc. | | PO Box 50264 | | | Los Angeles | CA | 90074-0264 | |
| LogoLink | | 3001 LBJ Freeway Ste 103 | | | Dallas | TX | 75234 | |
| LOHRDING, BRIAN | | Address on File | | | | | | |
| Loiben, Tara | | Address on File | | | | | | |
| LOMBARDI, CHRISTOPHER | | Address on File | | | | | | |
| London Stock Exchange | | 10 Paternoster Square | | | London | | EC4M 7LS | United Kingdom |
| Longhorn Credit Funding, LLC | c/o Lord Securities Corp. | 48 Wall Street, 27th Floor | Attn Secretary | | New York | NY | 10005 | |
| Longhorn Credit Funding, LLC | | 874 Walker Rd, Ste C | | | Dover | DE | 19904-0000 | |
| Looper Reed & McGraw P.C. | | 1601 Elm St, Ste 4600 | | | Dallas | TX | 75201 | |
| Loren Jackson, District Clerk | Att Civil/Family Post Trial | PO Box 4651 | | | Houston | TX | 77210-4651 | |
| Lori Hosea | | Address on File | | | | | | |
| LOSEY, NICHOLAS | | Address on File | | | | | | |
| LOUGHLIN MEGHJI + COMPANY, INC. | | 148 MADISON AVE | 8TH FLOOR | | New York | NY | 10016 | |
| LOUGHLIN MEGHJI + COMPANY, INC. | | 220 West 42nd Street, 9th Floor | | | New York | NY | 10036 | |
| Louis Dessaint | | Address on File | | | | | | |
| LOVELACE, NAOMI | | Address on File | | | | | | |
| Lowenstein Sandler PC | | 65 Livingston Ave | | | Roseland | NJ | 07068 | |
| Loyal Source | | 3504 Lake Lynda Drive | Suite 175 | | Orlando | FL | 32817 | |
| Loyens Loeff | | Address on File | | | | | | |
| Loyola University- Barnett Professorship | ATTN Traci Wolff | Loyola University New Orleans | 7214 St. Charles Ave., Campus Box 909 | | New Orleans | LA | 70115 | |
| LPGP Connect | | 98 Mereway Road | | | Twickenham | | TW2 6RG | United Kingdom |

Page 84 of 155

Highland Capital Management, L.P.
Case No. 19-34054

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 97 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LPL Financial | Attn Accounts Receivable | PO Box 502308 | | | San Diego | CA | 92150-2308 | |
| LPL Financial | Attn Client Comp Dept | 4707 Executive Dr | | | San Diego | CA | 92121-3091 | |
| LPL Financial | Attn Comp Dept FBO Sid Lorio | 4707 Executive Drive | | | San Diego | CA | 92121-3091 | |
| Lucas Associates, Inc. | | PO Box 638364 | | | Cincinnati | OH | 45263-8364 | |
| Lucas Group | | PO Box 406672 | | | Atlanta | GA | 30384-6672 | |
| LUCAS VOILES | | Address on File | | | | | | |
| LUCHEY, BRITTANY | | Address on File | | | | | | |
| LUCIDITY CONSULTING GROUP LP | ATTN ROBIN PARSONS | 1300 LOOKOUT DRIVE | SUITE 225 | | Richardson | TX | 75082 | |
| Lucy Bannon | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| LUI, VINCENT | | Address on File | | | | | | |
| Luis Gomez | | Address on File | | | | | | |
| Luis Lopez | | Address on File | | | | | | |
| Lumension Security, Inc. | | PO Box 912806 | | | Denver | CO | 80291-2806 | |
| Luna, Jose | | Address on File | | | | | | |
| LUNNEY, BRITTANY | | Address on File | | | | | | |
| Lutheran High School | c/o Hannah Culburtson | 9531 Milltrail | | | Dallas | TX | 75238 | |
| Luu, Joye | | Address on File | | | | | | |
| LVOVICH, YARASLAV | | Address on File | | | | | | |
| Lynn Pinker Cox & Hurst, L.L.P. | Michael K. Hurst, Esq. | Lynn Pinker Cox & Hurst, LLP | 2100 Ross Avenue, Ste 2700 | | Dallas | TX | 75201 | |
| LYNN, PHAM & ROSS, LLP | | PO BOX 190466 | | | Dallas | TX | 75219-4129 | |
| Lynne Fiske | | Address on File | | | | | | |
| Lynx Capital, LLC | | 10900 Wilshire Blvd Ste 300 | | | Los Angeles | CA | 90024 | |
| Lyon Wealth Management Inc. | | 14646 N Kierland Blvd, Ste 125 | HighTower Advisors | | Scottsdale | AZ | 85254 | |
| LYON, RICHARD D. | | Address on File | | | | | | |
| Lyons Brewer Group | | 274 Riverside Ave | | | Westport | CT | 06880 | |
| LYRECO | | DEER PARK - DONNINGTON WOOD | | | TELFORD SHROPSHIRE | | TF2 7NB | United Kingdom |
| M Patrick McShan | | Address on File | | | | | | |
| M&M The Special Events Company | | 9500 W 55th St Ste A | | | Countryside | IL | 60525-7125 | |
| M&S Technologies | | 2727 LBJ Freeway | Suite 810 | | Dallas | TX | 75234 | |
| M/S Media Productions Inc | | 512 Main Street, Suite 1301 | | | Fort Worth | TX | 76102 | |
| MA Division of Unemployment Assistance | | Revenue Service | 19 StanfoRd St | | Boston | MA | 02114-2566 | |
| Mabry, Will | | Address on File | | | | | | |
| Macauley LLC | | 300 Delaware Avenue | Suite 760 | | Wilmington | DE | 19801 | |
| Macfarlanes | | 10 Norwich St | | | London | | EC4A 1BD | United Kingdom |
| MACKENZIE PARTNERS, INC | | 105 MADISON AVE | | | New York | NY | 10016 | |
| MacroMavens | | 180 W 20th Street | Suite 1700 | | New York | NY | 10011-0000 | |
| MacroMavens, LLC | | 180 W. 20th Street | Suite 1700 | | New York | NY | 10011 | |
| MADDEN, SAMUEL | | Address on File | | | | | | |
| MaddenSewell, LLP | | 1755 Wittington Place | Ste 300 | | Dallas | TX | 75234 | |
| MAH, JEFFERY | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MAHMUD, GIBRAN | | Address on File | | | | | | |
| MailFinance | | 25881 Network Place | | | Chicago | IA | 60673-1258 | |
| Make-A-Wish Foundation of Metro New York | | One Penn Plaza Ste 3600 | | | New York | NY | 10119 | |
| MALCOLM M KNAPP, INC | | 46 E 92ND ST APT 5 | | | NEW YORK | NY | 10128-1371 | |
| Malone Maxwell Borson Architects | | 718 North Buckner Blvd | Suite 400 | | Dallas | TX | 75218 | |
| Malwarebytes Corporation | | 10 Almaden Blvd, 10th Floor | | | San Jose | CA | 95113 | |
| Management Recruiters of Tallahassee | | 743 East Tennessee St | | | Tallahassee | FL | 32308 | |
| Management Search Inc | | 245 Peachtree Center Ave | suite 2500 | | Atlanta | GA | 30303 | |
| Manaswi Sharma | | Address on File | | | | | | |
| Manchester Grand Hyatt | | PO Box 51914, Unit O | | | Los Angeles | CA | 90051-6214 | |
| MandateWire | ATTN Accounting | 1430 Broadway, 12th Floor | Suite 1208 | | New York | NY | 10018 | |
| Manesh Shah | | Address on File | | | | | | |
| Mangia | | 50 West 57th Street | | | New York | NY | 10019 | |
| Mangin, Andrew | | Address on File | | | | | | |
| Manhattan Fire & Safety Corp. | | 242 West 30th Street | 7th Floor | | New York | NY | 10001 | |
| Manhattan Information Systems, Inc. | | 228 East 45th St | | | New York | NY | 10017 | |
| Manhattan Jewish Experience | Attn Danielle Yadaie | 131 West 86th Street, Floor 11 | | | New York | NY | 10024 | |
| Manian, Meagan | | Address on File | | | | | | |
| MANNING, ELLEN | | Address on File | | | | | | |
| MANO, JONATHAN | | Address on File | | | | | | |
| Mansoor Kazi | | Address on File | | | | | | |
| Manuel Lopez | | Address on File | | | | | | |
| Manulife Financial | | PO Box 894764 | | | Los Angeles | CA | 90189-4764 | |
| MANZO, MARC C. | | Address on File | | | | | | |
| MapAnything | | 5200 77 Center Dr, Ste 400 | | | Charlotte | NC | 28217 | |
| Maples and Calder | | UGLAND HOUSE | PO BOX 309GT S CHURCH ST | George Town | Grand Cayman | | | Cayman Islands |
| Maples Compliance Services (Cayman) Limi | | PO Box 1093, Queensgate House | | | Grand Cayman | | KY1-1102 | Cayman Islands |
| Maples Fiduciary Services (Delaware) Inc. | | 4001 Kennett Pike, Ste 302 | | | Wilmington | DE | 19807 | |
| MAPLES FINANCE | | PO BOX 1093GT, QUEENSGATE HOUSE | SOUTH CHURCH ST | | GEORGE TOWN | | KY1-1104 | Cayman Islands |
| MaplesFS | attn Peter Huber | Boundry Hall, Cricket Square | PO Box 1093 | | Grand Cayman | | KY1-1102 | Cayman Islands |
| MaplesFS Service Company Limited | | PO Box 1093 | Boundary Hall | | GRAND CAYMAN | | KY1-1102 | Cayman Islands |
| Marble Care Unlimited | | 705 N. Bowser | #110 | | Richardson | TX | 75081 | |
| Marc Carlson | | Address on File | | | | | | |
| MARC FABER LIMITED | | SUITE 3311-3313 | TWO INTERNATIONAL FINANCE CENTER | 8 FINANCE STREET | CENTRAL HONG KONG | | | HONG KONG |
| MARC KLYMAN | | Address on File | | | | | | |
| MARC MANZO | | Address on File | | | | | | |
| March of Dimes | attn Megan Fletcher | 12660 Colt Road, Suite 200 | | | Dallas | TX | 75251 | |

Highland Capital Management, L.P.
Case No. 19-34054

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 06/12/22    Page 201 of 228    PageID 1875
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 99 of 175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marco Consulting, LLC | | 913 Westminster Way | | | Southlake | TX | 76092 | |
| Marcus Evans Inc. | | Address on File | | | | | | |
| Margaret Peggy Boswell | | Address on File | | | | | | |
| Margarita Masters | | 906 Sunnyvale Dr | | | Arlington | TX | 76010-2936 | |
| Maricopa County Treasurer | | 301 West Jefferson St | Rm 100 | | Phoenix | AZ | 85003 | |
| Marion A. Patterson | | Address on File | | | | | | |
| Mark Badros | | Address on File | | | | | | |
| Mark Divine | Koa Kai, LLC | PO Box 232307 | | | Leucadia | CA | 92023 | |
| Mark Drucker | | Address on File | | | | | | |
| Mark Gargiulo – CFO | | Address on File | | | | | | |
| MARK GELNAW | | Address on File | | | | | | |
| Mark K. Okada | Sullivan Cromwell LLP | Brian D. Glueckstein | 125 Broad Street | | New York | NY | 10004 | |
| Mark Kiniry | | Address on File | | | | | | |
| Mark Okada | | Address on File | | | | | | |
| Mark Patrick | | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commece Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Mark Rywelski | | Address on File | | | | | | |
| Mark Schonfeld, Esq. | Michael P. Hutchens, Esq. | Securities & Exchange Commission | 3 World Financial Center, Suite 400 | | New York | NY | 10281-1022 | |
| Mark Simmelkjaer | Regional Director | Address on File | | | | | | |
| Mark Turner | | Address on File | | | | | | |
| MARKET AXESS CORPORATION | | LOCKBOX # 30023, GENERAL POST OFC | PO BOX 30023 | | New York | NY | 10087-0023 | |
| Market Builders, Inc. | | 433 Begonia Ave. | | | Corona Del Mar | CA | 92625 | |
| Market76, Inc. | | 900 Grand Avenue | Suite A | | New Haven | CT | 06511 | |
| MarketResearch | | 6101 Executive Blvd Ste 110 | | | Rockville | MD | 20852 | |
| Markets Group | | 10 W. 37th St. | 7th Floor | | New York | NY | 10018 | |
| Markham Fine Jewelers | | 8355 Gaylord Pkwy | | | Frisco | TX | 75034 | |
| Markit | Attn John Taylor | IHS Markit Legal Department Ropemaker Place, 25 Ropemaker Street | IHS Markit, 450 West 33rd St., | 5th Floor | New York | NY | 10001 | |
| Markit Equities Limited | c.o Market Group Limited, Level 4 | 4th Flr Ropemaker Place | | | London | | EC2Y9LY | United Kingdom |
| Markit Group Limited | | Level 5 | 25 Ropemaker St | | London | | EC2Y9LY | United Kingdom |
| Markit Group Limited | | 2 More London Riverside | 2 More London Riverside | | London | | SEI 2AP | United Kingdom |
| Markit Group Limited / Markit North Amer | | 620 8th Ave | 35th floor | | London | | SE12AP | United Kingdom |
| Markit North America Inc. | | level 5 | | | New York | NY | 10018 | |
| Markit Valuations Ltd | | 15 Inverness Way East | 2 More London Riverside | | London | | SEI 2AP | United Kingdom |
| Markit WSO Corp | Kendra Montoya | Three Lincoln Centre | | | Englewood | CO | 80112 | |
| MARKIT WSO CORPORATION | | 4833 Rugby Ave, Ste 301 | 5430 LBJ Frwy, STe 800 | | Dallas | TX | 75240 | |
| MarksADR, LLC | | 15441 KNOLL TRAIL | | | Bethesda | MD | 20814 | |
| MARQUESS & ASSOCIATES | | PO Box 402842 | STE 280 LB1 | | Dallas | TX | 75248 | |
| Marriott Business Services | | 17426 Studebaker Rd | | | Atlanta | GA | 30384-2642 | |
| Mars Printing | | Address on File | | | Cerritos | CA | 90703 | |
| MARSHALL HESS | | | | | | | | |

App. 00373
001737

Case 19-34054-sgj11  Doc 2747  Filed 08/19/21  Entered 08/19/21 16:03:15  Page 100 of
175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Marson, Stacy | | Address on File | | | | | | |
| Martin G. Salazar | | Address on File | | | | | | |
| Martin Podorsky | | Address on File | | | | | | |
| Martin, Andrew | | Address on File | | | | | | |
| Martin, Carla | | Address on File | | | | | | |
| MARTIN, DANIEL G. | | Address on File | | | | | | |
| MARTIN, WILLIAM | | Address on File | | | | | | |
| MARTINSON, MARK | | Address on File | | | | | | |
| Marty Mooney | | Address on File | | | | | | |
| Marval & OFarrell | | Av. Leandro N. Alem 928 | | | Buenos Aires | | | ARGENTINA |
| Mary Irving | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Mary Zappone | | Address on File | | | | | | |
| Maryam Rusch | | Address on File | | | | | | |
| Maryland Office of the Attorney General | Division of Securities | 200 Saint Paul Place | | | Baltimore | MD | 21202 | |
| Marzullo Reporting Agency | | 345 North LaSalle | No 1605 | | Chicago | IL | 60654 | |
| MASON, DEANA | | Address on File | | | | | | |
| MASON, FREDERIC | | Address on File | | | | | | |
| MASON, FREDERIC | | Address on File | | | | | | |
| Mass. Dept. of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | | Boston | MA | 02114 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | | PO Box 7025 | | | Boston | MA | 02204 | |
| MASSACHUSETTS DEPARTMENT OF REVENUE | | PO BOX 7065 | | | Boston | MA | 02204-7065 | |
| Massachusetts Mutual Life Insurance Co | | 1295 State Street | | | Springfield | MA | 01111 | |
| Massand Capital, INC | | 130 East 18th Street #1P | | | New York | NY | 10003 | |
| MASSEYS LLP | | Hillgate House | 26 Old Bailey | | London | | EC4M 7QH | United Kingdom |
| MassMutual Financial Group | | 100 Bright Meadow Blvd | | | Enfield | CT | 06082 | |
| MassMutual Life Insurance Company | | 1000 N Central Expwy Ste 1000 | | | Dallas | TX | 75231-4177 | |
| Massoud Karimzadeh | | Address on File | | | | | | |
| Mateo Hix | | Address on File | | | | | | |
| MATRIX RESOURCES INC. | | PO BOX 101177 | | | Atlanta | GA | 30392 | |
| Matt Culler | | Address on File | | | | | | |
| MATT DUNHAM | | Address on File | | | | | | |
| Matt Hurd | | Address on File | | | | | | |
| Matt McElligott | | Address on File | | | | | | |
| Matt McElligott Photography | | 1409 E. Windsor Drive | | | Denton | TX | 76209 | |
| MATTHEW BENDER & CO., INC | | PO BOX 7247-0178 | | | Philadelphia | PA | 19170-0178 | |
| Matthew Berry, Esq. | Office of General Counsel | Federal Communications Commission | 445 12th Street, S.W. | | Washington | DC | 20554 | |
| Matthew DiOrio | Michael P. Hutchens, Esq. | Whitaker Chalk Swindle & Schwartz PLLC | 301 Commerce Street, Suite 3500 | | Fort Worth | TX | 76102-4135 | |
| Matthew Garrett | | Address on File | | | | | | |

Appx. 90374
001758

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Matthew Gould | | Address on File | | | | | | |
| Matthew Kirst | | Address on File | | | | | | |
| Matthew Murphy | | Address on File | | | | | | |
| MATTHEW SCHNABEL | | Address on File | | | | | | |
| Matthew Selman | | Address on File | | | | | | |
| MATTHEW WHITLEY | | Address on File | | | | | | |
| Mattos Filho Veiga Filho Marry Jr. | | Address on File | | | | | | |
| Maurice Robinson & Associates LLC | | 880 Apollo St Suite 125 | | | El Segundo | CA | 90245 | |
| Maurice Robinson & Associates LLC | | 28 Dover Place | | | Manhattan Beach | CA | 90266 | |
| Mauricio Chavarriaga | c/o Highland Capital Mgmt. | 245 Park Ave, 24th Flr | | | New York | NY | 10167 | |
| Mauricio Chavarriaga | | Address on File | | | | | | |
| Mauricio Delgado | | Address on File | | | | | | |
| MAWN, CHRISTOPHER | | Address on File | | | | | | |
| Max Russell Phinney | | Address on File | | | | | | |
| Maxim Group, LLC | | 405 Lexington Ave #2 | | | New York | NY | 10174 | |
| MAY, DERRICK | | Address on File | | | | | | |
| MAYER BROWN LLP | | 2027 COLLECTION CENTER DR | | | Chicago | IL | 60693-0020 | |
| Mayer, Brown, Rowe & Maw LLP | | 1675 Broadway | | | New York | NY | 10019-5820 | |
| Mayeron, John | | Address on File | | | | | | |
| Mayo, Christopher L. | | Address on File | | | | | | |
| Mayors Intern Fellows Fund | | The Dallas Foundation | 3963 Maple Ave, Suite 390 | | Dallas | TX | 75219 | |
| Mazzeo Song & Bradham LLP | | 708 Third Ave, 19th Fl | | | New York | NY | 10017 | |
| MBA Reporting Services, Inc | | 555 Republic Drive | 2nd Floor | | Plano | TX | 75074 | |
| MBM Advisors, Inc. | | 4440 Louisiana #2600 | | | Houston | TX | 77002 | |
| McCaffety, Christopher | | Address on File | | | | | | |
| McCague Borlack LLP | | 130 King St. West Suite 2700 | | | Toronto | ON | M5XIC7 | CANADA |
| McClung, Elizabeth B. | | Address on File | | | | | | |
| McCormick, Robert | | Address on File | | | | | | |
| McCormick, Robert | | Address on File | | | | | | |
| McDaniel, Patrick | | Address on File | | | | | | |
| McDermett, Bonner | | Address on File | | | | | | |
| McDermott Investment Services, LLC | | 44 E Broad St, FL 2 | | | Bethlehem | PA | 18018 | |
| McDermott Will & Emery LLP | | Lockbox - New York PO Box 7247-6755 | | | Philadelphia | PA | 19170-6755 | |
| McDermott Will & Emery LLP | | PO BOX 2995 | | | Carol Stream | IL | 60132-2995 | |
| McDermott Will & Emery LLP | | 227 West Monroe Street | | | Chicago | IL | 60606-5096 | |
| McDermott Will & Emery LLP | | P.O. Box 6043 | | | Chicago | IL | 60680-6043 | |
| McElroy & Company P.C. | | 16415 Addison Road | Suite 800 | | Addison | TX | 75001 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00375

001739

Exhibit C
Creditor Matrix
Served via First Class Mail

Page 102 of

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MCFARLANE, PETER A | | Address on File | | | | | | |
| MCFARLING, BRANDON | | Address on File | | | | | | |
| MCGRANER, MATTHEW | | Address on File | | | | | | |
| McGraner, Matthew | | Address on File | | | | | | |
| MCGREGOR, MICHELLE | | Address on File | | | | | | |
| McGuireWoods LLP | | 800 E. Canal Street | | | Richmond | VA | 23219-3916 | |
| McIntosh Search Incorporated | | 6310 Lemmon Ave Ste 202 | | | Dallas | TX | 75209 | |
| McKay, Brad | | Address on File | | | | | | |
| MCKEE NELSON LLP | | ONE BATTERY PARK PLAZA | 34TH FLR | | New York | NY | 10004 | |
| McKool Smith | | 300 Crescent Court | Suite 1500 | | Dallas | TX | 75201 | |
| McKool Smith P.C. | c/o Travis DeArman | 300 Crescent Court Ste 1500 | | | Dallas | TX | 75201 | |
| McKool Smith, P.C. | Gary Cruciani, Esq. | McKool Smith | 300 Crescent Court, Suite 1500 | | Dallas | TX | 75201 | |
| McLagan Partners | | PO Box 905188 | | | Charlotte | NC | 28290-5188 | |
| McLagan Partners | | PO Box 100137 | | | Pasadena | CA | 91189-0137 | |
| McLagan Partners Inc (Aon McLagan) | | 1600 Summer Street | | | Stamford | CT | 06905-0000 | |
| McLagen Partners, Inc. | Stephen Reuther | 4 Overlook Point | Ste 601 | | Lincolnshire | IL | 60069 | |
| MCLOCHLIN, MICHAEL | | Address on File | | | | | | |
| MCLOCHLIN, MICHAEL P. | | Address on File | | | | | | |
| McMains, Aubree | | Address on File | | | | | | |
| McMillan Binch Mendelsohn | | Brookfield Place Suite 4400 | Bay Wellington Tower | | Toronto | ON | M5J2T3 | CANADA |
| McNamara, John | | Address on File | | | | | | |
| McRedmond, Edward | | Address on File | | | | | | |
| MCS Capital LLC c/o STC, Inc. | | 233 North Prospect St., Ste. 202 | | | Hagerstown | MD | 21740 | |
| Meadows Collier Reed Cousins & Blau LLP | | 901 Main St. Suite 3700 | | | Dallas | TX | 75202 | |
| MEANS, BRADLEY | | Address on File | | | | | | |
| Medanich, Michael | | Address on File | | | | | | |
| Mediant Communications Inc. | Mediant Communications | 400 Regency Forest Drive, Suite 200 | | | Cary | NC | 27518 | |
| Mediant Communications LLC | | PO Box 29976 | | | New York | NY | 10087-9976 | |
| MedPost Urgent Care-East Dallas | | 9540 Garland Rd | Suite C408 | | Dallas | TX | 75218-5004 | |
| Meeks, Lucas | | Address on File | | | | | | |
| MEETINGZONE LTD | | OXFORD HOUSE | OXFORD ROAD | | Thame | | OX9 2AH | United Kingdom |
| MEGAN MCGEE | | Address on File | | | | | | |
| Meister Seelig & Fein LLP | | 125 Park Avenue | 7th Floor | | New York | NY | 10017 | |
| MELENDEZ, HELDER | | Address on File | | | | | | |
| MELISSA LOPEZ | | Address on File | | | | | | |
| Melody Po | | Address on File | | | | | | |
| Mendelsohn, Rosenzweig, Shact | | 1000 Sherbrooke St West, 27th Flr | | | Montreal | QC | H3A 3G4 | CANADA |
| Mendenhall, Brad | | Address on File | | | | | | |
| MERCER (US) INC. | John Dempsey | 1166 Avenue of the Americas | | | New York | NY | 10036 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00376
001760

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 103 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mercer Consumer | Attn DV1 Fin | PO Box 310293 | | | Des Moines | IA | 50331-0293 | |
| Mercer Consumer | Wells Fargo Bank | c/o Regulus Lockbox Services 310293 | 666 Walnut Street | | Des Moines | IA | 50309 | |
| Merchants Automotive Group, Inc. | | 1278 Hooksett Road | | | Hooksett | NH | 03106 | |
| Merchants Automotive Group, Inc. | | PO Box 16415 | | | Hooksett | NH | 03106-6415 | |
| Mercy Corps | | P. O. Box 2669, Dept W | | | Portland | OR | 97208-2669 | |
| MEREDITH HERZFELD | | Address on File | | | | | | |
| Mergent, Inc. | | PO Box 403123 | | | Atlanta | GA | 30384-3123 | |
| Mergermarket | | 895 Broadway | 4th Floor | | New York | NY | 10003 | |
| Mergermarket (US) Limited (trading as Xt | | 1501 Broadway | Suite 801 | | New York | NY | 10036-0000 | |
| MERGERMARKET LTD | | 11 West 19th Street | 2nd Floor | | New York | NY | 10011 | |
| MERGERMARKET LTD | | 3 E 28th ST | 4th FLR | | New York | NY | 10016 | |
| Merit Court Reporters | | 307 W 7th Street | Ste 1350 | | Fort Worth | TX | 76102 | |
| Merope Pentogenis | | Address on File | | | | | | |
| Merrill Communications LLC | | One Merrill Circle | | | Saint Paul | MN | 55108 | |
| Merrill Communications LLC | | CM-9638 | | | Saint Paul | MN | 55170-9638 | |
| MERRILL CORPORATION | | CM-9638 | | | Saint Paul | MN | 55170 | |
| MERRILL LYNCH | Attn Blake Bollinger | 569 Brookwood Village | Ste 501 | | Birmingham | AL | 35209 | |
| MERRILL LYNCH | Attn Chad Kulm | 110 S Phillips Ave, Ste 101 | | | Sioux Falls | SD | 57104 | |
| MERRILL LYNCH | Attn Jason Aversa | 3100 Hingston Ave | | | Egg Harbor Township | NJ | 08234 | |
| MERRILL LYNCH | Attn Lynae Carr | 1221 McKinney Street, Ste 3900 | | | Houston | TX | 77010 | |
| MERRILL LYNCH | Attn Megan Arnold | 13355 Noel Rd, 7th Floor | | | Dallas | TX | 75240 | |
| MERRILL LYNCH | Attn Monty Willhite | 60 E SOuth Temple St, #200-61 | | | Salt Lake City | UT | 84111 | |
| MERRILL LYNCH | Attn Robert Luther | 1100 Canal Street | | | The Villages | FL | 32162 | |
| MERRILL LYNCH | Attn Tiffany Contreras | 17225 El Camino Real, Ste 200 | | | Houston | TX | 77058 | |
| MERRILL LYNCH | C/O Girard Kovarik & Assoc | 101 N. Clematis St, Ste 200 | City Place II, 14th Flr | | West Palm Beach | FL | 33401 | |
| MERRILL LYNCH | | 185 Asylum Street | | | Hartford | CT | 06103 | |
| MERRILL LYNCH | | NJ2-140-02-01 | 1400 Merrill Lynch Drive | | Pennington | NJ | 08534 | |
| MERRILL LYNCH | | 4802 Deer Lake Dr E | CMS CBRU FL9-801-01-02 | | Jacksonville | FL | 32246 | |
| MERRILL LYNCH | | CMS CBRU FL9-801-01-02 | 4802 Deer Lake Dr E | | Jacksonville | FL | 32246 | |
| MERRILL LYNCH | | 21805 FIELD PARKWAY STE 220 | | | DEER PARK | IL | 60010 | |
| Merrill Lynch Valuations LLC | Attn Richard Eimbinder | 15514 Collections Center Drive | | | Chicago | IL | 60693 | |
| Merry Phengvath | | 450 E 4th Street | | | Brooklyn | NY | 11218 | |
| MERS Educational Conference | ATTN Bob Rust | Municipat Empee Retirement Syst of LA | 7937 Office Park Blvd | | Baton Rouge | LA | 70809 | |
| MESERVE, NICHOLAS | | Address on File | | | | | | |
| Meta-e Discovery LLC | Paul McVoy | Meta-e Discovery | Six Landmark Square, 4th Floor | | Stamford | CT | 06901 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00767

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 104 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Meta-e Discovery, LLC | Attn Paul H. McVoy | 93 River Street | | | Milford | CT | 06460 | |
| Meta-e Discovery, LLC | Morrison Cohen LLP | Attn Joseph T. Moldovan and Sally Siconolfi | 909 Third Avenue | | New York | NY | 10022 | |
| Metalogix International | | PO Box 83304 | | | Pittsburgh | PA | 15250 | |
| METHVIN, JAMES | | Address on File | | | | | | |
| Metlife | Attn Placings Unit | 1300 Hall Blvd. | | | Bloomfield | CT | 06002 | |
| Metlife | Attn Retail Life & DI Operations | 18210 Crane Nest Dr, 5th Floor | Placings Unit | | Tampa | FL | 33647 | |
| Metlife | | PO BOX 371487 | | | Pittsburgh | PA | 15250-7487 | |
| Metlife Investors USA Insurance Company | | PO Box 13863 | | | Philadelphia | PA | 19101-0000 | |
| MetLife SBC | | 5400 LBJ Freeway | Suite 1100 | | Dallas | TX | 75240 | |
| MetLife SBC | | PO Box 804466 | | | Kansas City | MO | 64180-4466 | |
| Metro Attorney Service Inc. | | 305 Broadway, 14th Flr | | | New York | NY | 10007 | |
| Metro-Repro, Inc. | | PO Box 560092 | | | Dallas | TX | 75356-0092 | |
| METT | Attn Jana Clemans | Pioneer Natural Resources | 5205 N. OConnor Blvd, Suite 200 | | Irving | TX | 75039-3746 | |
| Meunier, Marc | | Address on File | | | | | | |
| MGL Consulting Corp. | | 10077 Grogans Mills Rd Ste 300 | | | The Woodlands | TX | 77380 | |
| MHA Petroleum Consultants LLC | | 730 17th Street | Suite 410 | | Denver | CO | 80202 | |
| MIAO, EUGENE | | Address on File | | | | | | |
| MICHAEL & TERESA OLSON TRUST | | Address on File | | | | | | |
| Michael Blackburn | | Address on File | | | | | | |
| MICHAEL COLVIN | | Address on File | | | | | | |
| Michael Cummings | | Address on File | | | | | | |
| MICHAEL DEVICO | | Address on File | | | | | | |
| Michael Hasenauer | | Address on File | | | | | | |
| Michael Jeong | | Address on File | | | | | | |
| MICHAEL KELLY | | Address on File | | | | | | |
| MICHAEL LANE CUISINE, INC | | 8409 PICKWICK # 112 | | | Dallas | TX | 75225 | |
| MICHAEL LATHAM | | Address on File | | | | | | |
| Michael Ly | | Address on File | | | | | | |
| Michael Malone Architects, Inc | | 5646 Milton St Suite 705 | | | Dallas | TX | 75206 | |
| Michael Morris | | Address on File | | | | | | |
| Michael P Zarrilli | | Address on File | | | | | | |
| MICHAEL PAGE INTERNATIONAL | | 8 BATIN RD | | | Slough Berkshire | | SL1 3SA | United Kingdom |
| MICHAEL PASSMORE | | Address on File | | | | | | |
| MICHAEL PETERSON | | Address on File | | | | | | |
| Michael Phillips | | Address on File | | | | | | |
| Michael R. Coker Company | | 2700 Swiss Ave Suite 100 | | | Dallas | TX | 75204 | |
| Michael Radovan | | Address on File | | | | | | |
| Michael S. Held | | Address on File | | | | | | |
| MICHAEL SHERIDAN | | Address on File | | | | | | |
| Michael Sorell | | Address on File | | | | | | |

Appx. 00378
001762

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 105 of
175
Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/22/22 Page 207 of 228 PageID 1881

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MICHAEL SZKODZINSKI | | Address on File | | | | | | |
| MICHAEL T DALBY IRA | | Address on File | | | | | | |
| Michael Teplitsky | | Address on File | | | | | | |
| MICHAEL WANG | | Address on File | | | | | | |
| MICHAEL WILCHER | | Address on File | | | | | | |
| Micheal Paul Donaldson | | Address on File | | | | | | |
| Michelle French, Tax A/C | | Address on File | | | | | | |
| Michigan Department of Treasury | | PO Box 30774 | | | Lansing | MI | 48909-8274 | |
| Mick Law P.C. | | 816 South 169th Street | | | Omaha | NE | 68118 | |
| Microsoft Corporation | | 1950 N Stemmons Fwy | Suite 5010 | | Dallas | TX | 75207 | |
| Microsoft Corporation and Microsoft Licensing GP, a Subsidiary of Microsoft Corporation | David P. Papiez | Fox Rothschild LLP | 1001 4th Ave, Suite 4500 | | Seattle | WA | 98154 | |
| Microsoft Corporation and Microsoft Licensing GP, a Subsidiary of Microsoft Corporation | Microsoft Corporation | Amber Brazier, Associate Paralegal | One Microsoft Way | | Redmond | WA | 98052 | |
| Microsoft Services | | One Microsoft Way | | | Redmond | VA | 98052 | |
| Microsoft Services | | PO Box 844510 | | | Dallas | TX | 75284-4510 | |
| MICRO-TEL | | 3700 Holcomb Bridge Rd | Suite 5 | | Peachtree Corners | GA | 30092 | |
| Mike Brennan | | Address on File | | | | | | |
| Mike Brohm | | Address on File | | | | | | |
| Mike Doyle | | Address on File | | | | | | |
| Mike Hurley | | Address on File | | | | | | |
| Mike Sharkey | | Address on File | | | | | | |
| Mike Wolbert | | Address on File | | | | | | |
| Milbank, Tweed, Hadley & McCloy LLP | | 1 CHASE MANHATTAN PLAZA | | | New York | NY | 10005-1413 | |
| Milberg LLP | | One Pennsylvania Plaza | 49th Floor | | New York | NY | 10119 | |
| Miles Littlefield | | Address on File | | | | | | |
| Miller & Chevalier Chartered | | P. O. Box 758604 | | | Baltimore | MD | 21275-8604 | |
| Miller Buckfire & Co, LLC | | 601 Lexington Ave | | | New York | NY | 10022 | |
| Miller Korzenik Sommers Rayman LLP | | 1501 Broadway Ste 2015 | | | New York | NY | 10036-5600 | |
| MILLER, DEBORAH | | Address on File | | | | | | |
| Miller, Egan, Molter & Nelson LLP | | 4514 Cole Avenue | Suite 1200 | | Dallas | TX | 75205 | |
| Miller, Egan, Molter & Nelson LLP | | 1402 San Antonio St. | Suite 100 | | Austin | TX | 78701 | |
| MILLIMAN CONSULTANTS AND ACTUARIES | | 1550 LIBERTY RIDGE DR | STE 200 | | WAYNE | PA | 19087-5572 | |
| Mills, James | | Address on File | | | | | | |
| MILTENBERGER, WILLIAM | | Address on File | | | | | | |
| Mindy Billinghurst | | Address on File | | | | | | |
| Miner, Christopher | | Address on File | | | | | | |
| Minnesota Revenue | | Mail Station 1260 | | | Saint Paul | MN | 55145-1260 | |

Appx. 00379
001763

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 106 of
175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Minnesota State Treasurer | | Minnesota Department of Commerce | 85 7th Place East, Suite 500 | | Saint Paul | MN | 55101 | |
| Miramar OSC | Attn Leslie Henger | 11763 Ashlock Way | | | San Diego | CA | 92131 | |
| Mirani, Parth | | Address on File | | | | | | |
| MISLAV TOLUSIC | | Address on File | | | | | | |
| Mississippi Secretary of State | Business Regulation & Enforcement Div | 125 S. Congress Street | | | Jackson | MS | 39201 | |
| MISSISSIPPPI STATE TAX COMMISSION | | PO BOX 1033 | | | Jackson | MS | 39215 | |
| Missouri Department of Revenue | | PO Box 3020 | | | Jefferson City | MO | 65105-3020 | |
| MISSOURI DIRECTOR OF REVENUE | TAXATION BUREAU | PO BOX 3365 (573)751-4541 | | | Jefferson City | MO | 65105-3365 | |
| Missouri Secretary of State | | Securities Division | 600 West Main Street, 2nd Floor | | Jefferson City | MO | 65101 | |
| Mitchell A. Harwood & Partners | | 791 Park Ave Ste 4B | | | New York | NY | 10021 | |
| Mitchell, Krysta | | Address on File | | | | | | |
| Mitchener Turnipseed | | Address on File | | | | | | |
| MITTS, BRIAN | | Address on File | | | | | | |
| MJL ENTERPRISE | | PO BOX 852563 | | | Richardson | TX | 75085 | |
| MLF Lex Serv LP | | 4350 East West Highway | | | Bethesda | MD | 20814 | |
| MODERN HEALTHCARES DAILY DOSE | | CIRCULATION DEPT | 1155 GRATIOT AVE | | Detroit | MI | 48207-2912 | |
| Mohring, Christopher | | Address on File | | | | | | |
| Molecular Insights | | 160 Second Street | | | Cambridge | MA | 02142 | |
| Moloney Securities | | 13537 Barrett Parkway Drive | Suite 300 | | Manchester | MI | 63021 | |
| Monarch Investigation Inc | | PO Box 292265 | | | Lewisville | TX | 75029-2265 | |
| Money.Media, Inc. | Attn Accounting | 330 Hudson Street | 7th Floor | | New York | NY | 10013 | |
| Monster, Inc. | | PO Box 90364 | | | Chicago | IL | 60696-0364 | |
| MONSTERTRAK | | 14372 COLLECTIONS CENTER DR | | | Chicago | IL | 60693 | |
| Moodys Analytics | | 395 Oyster Point Blvd | Suite 215 | | South San Francisco | CA | 94080 | |
| Moodys Analytics | | PO BOX 102597 | | | Atlanta | GA | 30368-0597 | |
| Moodys Analytics | | PO BOX 116714 | | | Atlanta | GA | 30368-0597 | |
| Moodys Analytics | | PO Box 116647 | | | Atlanta | GA | 30368-6647 | |
| Moodys Analytics, Inc. | Attn Christopher R. Belmonte and Pamela A. Bosswick | c/o Duane Morris LLP | 230 Park Avenue, Suite 1130 | | New York | NY | 10169 | |
| Moodys Analytics, Inc. | Sue McGeehan | 7 World Trade Center | 250 Greenwich Street | | New York | NY | 10007 | |
| Moodys Analytics, Inc. | | 7 World Trade Center | | | New York | NY | 10007-0000 | |
| Moodys Investor Service | | PO Box 102597 | | | Atlanta | GA | 30368-0597 | |
| Moodys Investors Service, Inc. | Attn Christopher R. Belmonte and Pamela A. Bosswick | c/o Duane Morris LLP | 230 Park Avenue, Suite 1130 | | New York | NY | 10169 | |
| Moodys Investors Service, Inc. | Sue McGeehan | 7 World Trade Center | 250 Greenwich Street | | New York | NY | 10007 | |

Appx. 00380

001764

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 107 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Moodys Investors Service, Inc. | Sue McGeehan | VP, Collections, Finance Dept. | 7 World Trade Center at 250 Greenwich Street | | New York | NY | 10007 | |
| MOORE & VAN ALLEN PLLC | | 100 NORTH TRYON ST | STE 4700 | | Charlotte | NC | 28202-4003 | |
| MOORE, CALEB | | Address on File | | | | | | |
| MOORE, WILLIAM C. | | Address on File | | | | | | |
| Morgan Lewis & Bockius LLP | | PO Box 8500 S-6050 | | | Philadelphia | PA | 19178-6050 | |
| Morgan Stanley | Attn Accounts Receivable | PO Box 860 | | | New York | NY | 10008-0860 | |
| Morgan Stanley | Attn Adam Razov | 855 Franklin Ave. | | | Garden City | NY | 11530 | |
| Morgan Stanley | Attn Diana Sigona | 1585 Broadway, 23rd Flr | | | New York | NY | 10036 | |
| Morgan Stanley | Attn Jonathan Canter | 10960 Wilshire Blvd, Ste 2000 | | | Los Angeles | CA | 90024 | |
| Morgan Stanley | Attn Margaret Oshea-NW Managers Mtg | 1585 Broadway, 23rd Floor | | | New York | NY | 10036 | |
| Morgan Stanley | Attn MF Billing Dept. | 1300 Thames St, 4th Flr | | | Baltimore | MD | 21231 | |
| Morgan Stanley | Attn Michael Lawrence | 6037 La Flocha | | | Rancho Santa Fe | CA | 92067 | |
| Morgan Stanley | Attn Michelle Dolan | 2 Jericho Plaza | | | Jericho | NY | 11753 | |
| Morgan Stanley | Attn Robyn Owens | 370 17th Street, Suite 2800 | | | Denver | CO | 80202 | |
| Morgan Stanley | | 111 S. Pfingsten Road | Suite 200 | | Deerfield | IL | 60015 | |
| Morgan Stanley | | 200 Crescent Court | Ste 900 | | Dallas | TX | 75201 | |
| Morgan Stanley | | 14850 N Scottsdale Rd | Ste 600 | | Scottsdale | AZ | 85254 | |
| Morgan Stanley | | 733 Bishop Street | Ste 2800 | | Honolulu | HI | 96813 | |
| MORGAN, JOHN | | Address on File | | | | | | |
| MORGANS, JONATHAN | | Address on File | | | | | | |
| MORLEY CAMPBELL | | Address on File | | | | | | |
| Morningstar Inc. | | 22 W Washington St | | | Chicago | IL | 60602-0000 | |
| Morningstar, Inc. | | 2668 Paysphere Circle | | | Chicago | IL | 60674 | |
| Morningstar, Inc. | | 135 South LaSalle St Dept. 2668 | | | Chicago | IL | 60674-2668 | |
| Morningstar, Inc. | | 5133 Innovation Way | | | Chicago | IL | 60682-0051 | |
| Morris James LLP | | 500 Delaware Avenue | Suite 1500 | PO Box 2306 | Wilmington | DE | 19899-2306 | |
| Morris, Manning, & Martin LLP | | 1600 Atlanta Financial Center | 3343 Peachtree Road, NE | | Atlanta | GA | 30326-1044 | |
| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | | 1201 NORTH MARKET ST | PO BOX 1347 | | Wilmington | DE | 19899-1347 | |
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | William M. Lafferty | Kevin M. Coen | 1201 N. Market Street | | Wilmington | DE | 19801 | |
| Morison & Foerster | | 1290 Ave of the Americas | | | New York | NY | 10104-0050 | |
| Morrison Cohen LLP | Attn Joseph T. Moldovan and Sally Siconolfi | 909 Third Avenue | | | New York | NY | 10022 | |
| Morstad | | 79 East Putnam Ave | Outdoor Traders Building | | Greenwich | CT | 06830 | |
| Mortensen, Christopher | | Address on File | | | | | | |
| Morton, David C. | | Address on File | | | | | | |
| MOSTLY SMOKED | | VITTORIA HOUSE | 2A TOWCESTER RD | | BOW London | | E3 3ND | United Kingdom |
| Motus Red LLC | | 7018 Hursey | | | Dallas | TX | 75205 | |
| Mourant Ozannes | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 95 of 155

Appx. 20381

001765

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 108 of
175

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Move Solutions, Ltd. | | 1473 Terre Colony Ct, Dept DA | | | Dallas | TX | 75212 | |
| MoveWorks, Inc. | | 4945 Sharp Street | | | Dallas | TX | 75247 | |
| MP Advisory | | 43 Vila Nova Paulceia | | | Sao Paulo-SP | | | BRAZIL |
| MPulse Maintenance Software | | PO Box 22906 | | | Eugene | OR | 22906 | |
| MQ Services Ltd. | | Chancery Hall | 52 Reid St | | Hamilton | | HM 12 | BERMUDA |
| MQ Services Ltd. | | PO Box HM 1737 | | | Hamilton | | HM GX | BERMUDA |
| MQ Services Ltd. | | PO BOX HM 809 | | | Hamilton | | HM GX | BERMUDA |
| MRB Research Partners Inc. | | 122 East 42nd Street | Suite 2310 | | New York | NY | 10168 | |
| MRI Contract Staffing | | 5151 Beltline Rd | Suite 550 | | Dallas | TX | 75254 | |
| MRI Contract Staffing | | 88276 Expedite Way | | | Chicago | IL | 60695-0001 | |
| MS Society of Long Island | | 40 Marcus Dr. | Suite 100 | | Melville | NY | 11747 | |
| MSCI Inc. | | PO Box 414631 | | | Boston | MA | 02241-4631 | |
| MSCI Inc. | | 7 World Trade Center | 250 Greenwich St, 49th floor | | New York | NY | 10007-0000 | |
| MT State Auditor, Securities Comm. | | 840 Helena Avenue | | | Helena | MT | 59601 | |
| MTV Staying Alive Foundation | | 1305 Wycliff Ave | Suite 120 | | Dallas | TX | 75207 | |
| Muck Holdings LLC | Attn Paul Haskel | c/o Crowell & Moring LLP | 590 Madison Avenue | | New York | NY | 10022 | |
| MULLER, MARY | | Address on File | | | | | | |
| Multichannel News | | PO Box 5667 | | | Harlan | IA | 51593-1167 | |
| MUNDASSERY, APPU | | Address on File | | | | | | |
| Munger Tolles & Olson LLP | | 355 South Grand Ave | | | Los Angeles | CA | 90071-1560 | |
| Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Esq., Thomas D. Berghman, Esq., Julian P. Vasek, Esq. | 500 N. Akard St., Ste. 3800 | | | Dallas | TX | 75201 | |
| Munsch Hardt Kopf & Harr, P.C. | Davor Rukavina, Julian P. Vasek | 3800 Ross Tower | 500 N. Akard Street | | Dallas | TX | 75201 | |
| Murano Connect LP | | 252 West 38th Street | Suite 402 | | New York | NY | 75202-2790 | |
| Murder Mystery Texas | | 6304 Innsbrooke Dr | | | Arlington | TX | 10018 | |
| Murphy, George | | Address on File | | | | TX | 76016 | |
| MURPHY, MATTHEW | | Address on File | | | | | | |
| MURRAY HILL CENTER SOUTHWEST INC | | 14185 Dallas Parkway Suite 1200 | | | Dallas | TX | 75254 | |
| MURRAY, ANDREW | | Address on File | | | | | | |
| Murray, Mason | | Address on File | | | | | | |
| Murray, Wesley | | Address on File | | | | | | |
| Muscular Dystrophy Association | Attn Janice | PO Box 38 | | | Terrell | TX | 75160 | |
| Musser, Carley | | Address on File | | | | | | |
| Muthu Dorai | | Address on File | | | | | | |
| Mxtoolbox | | 12710 Research Blvd | Ste 225 | | Austin | TX | 78759 | |
| MY HOUSE OF FINE EATS & CATERING | | 2025 PROMENADE CENTER | | | Richardson | TX | 75080 | |
| Myers Bigel Sibley & Sajovec, P.A. | | PO Box 37428 | | | Raleigh | NC | 27627 | |
| Myers Park Country Club | | 2415 Roswell Avenue | | | Charlotte | NC | 28209 | |
| Myron Corp. | | PO Box 660888 | | | Dallas | TX | 75266-0888 | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00382

001766

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document Filed 08/72/6 6877 Page 211 of 228    PageID 1885

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 109 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| N.C. DEPARTMENT OF REVENUE | | PO BOX 25000 | | | Raleigh | NC | 27640-0002 | |
| N9NE Group Dallas-Ghostbar | | 2440 Victory Park Ln, 33rd Floor | | | Dallas | TX | 75219 | |
| NAI OLYMPIA PARTNERS | | 320 NORTH MERIDIAN ST | STE 400 | | Indianapolis | IN | 46204 | |
| NAIFA - Greater Washington DC | | 600 State Street | Suite A | | Cedar Falls | IA | 50613 | |
| Nalin Yogasundram | | Address on File | | | | | | |
| Namaro Graphics Designs | | PO Box 148 | | | Rhinebeck | NY | 12572 | |
| NANCY SMITH-WELLS, CSR | | PO BOX 1284 | | | South Pasadena | CA | 91031 | |
| NAPE Expo, LP | | PO Box 224531 | | | Dallas | TX | 75222 | |
| NAPONIC, JILL | | Address on File | | | | | | |
| NARAYAN HEGDE | | Address on File | | | | | | |
| NARY RADHAKRISHNAN | | Address on File | | | | | | |
| NASD Regulation, Inc. | | 701 Market St | W8705 c/o Mellon Bank, Rm 3490 | | Philadelphia | PA | 19106 | |
| NASD, CRD-IARD | | PO Box 7777-W8705 | | | Philadelphia | PA | 19175-8705 | |
| NASD, CRD-IARD | | PO BOX 7777-W9995 | | | Philadelphia | PA | 19175-9995 | |
| Nasdaq Information, LLC | | LBX# 80200 | PO Box 780200 | | Philadelphia | PA | 19178-0200 | |
| Nasdaq OMX | C/O Wachovia Bank | #90200 | PO Box 8500 | | Philadelphia | PA | 19178-0200 | |
| NASDAQ Stock Market | | PO Box 7777 W1555 | | | Philadelphia | PA | 19106 | |
| NASH, CLARISSA | | Address on File | | | | | | |
| Nasher Sculpture Center | | 2001 Flora Street | | | Dallas | TX | 75201 | |
| NASKAR, ANJALI | | Address on File | | | | | | |
| NASKAR, ANJALI | | Address on File | | | | | | |
| NASP | Attn Michelle | 727 15th Street, NW | Suite 750 | | Washington | DC | 20005 | |
| Natalie Uto | | Address on File | | | | | | |
| Nathan Brooks | | Address on File | | | | | | |
| Nathan Burns | | Address on File | | | | | | |
| Nathan Hall | | Address on File | | | | | | |
| Nathan Hukill | | Address on File | | | | | | |
| NATHAN SPEICHER | | Address on File | | | | | | |
| NATHAN ZANG | | Address on File | | | | | | |
| NATIONAL COMPLIANCE SERVICES, INC. | | 355 NE 5TH AVE | STE 4 | | Delray Beach | FL | 33483 | |
| National Corporate Research Ltd | | 122 E 42nd St Fl 18 | | | New York | NY | 10168-1899 | |
| National Depo | | P.O. Box 404743 | | | Atlanta | GA | 30384-4743 | |
| NATIONAL ECONOMIC RESEARCH ASSOC. INC | | PO BOX 29677 | GENERAL POST OFFICE | | New York | NY | 10087-9677 | |
| National Economic Research Associate | | PO Box 7247-6754 | | | Philadelphia | PA | 19170-6754 | |
| National Financial Services Corp. | ATTN Emily Ivers-Mailzone ZE7F | 82 Devonshire St. | | | Boston | MA | 02109 | |
| National Financial Services, LLC | Attn Fl Operational Accounting | 100 Salem St, Mail Zone O1S | | | Smithfield | RI | 02917 | |
| National Financial Services, LLC | Attn Thomas Smith-Vaughan | 82 Devonshire Street | | | Boston | MA | 02109 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NATIONAL FLAG & DISPLAY CO. | | 22 W 21ST ST | | | New York | NY | 10010 | |
| National MS Society | Attn Cara Harting | 2105 Luna Rd, Ste 390 | | | Carrollton | TX | 75006 | |
| National Multiple Sclerosis Society | | PO Box 4527 | | | New York | NY | 10163 | |
| National Regulatory Services | | 33443 Treasury Center | | | Chicago | IL | 60694-3400 | |
| National Stripper Well Association | | PO Box 18336 | | | Oklahoma City | OK | 73154 | |
| National Trust Management Services | Accounts Receivable | 7957 Wellington Dr | | | Warrenton | VA | 20186 | |
| National Trust Management Services | | PO Box 3322 | | | Warrenton | VA | 20188 | |
| National Valuation Consultants, Inc. | | 7807 E. Peakview Ave, Ste 200 | | | Centennial | CO | 80111 | |
| Nationwide Business Concepts | | 1439 W. Chapman Avenue | #64 | | Orange | CA | 92868 | |
| Nationwide Services | | P.O. Box 23099 | | | Ft Lauderdale | FL | 33307 | |
| Natixis North America LLC | | 1251 Avenue of the Americas | | | New York | NY | 10020 | |
| NAU, STEVEN | | Address on File | | | | | | |
| NautaDutilh NV | | Postbus 7113, 1007 JC Amsterdam, Beethovenstraat 400 | | | Amsterdam | | 1082 PR | Netherlands |
| NAVEJAS, MARIANA | | Address on File | | | | | | |
| NAVIGANT CONSULTING INC | | 4511 PAYSPHERE CIRCLE | | | Chicago | IL | 60674 | |
| Navigent 3, LLC | | PO Box 5370 | | | Wayland | MA | 01778 | |
| Navigent 3, LLC | | 1737 Washington st | | | E. Bridgewater | MA | 02333 | |
| NC Office of the Secretary of State | | 2 South Salisbury Street | Old Revenue Complex | | Raleigh | NC | 27601 | |
| NEAR EARTH LLC | | 945 WEST ROAD | HOYT DAVIDSON | | New Canaan | CT | 06840 | |
| Nebraska Department of Banking & Finance | Bureau of Securities | 1526 K Street, Suite 300 | | | Lincoln | NE | 68508-2732 | |
| NEEL MITRA | | Address on File | | | | | | |
| Neil Desai | | Address on File | | | | | | |
| Neil Menard | | Address on File | | | | | | |
| NELL GWYNN HOUSE APARTMENTS LTD | | SLOANE AVE | | | London | | SW3 3AX | United Kingdom |
| Nelson, Caitlin | | Address on File | | | | | | |
| NELSON, KRAMER | | Address on File | | | | | | |
| NELSON, KRAMER | | Address on File | | | | | | |
| NEOFUNDS BY NEOPOST | | PO BOX 30193 | | | Tampa | FL | 33630-3193 | |
| Nesmith, Christopher | | Address on File | | | | | | |
| NESTLE WATERS POWWWOW | | PO BOX 727 | | | CAMBERLEY | | GU15 9WZ | United Kingdom |
| Netapp | | 1395 Crossman Ave | | | Sunnyvale | CA | 94089-0000 | |
| Netherland, Sewell & Associates, Inc. | | 2100 Ross Avenue | Suite 2200 | | Dallas | TX | 75201 | |
| Netherland, Swell & Associates, Inc. | | 1601 Elm St. Suite 4500 | | | Dallas | TX | 75201 | |

App. 00384
001768

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21 Entered 08/19/21 16:03:15 Page 111 of 175

Case 22-03052-sgj Doc 21 Filed 05/27/22 Entered 05/27/22 15:12:46 Desc Main
Case 3:22-cv-02280-S Document Filed 06/08/22 Page 213 of 228 PageID 1887

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorNoticeName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Netpro Computing Inc. | | 4747 N. 22nd St. #400 | | | Phoenix | AZ | 85016-4774 | |
| NetWrix Corporation | Accounts Receivable | 1460 Manning Parkway | | | Powell | OH | 43065 | |
| NEVADA COACHES, LLC | | 1550 S INDUSTRIAL RD | | | Las Vegas | NV | 89102 | |
| Nevada Dept of Taxation | | PO Box 52609 | | | Phoenix | AZ | 85072-2609 | |
| Nevada Secretary of State | | Securities Division | 2250 Las Vegas Blvd N Ste 400 | | N Las Vegas | NV | 89030-5873 | |
| NEW CONCEPT | | CROOKED COTTAGE, NEWCHAPEL RD | LINGFIELD | | SURREY | | RH7 6BJ | United Kingdom |
| New Edge Networks | | Unit 10 PO Box 5000 | | | Portland | OR | 97208-5000 | |
| NEW ERA | | 2935 Tallisman | | | Dallas | TX | 75229 | |
| New Hampshire Department of State | Bureau of Securities Regulation | 107 North Main Street | Room 204, State House | | Concord | NH | 03301-4951 | |
| New Horizons Computer Learning Center | | PO Box 671164 | | | Dallas | TX | 75267-1164 | |
| New Mexico Securities Division | | P. O. Box 25101 | | | Santa Fe | NM | 87504 | |
| NEW YORK CITY DEPARTMENT OF FINANCE | | 345 ADAMS ST | | | Brooklyn | NY | 11201 | |
| NEW YORK CITY DEPARTMENT OF FINANCE | | PO Box 3931 | | | New York | NY | 10008-3931 | |
| NEW YORK CITY DEPARTMENT OF FINANCE | | PO Box 5150 | | | Kingston | NY | 12402-5150 | |
| New York Financial Writers Association | | PO Box 338 | | | Ridgewood | NJ | 07451-0338 | |
| New York State Corporation Tax | NYS Corporate Tax | Processing Unit | P.O. Box 22093 | | Albany | NY | 12201 | |
| New York State Department of Law | | New York Office of the Attorney General | 120 Broadway, 23rd Floor | | New York | NY | 10271 | |
| New York State Department of State | | Misc. Records Bureau | 41 State St | | Albany | NY | 12231 | |
| New York State Income Tax | | W A HARRIMAN CAMPUS | | | Albany | NY | 12227 | |
| New York State Income Tax | | Extension Request PO Box 4125 | | | Binghamton | NY | 13902-4126 | |
| Newbridge Financial Inc. | ATTn Scott Weeks - Accountant | 5200 Town Center Circle | Tower 1, Ste 306 | | Boca Raton | FL | 33486 | |
| Newbridge Securities Corporation | Attn Robert Spitler-CFO | 1451 W Cypress Creek Rd, Suite 204 | | | Ft. Lauderdale | FL | 33309 | |
| Newbridge Securities Corporation | | 5200 Town Center Circle Tower 1 | Ste 306 | | Boca Raton | FL | 33486 | |
| NewOak Advisors LLC | | 485 Lexington Ave, 25th Floor | | | New York | NY | 10017 | |
| NewOak Capital | | 485 Lexington Ave, 25th flr | | | New York | NY | 10017 | |
| News Communications | | 4th Flr, Chinyang Bldg | 90-3 Chungjeongno 2-ga, | | Seodamun-gu | | 120-012 | SOUTH KOREA |
| NexBank | John Danilowicz | 2515 McKinney Ave | Ste 1100 | | Dallas | TX | 75201 | |
| NexBank Capital Advisors | | 2515 McKinney Ave, Ste 1100 | | | Dallas | TX | 75201 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NexBank Capital, Inc., NexBank Securities, Inc., NexBank Title, Inc. and NexBank | Jason M. Rudd and Lauren K. Drawhorn | Wick Phillips Gould & Martin, LLP | 3131 McKinney Avenue, Suite 500 | | Dallas | TX | 75204 | |
| NEXBANK SECURITIES, INC | | 2515 McKinney | Suite 1700 | | Dallas | TX | 75201 | |
| NEXBANK SECURITIES, INC | | 13455 NOEL RD | 22ND FL | | Dallas | TX | 75240 | |
| NexBank SSB | dba NexBank Credit Services | Grant Smith | 2515 McKinney Ave. | 11th Floor | Dallas | TX | 75201 | |
| NexBank SSB | | 2515 McKinney Ave. Suite 1100 | | | Dallas | TX | 75201 | |
| NEXBANK, SSB | ATTN MARCIA SANDS | 13455 NOEL RD | STE 2220 | | Dallas | TX | 75240 | |
| NexPoint Advisers, L.P. | Attn Davor Rukavina, Esq. and Julian P. Vasek, Esq. | Munsch Hardt Kopf & Harr, P.C. | 3800 Ross Tower | 500 N. Akard Street | Dallas | TX | 75202-2790 | |
| NexPoint Advisers, L.P. | | 200 Crescent Court | Suite 700 | | Dallas | TX | 75201 | |
| NexPoint Latin America Opportunities Fund | K&L Gates LLP | Stephen G. Topetzes | 1601 K Street, NW | | Washington | DC | 20006 | |
| NexPoint Latin America Opportunities Fund | K&L Gates LLP | James A. Wright III | State Street Financial Center | One Lincoln Street | Boston | MA | 02111-2950 | |
| NexPoint Latin America Opportunities Fund | Stephen G. Topetzes | K&L Gates LLP | 1601 K Street, NW | | Washington, DC | DC | 02006 | |
| Nextel Communications | | PO Box 54977 | | | Los Angeles | CA | 90054-0977 | |
| NexVest, LLC | Jason Rudd | 3131 McKinney Ave Suite 100 | | | Dallas | TX | 75204 | |
| NexVest, LLC | | 2515 McKinney Ave Suite 1100 | | | Dallas | TX | 75201 | |
| Ney Castro | | Address on File | | | | | | |
| NGO, HONGVIEN | | Address on File | | | | | | |
| Nguyen, Hung | | Address on File | | | | | | |
| NGUYEN, KRISTINE | | Address on File | | | | | | |
| NGUYEN, TONY KHOI | | Address on File | | | | | | |
| NH Dept of State | Bureau of Securities Regulation | 107 N. Main St, State House Room 204 | | | Concord | NH | 03301 | |
| Nicholas Headley | | Address on File | | | | | | |
| Nicholas Headley | | Address on File | | | | | | |
| NICHOLAS OLENEC | | Address on File | | | | | | |
| Nicholas T. Meserve | | Address on File | | | | | | |
| NICHOLAS TRUYENS | | Address on File | | | | | | |
| NICK ALFERMANN | | Address on File | | | | | | |
| Nick Meserve | | Address on File | | | | | | |
| NICK PAULEIT | | Address on File | | | | | | |
| Nickey L. Oates Company | | 25 Highland Park Village | Suite 100 | | Dallas | TX | 75205 | |
| Nicklas, James | | Address on File | | | | | | |
| NICODEMUS WINATA | | 14181 NOEL RD | | | Dallas | TX | 75254 | |
| Nicole Lacues | | Address on File | | | | | | |
| Nikolayev, Yegor | | Address on File | | | | | | |
| Niles Chura | | Address on File | | | | | | |
| Niles K Chura | | Address on File | | | | | | |
| NILSEN, CHRISTOPHER | | Address on File | | | | | | |
| Nirav Batavia | | Address on File | | | | | | |

Case 22-03052-sgj    Doc 21    Filed 05/27/22    Entered 05/27/22 15:12:46    Desc Main
Case 3:22-cv-02280-S    Document 1    Filed 09/12/22    Page 215 of 228    PageID 1889
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 113 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nisen & Elliott LLC | | 200 West Adams St | | | Chicago | IL | 60606 | |
| Nitro Software, Inc. | | 150 Spear St Ste 1500 | | | San Francisco | CA | 94105-5115 | |
| NIXON PEABODY LLP | | 100 SUMMER ST | | | Boston | MA | 02110 | |
| NJ DIVISION OF TAXATION | ATTN BOBBI HALL REVENUE PROCESSING CENTER | PO BOX 642 | PART | | Trenton | NJ | 08646-0642 | |
| NMS Communications LLC | | 443 12th Street | 5C | | Brooklyn | NY | 11215 | |
| NMS MANAGEMENT, INC. | | 500 NORTH BROADWAY | STE 236 | | Jericho | NY | 11753 | |
| NOAH MAYER | | Address on File | | | | | | |
| NOBLE, SHELBY | | Address on File | | | | | | |
| Noel, Kirby | | Address on File | | | | | | |
| Noelle Williams | | Address on File | | | | | | |
| Nonna Knows Catering | | 1931 Market Center Blvd Apt 1323 | | | Dallas | TX | 75207-3500 | |
| Noonmark Capital | | 9 Hall Avenue | | | Larchmont | NY | 10538 | |
| NORRIS, DUSTIN | | Address on File | | | | | | |
| NORRIS, DUSTIN | | Address on File | | | | | | |
| North Carolina Department of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0520 | |
| North Ridge Securities | | 112 Madison Ave. 5th Floor | | | New York | NY | 10016 | |
| NorthPark Center | | 8687 North Central Expressway | | | Dallas | TX | 75225 | |
| Northwestern University | Attn Maureen Fenty | 1800 Sherman Avenue, Suite 400 | | | Evanston | IL | 60201 | |
| Norton Rose | | Address on File | | | | | | |
| Notable Solutions, Inc. | | 9715 Key West Avenue | Suite 200 | | Rockville | MD | 20850 | |
| Nouveau | | 2270 Springlake Rd | Suite 400 | | Dallas | TX | 75234 | |
| Nova Engineering, Inc | | 2625 N. Josey Lane, Suite 112 | | | Carrollton | TX | 75007 | |
| Novack and Macey LLP | | 100 N Riverside Plaza | | | Chicago | IL | 60606-1501 | |
| NQW Advisors | | 1320 Greenway Dr | Suite 758 | | Irving | TX | 75038 | |
| NPB Financial Group, LLC | | 3500 W. Olive Avenue | Suite 300 | | Burbank | CA | 91505 | |
| NTR Review | | 407 East maple Street | | | Cumming | GA | 30040 | |
| Numara Software Inc | | PO Box 102280 | | | Atlanta | GA | 30368-2280 | |
| Numara Software Inc | | PO BOX 933754 | | | Atlanta | GA | 31193-3754 | |
| Nutter, McClennen & Fish, LLP | Attn Ian Roffman | Seaport West | 155 Seaport Blvd | | Boston | MA | 02210 | |
| NWCC, LLC | c/o of Michael A. Battle, Esq. | Barnes & Thornburg, LLP | 1717 Pennsylvania Ave N.W. Ste 500 | | Washington | DC | 20006-4623 | |
| NWCC, LLC | James Peterson | 375 Park Avenue, 36th Floor | | | New York | NY | 10152 | |
| NWCC, LLC | Jonathan D. Sundheimer | Barnes and Thornburg LLP | 11 S. Meridian St. | | Indianapolis | IN | 46204 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 3644 | | | New York | NY | 10008 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 3646 | | | New York | NY | 10008 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 3922 | General Corporation Tax | | New York | NY | 10008-3922 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 3931 | | | New York | NY | 10008-3931 | |
| NYC DEPARTMENT OF FINANCE | | 59 Maiden Lane, 19th Floor | | | New York | NY | 10038-4502 | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 101 of 155

App. 00987
001777

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15

**Exhibit C**
**Creditor Matrix**
Served via First Class Mail

175

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| NYC DEPARTMENT OF FINANCE | | PO Box 5040 | | | Kingston | NY | 12402-5040 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 5060 | | | Kingston | NY | 12402-5060 | |
| NYC DEPARTMENT OF FINANCE | | PO Box 5070 | | | Kingston | NY | 12402-5070 | |
| NYC DEPARTMENT OF FINANCE | | PO BOX 5100 | | | Kingston | NY | 12402-5150 | |
| NYC DEPARTMENT OF FINANCE | | PO BOX 5150 | | | Kingston | NY | 12402-5150 | |
| NYC FIRE DEPARTMENT | | CHURCH STREET STATION | PO BOX 840 | | New York | NY | 10008-0840 | |
| NYEMASTER GOODE LAW FIRM | | 700 WALNUT | STE 1600 | | Des Moines | IA | 50309-3899 | |
| NYIAC | | 150 E. 42nd St. 17th Floor | | | New York | NY | 10017 | |
| NYS Assessment Receivables | | PO Box 4127 | | | Binghamton | NY | 13902-4127 | |
| NYS Unemployment Insurance | | PO Box 4301 | | | Binghamton | NY | 13902-4301 | |
| NYS Workers Comp Board DB | | One Exchange Plaza | 55 Broadway Suite 201 | | New York | NY | 10006 | |
| NYSE ARCA, LLC | | PO Box 223529 | | | Pittsburgh | PA | 15251-2529 | |
| NYSE MARKET, INC | | Grand Central Station | PO BOX 4695 | | New York | NY | 10163 | |
| NYSE MARKET, INC | | Box #223695 | | | Pittsburgh | PA | 15251-2695 | |
| NYSE MARKET, INC | | BOX #4006 | PO BOX 8500 | | Philadelphia | PA | 19178-4006 | |
| NYSIF Disability Benefits | DCC | 1 Watervliet Ave. EXT | | | Albany | NY | 12206 | |
| NYSIF Disability Benefits | | PO Box 5239 | | | New York | NY | 10008-5239 | |
| Oak Tree Securities, Inc. | | 4049 First Street | Suite 129 | | Livermore | CA | 94551-4949 | |
| Ober, Kaler, Grimes & Shriver | | 100 Light Street | | | Baltimore | MD | 21202 | |
| Objective Group, Inc. | | 201 South Biscayne Blvd, 28th Floor | | | Miami | FL | 33131 | |
| OBJECTIVE PARADIGM CORPORATION | ATTN RYAN POLLOCK | 805 N MILWAUKEE AVE STE 300 | | | Chicago | IL | 60622 | |
| OBRIEN, JUSTIN | | Address on File | | | | | | |
| OBRIEN, MICHAEL J | | Address on File | | | | | | |
| OC CRUISER, Inc | | 1439 W Chapman Ave #260 | | | Orange | CA | 92868 | |
| Oce Imagistics Inc | | PO Box 856193 | | | Louisville | KY | 40285 | |
| OConnor, Shannon | | Address on File | | | | | | |
| OConnors | | 3800 Buffalo Speedway | Ste 500 | | Houston | TX | 77098 | |
| Office Depot, Inc | | DEPT 56-4201182804 | PO BOX 689020 | OFFICE DEPOT CREDIT PLAN | Des Moines | IA | 50368-9020 | |
| Office Depot, Inc | | Dept. 56 - 4201182804 PO Box 9020 | | | Des Moines | IA | 50368-9020 | |
| Office Depot, Inc | | PO Box 70025 | | | Los Angeles | CA | 900744-0025 | |
| OFFICE EQUIPMENT FINANCE SERVICES | | PO BOX 790448 | | | Saint Louis | MO | 63179-0448 | |
| Office Expo | | 2025A Midway Rd | | | Carrollton | TX | 75006 | |
| Office of the Secretary of State | | 1019 Brazos Street | | | Austin | TX | 78701 | |
| Office of the Attorney General | Michael B. Mukasey, Esq. | U.S. Department of Justice | 950 Pennsylvania Avenue, N.W. | | Washington | DC | 20530-0001 | |

APPX. 00388
001772

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 115 of
175
Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Office of the Attorney General | | Securities Division | 200 St Paul Place | | Baltimore | MD | 21202 | |
| Office of the General Counsel | Re Prime Brokerage Services | Jefferies LLC | 520 Madison Avenue, 16th Floor | | New York | NY | 10022 | |
| Office of the General Counsel | | Pension Benefit Guaranty Corp. | 1200 K Street, N.W. | | Washington | DC | 20005-4026 | |
| Office of the Securities Comm. KS | Securities Division | 1300 SW Arrowhead Rd | | | Topeka | KS | 66604-4019 | |
| OGLETREE DEAKINS | | PO BOX 89 | | | Columbia | SC | 29202 | |
| OGLETREE DEAKINS | | 918 S PLEASANTBURG DR (29607) | PO BOX 167 | | Greenville | SC | 29602 | |
| Ogletree Deakins Nash Smoak & Stewart PC | | P. O. Box 89 | | | Columbia | SC | 29202 | |
| OHANNA, DAVID | | Address on File | | | | | | |
| OHC Advisors Inc | | 12060 SW 129th CT Ste 200 | | | Miami | FL | 33186-4582 | |
| Ohio Division of Securities | | 77 South High Street | 22nd Floor | | Columbus | OH | 43215 | |
| Oil & Gas Information Systems | | 5801 Edwards Ranch Road | Suite 200 | | Fort Worth | TX | 76109 | |
| Oil & Gas Journal | | Pennwell Corporation | PO Box 4362 | | Chicago | IL | 60680-4207 | |
| Oil and Gas Investor | | PO BOX 3001 | | | Northbrook | IL | 60065-3001 | |
| Okada, Luke | | Address on File | | | | | | |
| Oklahoma Department of Securities | | Oklahoma Department of Securities | 204 N. Robinson Ave., Ste. 400 | | Oklahoma City | OK | 73102-7001 | |
| Oklahoma Independent Petroleum Assoc. | | 500 N.E. 4th Street | | | Oklahoma City | OK | 73104 | |
| OKLAHOMA TAX COMMISSION | GENERAL COUNSELS OFFICE | 100 N. BROADWAY AVE, SUITE 1500 | | | OKLAHOMA CITY | OK | 73102 | |
| OKLAHOMA TX COMMISSION | | PO BOX 26930 | | | Oklahoma City | OK | 73126-0930 | |
| OKOLITA, MATTHEW | | Address on File | | | | | | |
| Okta Inc | | 100 1st St Fl 6 | | | San Francisco | CA | 94105-4632 | |
| Okta, Inc. | | 301 Brannan St | Suite 100 | | San Francisco | CA | 94107 | |
| Old Republic National Title Ins. Co. | | 8201 Preston Rd | Suite 450 | | Dallas | TX | 75225 | |
| Olender Reporting, Inc. | | 1522 K St NW Ste 720 | | | Washington | DC | 20005 | |
| Olive & Ivy | | 7135 E Camelback Rd | No 195 | | Scottsdale | AZ | 85251 | |
| OLIVER CASTELINO | | Address on File | | | | | | |
| OLSON,CANNON, GORMLEY, & DESRUISSEAUX | | 9950 WEST CHEYENNE AVE | | | Las Vegas | NV | 89129 | |
| OMS-DALLAS | | Prestonwood Tower | 5151 Beltline Rd. | Suite 550 | Dallas | TX | 75254 | |
| OMelveny & Myers LLP | | 400 South Hope St, 18th Floor | | | Los Angeles | CA | 90071-2899 | |
| Omgeo LLC | | 2967 Collections Center Dr | | | Chicago | IL | 60693 | |
| On Course Promotion | | 6865 Pear Tree Dr | | | Carlsbad | CA | 92011 | |
| Onelogin, Inc. | | 848 Battery St | | | San Francisco | CA | 94111-1504 | |
| On-Site Sourcing, Inc. | | PO Box 75495 | | | Baltimore | MD | 21275 | |
| Opal Financial Group | | 132 W 36th St Rm 200 | | | New York | NY | 10018-8840 | |
| Open Text Inc. | c/o JP Morgan Lockbox | 24685 Network Place | | | Chicago | IL | 60673-1246 | |
| Opentext | | 275 Frank Tompa Drive | | | Waterloo | ON | N2L 0A1 | Canada |

Highland Capital Management, L.P.
Case No. 19-34054

Page 103 of 155

Appx. 00989
001773

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 116 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| OppenheimerFunds, Inc. | Attn Accounts Payable | 6803 S. Tucson Way, Bldg 2 | | | Centennial | CO | 80112 | |
| Options Group | | 121 East 18th St | Garden Level | | New York | NY | 10003 | |
| Options Price Reporting Authority | | PO Box 95718 | | | Chicago | IL | 60694-0001 | |
| Opus 2 International Inc | Mr Matthew Finnecy | 5th Floor, 5 New Street Square | | | London | | EC4A 3BF | United Kingdom |
| Opus 2 International, Inc. | Matthew Finnecy, Credit Controller | 5 New Street Square | | | London | | EC4A 3BF | United Kingdom |
| Opus 2 International, Inc. | | 100 Pine Street | Suite 560 | | San Francisco | CA | 94111 | |
| ORACLE AMERICA, INC | | PO BOX 71028 | | | Chicago | IL | 60694-1028 | |
| ORACLE AMERICA, INC | | PO Box 203448 | | | Dallas | TX | 75320-3448 | |
| Oracle America, Inc. | | 500 Oracle Parkway | | | Redwood Shores | CA | 94065-0000 | |
| Oracle America, Inc., Successor in Interest to Sun Microsystems | Shawn M. Christianson, Esq. | Buchalter, a Professional Corporation | 55 2nd St., 17th Fl. | | San Francisco | CA | 94105 | |
| Oracle Healthcare Advisors Inc. | | 12060 SW 129th Ct Ste 201 | | | Miami | FL | 33186-4582 | |
| Orbis Marketing, Inc. | | 21550 Oxnard Street | Suite 850 | | Woodland Hills | CA | 91367 | |
| Orchard Group Productions | | 301 Park Forest Ct | | | Hurst | TX | 76053 | |
| Oregon Department of Revenue | | 955 Center St NE | | | Salem | OR | 97301 | |
| ORENT, COURTNEY | | Address on File | | | | | | |
| Organizational Talent | | 3752 Colliers Dr | | | Edgewater | MD | 21037 | |
| Orrick, Herrington & Sutcliffe LLP | | 4253 Collections Center Dr | | | Chicago | IL | 60693 | |
| OSED Investments, LLC | | 8951 Synergy Dr., Ste 225 | | | McKinney | TX | 75070 | |
| OUTLOOKSOFT CORPORATION | | ONE STAMFORD PLAZA | 11TH FLR | | Stamford | CT | 06901-3281 | |
| OutSource Management | c/o Cathy Wylet, Meeting Planner | 14410 N. 10th Place | | | Phoenix | AZ | 85022 | |
| Ouyang, Kaixi | | Address on File | | | | | | |
| OVATION TRAVEL GROUP | ATTN ANDREA KELLY | 71 FIFTH AVE | 11TH FLR | | New York | NY | 10003 | |
| Ovis Creative | | 483 10th Ave | Suite 230 | | New York | NY | 10018 | |
| Owens, David | | Address on File | | | | | | |
| OXANA BROWN | | 59 Franklin Street | Suite 5R | | New York | NY | 10013 | |
| Oxer Technologies | | 1750 Pennsylvania Ave Ste 100 | | | Washington | DC | 20006-4506 | |
| PA Consulting Group | | PO Box 71364 | | | Philadelphia | PA | 71364 | |
| PACER Service Center | | PO BOX 70951 | | | Charlotte | NC | 28272-0951 | |
| PACER Service Center | | PO Box 277773 | | | Atlanta | GA | 303847773 | |
| PACER Service Center | | P.O. Box 5208 | | | Portland | OR | 97208-5208 | |
| Pachulski Stang Ziehl & Jones LLP | | 10100 Santa Monica Blvd | Ste 1300 | | Los Angeles | CA | 90067 | |
| Pacific Life Annuities & Mutual Funds | | 700 Newport Center Drive | | | Newport Beach | CA | 92660-6397 | |
| Pacugo Catering | | 1215 Viceroy Drive | | | Dallas | TX | 75247 | |
| Packerland Brokerage Services Inc. | | 432 Security Blvd | | | Green Bay | WI | 54313-9709 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 117 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PADILLA, ANDREW | | Address on File | | | | | | |
| Paessler | | Thurn-und-Taxis-Str. 14 | | | Nuremberg | | 90411 | Germany |
| Pageant Media | | Dunstan House 14a St Cross St | | | London | | EC1N 8XA | United Kingdom |
| PAIPANANDIKER, CHET | | Address on File | | | | | | |
| Palico LLC | | 420 Lexington Avenue | Suite 1425 | | New York | NY | 10170 | |
| Palisade Capital Management | | One Bridge Plaza | Suite 695 | | Fort Lee | NJ | 07024 | |
| PALLEY, RENNICK | | Address on File | | | | | | |
| Palm Beach Investment Research Grp Inc. | | 13638 Via Flora | Suite A | | Delray Beach | FL | 33484 | |
| PALMER, JAMES | | Address on File | | | | | | |
| PAM Capital Funding LP | c/o Maples & Calder | PO Box 309, Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| PAM Capital Funding LP | c/o Queensgate SPV Services Limited | PO Box 1093GT / Suzanne St. Thomas | Compass Center, 2nd Flr, Crewe Road | George Town | Grand Cayman | | | Cayman Islands |
| PAM Capital Funding, LP / Ranger Asset M | c/o Maples and Calder, PO Box 309 | Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| PamCo Cayman Ltd. | c/o Maples & Calder | PO Box 309, Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| PamCo Cayman Ltd. | c/o Queensgate SPV Services Limited | PO Box 1093, Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| PamCo Cayman Ltd. / Ranger Asset Managem | c/o Maples and Calder, PO Box 309 | Ugland House | South Church Street | George Town | Grand Cayman | | | Cayman Islands |
| Panhandle Producers Royalty Ownrs Assoc. | | 3131 Bell Street | Suite 209 | | Amarillo | TX | 79106 | |
| PaperCut Software International Pty Ltd | | 308 SW 1st Ave Ste 300 | | | Portland | OR | 97204-3432 | |
| PAR Plumbing | | 60 N. Prospect Avenue | | | Lynbrook | NY | 11563-1395 | |
| Paradigm | | 360 Park Avenue South | 16th Floor | | New York | NY | 10010 | |
| Paradise Bakery and Cafe | | 13710 Dallas Parkway, Suite H | | | Dallas | TX | 75240 | |
| Paradox Sports | | 710 10th Street | Suite 200 | | Golden | CO | 80401 | |
| Paragon Photocopying, Co. | | 1700 Commerce Ste 200 | | | Dallas | TX | 75201 | |
| PARCELS INC | | PO BOX 27 | | | Wilmington | DE | 19899 | |
| PARIVEDA SOLUTIONS | | PO BOX 671060 | | | Dallas | TX | 75267 | |
| Park Cities Quail 2016 Dinner & Auction | | 25 Highland Park Village | Suite 100-417 | | Dallas | TX | 75205 | |
| Park, Jun | | Address on File | | | | | | |
| Parker Poe Adams & Bernstein LLP | | 401 S. Tryon St, Ste 3000 | Three Wells Fargo Center | | Charlotte | NC | 28202 | |
| Parkinsons Disease Foundation | | Gift Processing Center | PO Box 96268 | | Washington | DC | 20090-6268 | |
| Parkland Securities, LLC | ATtn Blayne Andersen | 300 Parkland Plaza | | | Ann Arbor | MI | 48103 | |
| Parks Coffee | | PO Box 110209 | | | Carrollton | TX | 75011-0209 | |
| Parkway Bent Tree Partners, Ltd | | 17130 Dallas Parkway | Suite 240 | | Dallas | TX | 75248 | |
| Parmentier, Andrew | | Address on File | | | | | | |
| Parmentier, Andrew | | Address on File | | | | | | |
| Parmentier, Andrew | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PARNELL, CATHERINE | | Address on File | | | | | | |
| PARS International Corp | Attn Permissions A/R | 253 West 35th Street, 7th Floor | | | New York | NY | 10001 | |
| Parth Shah | | Address on File | | | | | | |
| Partner Engineering & Science, Inc. | | 2154 Torrance Blvd | Suite 200 | | Torrance | CA | 90501 | |
| Partridge Snow & Hahn, LLP | | 40 Westminster Street | Suite 1100 | | Providence | RI | 02903 | |
| Party Frills | | 219 E White St | | | Anna | TX | 75409 | |
| PASSMORE, MICHAEL | | Address on File | | | | | | |
| Pat & Emmitt Smith Charities | | 16000 North Dallas Pkwy | Suite 550N | | Dallas | TX | 75248 | |
| Pate & Knarr | | PO Box 1907 | | | Oklahoma City | OK | 73101-1907 | |
| PATEL, VISHAL | | Address on File | | | | | | |
| PATRICK BOYCE | | Address on File | | | | | | |
| Patrick Bressler | | Address on File | | | | | | |
| Patrick Conner | | Address on File | | | | | | |
| Patrick Daugherty | c/o Thomas A. Uebler | McCollom DEmilio Smith Uebler LLC | 2751 Centenville Rd #401 | | Wilmington | DE | 19808 | |
| Patrick Daugherty | c/o Thomas A. Uebler, Esq. | McCollom DEmilio Smith Uebler LLC | 2751 Centenville Rd #401 | | Wilmington | DE | 19808 | |
| Patrick Daugherty | | Address on File | | | | | | |
| Patrick Daugherty/Andrew K. York | Dylan O. Drummond | Gray Reed & McGraw, LLP | 1601 Elm Street | Suite 4600 | Dallas | TX | 75201-7212 | |
| Patrick Hagaman Daugherty | Jason Kathman | 2701 Dallas Parkway Suite 590 | | | Plano | TX | 75093 | |
| Patrick Hagaman Daugherty | Pronske and Kathman | Jason P. Kathman | 2701 Dallas Parkway Suite 590 | | Plano | TX | 75093 | |
| Patrick Hagaman Daugherty | | Address on File | | | | | | |
| Patrick J. Elverum | | Address on File | | | | | | |
| PATRICK KELLY | | Address on File | | | | | | |
| PATRICK MARK | | Address on File | | | | | | |
| Patrina Corporation | | 45 Broadway | Ste 1440 | | New York | NY | 10006 | |
| Patton Boggs LLP | | 2550 M St NW | | | Washington | DC | 20037 | |
| Paul D. Kauffman | | Address on File | | | | | | |
| Paul D. Peterson, Ltd. | | 3040 Woodbury Drive | | | Woodbury | MN | 55129 | |
| Paul DiMartino | | Address on File | | | | | | |
| Paul Hastings, Janofsky & Walker LLP | | 55 Second St, 24th Flr | | | San Francisco | CA | 94105-3441 | |
| Paul Kauffman | Jason P. Kathman | Pronske & Kathman, P.C. | 2701 Dallas Parkway, Suite 590 | | Plano | TX | 75093 | |
| PAUL KAUFFMAN | | Address on File | | | | | | |
| Paul Kauffman | | Address on File | | | | | | |
| Paul Kaufmann | | Address on File | | | | | | |
| PAUL KUNKEL | | Address on File | | | | | | |
| PAUL N. ADKINS | | Address on File | | | | | | |
| Paula Shrober | | Address on File | | | | | | |
| PAUS2 (Investments) GP Ltd. | Attn Eric Pedde | c/o Alberta Investment Management Corporation | 1100-10830 Jasper Avenue | | Edmonton | AB | T5J2B3 | Canada |
| Paws Cause 2015 | Attn Paws Cause 2015 | 2400 Lone Star Drive | | | Dallas | TX | 75212 | |

Appx. 00992
001776

175
**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Paxstone Capital LLP | Attn Kasper Kemp Hansen | 483 Green Lane | | | London | | N13 4BS | United Kingdom |
| PayCom Payroll, LLC | | 4005 NW Expressway, STE 500 | | | Oklahoma City | OK | 73116 | |
| PayFlex Systems USA, Inc. | | 10802 Farnam Drive | Suite 100 | | Omaha | NE | 68154 | |
| Paylocity | | 1400 American Ln # 1900 | | | Schaumburg | IL | 60173-5452 | |
| Paylocity Corporation | | 3850 N. Wilke Rd. | | | Arlington Heights | IL | 60004-0000 | |
| Payne & Smith, LLC | | 10711 Preston Rd | Suite 110 | | Dallas | TX | 75230 | |
| Payne & Smith, LLC | | PO Box 670805 | | | Dallas | TX | 75367-0805 | |
| PayScale Inc | | PO Box 49283 | | | San Jose | CA | 95161-9283 | |
| PBGC | | DEPT 77430, PO BOX 77000 | | | Detroit | MI | 48277-0430 | |
| PBGC | | PO Box 979120 | | | Saint Louis | MO | 63197-9001 | |
| PC Connection | | PO Box 382808 | | | Pittsburgh | PA | 15250-8808 | |
| PC Serv LLC/SharePoint Solutions | Accounts Recievable | 1521 Gordon Petty Dr | | | Brentwood | TN | 37027 | |
| PC Serv, LLC / SharePoint Solutions | | PO Box 1588 | | | Brentwood | TN | 37024-1558 | |
| PCMG Trading Partners XXIII, L.P. | c/o The Corporation Trust Company | 1209 Orange St | | | Wilmington | DE | 19801 | |
| PCS Securities, Inc. | | 19020 88th Avenue West | | | Edmonds | WA | 98026 | |
| Peach Labs, Inc. | | 108 S. Jackson St Ste 300 | | | Seattle | WA | 98104-2872 | |
| Peacock, Carissa | | Address on File | | | | | | |
| Pearson, James M. | | Address on File | | | | | | |
| Pearson, Kyle | | Address on File | | | | | | |
| PEGGY FRANCIS | | Address on File | | | | | | |
| Peller | | Dreikonigstrasse 45 | Postfach 2016 | | Zurich | | CH-8027 | SWITZERLAND |
| Peltekian, Michael | | Address on File | | | | | | |
| Peltekian, Michael | | Address on File | | | | | | |
| PELZEL, TERRY | | Address on File | | | | | | |
| Penant Management GP, LLC | c/o Highland Capital Management, L.P. | Two Galleria Tower | 13455 Noel Road, Suite 1300 | | Dallas | TX | 75240 | |
| Penland, Nathan | | Address on File | | | | | | |
| Pension Benefit Guaranty Corporation | Attn M. Baird | Office of the General Counsel | 1200 K Street, N.W., Suite 3305 | | Washington | DC | 20005 | |
| Pension Benefit Guaranty Corporation | Lori Butler, Assistant General Counsel | 1200 K Street, N.W., Suite 3513 | | | Washington | DC | 20005 | |
| Pension Benefit Guaranty Corporation | | Department 77430 | PO Box 77000 | | Detroit | MI | 48277-0430 | |
| PensionDanmark Pensionsforsikringsakties | Attention Head of Legal | Langelinie Alle 43 | | | Copenhagen | | 02100 | Denmark |
| PensionDanmark Pensionsforsikringsaktieselska b | Attn David Grant Crooks | c/o Fox Rothschild LLP | Two Lincoln Centre | 5420 LBJ Freeway, Suite 1200 | Dallas | TX | 75240 | |
| Pensions & Investments | | Crain Communication Inc. | 115 Gratiot | | Detroit | MI | 48207-2997 | |
| Pensions & Investments | | Subscriber Services Department 77940 | | | Detroit | MI | 48277-0940 | |
| Pensions & Investments | | PO BOX 79001 | DRAWER #7718 | SUBSCRIBER SERVICES | Detroit | MI | 48279-7718 | |

Appx. 00393
001777

Case 22-03052-sgj   Doc 21   Filed 05/27/22   Entered 05/27/22 15:12:46   Desc Main
Case 3:22-cv-02280-S   Document   Document   Filed 09/02/   Page 222 of 228   PageID 1896
Case 19-34054-sgj11 Doc 2747 Filed 08/19/21   Entered 08/19/21 16:03:15   Page 120 of 175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PENTAGROUP FINANCIAL, LLC | | 5959 CORPORATE DR | STE 1400 | | Houston | TX | 77036 | |
| PENTON TECHNOLOGY MEDIA | | 221 E 29TH ST | | | Loveland | CO | 80538 | |
| Pepper Hamilton LLP | | 1201 Market St, Ste 1600 | | | Wilmington | DE | 19899 | |
| Pepperdine University | ATTN Stacy Taylor | Pepperdine School of Law | 24255 Pacific Coast Hwy | | Malibu | CA | 90263 | |
| PEREIRA, TOM | | Address on File | | | | | | |
| Perino, Inc | | 450 W 42nd Street | Apt 46M | | New York | NY | 10036 | |
| Perkins Coie LLP | | 1201 Third Avenue, Suite 4900 | | | Seattle | WA | 98101 | |
| Perot Museum of Nature and Science | Atn Client Accounting | 2201 North Field Street | | | Dallas | TX | 75201 | |
| Perot Museum of Nature and Science | | PO Box 1514469 | | | Dallas | TX | 75315 | |
| Pershing LLC | Alternative Invest Dept. - Zamena Khan | 300 Colonial Center Parkway, 3rd Floor | | | Lake Mary | FL | 32746 | |
| Pershing LLC | Attn Brittany Crowley | 300 Colonial Center Parkway | | | Lake Mary | FL | 32746 | |
| Pershing LLC | Attn Genesis Garcia | One Pershing Plaza, 8th Fl | | | Jersey City | NJ | 07399 | |
| Pershing LLC | Attn IBD - 15th Floor | One Pershing Plaza | | | Jersey City | NJ | 07399 | |
| Personnel Concepts | | PO Box 3353 | | | San Dimas | CA | 91773 | |
| PERTRAC FINANCIAL SOLUTIONS, LLC | | 2650 Thousand Oaks, Ste 1340 | | | Memphis | TN | 38118 | |
| PERTRAC FINANCIAL SOLUTIONS, LLC | | 10403 DOUBLE R BOULEVARD | | | Reno | NV | 89521 | |
| Pestolnik + Gold LLP | | 501 W. Broadway | Suite 1850 | | San Diego | CA | 92101 | |
| Petals & Stems Florist | | 13319 Montfort | LBJ at Montfort | | Dallas | TX | 75240 | |
| PETER CHUNG | | Address on File | | | | | | |
| PETER CHUNG | | Address on File | | | | | | |
| PETER FERGUSON | | Address on File | | | | | | |
| PETER NOLAN | | Address on File | | | | | | |
| PETER PESTILLO | | Address on File | | | | | | |
| Peter Roman | | Address on File | | | | | | |
| PetroCap III and SLP | Marc Lombardi | c/o Akin Gump Strauss Hauer & Feld, LLP | 2300 N. Field Street, Suite 1800 | | Dallas | TX | 75201-2481 | |
| PetroCap III and SLP | Sarah Schultz | c/o Akin Gump Strauss Hauer & Feld, LLP | 2300 N. Field Street, Suite 1800 | | Dallas | TX | 75201-2481 | |
| PetroCap III and SLP | Wesley Williams | c/o Akin Gump Strauss Hauer & Feld, LLP | 2300 N. Field Street, Suite 1800 | | Dallas | TX | 75201-2481 | |
| PetroCap, Inc | | 2602 McKinney Avenue | Suite 400 | | Dallas | TX | 75204 | |
| Petrocap Incentive Partners III GP, LLC | Atn Lane Britain | Petrocap Incentive Holdings III, LP | 3333 Lee Parkway, Suite 750 | | Dallas | TX | 75219 | |
| Petrocap Incentive Partners III GP, LLC | Marc Lombardi, Sarah Schultz, Wesley Williams | c/o Akin Gump Strauss Hauer & Feld, LLP | 2300 N. Field Street, Suite 1800 | | Dallas | TX | 75201-2481 | |
| PetroCap Partners II GP, LLC | Attention William L. Britain | 2602 McKinney Avenue | Suite 400 | | Dallas | TX | 75204-0000 | |
| Petrocap Partners II GP, LLC | Atn Lane Britain | Petrocap Incentive Partners II, LP | 3333 Lee Parkway, Suite 750 | | Dallas | TX | 75219 | |
| PetroCap Partners II, GP, LLC | PetroCap, LLC | William L. Britain | 2602 McKinney Avenue | Suite 400 | Dallas | TX | 75204 | |

Appx. 00994
001778

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PetroCap Partners III, L.P. | Marc Lombardi, Sarah Schultz, Wesley Williams | c/o Akin Gump Strauss Hauer & Feld, LLP | 2300 N. Field Street, Suite 1800 | | Dallas | TX | 75201-2481 | |
| PetroCap Partners III, L.P. | | 3333 Lee Parkway | Suite 750 | | Dallas | TX | 75219 | |
| Petroleum Club of Midland | | PO Box 10527 | | | Midland | TX | 79702-7527 | |
| Petsmart Charities, Inc. | | PO Box 96426 | | | Washington | DC | 20077-7227 | |
| PFERTNER, JIM | | Address on File | | | | | | |
| PFPC DISTRIBUTORS | | PO BOX 828789 | | | Philadelphia | PA | 19182-8789 | |
| PFPC DISTRIBUTORS | | PO BOX 828810 | | | Philadelphia | PA | 19182-8810 | |
| Phase 3 Marketing and Communications | | Dept# 7052 | PO Box 2153 | | Birmingham | AL | 35287-7052 | |
| PHELAN, KEVIN | | Address on File | | | | | | |
| PHIL GALPIN | | Address on File | | | | | | |
| Phil Rochefort | | Address on File | | | | | | |
| Philadelphia Biblical University | Attn Mr. Tim Hui | 200 Manor Ave | | | Langhorne | PA | 19047-9989 | |
| PHILET FOODS | | 5331 E MOCKINGBIRD LN | STE 413 | | Dallas | TX | 75206 | |
| Philip Settimi | | Address on File | | | | | | |
| Philippine American Physicians | | PO Box 690695 | | | Orlando | FL | 32869 | |
| Phillips, Michael | | Address on File | | | | | | |
| Phoenician Operating LLC | | 6000 East Camelback Road | | | Scottsdale | AZ | 85251 | |
| PicFlips, LLC | | 8553 N Beach St #280 | | | Fort Worth | TX | 76244 | |
| Pillsbury Winthrop Shaw Pittman LLP | | PO Box 7880 | | | San Francisco | CA | 94120-7880 | |
| Pink Ribbon Cleaning Services | | PO Box 541141 | | | Dallas | TX | 75354 | |
| Pinnacle Aviation Charter | | 14988 North 78th Way | Suite 106 | | Scottsdale | AZ | 85260 | |
| Pinnacle Business Systems | | 609 S. Kelly Avenue, Suite E-7 | | | Edmond | OK | 73003 | |
| Pinnacle Group International | | PO BOX 2800, # 265 | | | Carefree | AZ | 85377 | |
| Pinnacle International | | 5420 LBJ, Ste 390 | | | Dallas | TX | 75240 | |
| Pinnacle International | | PO Box 2800, #265 | | | Carefree | AZ | 85377 | |
| Pinnacle Office Products LLC | | 8024 Glenwood Ave | Suite 200 | | Raleigh | NC | 27612 | |
| Pinnacle Office Products LLC | | 8024 Glenwood Ave Ste 200 | STE 200 | | Raleigh | NC | 27612 | |
| PIONEER INVESTMENT MANAGEMENT | | 60 STATE STREET | | | Boston | MA | 02109 | |
| Pipos Travel Corp. | | 2333 Brickell Ave. | Mezz UL4 | | Miami | FL | 33129 | |
| PIRA Energy Group | | 3 Park Ave, 26th Flr | | | New York | NY | 10016-5989 | |
| Piriform Inc. | | 590 Madison Avenue | 21st Floor | | New York | NY | 10022 | |
| Pirozzi & Hillman, Inc. | | 274 Madison Ave | | | New York | NY | 10016 | |
| Pirtle Design | | 506 Union St | | | Hudson | NY | 12534-2816 | |
| Pitney Bowes Credit Corp. | | PO Box 856460 | | | Louisville | KY | 40285-6460 | |
| PITNEY BOWES FINANCIAL SERVICES LLC | | PO BOX 371887 | | | Pittsburg | PA | 15250-7887 | |
| Pitney Bowes Global Financial Services | | PO Box 371874 | | | Pittsburgh | PA | 15250-0000 | |
| Pitney Bowes Inc. | | PO Box 371896 | | | Pittsburgh | PA | 15250-7896 | |

Appx. 00395
001779

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pitney Bowes - Purchase Power | | PO Box 371874 | | | Pittsburgh | PA | 15250-2648 | |
| PITTMAN, TABOR J. | | Address on File | | | | | | |
| Pivotal Research Group LLC | Jeff Shelton | c/o 12 John Street | | | Demarest | NJ | 07627 | |
| Pivotal Research Group LLC | | 12 John Street | | | Demarest | NJ | 07627 | |
| PJ Mechanical Service & Maint. Corp. | | 135 W. 18th Street | | | New York | NY | 10011 | |
| Planatech Solutions Ltd. | | Grosvenor Gardens House | 35/37 Grosvenor Gardens | | London | | SW1W 0BY | United Kingdom |
| Plano East Golf Booster Club | Attn Brian Flanagan | 700 Bear Creek Dr. | | | Murphy | TX | 75094 | |
| Plano Party Animals | | 600 Legacy Drive | | | Plano | TX | 75023 | |
| PLANT DECOR | | PO BOX 8 | | | Ponder | TX | 76259-0008 | |
| Plant Interscapes, Inc. | | 6436 Babcock Rd. | | | San Antonio | TX | 78249 | |
| PlantKeeper | | PO BOX 226142 | | | Dallas | TX | 75222-6142 | |
| Plastic News | | Subscriber Services | PO Box 07938 | | Detroit | MI | 48207-9944 | |
| Platinum Litigation Solutions, LLC | | 325 N. Saint Paul Street | Suite 1100 | | Dallas | TX | 75201 | |
| Platinum Parking | | 300 Crescent Court | Level G1, LB#102 | | Dallas | TX | 75201 | |
| Platypus Studios | Attn Mark Baldi | 2055 Corte Del Nogal | | | Carlsbad | CA | 92011 | |
| Plexus Groupe LLC | | 21805 W Field Parkway, Ste 300 | | | Deer Park | IL | 60010 | |
| Plimus, Inc. | | 142 N. Milpitas Blvd #435 | | | Milpitas | CA | 95035-4401 | |
| PLS Inc. | | PO Box 4987 | | | Houston | TX | 77210-4987 | |
| PLUM, KEITH | | Address on File | | | | | | |
| PLUMER, KURTIS | | Address on File | | | | | | |
| PMC Commercial Trust | | 17950 Preston Road | Ste 600 | | Dallas | TX | 75252 | |
| PMC Service Company | | 2425 DillaRd St | | | Grand Prarie | TX | 75051 | |
| PNC Global Investment Servicing | | PO Box 828789 | | | Philadelphia | PA | 19182-8789 | |
| PNP Productions | | 8312 Westlawn Avenue | | | Los Angeles | CA | 90045 | |
| POER, MARY | | Address on File | | | | | | |
| POGLITSCH, JON | | Address on File | | | | | | |
| POGRANICHNY, PAUL | | 501 Elm Street | Suite 350 | | Dallas | TX | 75202 | |
| Point Multimedia LLC | | Address on File | | | | | | |
| Pollock, Staci | | Address on File | | | | | | |
| Polsen, Gregory | | Address on File | | | | | | |
| Pope, Hardwicke, Christie, Schell, Kelly & Taplett LLP | | 500 W 7th Street | Ste 600 | | Fort Worth | TX | 76102 | |
| POPE, JAMES | | Address on File | | | | | | |
| POPE, THERESA | | Address on File | | | | | | |
| Portfolio Media, Inc | | 860 Broadway | 6th Floor | | New York | NY | 10003 | |
| POST, ROBERT | | Address on File | | | | | | |
| Potbelly Sandwich Works, LLC | | 222 Merchandise Mart Plaza | 23rd FL | | Chicago | IL | 60654 | |
| POTTER ANDERSON & CORROON LLP | Timothy R. Dudderar | Hercules Plaza, 6th Floor | 1313 North Market Street | | Wilmington | DE | 19801 | |
| Potter, Anderson & Corroon | | 1313 North Market St PO Box 951 | | | Wilmington | DE | 19899-0951 | |
| POWELL, ETHAN K. | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Appx. 00396

001780

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PR Newswire | | PO Box 5897 | | | New York | NY | 10087-5897 | |
| PR Newswire Association, LLC | | 602 Plaza | Three Harborside Financial Center | | Jersey City | NJ | 07311-0000 | |
| PRACTICING LAW INSITUTE | | 810 SEVENTH AVE | | | New York | NY | 10019 | |
| PRACTICING LAW INSITUTE | | PO Box 26532 | | | New York | NY | 10087-6532 | |
| Prairie Rose Studio | | PO Box 1316 | | | Commerce | TX | 75429 | |
| PRAMOD RAJU | | Address on File | | | | | | |
| Precise Land Surveying, Inc. | | 4625 Eastover Dr | | | Mesquite | TX | 75149 | |
| Premier Wealth Strategies | Attn Jon Rustad | 8777 E. Via de Ventura, Ste 140 | | | Scottsdale | AZ | 85258 | |
| Premiere Global Services | | PO Box 404351 | | | Atlanta | GA | 30384-4351 | |
| Premiere Speakers Bureau, Inc. | | 109 International Drive | Suite 300 | | Franklin | TN | 37067 | |
| Preqin Ltd. | | Scotia House | 33 Finsbury Square | | London | | EC2A 1BB | United Kingdom |
| Preqin Ltd. | | PO Box 200918 | | | Pittsburgh | PA | 15251-0918 | |
| Presbyterian Hospital of Dallas | | PO Box 910013 | | | Dallas | TX | 75391 | |
| Prescott Legal Search | | PO Box 1024140 | | | Atlanta | GA | 30368-4140 | |
| Presidential Process Service Inc | | 419 Park Ave South | Suite 700 | | New York | NY | 10016 | |
| Preston Florist | | 14856 Preston Rd Ste 110 | | | Dallas | TX | 75240 | |
| Preston Hollow Catering | | 3419 Westminister | #235 | | Dallas | TX | 75205 | |
| Preston Hollow Elementary PTA | | 6423 Walnut Hill Lane | | | Dallas | TX | 75230 | |
| PRI Association | | 5th Floor | 25 Camperdown Street | | Whitechapel | | E1 8DZ | United Kingdom |
| PRICE, BRIAN | | Address on File | | | | | | |
| Price, Kevin | | Address on File | | | | | | |
| PRICE, WHITNEY | | Address on File | | | | | | |
| Pricewaterhouse Coopers, LLP | | 8 Cross St. #17-00 | PWC Singapore Building | | Singapore | | 048424 | SINGAPORE |
| Pricewaterhouse Coopers, LLP | | P.O. Box 952282 | | | Dallas | TX | 75395 | |
| Pricewaterhouse Coopers, LLP | | PO Box 75647 | | | Chicago | IL | 60675-5647 | |
| PricewaterhouseCoopers | c/o John Wander, Vinson Elkins LLP | 2001 Ross Avenue | Suite 3900 | | Dallas | TX | 75201 | |
| PRICEWATERHOUSECOOPERS | | SOUTHWARK TOWERS | 32 LONDON BRIDGE ST | | London | | SE1 9SY | United Kingdom |
| PricewaterhouseCoopers LLP | | One North Wacker | | | Chicago | IL | 60606-0000 | |
| Prime Brokerage Services | | Jefferies LLC | 520 Madison Avenue | | New York | NY | 10022 | |
| Primedia | | PO Box 96985 | | | Chicago | IL | 60693 | |
| Princeton Club of NY | | 15 West 43rd Street | | | New York | NY | 10036-7497 | |
| Princeton Search LLC | | d/b/a PrincetonOne | PO Box 52265 | | Newark | NJ | 07101-0220 | |
| Principal Financial Group | | PO Box 477 | | | Appleton | WI | 54912-0477 | |
| Principal Life | | Dept. 400 PO Box 14416 | | | Des Moines | IA | 50306-3416 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PrintComm | | 1161 Executive Drive West | | | Richardson | TX | 75081 | |
| PrintGlobe | | PO Box 975659 | | | Dallas | TX | 75397-5659 | |
| Privcap LLC | | 86 Chambers Street | 7th Floor | | New York | NY | 10007 | |
| Probe Ministries | | 2001 W. Plano Pkwy | Suite 2000 | | Plano | TX | 75075 | |
| Probe Ministries | | 1900 Firman Dr Ste 100 | | | Richardson | TX | 75081-6796 | |
| Professional Technologies, Inc. | Accounting Dept. | 4950 N. OConnor Rd., 1st Floor | | | Irving | TX | 75062-2778 | |
| PROFESSIONALS PUBLISHING GROUP | | 1911 N US HWY 301 | STE 140 | | Tampa | FL | 33619 | |
| PROFFESSIONAL TECHNOLOGIES INCORPORATED | | CORPORATE PLAZA 1, 1st floor | | | Irving | TX | 75062-2778 | |
| Professional Video Services, LLC | | 8 Canterbury Lane | | | Westfield | NJ | 07090 | |
| Progenics Pharmaceuticals, Inc. | | 777 Old Saw Mill Road | | | Tarrytown | NY | 10591 | |
| Progressive Business Publication | | 370 Technology Drive | PO BOX 3019 | | Malvern | PA | 19355 | |
| Pronske and Kathman | Jason P. Kathman | 2701 Dallas Parkway Suite 590 | | | Plano | TX | 75093 | |
| Proofpoint | | 892 Ross Drive | | | Sunnyvale | CA | 94089 | |
| Proposal Software, Inc. | | 1140 US Hwy 287 | Suite 400-102 | | Broomfield | CO | 80020 | |
| Prosek Partners LLC | | 1552 Post Road | | | Fairfield | CT | 06824 | |
| Proskauer Rose LLP | | Eleven Times Square | | | New York | NY | 10036-8299 | |
| Prospect News Inc. | | 6 MAIDEN LANE | 9th floor | | New York | NY | 10038 | |
| Prospect News Inc. | | 164 Prospect Park West #4R | | | Brooklyn | NY | 11215 | |
| Prosper Sports Association | | 1050 High Willow | | | Prosper | TX | 75078 | |
| ProStar Services, Inc | | PO Box 110209 | | | Carrollton | TX | 75011 | |
| Protection Networks | | 4887 Alpha Road, St 200 | | | Farmers Branch | TX | 75244-4632 | |
| PROVIDEA CONFERENCING LLC | | PO Box 636132 | | | Cincinnati | OH | 45263 | |
| PROVIDEA CONFERENCING LLC | | 1297 Flynn Rd. | | | CAMARILLO | CA | 93012 | |
| Prudential | Attn Nirsa Reyes | 100 Mulberry St, Gateway Ctr 3, 14 flr | | | Newark | NJ | 07102 | |
| Prudential | | PO BOX 856138 | | | Louisville | KY | 40285 | |
| Pryor Cashman LLP | | 410 Park Ave | | | New York | NY | 10022 | |
| PUBLIC COMPANY ACCTNG OVERSIGHT BOARD | | PO BOX 631116 | | | Baltimore | MD | 21263-1116 | |
| Puerto Rico Secretary of the Treasury | | Securities Division | 1492 Ponce de Leon Avenue, Suite 600 | | San Juan | PR | 00907-1492 | |
| Puglisi & Associates | | 850 Library Ave, Suite 204 | | | Newark | DE | 19711 | |
| PUNCHSTOCK | | 8517 EXCELSIOR DR | STE 200 | | Madison | WI | 53717 | |
| PUNCHSTOCK | | PO Box 953604 | | | Saint Louis | MO | 63195 | |
| PURCELL, ONDINA | | Address on File | | | | | | |
| PURCELL, ONDINA A. | | Address on File | | | | | | |
| Purdy-McGuire | | 4300 Sigma Ste 200 | | | Dallas | TX | 75244-4416 | |
| Pure Compliance | | PO BOX 951839 | | | Dallas | TX | 75395 | |

Case 19-34054-sgj11 Doc 2747 Filed 08/19/21    Entered 08/19/21 16:03:15    Page 125 of
175

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Purshe Kaplan Sterling Investments, Inc. | | 18 Corporate Woods Blvd | 4th Floor | | Albany | NY | 12211 | |
| PUSATERI, MICHAEL | | Address on File | | | | | | |
| Putnam Lovell | | 1155 Metcalfe St, 4th Flr | | | Montreal | QC | H3B 4S9 | CANADA |
| PwC Product Sales LLC | | PO Box 952282 | | | Dallas | TX | 75395-2282 | |
| Q&A RECRUITING | | 14241 N DALLAS PKWY, STE 550 | | | Dallas | TX | 75254 | |
| Q.O.P.S. | | PO Box 10429 | | | Van Nuys | CA | 91410 | |
| Quadriga Partners, LLC | Attn Jason Ficken | 100 Fillmore, Suite 425 | | | Denver | CO | 80206 | |
| Quality High-Tech Services, Inc. | | 11807 Forestgate Dr | | | Dallas | TX | 75243 | |
| QUAN ZHANG | | Address on File | | | | | | |
| QUANTUM | | DEPT 0596 | PO BOX 120596 | | Dallas | TX | 75312 | |
| Queens Ballpark Co. | Attn Marc Candelaria | 126-01 Roosevelt Ave. | | | Flushing | NY | 11368 | |
| Quest CE | | 10100 W. Innovation Drive | Suite 200 | | Milwaukee | WI | 53226 | |
| Quest Events | | 2591 Dallas Parkway | Suite 201 | | Frisco | TX | 75034 | |
| QUEST IRA, INC., FBO HUNTER COVITZ, ACCT. # x9811 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO JON POGLITSCH, ACCT. # x0612 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO LEE B. PARKER III, ACCT. # x8311 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| QUEST IRA, INC., FBO NEIL DESAI, ACCT. # x9211 | | 17171 Park Row #100 | | | Houston | TX | 77084 | |
| Quest Software | | PO Box 51739 | | | Los Angeles | CA | 90051-6039 | |
| Quick Trak Messangers | | 267 West 17th Street | 3rd Floor | | New York | NY | 10019 | |
| Quinn Emanuel Trial Lawyers | | 865 S Figueroa St | 10th FL | | Los Angeles | CA | 90017 | |
| Quintairos, Prieto Wood & Boyer | | 9300 South Dadeland Blvd, 4th Floor | | | Miami | FL | 33156 | |
| Quintairos, Prieto Wood & Boyer | | 865 S. Figueroa St | 10th FL | | Los Angeles | CA | 90017 | |
| QVerity, Inc. | | 740 Greenville Blvd. | Suite 400, PMB 154 | | Greenville | NC | 27858 | |
| Rabbit Reproduction | | PO Box 29764 | | | Dallas | TX | 75229 | |
| Rachael Romine | | Address on File | | | | | | |
| RACHAL, TRAVIS | | Address on File | | | | | | |
| RACHAL, TRAVIS | | Address on File | | | | | | |
| Rademacher, Cole | | Address on File | | | | | | |
| Radianz Americas Inc | ATTN Head of Legal | 620 Eighth Ave | 45 th Floor | | New York | NY | 10018 | |
| Radianz Americas Inc | | PO Box 7247-6642 | | | Philadelphia | PA | 19170-6642 | |
| Radianz Americas Inc | | DEPT CH 19227 | | | Palentine | IL | 60055-9227 | |
| Rafael Anchia | | Address on File | | | | | | |
| RAJU, PRAMOD | | Address on File | | | | | | |
| Rakhee V. Patel, Phillip Lamberson, Annmarie Chiarello | | 500 Windstead Building | 2728 N. Harwood Street | | Dallas | TX | 75201 | |
| Rally Point Media Strategies LLC | | 1320 North Veitch St | #1712 | | Arlington | VA | 22201 | |
| RAMAMURTHY, SUNDAR | | Address on File | | | | | | |

Highland Capital Management, L.P.
Case No. 19-34054

Page 113 of 155

App. 00399
001783

Exhibit C
Creditor Matrix
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ramesh Swaminathan | | Address on File | | | | | | |
| Rand Advisors Series I Insurance Fund | c/o Rand Advisors | John Honis | 87 Railroad Place | Suite 403 | Saratoga Springs | NY | 12866 | |
| Rand Advisors, LLC / Atlas IDF LP, et al | Attn John Honis | 87 Railroad Place | Ste 403 | | Saratoga Springs | NY | 12866-0000 | |
| Rand PE Fund I, L.P. | c/o Rand PE Fund Management, LLC | John Honis | 87 Railroad Place | Suite 403 | Saratoga Springs | NY | 12866 | |
| Randal Stout Entertainment | | 2341 Hummingbird Trail | | | Grapevine | TX | 76051 | |
| RANDAL ZIEGENHAGEN | | 5317 ELLSWORTH AVE | | | Dallas | TX | 75206 | |
| Random Lengths | | PO Box 867 | | | Eugene | OR | 97440-0867 | |
| RANGEL, VICTOR | | Address on File | | | | | | |
| Ranger Creek Goose | | 209 Alex Way | | | | | | |
| Ransom, Garrett | | Address on File | | | Abilene | TX | 79602 | |
| Rapid7 LLC | | 120 Causeway St Ste 400 | | | Boston | MA | 02114-1314 | |
| Rapid7 LLC | | PO Box 347377 | | | Pittsburgh | PA | 15251-4377 | |
| Ratcliffe for Congress | | 2931 Ridge Road, Ste 101 | PMB #217 | | Rockwall | TX | 75032 | |
| RAWLINGS, OLSON, CANNON | | GORMLEY & DESRUISSEAUX | 9950 W CHEYENNE AVE | | Las Vegas | NV | 89129 | |
| Raymond Dougherty | | Address on File | | | | | | |
| Raymond James & Associates, Inc | Attn Kristin Koscho | 880 Carillon Parkway | | | St. Petersburg | FL | 33716 | |
| Raymond James & Associates, Inc | Attn Treasury/RMB-MF | PO Box 23591 | | | St. Petersburg | FL | 33742 | |
| Raymond James & Associates, Inc | | 70 East Main St | | | Avon | CT | 06001 | |
| Raymond James & Associates, Inc | | Granada Building, 5th Floor | 1216 State Street, Suite 500 | | Santa Barbara | CA | 93101 | |
| Raymond James Financial | ALPG attn Todd Moulton | 3610 N. University Ave, Ste 350 | | | Provo | UT | 84604 | |
| Raymond James Financial | Attn Catina Cruz/RJ BP Dev Conf Free | PO Box 23613 | | | St. Petersburg | FL | 33742 | |
| Raymond Joseph Dougherty | D. Craig Shew, PLLC | PO Box 1373 | | | Ada | OK | 74821-1373 | |
| Raymond Joseph Dougherty | | Address on File | | | | | | |
| RBC Capital Markets, LLC | Attn Dave Hirons | 4250 Executive Square, Ste 800 | | | Lajolla | CA | 92037 | |
| RBC Capital Markets, LLC | Attn Jim Brick | 60 South Street, P21 | | | Minneapolis | MN | 55402 | |
| RCR Wireless News | | Subscriber Services Department 77940 | | | Detroit | MI | 48277-0940 | |
| Real Capital Analytics | | 139 5th Ave | | | New York | NY | 10010 | |
| REAL ESTATE ALERT | | 5 Marine View Plaza #400 | | | Hoboken | NJ | 07030 | |
| Real Time Services | | 452 West John Street | | | Hicksville | NY | 11801-1301 | |
| REALPOINT | | BOX #3001 | 200 WITMER RD | | Horsham | PA | 19044 | |
| REALPOINT | | Receivable Management Services | 4836 Brecksville Rd | | Richfield | OH | 44286 | |
| Reasoning Mind | | 5910 N. Central Expressway # 250 | | | Dallas | TX | 75206 | |
| Rebecca A. Thompson | | Address on File | | | | | | |
| Rebecca Stropoli | | Address on File | | | | | | |
| Record Press Inc. | | 229 West 36th Street | | | New York | NY | 10018 | |
| Records Deposition Service | | 1701 N Collins Blvd Ste 334 | | | Richardson | TX | 75080-3602 | |

App. 001784