Civil Action No. 3:22-cv-02280-S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE CHARITABLE DAF FUND LP,

*Appellants,*

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellees.*

In re: Highland Capital Management, L.P.,
*Debtor.*

On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Case No. 19-34054, Hon. Stacey G.C. Jernigan, Presiding

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anne Marie Johnson of Tillotson Johnson & Patton files this Notice of Appearance as additional counsel for Plaintiff-Appellant The Charitable DAF Fund, LP in the above-styled and numbered cause of action. Please direct all correspondence and other communications to the address below:

Anne Marie Johnson
Texas Bar No. 00794271
TILLOTSON JOHNSON & PATTON
1807 Ross Ave., Suite 325
Dallas, Texas 75201
214.382.3041 Telephone
214.292.6564 Facsimile
Email: ajohnson@tillotsonlaw.com


The undersigned counsel at Sbaiti & Company PLLC will remain lead counsel of record in this case.


February 2, 2023                              Respectfully submitted,

| | |
|---|---|
| Mazin A. Sbaiti | */s/ Anne Marie Johnson* |
| Jonathan Bridges | Anne Marie Johnson |
| SBAITI & COMPANY PLLC | State Bar No. 00794271 |
| JPMorgan Chase Tower | TILLOTSON JOHNSON & PATTON |
| 2200 Ross Avenue | 1807 Ross Ave., Suite 325 |
| Suite 4900W | Dallas, Texas 75201 |
| Dallas, TX 75201 | 214.382.3041 Telephone |
| Phone: (214) 432-2899 | 214.292.6564 Facsimile |
| mas@sbaitilaw.com | ajohnson@tillotsonlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

<em>/s/ Anne Marie Johnson</em><br>
Anne Marie Johnson