Civil Action No. 3:22-cv-02280-S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE CHARITABLE DAF FUND LP,

*Appellant,*

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

In re: Highland Capital Management, L.P.,
*Debtor.*

On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Hon. Stacey G.C. Jernigan, Presiding
Bankruptcy Case No. 19-34054-sgj
Adversary Proceeding No. 22-03052-sgj

**JOINT STIPULATION DISMISSING APPEAL WITH PREJUDICE**

This Stipulation is entered into by and between Appellant The Charitable DAF Fund LP and Appellee Highland Capital Management, L.P. as follows:

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Appellant The Charitable DAF Fund LP and Appellee Highland Capital Management, L.P. hereby stipulate and agree to the dismissal of the above-referenced appeal, with prejudice, with each side to bear its

1

own attorneys' fees and costs.

February 22, 2023                     Respectfully submitted,

        */s/ Mazin A. Sbaiti*
        Mazin A. Sbaiti
        Jonathan Bridges
        SBAITI & COMPANY PLLC
        JPMorgan Chase Tower
        2200 Ross Avenue
        Suite 4900W
        Dallas, TX 75201
        Phone: (214) 432-2899
        mas@sbaitilaw.com

        and

        */s/ Anne McGowan Johnson*
        Anne McGowan Johnson
        State Bar No. 00794271
        TILLOTSON JOHNSON & PATTON
        1807 Ross Ave., Suite 325
        Dallas, Texas 75201
        214.382.3041 Telephone
        214.292.6564 Facsimile
        ajohnson@tillotsonlaw.com

        ***Counsel for The Charitable DAF Fund LP***


        */s/ John A. Morris*
        Jeffrey N Pomerantz
        John A. Morris
        Pachulski Stang Ziehl & Jones LLP
        10100 Santa Monica Boulevard, 13th Floor
        Los Angeles, CA 90067
        310-227-6910
        Fax: 310-201-0760
        Email: jpomerantz@pszjlaw.com

       Melissa S Hayward
       Zachery Z Annable
       Hayward PLLC
       10501 N Central Expressway, Suite 106
       Dallas, TX 75231
       972-755-7100
       Fax: 972-755-7104
       Email: mhayward@haywardfirm.com
       Email: zannable@haywardfirm.com

***Counsel for Highland Capital Management, L.P.***